**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

| | |
|---|---|
| In Re ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No. 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>Honorable Eleanor L. Ross, Courtroom 1708 |

**MOTION ALLOWING MATERIALS AT HEARING**

Comes now the Defendant, Porsche Cars North America Inc. ("Defendant"), by and through counsel, and respectfully move this Court for the entry of an Order allowing Defendant's counsel, Derek S. Whitefield, to bring materials into the Court for the Initial Conference which is set for March 2, 2023.

Undersigned counsel wishes to bring the following materials into the Courthouse:

1. Carry-on suitcase as counsel has an injury to his right knee and needs to leave for the airport directly after the hearing to catch a flight,

2. Briefcase, to carry necessary documents,

3. Laptop computer, to view pleadings and exhibits,

4. iPhone to view calendar, contact Lyft or Uber for a ride after the hearing, and correspond with co-counsel at the office should the need arise, and

5. Associated chargers for laptop and iPhone.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests that its Motion be GRANTED.

Respectfully submitted,

DATED: February 28, 2023

By:    /s/ Derek S. Whitefield
Derek S. Whitefield
DYKEMA GOSSETT LLP
444 S. Flower Street, Suite 2200
Los Angeles, CA 90071
(213) 457-1800
(213) 457-1850 (Fax)
*Attorneys for Defendant,*
*PORSCHE CARS NORTH AMERICA, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2023, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ _____
Derek S. Whitefield

088945.000018 4869-7257-5314.2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In Re ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No. 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>Honorable Eleanor L. Ross, Courtroom 1708 |

## O R D E R

IT IS HEREBY ORDERED that Derek S. Whitefield is allowed to bring equipment into the United States Courthouse on Thursday, March 2, 2023 at 10:00 a.m., for use during an Initial Conference hearing in Courtroom 1708, on the 17th floor in the above-cited case: carry-on suitcase, briefcase, lap top computer, iPhone, and accompanying chargers and cables. The carry-on suitcase is being brought to the hearing as Derek Whitefield has a knee injury and will need to leave from the hearing to go directly to the airport to catch a flight.

Proper Identification will be required upon entering the security station on the plaza or lower plaza level. Any equipment shall be subject to inspection by the United States Marshal's Service. This Order shall be effective Thursday, March 2, 2023, at 9:00 a.m. and shall remain in force until the conclusion of the hearing.

**SO ORDERED**, this ___ day of _____, 2023.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

088945.000018  4862-5036-6034.2