IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL DOCKET NO. 3051 ALL CASES<br><br>CIVIL ACTION NO. 1:22-MD-03051-ELR |

## CASE MANAGEMENT ORDER

On March 2, 2023, the undersigned held an initial conference with the Parties. Pursuant to that conference and the Parties' agreements in their "Proposed Joint Agenda" [Doc. 35], the Court **ORDERS** the following:

1.  **Master Schedule, Consolidated Pleadings, and Related Motions Schedule**

| Event | Deadline |
|---|---|
| Meet and confer regarding deadlines for Rule 26(f) Conference, Initial Disclosures, and other preliminary discovery | Within fourteen (14) days of the Court's order appointing Plaintiffs' leadership team |
| Joint filing of deadlines for Rule 26(f) Conference, Initial Disclosures, and other preliminary discovery | Twenty-one (21) days after the Court's order appointing Plaintiffs' leadership team |
| Filing of Joint Common Benefit Order | Fourteen (14) days after the Court's order appointing Plaintiffs' leadership team |
| Filing of Joint (or competing) stipulations for Protective Order, ESI Order, and 502(d) Order | Thirty (30) days after the Court's order appointing Plaintiffs' leadership team |

| | |
|---|---|
| Filing of Joint Statement containing master schedule (or competing schedules) for discovery, class certification, summary judgment, and other motions | Thirty (30) days after the Court's order appointing Plaintiffs' leadership team |
| Filing of Consolidated Complaint(s) | Sixty (60) days after the Court's order appointing Plaintiffs' leadership team |
| Filing of Defendants' Motion(s) to Dismiss | Sixty (60) days after filing of Consolidated Complaint(s) |
| Filing of Plaintiffs' Response Brief(s) in opposition to Defendants' Motion(s) to Dismiss | Sixty (60) days after filing of the Motion(s) to Dismiss |
| Filing of Defendants' Reply Brief(s) in Support of Motion(s) to Dismiss | Thirty (30) days after filing of Response Brief(s) |

**2.  Plaintiffs' Leadership Structure**

Plaintiffs unanimously recommend (1) a seven (7)-member Leadership Committee and (2) Co-Liaison Counsel consisting of two (2) lawyers. [See Doc. 35 at 9–11]. Pursuant to this agreed-upon organizational structure, Plaintiffs shall, within fourteen (14) days of this order, (1) file a consent motion on the docket identifying the proposed members of these leadership organizations and (2) attach to that motion the applications of those proposed members for the Court's review pursuant to Federal Rule of Civil Procedure 23(g).

**3.    Administrative Closure**

Finally, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** all member-cases in this matter.

**SO ORDERED**, this 2nd day of March, 2023.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia