IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS  *<br>PRODUCTS LIABILITY LITIGATION *<br>                                                                *<br>                                                                *<br>                                                                *<br>                                                                *<br>                                                                * | MDL DOCKET NO. 3051<br><br><br>CIVIL ACTION NO.<br>1:22-MD-03051-ELR |

## CASE MANAGEMENT ORDER

On April 14, 2023, the Parties filed their "Joint Statement Regarding Master Schedule for Discovery, Class Certification, Summary Judgment, and Other Motions." [Doc. 70]. Based on the Parties' representations in their Joint Statement and the Court's review of the same, the Court **ORDERS** that the Parties adhere to the following schedule:

1. **Fact Discovery**

| Event | Deadline |
|---|---|
| Parties without jurisdictional defenses exchange Initial Disclosures | Within fourteen (14) days of the filing of Plaintiffs' Consolidated Complaint |
| Defendants file Answer to Consolidated Complaint | Within thirty (30) days of the Court's resolution of any motions to dismiss |
| Discovery commences | Upon Defendants' filing of an Answer to the Consolidated Complaint |
| Close of fact discovery | Fifteen (15) months after the commencement of fact discovery |

2. **Expert Discovery**

| Event | Deadline |
|---|---|
| Affirmative expert reports due | Within forty-five (45) days of the close of fact discovery |
| Responsive expert reports due | Within sixty (60) days of receiving Plaintiffs' expert reports |
| Rebuttal expert reports due | Within forty-five (45) days of receiving Defendants' expert reports |
| Expert depositions to be completed | Within sixty (60) days of the Parties serving rebuttal reports |
| Close of expert discovery | At the end of the expert deposition period |

3. **Class Certification**

| Event | Deadline |
|---|---|
| Filing of any motion for class certification | Within forty-five (45) days of the close of expert discovery |
| Filing of response brief in opposition to any motion for class certification | Within forty-five (45) days of filing of motion for class certification |
| Filing of reply brief in support of any motion for class certification | Within forty-five (45) days of filing of brief in opposition to motion for class certification |

4. **Daubert/Rule 702 Motions**

| Event | Deadline |
|---|---|
| Filing of any Daubert/Rule 702 motions | Within forty-five (45) days of the close of expert discovery |

| Filing of response briefs in opposition to any Daubert/Rule 702 motions | Within forty-five (45) days of the filing of any Daubert/Rule 702 motions |
|---|---|
| Filing of reply briefs in support of any Daubert/Rule 702 motions | Within forty-five (45) days of the filing of briefs in opposition to any Daubert/Rule 702 motions |

5. **Summary Judgment Motions**

| Event | Deadline |
|---|---|
| Filing of any motions for summary judgment | Within forty-five (45) days of the Court's resolution of any motion for class certification |
| Filing of response briefs in opposition to any motions for summary judgment | Within forty-five (45) days of filing of any motions for summary judgment |
| Filing of reply briefs in support of motions for summary judgment | Within forty-five (45) days of filing briefs in opposition to any motions for summary judgment |

**SO ORDERED**, this 24th day of April, 2023.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia