UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>Judge:     Eleanor L. Ross<br><br>**OEM DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR CASE MANAGEMENT CONFERENCE** |

    The OEM Defendants (Kia America, Inc.; Hyundai Motor America; Porsche Cars North America, Inc.; BMW of North America, LLC, FCA USA LLC; Volkswagen Group of America, Inc.; Audi of America, LLC; General Motors LLC; and Ford Motor Company) do not oppose Plaintiffs' request that the Court hold a case management conference to discuss: (1) Plaintiffs' renewed request for pre-complaint discovery; (2) the parties' pending submissions regarding entry of a Protective Order and ESI protocol, and (3) any other issues the Court would like to discuss.

    As the Court is probably aware, the National Highway Traffic Safety Administration (NHTSA) sent a letter to ARC Automotive, Inc. on April 27, 2023 concerning certain airbag inflators designed and manufactured by ARC. NHTSA did

1

not send the letter to the OEM Defendants. As of the date of this submission, the OEM Defendants have no information that indicates a recall is appropriate for any ARC inflator identified in the NHTSA letter, other than those previously or currently subject to recall. The OEM Defendants are aware of 7 known field events occurring in the United States (as detailed in the NHTSA Letter at p.5). These have occurred in a population estimated by NHTSA to be 67 million inflators. Each OEM Defendant is taking this issue seriously and has been cooperating with NHTSA in the course of its investigation regarding ARC airbag inflators.

For example, on May 10, 2023, General Motors announced a recall of 994,763 GM vehicles with ARC-manufactured airbag inflators to replace the front-driver airbag module. As GM explained to NHTSA, GM is aware of three rupture events in Chevrolet Traverse vehicles involving the same "MC" inflator variant. The reason for these inflator ruptures remains unknown to GM and GM continues to investigate these incidents. Out of an abundance of caution, GM decided to expand its two prior recalls to all front-driver airbag modules continuing an ARC "MC" variant inflator that were installed as original equipment in 2014-2017 model year Chevrolet Traverse, Buick Enclave, and GMC Acadia vehicles.

The OEM Defendants understand the Plaintiffs are requesting that all Defendants immediately produce documents that they have provided to NHTSA concerning ARC hybrid toroidal inflators and that such production occur before

Plaintiffs file their consolidated complaint.[1] The parties previously addressed this issue in the Joint Submission of Deadlines for Rule 26(f) Conference, Initial Disclosures, and Other Preliminary Discovery [ECF No. 66].

The OEM Defendants' position is that this case management conference will be most efficient and effective if there is a clear agenda for the items to be discussed and with sufficient time for the parties to identify their positions on the items to be discussed before the conference is held (to the extent those positions have not already been submitted to the Court in prior filings). Therefore, the OEM Defendants respectfully request that this case management conference order be scheduled after the Court identifies the items for discussion at the conference, and with opportunity for the parties to submit briefing on the issues to be discussed at the conference.

---

[1] The OEM Defendants also understand the Plaintiffs would like for the OEM Defendants to review potential named class member Vehicle Identification Numbers ("VIN") before they file their consolidated complaint to confirm whether the class members' vehicles were originally equipped with ARC inflators. Most, if not all, of the OEM Defendants will agree to that request.

Dated: May 25, 2023

/s/ Michael B. Shortnacy
KING & SPALDING LLP
Livia M. Kiser
Michael B. Shortnacy
Susan V. Vargas
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310
lkiser@kslaw.com
mshortnacy@kslaw.com
svargas@kslaw.com

KING & SPALDING LLP
Andrew J. Chinsky
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309-3521
Telephone: +1 404 572 4600
Facsimile: +1 404 572 5100
achinsky@kslaw.com

*COUNSEL FOR DEFENDANTS AUDI OF AMERICA, LLC AND VOLKSWAGEN GROUP OF AMERICA, INC.*

/s/ Eric Y. Kizirian
LEWIS BRISBOIS BISGAARD & SMITH, LLP
Eric Y. Kizirian
Zourik Zarifian
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
eric.Kizirian@lewisbrisbois.com
zourik.Zarifian@lewisbrisbois.com

*COUNSEL FOR DEFENDANT BMW OF NORTH AMERICA, LLC*

*/s/ Stephen A. D'Aunoy*
THOMPSON COBURN LLP
Stephen A. D'Aunoy
Thomas L. Azar, Jr.
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
sdaunoy@thompsoncoburn.com
tazar@thompsoncoburn.com

KLEIN THOMAS & LEE
Fred Fresard
Ian Edwards
Lauren Fibel
101 W. Big Beaver Road
Suite 1400
Troy, MI 48084
Phone: (248) 509-9270
Fred.Fresard@kleinthomaslaw.com
Ian.Edwards@kleinthomaslaw.com
Lauren.Fibel@kleinthomaslaw.com

*COUNSEL FOR DEFENDANT FCA US LLC*

*/s/ R. Kent Warren*
MCGUIREWOODS LLP
Perry W. Miles
Brian D. Schmalzbach
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
pmiles@mcguirewoods.com
bschmalzbach@mcguirewoods.com

MCGUIREWOODS LLP
R. Kent Warren
Abigail A. Golden
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
Tel: (704) 343-2000
Fax: (704) 343-2300
kwarren@mcguirewoods.com
agolden@mcguirewoods.com

WATSON SPENCE LLP
Michael R. Boorman
Phillip A. Henderson
999 Peachtree St NE
Suite 1130
Atlanta, GA 30309
Tel: (678) 433-6586
Fax: (229) 436-6358
mboorman@watsonspence.com
phenderson@watsonspence.com

*COUNSEL FOR DEFENDANT FORD MOTOR COMPANY*

*/s/ April N. Ross*
CROWELL & MORING LLP
April N. Ross
Mohamed Awan
Luke Bresnahan
Emily Tucker
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 624-2500
aross@crowell.com
mawan@crowell.com
lbresnahan@crowell.com
etucker@crowell.com

BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Linda A. Klein
(GA Bar No. 425069)
Monarch Plaza, Suite 1500
3414 Peachtree Rd., NE
Atlanta, Georgia 30326
Telephone: (404) 577-6000
lklein@bakerdonelson.com

*COUNSEL FOR DEFENDANT GENERAL MOTORS LLC*

*/s/ Derek S. Whitefield*
DYKEMA GOSSETT LLP
Derek S. Whitefield
Tamara A. Bush
444 S. Flower, Suite 2200
Los Angeles, CA 90071
(213) 457-1777
dwhitefield@dykema.com
tbush@dykema.com

DYKEMA GOSSETT PLLC
Eric Tew
1301 K Street NW
Suite 1100 West
Washington, D.C. 20005
(202) 906-8600
etew@dykema.com

*COUNSEL FOR DEFENDANT PORSCHE CARS NORTH AMERICA, INC.*

/s/ *James P. Feeney*
DYKEMA GOSSETT PLLC
James P. Feeney
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304
Telephone: +1 248 203 0841
Facsimile: +1 855 243 9885
jfeeney@dykema.com

DYKEMA GOSSETT PLLC
John M. Thomas
Krista L. Lenart
2723 S. State St., Ste. 400
Ann Arbor, MI 48104
Telephone: +1 734 214 7660
Facsimile: +1 734 214 7696
jthomas@dykema.com
klenart@dykema.com

BOWMAN AND BROOKE
Patrick J. Cleary
Joel H. Smith
Morgan Y. Drapeau
1441 Main St., Ste. 1200
Columbia, SC 29201
Telephone: +1 803 726 7422
Facsimile: +1 803 726 7421
Patrick.Cleary@bowmanandbrooke.com
Joel.Smith@bowmanandbrooke.com
Morgan.Drapeau@bowmanandbrooke.com

*COUNSEL FOR DEFENDANTS KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, AND HYUNDAI AMERICA TECHNICAL CENTER, INC.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned certifies that the foregoing complies with the font and point selections permitted by Local Rule 5.1.  This brief was prepared on a computer using the Times New Roman font (14 point).


 */s/ Michael B. Shortnacy*
Michael B. Shortnacy
