# Exhibit C

| State | Claim | Statute | Rule 9(b) Applies But Not Met | Some Degree of Knowledge or Intent Required But Not Pled | Class Actions Barred | Higher Pleading Burden Re: Duty to Disclose | Econ. Loss Doctrine Bars Claim | No Manifest-ation | Reliance and/or Causation Required | Pre-Suit Notice Required But Not Alleged | Actual Financial Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Exhibit C - Bases for Dismissal of Fraud Claims** | | | | | | | | | | | |
| **States With a Named Plaintiff** | | | | | | | | | | | |
| Alabama | Fraud (Common Law) | n/a | x | x | | x | x | | x | | |
| Arizona | Arizona Consumer Fraud Act | ARIZ. REV. STAT. § 44-1521, et seq. | x | x | | | | | x | | |
| Arizona | Fraud (Common Law) | n/a | x | x | | x | x | | x | | |
| Arkansas | Arkansas Deceptive Trade Practices Act | ARK. CODE ANN. § 4-88-101, et seq. | x | x | | x | | x | x | | x |
| Arkansas | Fraud (Common Law) | n/a | x | x | | x | x | | x | | |
| California | California Legal Remedies Act | CAL. CIV. CODE § 1750, et seq. | x | x | | x | | x | x | x | |
| California | California Unfair Competition Law | CAL. BUS. & PROF. CODE § 17200, et seq. | x | x | | x | | x | x | x | |
| California | California False Advertising Law | | | x | | x | | | x | | |
| California | Fraud (Common Law) | n/a | x | x | | x | x | | x | | |

| State | Statute | Citation | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Connecticut | Connecticut Unfair Trade Practices Act | CONN. GEN. STAT. ANN. § 42-110A, et seq. | x | x | | | | | x | |
| Connecticut | Fraud (Common Law) | n/a | x | x | | | | | x | |
| Delaware | Delaware Consumer Fraud Act | DEL. CODE §§ 2415, eq seq. | x | x | | | | | x | |
| Delaware | Fraud (Common Law) | n/a | x | x | | | | | x | |
| Florida | Florida Unfair and Deceptive Trade Practices Act | FLA. STAT. § 501.201, et seq. | x | x | | | x | | x | |
| Florida | Fraud (Common Law) | n/a | x | x | | x | x | | x | |
| Georgia | Georgia Fair Business Practices Act | GA. CODE ANN. § 10-1-390, et seq. | | x | x | x | | x | x | x | x |
| Georgia | Georgia Uniform Deceptive Trade Practices Act | GA. CODE ANN. § 10-1-370, et seq. | x | x | | x | | x | x | | x |
| Georgia | Fraud (Common Law) | n/a | x | x | | x | x | | x | | |
| Idaho | Idaho Consumer Protection Act | IDAHO CIV. CODE § 48-601, et seq. | x | x | | | | | x | | |
| Idaho | Fraud (Common Law) | n/a | x | x | | | | | x | | |
| Illinois | ICFA | | | x | | | | | x | | x |
| Illinois | Illinois Consumer Fraud and Deceptive Business Practices Act | 815 ILCS 505/1 et seq., and 720 ILCS 295/1A | x | x | | | | x | x | | x |
| Illinois | Fraud (Common Law) | n/a | x | x | | x | | | x | | |
| Indiana | Indiana Deceptive | IND. CODE § 24-5-0.5-3 | x | x | | | | | x | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Consumer Sales Act | | | | | | | | | | |
| Indiana | Fraud (Common Law) | n/a | x | x | | x | | | x | | |
| Iowa | Iowa Consumer Frauds Act | IOWA CODE § 714H.1, et seq. | x | x | | | | | x | | |
| Iowa | Fraud (Common Law) | n/a | x | x | | x | | | x | | |
| Kansas | Kansas Consumer Protection Act | KAN. STAT. ANN. § 50-623, et seq. | x | x | | | | | x | | |
| Kansas | Fraud (Common Law) | n/a | x | x | | | | | x | | |
| Kentucky | Kentucky Consumer Protection Act | KY. REV. STAT. ANN. § 367.110, et seq. | x | x | | | | | x | | |
| Kentucky | Fraud (Common Law) | n/a | x | x | | x | x | | x | | |
| Maine | Maine Unfair Trade Practices Act | ME. REV. STAT. ANN. TIT. 5, § 205-A, et seq. | x | x | | | | | x | x | |
| Maine | Fraud (Common Law) | n/a | x | x | | x | x | | x | | |
| Maryland | Maryland Consumer Protection Act | MD. CODE ANN., COM. LAW CODE § 13-101, et seq. | x | x | | | x | x | x | | |
| Maryland | Fraud (Common Law) | n/a | x | x | | | x | | x | | |
| Massachusetts | Massachusetts Consumer Protection Act | MASS. GEN. LAWS CH. 93A | x | x | | | | x | x | x | |
| Massachusetts | Fraud (Common Law) | n/a | x | x | | x | | | x | | |
| Michigan | Michigan Consumer Protection Act | MICH. COMP. LAWS § | x | x | | | x | x | x | | |

| State | Claim | Citation | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 445.903, et seq. | | | | | | | | | |
| Michigan | Fraud (Common Law) | n/a | x | x | | x | x | | x | | |
| Minnesota | Minnesota Prevention of Fraud Act | MINN. STAT. § 325F.68, et seq. | x | x | | | | | x | | |
| Minnesota | Fraud (Common Law) | n/a | x | x | | | x | | x | | |
| Mississippi | Mississippi Consumer Protection Act | MISS. CODE ANN. § 75-24-1, et seq. | x | x | x | | | | | x | |
| Mississippi | Fraud (Common Law) | n/a | x | x | | | | | x | | |
| Missouri | Missouri Merchandising Practices Act | MO. REV. STAT. § 407.010, et seq. | x | x | | | x | | x | | |
| Missouri | Fraud (Common Law) | n/a | x | x | | x | x | | x | | |
| Montana | Montana Unfair Trade Practices and Consumer Protection Act of 1973 | MONT. CODE ANN. § 30-14-101, et seq. | x | x | | x | | x | x | | x |
| Montana | Fraud (Common Law) | n/a | x | x | | x | | | x | | |
| Nevada | Nevada Deceptive Trade Practices Act | NEV. REV. STAT. § 598.0903, et seq. | x | x | | | | | x | | |
| Nevada | Fraud (Common Law) | n/a | x | x | | x | | | x | | |
| New Hampshire | New Hampshire Consumer Protection Act | N.H. REV. STAT. ANN. § 358-A:1, et seq. | x | | | | | | x | | |
| New Hampshire | Fraud (Common Law) | n/a | x | x | | | x | | x | | |

| State | Law | Citation | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| New Jersey | New Jersey Consumer Fraud Act | N.J. STAT. ANN. § 56:8-1, et seq. | x | x | | | | x | x | | |
| New Jersey | Fraud (Common Law) | n/a | x | x | | x | x | | x | | |
| New Mexico | New Mexico Unfair Trade Practices Act | N.M. STAT. ANN. § 57-12-1, et seq. | | x | | | | | | | |
| New Mexico | Fraud (Common Law) | n/a | x | x | | | | | x | | |
| New York | New York General Business Law 349 | N.Y. GEN. BUS. LAW § 349 | x | x | | x | x | x | x | | x |
| New York | New York General Business Law 350 | N.Y. GEN. BUS. LAW § 350 | x | x | | x | x | x | x | | x |
| New York | Fraud (Common Law) | n/a | x | x | | x | x | | x | | |
| North Carolina | North Carolina Unfair and Deceptive Acts or Practices Act | N.C. GEN. STAT. § 75-1.1, et seq. | x | | | x | x | x | x | | |
| North Carolina | Fraud (Common Law) | n/a | x | x | | x | | | x | | |
| Ohio | Ohio Consumer Sales Practices Act | OHIO REV. CODE § 1345.01, et seq. | x | x | | | | | | x | |
| Ohio | Fraud (Common Law) | n/a | x | x | | x | | | x | | |
| Pennsylvania | Pennsylvania Unfair Trade Practices and Consumer Protection Law | 73 P.S. § 201-1, et seq. | x | x | | | x | | x | | |
| Pennsylvania | Fraud (Common Law) | n/a | x | x | | x | x | | x | | |
| South Carolina | South Carolina Unfair Trade Practices Act | S.C. CODE ANN. § 39-5-10, et seq. | x | x | x | | | | x | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| South Carolina | South Carolina Regulation of Manufacturers, Distributors, and Dealers Act | S.C. CODE ANN. § 56-15-10, et seq. | | x | | | | | x | | |
| South Carolina | Fraud (Common Law) | n/a | x | x | | x | x | | x | | |
| South Dakota | South Dakota Deceptive Trade Practices and Consumer Protection Law | S.D. CODIFIED LAWS § 37-24-1, et seq. | | x | | | | | x | | |
| South Dakota | Fraud (Common Law) | n/a | x | x | | | x | | x | | |
| Tennessee | Tennessee Consumer Protecton Act | TENN. CODE ANN. § 47-18-101, et seq. | x | | x | | x | | x | | |
| Tennessee | Fraud (Common Law) | n/a | x | x | | | | | x | | |
| Texas | Texas Consumer Protection Act | Tex. Bus. & Com. Code Ann. § 17.41, et. Seq. | | x | | | | x | x | | |
| Texas | Fraud (Common Law) | n/a | x | x | | x | x | | x | | |
| Vermont | Vermont Consumer Fraud Act | VT. STAT. ANN. TIT. 9, § 2451, et seq. | | | | | | | x | | |
| Vermont | Fraud (Common Law) | n/a | x | x | | x | | | x | | |
| Virginia | Virginia Consumer Protection Act | VA. CODE ANN. § 59.1-196, et seq. | x | x | | | | | x | | |
| Virginia | Fraud (Common Law) | n/a | x | x | | x | | | x | | |
| Washington | Washington Consumer Protection Act | WASH. REV. CODE ANN. § 19.86.010, et seq. | x | x | | | | x | x | | |

| State | Claim | Statute | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Washington | Fraud (Common Law) | n/a | x | x | | | | | x | | |
| Wisconsin | Wisconsin Deceptive Trade Practices Act | WIS. STAT. § 110.18 | x | x | | x | | | | | |
| Wisconsin | Fraud (Common Law) | n/a | x | x | | | | | x | | |
| Wyoming | Wyoming Consumer Protection Act | WYO. STAT. § 40-12-105, et seq. | | x | | | | | | x | |
| Wyoming | Fraud (Common Law) | n/a | x | x | | | | | x | | |
| **States Where No Plaintiff Purchased a Vehicle** | | | | | | | | | | | |
| Alaska | Alaska Unfair Trade Practices and Consumer Protection Act | ALASKA STAT. ANN. 45.50.471, et seq. | x | | | | | | | | |
| Alaska | Fraud (Common Law) | n/a | x | x | | | | | x | | |
| Colorado | Colorado Consumer Protection Act | COLO. REV. STAT. § 6-1-101, et seq. | x | x | x | | | | x | | |
| Colorado | Fraud (Common Law) | n/a | x | x | | | x | | x | | |
| Hawaii | Hawaii Unfair and Deceptive Acts Violation of Hawaii Law | HAW. REV. STAT. ANN. § 480, et seq. | x | | | | | | x | | |
| Hawaii | Fraud (Common Law) | n/a | x | x | | | | | x | | |
| Lousiana | Louisiana Unfair Trade Practices and Consumer Protection Law | LA. STAT. ANN. § 51:1401, et seq. | x | x | x | | | | x | | |
| Lousiana | Fraud (Common Law) | n/a | x | x | | | | | x | | |
| Nebraska | Nebraska Consumer Protection Act | NEB. REV. STAT. § 59-1601, et seq. | x | | | | | | | | |

| State | Statute | Citation | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Nebraska | Fraud (Common Law) | n/a | x | x | | | x | | x | |
| North Dakota | North Dakota Consumer Fraud Act | N.D. CENT. CODE § 51-15-02 | x | x | | | | | | |
| North Dakota | Fraud (Common Law) | n/a | x | x | | | | | x | |
| Oklahoma | Oklahoma Consumer Protection Act | OKLA. STAT. TIT. 15, § 751, et seq. | x | x | | | x | x | x | |
| Oklahoma | Fraud (Common Law) | n/a | x | x | | | x | | x | |
| Oregon | Oregon Unlawful Trade Practices Act | OR. REV. STAT. § 647.605, et seq. | x | x | | | | x | x | |
| Oregon | Fraud (Common Law) | n/a | x | x | | | | | x | |
| Rhode Island | Rhode Island Unfair Trade Practices and Consumer Protection Act | R.I. GEN. LAWS § 6-13.1, et seq. | | | | | | | x | |
| Rhode Island | Fraud (Common Law) | n/a | x | x | | | | | x | |
| Utah | Utah Consumer Sales Practices Act | UTAH CODE ANN. § 13-11-1, et seq. | x | x | | | x | | x | |
| Utah | Fraud (Common Law) | n/a | x | x | | | x | | x | |
| West Virginia | West Virginia Consumer Credit and Protection Act | W. VA. CODE § 46A-1-101, et seq. | x | | | | | | x | x |
| West Virginia | Fraud (Common Law) | n/a | x | x | | | | | x | |