AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| ARC Airbag Inflators Products Liabillity Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-md-03051-ELR |
| ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Ford Motor Company.

Date: 02/14/2024

/s/ Lee K. Royster
*Attorney's signature*

Lee K. Royster (NC Bar No. 53773)
*Printed name and bar number*

McGuireWoods LLP
201 North Tryon Street
Ste 3000
Charlotte, NC 28202
*Address*

lroyster@mcguirewoods.com
*E-mail address*

(704) 343-2021
*Telephone number*

(704) 343-2300
*FAX number*