# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCT LIABILITY LITIGATION | MDL No. 3051<br>Case No. 1:22-md-03051-ELR<br><br>District Judge Eleanor L. Ross |

## NOTICE OF WITHDRAWAL OF COUNSEL
## FOR AUTOLIV, INC. AND AUTOLIV ASP, INC.

To: Clerk, U.S. District Court
All Persons of ECF Service List

PLEASE TAKE NOTICE that the undersigned counsel hereby withdraws her appearance on behalf of Autoliv, Inc. and Autoliv ASP, Inc. (collectively, Autoliv Defendants) in the above-captioned matter. The Autoliv Defendants will continue to be represented by Cari K. Dawson and Kara Frances Kennedy of Alston & Bird, LLP and J. Liat Rome and Joseph Petrosinelli of Williams & Connolly, LLP.

Dated: March 8, 2024

                                                                          */s/ Jami M. King*
                                                                          Jami M. King
                                                                          **WILLIAMS AND CONNOLLY LLP**
                                                                          680 Maine Street, SW
                                                                          Washington, DC 20024
                                                                          Telephone: (202) 434-5000
                                                                          Facsimile: (202) 434-5029
                                                                          jking@wc.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                                   */s/ Jami M. King*
                                                   Jami M. King
                                                   **WILLIAMS AND CONNOLLY LLP**
                                                   680 Maine Street, SW
                                                   Washington, DC 20024
                                                   Telephone: (202) 434-5000
                                                   Facsimile: (202) 434-5029
                                                   jking@wc.com