## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No. 1:22-md-3051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross |

### NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFFS

TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Scott Warrick is no longer an attorney at the law firm of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A. and therefore is withdrawn as counsel for Plaintiffs. Mr. Warrick should be removed from the Court's service list with respect to this action. Attorneys at the law firm of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A. continue to represent Plaintiffs as reflected on the service list and should continue to receive filings in this action accordingly.

DATED: March 14, 2023.

/s/ Matthew D. Schultz
Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
William F. Cash III (*pro hac vice*)
bcash@levinlaw.com
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059

*Attorneys for Plaintiffs and the Proposed Class*