# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br>Case No. 1:22-md-03051-ELR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

Having considered Plaintiffs' Motion for Leave to File Surreply in Opposition to Defendants' Motions to Dismiss, and for good cause shown:

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. IT IS FURTHER ORDERED that Plaintiffs shall file their surreply on the docket.

**SO ORDERED** this ___ day of _____, 2024.

_____
Hon. Eleanor L. Ross
United States District Judge
Northern District of Georgia