UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION | Case No.: 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>Judge: Eleanor L. Ross<br><br>JURY TRIAL DEMANDED |

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

TO THE CLERK OF THE COURT AND ALL PARTIES IN THIS ACTION:

Effective April 1, 2024, Stephen A. D'Aunoy and Thomas L. Azar, Jr., and Matthew Dollan, counsel for Defendant FCA US LLC, hereby notify the Court and the parties that their address and contact information have changed.

Their new address and contact information is as follows. They respectfully request that the Clerk update this information, and that service of all future pleadings, papers, correspondence and electronic filings in this action be made at:

Stephen A. D'Aunoy
Klein Thomas Lee & Fresard
100 N. Broadway, Suite 1600
St. Louis, MO  63102
Telephone:  314-888-2970
steve.daunoy@kleinthomaslaw.com

Thomas L. Azar, Jr.
Klein Thomas Lee & Fresard
100 N. Broadway, Suite 1600
St. Louis, MO  63102

Telephone:  314-888-2970
tom.azar@kleinthomaslaw.com

Matthew Dollan
Klein Thomas Lee & Fresard
100 N. Broadway, Suite 1600
St. Louis, MO  63102
Telephone:  314-888-2970
Matthew.dollan@kleinthomaslaw.com

Dated:  March 29, 2024               Respectfully submitted,

**THOMPSON COBURN LLP**

By:  /s/ *Stephen A. D'Aunoy*
Stephen D'Aunoy
Thomas L. Azar, Jr.
Matthew Dollan
One US Bank Plaza
St. Louis, MO 63101
Phone: (314) 552-6000
sdaunoy@thompsoncoburn.com
tazar@thompsoncoburn.com
mdollan@thompsoncoburn.com

**KLEIN THOMAS LEE & FRESARD**
Fred J. Fresard
Ian K. Edwards
Lauren Fibel
101 W. Big Beaver Road, Suite 1400
Troy, MI 48084
Phone: (248) 509-9270
Fred.Fresard@kleinthomaslaw.com
Ian.Edwards@kleinthomaslaw.com
Lauren.Fibel@kleinthomaslaw.com

*Attorneys for Defendant FCA US LLC*

## LOCAL RULE 7.1(D) CERTIFICATION

Pursuant to Local Rule 7.1(D), I hereby certify that this document has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1(C).

This 29th day of March, 2024.

*/s/ Stephen A. D'Aunoy*

*Counsel for FCA US LLC*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

This 29th day of March, 2024.

*/s/ Stephen A. D'Aunoy*

*Counsel for FCA US LLC*