# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-MD-3051-ELR<br><br>MDL No. 3051<br><br>Judge:      Eleanor L. Ross |

## NOTICE OF FIRM CHANGE AND CHANGE OF ADDRESS

**TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT attorneys April N. Ross and Mohamed Awan, formerly of the law firm Crowell & Moring, LLP have changed law firms and are now with the law firm Morgan Lewis & Bockius, LLP. Ms. Ross and Mr. Awan will continue to represent Defendant General Motors LLC at their new firm. Ms. Ross and Mr. Awan's new contact information is provided below.

April N. Ross
MORGAN LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 739 - 5590
april.ross@morganlewis.com

Mohamed Awan
MORGAN LEWIS & BOCKIUS, LLP
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1574
mohamed.awan@morganlewis.com

Ms. Ross and Mr. Awan should continue to receive filings in this action at the above addresses and the service list should be updated accordingly.

Dated: April 19, 2024

*/s/ April N. Ross*
MORGAN LEWIS & BOCKIUS, LLP
April N. Ross
1111 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 739 - 5590
april.ross@morganlewis.com

MORGAN LEWIS & BOCKIUS, LLP
Mohamed Awan
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1574
mohamed.awan@morganlewis.com

BAKER DONELSON,
BEARMAN, CALDWELL &
BERKOWITZ, PC
Linda A. Klein
(GA Bar No. 425069)
Monarch Plaza, Suite 1500
3414 Peachtree Rd., NE
Atlanta, Georgia 30326

Telephone: (404) 577-6000
lklein@bakerdonelson.com

*Counsel for General Motors LLC*

## CERTIFICATE OF SERVICE

I certify that on April 19th, 2024, a copy of the foregoing NOTICE OF FIRM CHANGE AND CHANGE OF ADDRESS was served electronically through the Court's electronic filing system upon all parties appearing on the court's ECF service list.

/s/ April N. Ross
MORGAN LEWIS & BOCKIUS, LLP
April N. Ross
1111 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 739 - 5590
april.ross@morganlewis.com

MORGAN LEWIS & BOCKIUS, LLP
Mohamed Awan
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1574
mohamed.awan@morganlewis.com

BAKER DONELSON,
BEARMAN, CALDWELL &
BERKOWITZ, PC
Linda A. Klein
(GA Bar No. 425069)
Monarch Plaza, Suite 1500
3414 Peachtree Rd., NE
Atlanta, Georgia 30326
Telephone: (404) 577-6000
lklein@bakerdonelson.com