IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No. 1:22-md-3051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS

TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Jonathan Stuart is no longer an attorney at the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC and is therefore withdrawn as counsel for Defendant General Motors, LLC. Mr. Stuart should be removed from the Court's service list with respect to this action. Attorneys at Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Lightfoot Franklin & White, LLC, Morgan Lewis & Bockius, LLP, and Bush Seyferth PLLC continue to represent Defendant General Motors, LLC as reflected on the service list and should continue to receive filings in this action accordingly.

DATED: April 19, 2024

         */s/ Linda A. Klein*

         Linda A. Klein (GA Bar No. 425069)
         lklein@bakerdonelson.com
         **BAKER DONELSON, BEARMAN,
         CALDWELL & BERKOWITZ, PC**
         Monarch Plaza, Suite 1500
         3414 Peachtree Rd., NE
         Atlanta, Georgia 30326
         Telephone: (404) 577-6000

         *Attorneys for General Motors, LLC*

NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT- 2

## CERTIFICATE OF SERVICE

I certify that on April 19th, 2024, a copy of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL JONATHAN STUART was served electronically through the Court's electronic filing system upon all parties appearing on the court's ECF service list.

/s/ Linda A. Klein
Linda A. Klein
(GA Bar No. 425069)

BAKER DONELSON,
BEARMAN, CALDWELL &
BERKOWITZ, PC
Monarch Plaza, Suite 1500
3414 Peachtree Rd., NE
Atlanta, Georgia 30326
Telephone: (404) 577-6000
lklein@bakerdonelson.com