IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No. 1:22-md-3051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross |

**JOINT MOTION TO DROP
<u>HYUNDAI MOTOR GROUP AS A DEFENDANT</u>**

Pursuant to Federal Rule of Civil Procedure 21, Plaintiffs and Defendants Hyundai Motor America, Kia America, Inc., Hyundai Motor Company, and Kia Corporation (together, the "Hyundai/Kia Defendants") jointly move for an order dropping Hyundai Motor Group ("HMG") as a Defendant in this action without prejudice.

Plaintiffs named HMG as a Korea-based Defendant in (1) *In re: ARC Airbag Inflators Products Liability Litigation* (the "MDL"), No. 1:22-md-3051 (N.D. Ga)*;* (2) *Joplin v. ARC Automotive, Inc.*, No. 2:22-cv-2507 (D.S.C.) ("Joplin")[1]; (3) *Battie v. Hyundai Motor Corp.*, No. 1:22-cv-3809 (N.D. Ga) ("Battie")[2]; (4) *Jones v. ARC*

---

[1] *Joplin* was transferred to this Court by the Judicial Panel on Multidistrict Litigation on December 15, 2022. ECF No. 1 (Transfer Order).
[2] *Battie* was consolidated with the MDL on June 1, 2023. *Battie v. Hyundai Motor Corp.*, No. 1:22-cv-3809 (N.D. Ga.), ECF No. 12 (Order).

1

*Automotive, Inc.*, No. 4:22-cv-397 (S.D. Iowa) ("Jones")[3]; (5) *McCrory v. Hyundai America, Inc.,* No. 8:23-cv-1196 (C.D. Cal.) ("McCrory")[4]. While negotiating the concurrently filed Stipulation Regarding Service of Process on Non-U.S. Hyundai and Kia Defendants, Plaintiffs were informed that Hyundai Motor Group is not a legal entity. Plaintiffs therefore agreed to voluntarily dismiss all claims against HMG without prejudice based on the Hyundai/Kia Defendants' representation that HMG is not a legal entity.

Federal Rule of Civil Procedure 21 provides that "the court may at any time, on just terms, add or drop a party." This rule "provides wide discretion for the District Court to add or drop parties." *Capitol City Bank & Tr. Co. v. McAfee 3 Architects, Inc.*, No. 1:16-CV-593, 2017 WL 7693372, at *4 (N.D. Ga. Mar. 7, 2017) (citation and internal quotation marks omitted); *see also Lampliter Dinner Theater, Inc. v. Liberty Mut. Ins. Co.*, 792 F.2d 1036, 1046 (11th Cir. 1986) (explaining that district courts have "great discretion" in dropping or adding parties under Rule 21).

Based on the representations made by the Hyundai/Kia Defendants, the Parties agree that HMG should be dropped from this action, that all allegations pleaded against HMG in the Corrected Consolidated Class Action Complaint (ECF

---

[3] *Jones* was transferred to this Court by the Judicial Panel on Multidistrict Litigation on December 28, 2022. ECF No. 2 (Conditional Transfer Order–1).
[4] *McCrory* was transferred to this Court by the Judicial Panel on Multidistrict Litigation on August 2, 2023. ECF No. 119 (Conditional Transfer Order–2).

Nos. 157, 157-1, and 157-2) should be dismissed without prejudice, and that HMG's dismissal would promote the interests of justice and efficiency.

Plaintiffs and Hyundai/Kia Defendants therefore request that the Court dismiss HMG as a Defendant without prejudice.

Respectfully submitted on June 12, 2024.

Dated: June 12, 2024                              Respectfully submitted,

| | |
|---|---|
| */s/ Eric S. Mattison* (with permission) | */s/ H. Clay Barnett, III* |
| Eric S. Mattison | H. Clay Barnett, III |
| emattson@sidley.com | Clay.Barnett@Beasleyallen.com |
| Kendra Stead | Thomas P. Willingham |
| kstead@sidley.com | Tom.Willingham@Beasleyallen.com |
| Ankur Shingal | BEASLEY, ALLEN, CROW, |
| ashingal@sidley.com | METHVIN, PORTIS & MILES, P.C. |
| SIDLEY AUSTIN LLP | Overlook II |
| One South Dearborn St. | 2839 Paces Ferry Rd SE, Suite 400 |
| Chicago, IL 60603 | Atlanta, GA 30339 |
| Telephone: (312) 853-7000 | Telephone: (404) 751-1162 |
| Facsimile: (312) 853-7036 | |
| | Demet Basar |
| Ellyce R. Cooper | Demet.Basar@Beasleyallen.com |
| ecooper@sidley.com | W. Daniel "Dee" Miles, III |
| 1999 Avenue of the Stars | Dee.Miles@Beasleyallen.com |
| Los Angeles, CA 90067 | J. Mitch Williams |
| Telephone: (213) 896-6000 | Mitch.Williams@Beasleyallen.com |
| Facsimile: (213) 896 6600 | Dylan T. Martin |
| | Dylan.Martin@Beasleyallen.com |
| Joel H. Smith | BEASLEY, ALLEN, CROW, |
| Patrick J. Cleary | METHVIN, PORTIS & MILES, P.C. |
| BOWMAN AND BROOKE | 272 Commerce Street |
| 1441 Main St., Ste. 1200 | Montgomery, AL 36104 |
| Columbia, SC 29201 | Telephone: (334) 269-2343 |
| Telephone: (803) 726-7422 | |
| Facsimile: (803) 726-7421 | |

Joel.smith@bowmanandbrooke.com
patrick.cleary@bowmanandbrooke.com

Anita Wallace Thomas
anita.thomas@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
Suite 1700
201 17th Street, N.W.
Atlanta, GA 30363
Telephone: (404) 322-6000
Fax: (404) 322-6050

James P. Feeney
jfeeney@dykema.com
DYKEMA GOSSETT, PLLC-MI
39577 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 203-0841
Fax: (855) 243-9885

*Counsel for Hyundai Motor America, Kia America, Inc., Hyundai Motor Company, and Kia Corporation*

David S. Stellings
dstellings@lchb.com
Michael J. Miarmi
mmiarmi@lchb.com
Katherine I. McBride
kmcbride@lchb.com
Gabriel A. Panek
gpanek@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500

Nimish R. Desai
ndesai@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000

Roland Tellis
rtellis@baronbudd.com
David Fernandes
dfernandes@baronbudd.com
Adam Tamburelli
atamburelli@baronbudd.com
Jay Lichter
jlichter@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Blvd #1600
Encino, California 91436
Telephone: (818) 839-2333

James E. Cecchi
jcecchi@carellabyrne.com
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
5 Becker Farm Road

4

Roseland, New Jersey 07068
Telephone: (973) 994-1700

Zachary Jacobs
zjacobs@carellabyrne.com
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
222 South Riverside Plaza
Chicago, Illinois 60606
Telephone: (973) 994-1700

Lindsey H. Taylor
ltaylor@carellabyrne.com
Zachary J. Bower
zbower@carellabyrne.com
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
2222 Ponce De Leon Blvd.
Miami, Florida 33134
Telephone: (973) 994-1700

Niall P. McCarthy
nmccarthy@cpmlegal.com
Elizabeth T. Castillo
ecastillo@cpmlegal.com
Kevin J. Boutin
kboutin@cpmlegal.com
COTCHETT, PITRE & McCARTHY,
LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000

Hannah K. Brown
hbrown@cpmlegal.com
Theresa E. Vitale
tvitale@cpmlegal.com
COTCHETT, PITRE & McCARTHY,
LLP
2716 Ocean Park Blvd., Suite 3088

Santa Monica, CA 90405
Telephone: (310) 392-2008

Matthew D. Schultz
mschultz@levinlaw.com
William F. Cash
bcash@levinlaw.com
Scott Warrick (*pro hac vice*)
swarrick@levinlaw.com
LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR & MOUGEY, P.A.
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140

Kevin R. Dean
kdean@motleyrice.com
Ann K. Ritter
aritter@motleyrice.com
Lance V. Oliver
loliver@motleyrice.com
Sara O. Couch
scouch@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9000

## **LOCAL RULE 7.1 CERTIFICATION OF COMPLIANCE**

I hereby certify that the foregoing has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

Date: June 12, 2024

*/s/ H. Clay Barnett, III*
H. Clay Barnett, III
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Overlook II
2839 Paces Ferry Rd SE, Suite 400
Atlanta, GA 30339
Telephone: (404) 751-1162
Clay.Barnett@Beasleyallen.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office by this Court's CM/ECF system which will serve a true and correct copy of the same upon all counsel of record.

Date: June 12, 2024

> */s/ H. Clay Barnett, III*
> H. Clay Barnett, III
> BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
> Overlook II
> 2839 Paces Ferry Rd SE, Suite 400
> Atlanta, GA 30339
> Telephone: (404) 751-1162
> Clay.Barnett@Beasleyallen.com
>
> *Counsel for Plaintiff and the Proposed Class*