IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No. 1:22-md-3051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross |

**[PROPOSED] ORDER ON JOINT MOTION
TO DROP HYUNDAI MOTOR GROUP AS A DEFENDANT**

Plaintiffs and Defendants Hyundai Motor America, Kia America, Inc., Hyundai Motor Company, and Kia Corporation (together, the "Hyundai/Kia Defendants") have moved pursuant to Federal Rule of Civil Procedure 21 to drop Hyundai Motor Group as a defendant without prejudice.

Under Rule 21, this Court "may at any time, on just terms, add or drop a party." The rule "provides wide discretion for the District Court to add or drop parties." *Capitol City Bank & Tr. Co. v. McAfee 3 Architects, Inc.*, No. 1:16-CV-593, 2017 WL 7693372, at *4 (N.D. Ga. Mar. 7, 2017) (citation and internal quotation marks omitted).

The Court finds that, for the reasons set out in the Parties' joint motion, the interests of justice and efficiency favor granting the motion. The Court further accepts and adopts the Parties' agreement that all claims and allegations pleaded

1

against HMG in the Corrected Consolidated Class Action Complaint (ECF Nos. 157, 157-1, and 157-2) shall be dismissed without prejudice.

Accordingly, the Court **GRANTS** the Parties' joint motion. HMG is dismissed without prejudice as a Defendant in this action.

So ordered on June ___, 2024.

_____
Hon. Eleanor L. Ross
United States District Judge
Northern District of Georgia