# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE:  ARC AIRBAG INFLATORS PRODUCT LIABILITY LITIGATION | MDL No. 3051<br><br>Case No. 1:22-md-03051-ELR |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW counsel for Defendant Ford Motor Company in the above-styled matter, files and serves this Notice of Change of Address, and requests that this Court and all counsel send all correspondence and notices, beginning **Friday, June 21, 2024**, to the undersigned at the new office located at:

**Watson Spence LLP**
**Bank of America Plaza**
**600 Peachtree Street NE, Suite 2320**
**Atlanta, GA  30308**
**229.436.1545 telephone**
**678.331.7070 facsimile**

This 21st day of June, 2024.

*/s/ Philip A. Henderson*
WATSON SPENCE LLP
Michael R. Boorman
Georgia Bar No. 067798
Phillip A. Henderson
Georgia Bar No. 604769
Bank of America Plaza

600 Peachtree St NE
Suite 2320
Atlanta, GA 30308
Tel: (678) 433-6586
Fax: (678) 331-7070
mboorman@watsonspence.com
phenderson@watsonspence.com

MCGUIREWOODS LLP
Perry W. Miles
Brian D. Schmalzbach
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
pmiles@mcguirewoods.com
bschmalzbach@mcguirewoods.com
*Counsel for Defendant Ford Motor Company*

## **CERTIFICATE OF SERVICE**

I certify that on June 24, 2024, a copy of the foregoing Notice of Change of Address was served electronically through the Court's electronic filing system upon all parties appearing on the court's ECF service list.

*/s/ Philip A. Henderson*
Georgia Bar No. 604769