# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No. 1:22-md-3051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST HYUNDAI MOBIS CO. LTD.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Tyler Baker, Deneen Brown, Jonathan Carano, Latricia Ford, Brad Hoschar, Marie Hudson, Hannah Jones, Carla Taylor Long, James McCrory, Tracy Miles, Brenda Smith-Watson, Patricia Taylor, Shona Thomas, Richard Topa, Jordan E. Tribble, Anita Victory, and Theresa Wolle hereby dismiss their claims against Hyundai Mobis Co. Ltd. without prejudice. Hyundai Mobis Co. Ltd. has not served an answer or motion for summary judgment.

1

This notice of voluntary dismissal does not affect these Plaintiffs' pending claims against any other Defendants.

Dated: July 23, 2024          By:   *Demet Basar*
                                    Demet Basar
                                    BEASLEY, ALLEN, CROW,
                                    METHVIN, PORTIS & MILES, P.C.
                                    272 Commerce Street
                                    Montgomery, AL 36104
                                    Telephone: (334) 269-2343
                                    Demet.Basar@Beasleyallen.com

                                    Roland Tellis
                                    BARON & BUDD, P.C.
                                    15910 Ventura Blvd, Suite 1600
                                    Encino, CA 91436
                                    Telephone: 818.839.2333
                                    rtellis@baronbudd.com

                                    David S. Stellings
                                    LIEFF CABRASER
                                    HEIMANN & BERNSTEIN
                                    250 Hudson Street, 8th Floor
                                    New York, NY 10013-1413
                                    Telephone: 212.355.9500
                                    dstellings@lchb.com

                                    *Counsel for the Hyundai-Kia Plaintiffs*

2

## **LOCAL RULE 7.1(D) CERTIFICATION**

Pursuant to Local Rule 7.1(D), I hereby certify that this document has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1(C).

This 23rd day of July, 2024.

>*Demet Basar*
>*Counsel for Plaintiffs*
>*and the Proposed Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

This 23rd day of July, 2024.

*Demet Basar*
*Counsel for Plaintiffs*
*and the Proposed Classes*