**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>Judge:    Eleanor L. Ross<br><br>**PLAINTIFFS' NOTICE OF NHTSA SUPPLEMENTAL INITIAL DECISION** |

Plaintiffs bring to the Court's attention the "Supplemental Initial Decision That Certain Frontal Driver and Passenger Air Bag Inflators Manufactured by ARC Automotive Inc. and Delphi Automotive Systems LLC, and Vehicles in Which Those Inflators Were Installed, Contain a Safety Defect," issued by the National Highway Traffic Safety Administration ("NHTSA") today on August 5, 2024, and published in the Federal Register at 89 Fed. Reg. 63473. *See* Ex. A ("Supplemental Initial Decision").

The Supplemental Initial Decision, issued as part of NHTSA's investigation into the safety defect in ARC's frontal driver and passenger airbag inflators, confirms the agency's initial decision (Dkt. 165) that the approximately 51 million hybrid, toroidal inflators at issue in this multidistrict litigation "contain a defect related to motor vehicle safety." *See* Ex. A, 89 Fed Reg. at 63474.

1

After more than six months of careful analysis and consideration of ARC's and automakers' detailed explanations of why the inflators are not defective—many of which parallel the arguments Defendants made in their pending motions to dismiss in this case—NHTSA rejected all of them. Instead, NHTSA found that "[t]hese air bag inflators are at risk of rupturing when the vehicle's air bag is commanded to deploy, causing metal debris to be forcefully ejected into the occupant compartment of the vehicle." *Id.*

The federal auto safety regulator also determined that "[the inflator defect] poses an unreasonable risk of serious injury or death to vehicle occupants," and the agency expects "[a]dditional inflator ruptures . . . to occur in the future, risking more serious injury and deaths, if they are not recalled and replaced." *Id.* at 63474–75. In short: "An inflator that is at risk of rupturing when commanded to deploy is flawed. ***It turns a lifesaving device into one that can do great harm, including causing death or serious injury.***" *Id.* at 63477 (emphasis added).

NHTSA also noted that while certain manufacturers previously "issued a small recall" targeted at the production lots of ruptured inflators, the agency's investigation has revealed that "ruptures have occurred in inflators manufactured across different time periods, plants, and manufacturing lines, thus warranting a broader recall." *Id.* at 63476. Indeed, NHTSA observed that, "[a]fter the most recent rupture, GM apparently recognized that a lot-based recall was no longer sufficient,"

yet "the ensuing recall was limited to specific model years and models of vehicles," which "fails to address the full population of GM vehicles containing the subject inflators." *Id.* at 63477 n.31. In all, manufacturers' "[l]imited-scope recalls initiated in response to some of the ruptures" were "reactionary and narrowly focused," and "did not proactively address the propensity of the larger population of subject inflators to rupture." *Id.* at 63478. The agency determined that "[a]s a result, ruptures continued to occur." *Id.*

NHTSA further explained that "[w]hile the actual occurrence of ruptures is rare, the subject inflators' **risk of rupture nevertheless constitutes a defect**, especially when considering the nature and purpose of an inflator and the severity of the risk to vehicle occupants." *Id.* (emphasis added); *see also id.* at 63490 (concluding "all of the subject inflators have a risk of rupture and are defective").

NHTSA has provided an additional 30-day comment period through September 4, 2024, to allow for "additional transparency" in the process but stated "[n]o additional public meeting will be held." *Id.* at 63490.

3

Dated: August 5, 2024

*/s/Roland Tellis*
Roland Tellis
rtellis@baronbudd.com
David Fernandes
dfernandes@baronbudd.com
Adam Tamburelli
atamburelli@baronbudd.com
Jay Lichter
jlichter@baronbudd.com
Sterling Cluff
scluff@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Blvd #1600
Encino, California 91436
Tel: (818) 839-2333

Respectfully submitted,

*/s/ Demet Basar*
Demet Basar
demet.basar@beasleyallen.com
W. Daniel "Dee" Miles, III
dee.miles@beasleyallen.com
J. Mitch Williams
mitch.williams@beasleyallen.com
Dylan T. Martin
dylan.martin@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Tel: (334) 269-2343

H. Clay Barnett, III (GA Bar 174058)
clay.barnett@beasleyallen.com
Thomas P. Willingham (GA Bar 235049)
tom.willingham@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Overlook II
2839 Paces Ferry Rd SE, Suite 400
Atlanta, GA 30339
Tel: (404) 751-1162

4

*/s/ James E. Cecchi*
James E. Cecchi
jcecchi@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700

Zachary Jacobs
zjacobs@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
222 South Riverside Plaza
Chicago, Illinois 60606
Tel: (973) 994-1700

Jason H. Alperstein
jalperstein@carellabyrne.com
Zachary J. Bower
zbower@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
2222 Ponce De Leon Blvd.
Miami, Florida 33134
Tel: (973) 994-1700

*/s/ Elizabeth T. Castillo*
Niall P. McCarthy
nmccarthy@cpmlegal.com
Elizabeth T. Castillo
ecastillo@cpmlegal.com
David G. Hollenberg
dhollenberg@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000

Hannah K. Brown
hbrown@cpmlegal.com
Theresa E. Vitale
tvitale@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
2716 Ocean Park Blvd., Suite 3088
Santa Monica, CA 90405
Tel: (310) 392-2008

*/s/ David Stellings*
David Stellings
dstellings@lchb.com
Michael J. Miarmi
mmiarmi@lchb.com
Katherine I. McBride
kmcbride@lchb.com
Gabriel A. Panek
gpanek@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Tel: (212) 355-9500

Nimish R. Desai
ndesai@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: (415) 956-1000

*/s/ Kevin R. Dean*
Kevin R. Dean (GA Bar 214855)
kdean@motleyrice.com
Ann K. Ritter
aritter@motleyrice.com
Lance V. Oliver
loliver@motleyrice.com
Sara O. Couch
scouch@motleyrice.com
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000

*/s/ Matthew D. Schultz*
Matthew D. Schultz
mschultz@levinlaw.com
William F. Cash
bcash@levinlaw.com
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140

*Leadership Committee for Plaintiffs and the Proposed Classes*

6

| | |
|---|---|
| */s/ Michael A. Caplan* | */s/ M.J. Blakely* |
| Michael A. Caplan (GA Bar 601039) | M.J. Blakely (GA Bar 708906) |
| mcaplan@caplancobb.com | mjblakely@blakelyfirm.com |
| T. Brandon Waddell (GA Bar 252639) | **THE BLAKELY FIRM, L.L.C.** |
| bwaddell@caplancobb.com | P.O. Box 3314 |
| Ashley C. Brown (GA Bar 287373) | Decatur, GA 30031 |
| abrown@caplancobb.com | Tel: (404) 491-0617 |
| **CAPLAN COBB LLC** | |
| 75 Fourteenth Street NE, Suite 2700 | |
| Atlanta, Georgia 30309 | |
| Tel: (404) 596-5600 | |

*Co-Liaison Counsel for Plaintiffs and the Proposed Classes*

**CERTIFICATE OF SERVICE**

On August 5, 2024, I hereby certify that I have caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

> */s/ David Stellings*
> David Stellings