## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE ARC AIRBAG INFLATORS PRODUCT LIABILITY LITIGATION | MDL No. 3051<br>Case No. 1:22-md-3051-ELR<br><br>Hon. Eleanor L. Ross<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF NHTSA SUPPLEMENTAL INITIAL DECISION** |

Defendants write in response to Plaintiffs' Notice of NHTSA's Supplemental Initial Decision (Dkt. 267).

The Supplemental Initial Decision is irrelevant to any issues presented by the pending motions to dismiss. To begin, the Supplemental Initial Decision is not final. NHTSA is providing an additional 30-day comment period for interested parties to present information, views, and arguments, and NHTSA may revisit or revise its decision before issuing any final determination. Any final determination would then be subject to judicial review.

In any event, the Supplemental Initial Decision (or any subsequent final determination by NHTSA) has no bearing on the pending motions to dismiss, which must be decided based on "the four corners of the complaint" and its exhibits. *Turner v. Williams*, 65 F.4th 564, 583 n.27 (11th Cir. 2023). The Supplemental Initial Decision is neither part of the Amended Complaint nor an exhibit to it, and it falls

into none of the other categories of documents that may be considered on a motion to dismiss.

Nor does the Supplemental Initial Decision, as Plaintiffs claim, reject points that "parallel the arguments Defendants made in their pending motions to dismiss in this case." Dkt. 267 at 2. Defendants' pending motions address the sufficiency of the Amended Complaint, raising legal issues about claims for money damages that are entirely distinct from the issues NHTSA is considering. NHTSA's non-final Supplemental Initial Decision has no bearing on the questions the Court must decide at this stage, including those related to standing, jurisdiction, timeliness, and the sufficiency of Plaintiffs' claims and factual allegations (or lack thereof) under the relevant pleading standards and state law.

Dated: August 19, 2024                                  Respectfully submitted,

*/s/ Eric S. Mattson*

SIDLEY AUSTIN LLP
Eric S. Mattson
Kendra Stead
Ankur Shingal
One South Dearborn St.
Chicago, IL 60603
(312) 853-7000
Fax: (312) 853-7036
emattson@sidley.com
kstead@sidley.com
ashingal@sidley.com

Ellyce R. Cooper
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
(213) 896-6000
Fax: (213) 896 6600
ecooper@sidley.com

BOWMAN AND BROOKE
Joel H. Smith
Patrick J. Cleary
1441 Main St., Suite 1200
Columbia, SC 29201
(803) 726-7422
Fax: (803) 726-7421
joel.smith@bowmanandbrooke.com
patrick.cleary@bowmanandbrooke.com

DYKEMA GOSSETT, PLLC-MI
James P. Feeney
Suite # 300
39577 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 203-0841
Fax: (855)243-9885
jfeeney@dykema.com

NELSON MULLINS RILEY &
SCARBOROUGH LLP
Anita Wallace Thomas
Suite 1700
201 17th Street, N.W.
Atlanta, GA 30363
(404) 322-6000
Fax: 404-322-6050
anita.thomas@nelsonmullins.com

*COUNSEL FOR DEFENDANTS KIA AMERICA, INC. AND HYUNDAI MOTOR AMERICA*

<u>s/ Michael B. Shortnacy</u>

Livia M. Kiser
Susan V. Vargas
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
(213) 443-4355
Fax: (213) 443-4310
lkiser@kslaw.com
svargas@kslaw.com

Michael B. Shortnacy
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(424) 324-3494
Fax: (424) 204-9093
mshortnacy@shb.com

*COUNSEL FOR DEFENDANTS AUDI OF AMERICA, LLC AND VOLKSWAGEN GROUP OF AMERICA, INC.*

<u>/s/ April N. Ross</u>

MORGAN LEWIS & BOCKIUS LLP
April N. Ross
1111 Pennsylvania Ave., NW
Washington, DC 20004
(202) 739 - 3000
Fax: (202) 739-3001
april.ross@morganlewis.com

Mohamed Awan
110 North Wacker Drive
Chicago, IL 60606
(312) 324-1000
Fax: (312) 324-1001
mohamed.awan@morganlewis.com


BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Linda Ann Klein
3414 Peachtree Road, NE
Monarch Plaza, Suite 1500
Atlanta, GA 30326-1164
(404) 577-6000
Email: lklein@bakerdonelson.com

*COUNSEL FOR GENERAL MOTORS LLC*

*/s/ Eric Y. Kizirian*

LEWIS BRISBOIS BISGAARD & SMITH, LLP
Eric Y. Kizirian
Zourik Zarifian
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800
Fax: (213) 250-7900
eric.kizirian@lewisbrisbois.com
zourik.zarifian@lewisbrisbois.com

*COUNSEL FOR DEFENDANTS BMW OF NORTH AMERICA, LLC AND BMW MANUFACTURING CO., LLC.*

*/s/ David S. Killoran*

5

DYKEMA GOSSETT LLP
David S. Killoran
444 S. Flower, Suite 2200
Los Angeles, CA 90071
(213) 457-1800
dkilloran@dykema.com

DYKEMA GOSSETT PLLC
Eric Tew
1301 K Street NW
Suite 1100 West
Washington, D.C. 20005
(202) 906-8600
etew@dykema.com

*COUNSEL FOR DEFENDANT PORSCHE CARS NORTH AMERICA, INC.*

/s/ Stephen A. D'Aunoy

KLEIN THOMAS LEE & FRESARD
Stephen A. D'Aunoy
Thomas L. Azar, Jr.
Suite 1600
100 N Broadway
St. Louis MO 63102
(314) 888-2971
steve.daunoy@kleinthomaslaw.com
tom.azar@kleinthomaslaw.com

KLEIN THOMAS LEE & FRESARD
Fred Fresard
Ian Edwards
Lauren Fibel
101 W. Big Beaver Road, Ste. 1400
Troy, MI 48084
(248) 509-9270

6

fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com
lauren.fibel@kleinthomaslaw.com

*COUNSEL FOR DEFENDANT FCA US LLC*


*/s/ Perry W. Miles IV*

MCGUIREWOODS LLP
Perry W. Miles IV
Brian D. Schmalzbach
800 East Canal Street
Richmond, VA 23219
(804) 775-1000
Fax: (804) 775-1061
pmiles@mcguirewoods.com
bschmalzbach@mcguirewoods.com

Lee K. Royster
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
(704)-343-2000
Fax: (704) 343-2300
lroyster@mcguirewoods.com

WATSON SPENCE LLP
Michael R. Boorman
Phillip A. Henderson
999 Peachtree St NE
Suite 1130
Atlanta, GA 30309
(678) 433-6586
Fax: (229) 436-6358
mboorman@watsonspence.com
phenderson@watsonspence.com

*COUNSEL FOR DEFENDANT FORD MOTOR COMPANY*

*/s/ Michael D. Leffel*

FOLEY & LARDNER LLP
Michael D. Leffel
150 East Gilman Street, Suite 5000
Madison, WI 53703
(608) 257-5035
Fax: (608) 258-4258
mleffel@foley.com

*COUNSEL FOR DEFENDANT ARC AUTOMOTIVE, INC.*

*/s/ Joseph G. Petrosinelli*

Joseph G. Petrosinelli
J. Liat Rome
WILLIAMS AND CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC 20024
(202) 434-5000
Fax: (202) 434-5029
jpetrosinelli@wc.com
jrome@wc.com
jking@wc.com

Cari K. Dawson
Georgia Bar No. 213490
Kara F. Kennedy
Georgia Bar No. 926006
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000
Fax: (404) 881-7777

8

cari.dawson@alston.com
kara.kennedy@alston.com

*COUNSEL FOR DEFENDANTS AUTOLIV, INC. AND AUTOLIV ASP, INC.*

/s/ Benjamin W. Jeffers

HICKEY HAUCK BISHOFF
JEFFERS & SEABOLT, PLLC
Benjamin W. Jeffers
Benjamin I. Shipper
Andrew M. Gonyea
I Woodward Avenue, Suite 2000
Detroit, MI 48226
(313) 964-8600
Fax: (313) 964-8601
bjeffers@hhbjs.com
bshipper@hhbjs.com
agonyea@hhbjs.com

*COUNSEL FOR DEFENDANT KEY SAFETY SYSTEMS, INC. D/B/A JOYSON SAFETY SYSTEMS*

/s/ Sean M. Berkowitz

Sean M. Berkowitz
Arthur F. Foerster
Johanna Spellman
LATHAM & WATKINS LLP
330 North Wabash Street, Suite 2800
Chicago, IL 60611
(312) 876.7700
Fax: (312) 993-9767

Sean P. McNally

9

TROUTMAN PEPPER HAMILTON
SANDER LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
(248) 359-7317
Fax: (248) 359-7700

Lindsey B. Mann
TROUTMAN PEPPER HAMILTON
SANDER LLP
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
(404) 885-2743
Fax: (404) 962-6538

*COUNSEL FOR ZF ACTIVE SAFETY AND ELECTRONICS US LLC, ZF PASSIVE SAFETY SYSTEMS US INC., ZF AUTOMOTIVE US INC., AND ZF TRW AUTOMOTIVE HOLDINGS CORP.*

/s/ Joseph Weinstein

Joseph Weinstein
Roger M. Gold
Squire Patton Boggs (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114-1304
(216) 479-8500
Fax: (216) 479-8780
joe.weinstein@squirepb.com
roger.gold@squirepb.com

Dara D. Mann
Georgia Bar No. 469065
Deborah Lempogo
Georgia Bar No. 277943

10

        Squire Patton Boggs (US) LLP
        1201 W. Peachtree Street NW
        Suite 3150
        Atlanta, GA 30309
        (678) 272-3222
        Fax: (678) 272-3211
        dara.mann@squirepb.com
        deborah.lempogo@squirepb.com

        Daniel C. Harkins
        Squire Patton Boggs (US) LLP
        1211 Avenue of the Americas, Fl. 26
        New York, NY 10036-8705
        (212) 872-9890
        Fax: (212) 872-9815
        daniel.harkins@squirepb.com

        *COUNSEL FOR TOYODA GOSEI*
        *MISSOURI CORPORATION*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared with Times New Roman 14-point font, one of the font and point selections approved by Local Rule 5.1.

                                                      */s/ Eric S. Mattson*

## CERTIFICATE OF SERVICE

I certify that on August 19, 2024, a copy of the foregoing was served electronically through the Court's electronic filing system on all parties appearing on the Court's ECF service list.

/s/ Eric S. Mattson