# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br>Case No. 1:22-md-3051-ELR<br><br>Hon. Eleanor L. Ross<br><br>**HYUNDAI MOTOR COMPANY AND KIA CORPORATION'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT** |

Defendants Hyundai Motor Company and Kia Corporation move to dismiss Plaintiffs' Corrected Consolidated Class Action Complaint. This motion is based on the concurrently filed Memorandum of Points and Authorities, Defendants' Joint Notice of Motion and Motion to Dismiss and attached exhibits, Hyundai Motor America and Kia America, Inc.'s Notice of Motion and Motion to Dismiss and attached exhibits, reply briefs to each motion and attached exhibits, any further briefing or exhibits in support of the motions, and the arguments of counsel. Dkts. 180, 181, 189, 242, 249.

Defendants Hyundai Motor Company and Kia Corporation respectfully request that the Court grant the motion and enter an order dismissing all claims against them with prejudice.

1

Dated: September 16, 2024

SIDLEY AUSTIN LLP
Eric S. Mattson
Kendra Stead
Ankur Shingal
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
emattson@sidley.com
kstead@sidley.com
ashingal@sidley.com

Ellyce R. Cooper
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
Telephone: (213) 896-6000
Facsimile: (213) 896 6600
ecooper@sidley.com

Respectfully submitted,

/s/ Eric S. Mattson

NELSON MULLINS RILEY &
SCARBOROUGH LLP
Anita Wallace Thomas
Suite 1700
201 17th Street, N.W.
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
anita.thomas@nelsonmullins.com

BOWMAN AND BROOKE
Joel H. Smith
Patrick J. Cleary
1441 Main St., Ste. 1200
Columbia, SC 29201
Telephone: (803) 726-7422
Facsimile: (803) 726-7421
joel.smith@bowmanandbrooke.com
patrick.cleary@bowmanandbrooke.com

DYKEMA GOSSETT, PLLC-MI
James P. Feeney
Suite # 300
39577 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 203-0841
Facsimile: (855) 243-9885
jfeeney@dykema.com

## CERTIFICATE OF SERVICE

I certify that on September 16, 2024, a copy of the foregoing Hyundai Motor Company and Kia Corporation's Motion to Dismiss Consolidated Class Action Complaint was served electronically through the Court's electronic filing system on all parties appearing on the Court's ECF service list.

*/s/ Eric S. Mattson*