IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No. 1:22-md-3051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO HYUNDAI MOTOR COMPANY AND KIA CORPORATION'S MOTION TO DISMISS THE CONSOLIDATED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(c)(1)(C), Plaintiffs hereby move for a 15-day extension of time, through and including October 15, 2024, for Plaintiffs to file their response to the motion to dismiss filed by defendants Hyundai Motor Company ("Hyundai Motor") and Kia Corporation ("Kia Corp.") on September 16, 2024. ECF 272.

In support thereof, Plaintiffs state as follows:

1. By stipulation dated June 12, 2024, Hyundai Motor and Kia Corp. (ECF 262), the corporate parents of automaker defendants Hyundai Motor America and Kia America, Inc., respectively, agreed to waive the formalities of service under the

1

Hague Service Convention in this litigation, and to accept service of Plaintiffs' Corrected Consolidated Class Action Complaint, in exchange for certain accommodations on any discovery (ECF 157). The Court approved the stipulation on June 14, 2024 (ECF 264), Plaintiffs served the Complaint on June 16, 2024, and, per the stipulation, these defendants timely moved to dismiss the Complaint on September 16, 2024. ECF 272.

    2.    Pursuant to Rule 7.1(B) of the Local Rules of the Northern District of Georgia, Plaintiffs' response is due 14 days after service of the motion, or on September 30, 2024. LR 7.1(B), NDGa.

    3.    Hyundai Motor and Kia Corp.'s motion to dismiss is the first such motion filed by foreign corporate parents of U.S. defendants in this litigation. As such, Plaintiffs expect their response will raise certain legal and factual issues not previously addressed in the Parties' briefing on the U.S. defendants' motions to dismiss. Plaintiffs thus believe they will require additional time to prepare their response to Hyundai Motor and Kia Corp.'s motion.

    4.    Plaintiffs met and conferred with counsel for Hyundai Motor and Kia Corp., and they do not oppose this Motion.

    5.    This Motion is submitted in good faith and not intended to cause unnecessary burden or needless expense.

6. Plaintiffs have not previously requested an extension to respond to Hyundai Motor and Kia Corp.'s motion to dismiss.

Therefore, for good cause shown, Plaintiffs respectfully request that the Court enter an Order extending the deadline for Plaintiffs to respond to Hyundai Motor and Kia Corp.'s motion to dismiss by 15-days, from September 30, 2024 through and including October 15, 2024.

A proposed order granting this relief is attached.

Dated: September 18, 2024

/s/ Roland Tellis
Roland Tellis (CA Bar 186269)
rtellis@baronbudd.com
David Fernandes (CA Bar 280944)
dfernandes@baronbudd.com
Adam Tamburelli (CA Bar 301902)
atamburelli@baronbudd.com
Jay Lichter (CA Bar 266960)
jlichter@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Blvd #1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

/s/ James E. Cecchi
James E. Cecchi (NJ Bar 030861989)
jcecchi@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068

/s/ Demet Basar
Demet Basar (NYS 2486710)
demet.Basar@Beasleyallen.com
W. Daniel "Dee" Miles, III (ASB 7656-M75W)
dee.Miles@Beasleyallen.com
J. Mitch Williams (ASB 8560X19D)
mitch.Williams@Beasleyallen.com
Dylan T. Martin (ASB 2336B15S)
dylan.Martin@Beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone number: (334) 269-2343
Facsimile number: (334) 954-7555

H. Clay Barnett, III (GA Bar 174058)
Clay.Barnett@Beasleyallen.com
Thomas P. Willingham (GA Bar 235049)

Telephone number: (973) 994-1700
Facsimile number: (973) 994-1744

Zachary Jacobs (IL Bar 6294345)
zjacobs@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
222 South Riverside Plaza
Chicago, Illinois 60606
Telephone number: (973) 994-1700
Facsimile number: (973) 994-1744

Lindsey H. Taylor (FL Bar 1027908)
ltaylor@carellabyrne.com
Zachary J. Bower (FL Bar 0017506)
zbower@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
2222 Ponce De Leon Blvd.
Miami, Florida 33134
Telephone number: (973) 994-1700
Facsimile number: (973) 994-1744

/s/ David S. Stellings
David S. Stellings (NY Bar 2635282)
dstellings@lchb.com
Katherine I. McBride (NY Bar 5452388)
kmcbride@lchb.com
Gabriel A. Panek (NY Bar 5605472)
gpanek@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Tom.Willingham@Beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Overlook II
2839 Paces Ferry Rd SE, Suite 400
Atlanta, GA 30339
Telephone number: (404) 751-1162
Facsimile number: (334) 954-7555

/s/ Elizabeth T. Castillo
Niall P. McCarthy (Cal. Bar 160175)
nmccarthy@cpmlegal.com
Elizabeth T. Castillo (Cal. Bar 280502)
ecastillo@cpmlegal.com
Kevin J. Boutin (Cal. Bar 334965)
kboutin@cpmlegal.com
Theresa E. Vitale (Cal. Bar 333993)
tvitale@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

/s/ Matthew D. Schultz
Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
William F. Cash (*pro hac vice*)
bcash@levinlaw.com
Scott Warrick (*pro hac vice*)
swarrick@levinlaw.com
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 S. Baylen St., Suite 600

Nimish R. Desai (CA Bar 244953)
ndesai@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*/s/ Michael A. Caplan*
Michael A. Caplan (GA Bar 601039)
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com

Pensacola, FL 32502
Tel: (850) 435-7140

*/s/ Kevin R. Dean*
Kevin R. Dean (GA Bar No. 214855)
kdean@motleyrice.com
Ann K. Ritter
aritter@motleyrice.com
Lance V. Oliver
loliver@motleyrice.com
Sara O. Couch
scouch@motleyrice.com
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Phone: (843) 216-9000
Fax: (843) 216-9450

*/s/ M.J. Blakely*
M.J. Blakely (GA Bar 708906)
mjblakely@blakelyfirm.com
**THE BLAKELY FIRM, L.L.C.**
P.O. Box 3314
Decatur, GA 30031
Telephone number: (404) 491-0617

*Counsel for Plaintiffs and the Proposed Classes*

## LOCAL RULE 7.1(D) CERTIFICATION

Pursuant to Local Rule 7.1(D), I hereby certify that this document has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1(C).

This 18th day of September, 2024.

>*Demet Basar*
>*Counsel for Plaintiffs*
>*and the Proposed Classes*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

This 18th day of September, 2024.

>*Demet Basar*
>*Counsel for Plaintiffs*
>*and the Proposed Classes*