IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No. 1:22-md-3051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO HYUNDAI MOTOR COMPANY AND KIA CORPORATION'S MOTION TO DISMISS THE CONSOLIDATED COMPLAINT** |

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to Respond to Hyundai Motor Company and Kia Corporation's Motion to Dismiss the Consolidated Complaint, it is hereby ORDERED that the deadline for Plaintiffs to submit their response to the motion to dismiss is extended by 15-days, from September 30, 2024 through and including October 15, 2024.

**SO ORDERED this \_\_\_\_ day of September, 2024.**

_____
HON. ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

1