# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No. 1:22-md-3051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF

**TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that John A. Macoretta is no longer an attorney at the law firm of Spector Roseman & Kodroff, P.C. and therefore is withdrawn as counsel for Plaintiff, Earl Wilson. Mr. Macoretta should be removed from the Court's service list with respect to this action.

Attorneys at the law firm of Spector Roseman & Kodroff, P.C. continue to represent Plaintiff as reflected on the service list and should continue to receive filings in this action accordingly.

**DATED:** September 27, 2024

*/s/ William G. Caldes*
William G. Caldes
bcaldes@srkattorneys.com
Jeffrey L. Spector
jspector@srkattorneys.com
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420

NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF - 1

Philadelphia, PA  19103
Tel:  (215) 496-0300

*Attorneys for Plaintiff, Earl Wilson*