UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>Judge:   Eleanor L. Ross<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

As further support for their oppositions to Defendants' pending motions to dismiss the Corrected Consolidated Class Action Complaint ("Complaint"), Plaintiffs respectfully submit Judge Thrash's recent decision in *Bolling v. Mercedes-Benz USA, LLC*, No. 1:23-CV-671-TWT, 2024 WL 3972987 (N.D. Ga. Aug. 27, 2024) (attached as Exhibit A).

*Bolling* ruled in the plaintiffs' favor on numerous issues relevant to the pending motions in this case, including:

- Whether Plaintiffs "have standing to assert claims regarding vehicle models and/or model years that are different from the ones the Plaintiffs

1

purchased." *Bolling*, 2024 WL 3972987, at *4–5; *see also* Dkt. 221 (Pls.' Opp'n to Automakers' Mot. to Dismiss) at 4–6.

- Whether the Complaint is a "shotgun pleading." *Bolling*, 2024 WL 3972987, at *6–7; *see also* Dkt. 220 (Pls.' Opp'n to ARC Mot. to Dismiss) at 4–7.

- Whether Plaintiffs can assert equitable claims as an alternative basis for relief. *Bolling*, 2024 3972987, at *6; *see also* Dkt. 221 at 41–42.

- Whether Plaintiffs sufficiently plead express warranty claims. *Bolling*, 2024 3972987, at *9–10; *see also* Dkt. 221 at 11–12.

- Whether Plaintiffs sufficiently plead that the Automaker Defendants breached the implied warranty of merchantability. *Bolling*, 2024 3972987, at *12; *see also* Dkt. 221 at 19–20.

- Whether Georgia law can apply to nationwide fraudulent concealment claims. *Bolling*, 2024 WL 3972987, at *14; *see also* Dkt. 221 at 9.

- Whether Federal Rule of Civil Procedure 9(b)'s particularity requirement is relaxed where fraud claims are premised on omissions. *Bolling*, 2024 WL 3972987, at *14; *see also* Dkt. 221 at 29–31.

- Whether Defendants had a duty to disclose the Inflator Defect. *Bolling*, 2024 3972987, at *16; *see also* Dkt. 221 at 31–35.

- Whether Plaintiffs sufficiently plead justifiable reliance. *Bolling*, 2024 3972987, at *17; *see also* Dkt. 221 at 35–36.

- Whether the economic loss doctrine applies to Plaintiffs' claims. *Bolling*, 2024 3972987, at *17; *see also* Dkt. 221 at 36–37.

- Whether Plaintiffs state cognizable claims under the Alabama Deceptive Trade Practices Act, the Georgia Fair Business Practices Act, the Georgia Uniform Deceptive Trade Practices Act, the Virginia Consumer Protection Act, and California's Unfair Competition Law and Consumer Legal Remedies Act. *Bolling*, 2024 WL 3972987, at *18–22; *see also* Dkt. 221 at 37–45.

Accordingly, Judge Thrash's recent, apposite rulings undermine Defendants' challenges to Plaintiffs' claims here.

Dated: October 24, 2024                              Respectfully submitted,

*/s/Roland Tellis*
Roland Tellis
rtellis@baronbudd.com
David Fernandes
dfernandes@baronbudd.com
Adam Tamburelli
atamburelli@baronbudd.com
Jay Lichter
jlichter@baronbudd.com
Sterling Cluff
scluff@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Blvd #1600
Encino, California 91436
Tel: (818) 839-2333

*/s/ Demet Basar*
Demet Basar
demet.basar@beasleyallen.com
W. Daniel "Dee" Miles, III
dee.miles@beasleyallen.com
J. Mitch Williams
mitch.williams@beasleyallen.com
Dylan T. Martin
dylan.martin@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Tel: (334) 269-2343

H. Clay Barnett, III (GA Bar 174058)
clay.barnett@beasleyallen.com
Thomas P. Willingham (GA Bar 235049)
tom.willingham@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Overlook II
2839 Paces Ferry Rd SE, Suite 400
Atlanta, GA 30339
Tel: (404) 751-1162

4

*/s/ James E. Cecchi*
James E. Cecchi
jcecchi@carellabyrne.com
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700

Zachary Jacobs
zjacobs@carellabyrne.com
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
222 South Riverside Plaza
Chicago, Illinois 60606
Tel: (973) 994-1700

Jason H. Alperstein
jalperstein@carellabyrne.com
Zachary J. Bower
zbower@carellabyrne.com
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
2222 Ponce De Leon Blvd.
Miami, Florida 33134
Tel: (973) 994-1700

*/s/ Elizabeth T. Castillo*
Niall P. McCarthy
nmccarthy@cpmlegal.com
Elizabeth T. Castillo
ecastillo@cpmlegal.com
David G. Hollenberg
dhollenberg@cpmlegal.com
**COTCHETT, PITRE &
McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000

Hannah K. Brown
hbrown@cpmlegal.com
Theresa E. Vitale
tvitale@cpmlegal.com
**COTCHETT, PITRE &
McCARTHY, LLP**
2716 Ocean Park Blvd., Suite 3088
Santa Monica, CA 90405
Tel: (310) 392-2008

<div style="display: flex;">
<div>

*/s/ David Stellings*
David Stellings
dstellings@lchb.com
Michael J. Miarmi
mmiarmi@lchb.com
Katherine I. McBride
kmcbride@lchb.com
Gabriel A. Panek
gpanek@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Tel: (212) 355-9500

Nimish R. Desai
ndesai@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: (415) 956-1000

*/s/ Kevin R. Dean*
Kevin R. Dean (GA Bar 214855)
kdean@motleyrice.com
Ann K. Ritter
aritter@motleyrice.com
Lance V. Oliver
loliver@motleyrice.com
Sara O. Couch
scouch@motleyrice.com
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000

</div>
<div>

*/s/ Matthew D. Schultz*
Matthew D. Schultz
mschultz@levinlaw.com
William F. Cash
bcash@levinlaw.com
**LEVIN, PAPANTONIO,
RAFFERTY, PROCTOR,
BUCHANAN, O'BRIEN, BARR &
MOUGEY, P.A.**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140

</div>
</div>

*Leadership Committee for Plaintiffs and the Proposed Classes*

6

| | |
|---|---|
| */s/ Michael A. Caplan* | */s/ M.J. Blakely* |
| Michael A. Caplan (GA Bar 601039) | M.J. Blakely (GA Bar 708906) |
| mcaplan@caplancobb.com | mjblakely@blakelyfirm.com |
| T. Brandon Waddell (GA Bar 252639) | **THE BLAKELY FIRM, L.L.C.** |
| bwaddell@caplancobb.com | P.O. Box 3314 |
| Ashley C. Brown (GA Bar 287373) | Decatur, GA 30031 |
| abrown@caplancobb.com | Tel: (404) 491-0617 |
| **CAPLAN COBB LLC** | |
| 75 Fourteenth Street NE, Suite 2700 | |
| Atlanta, Georgia 30309 | |
| Tel: (404) 596-5600 | |

*Liaison Counsel for Plaintiffs and the Proposed Classes*

**CERTIFICATE OF SERVICE**

On October 24, 2024, I hereby certify that I have caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ David Stellings*
David Stellings