**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br>Case No. 1:22-md-3051-ELR<br><br>Hon. Eleanor L. Ross<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**[1] |

Plaintiffs' Notice of Supplemental Authority (Dkt. 276) (the "Notice") argues that Judge Thrash's recent decision in *Bolling v. Mercedes-Benz USA, LLC*[2] ruled in plaintiffs' favor on issues germane to this case and suggests that this Court should do the same. Not only does *Bolling* not support plaintiffs' arguments in this case, it actually supports Defendants' arguments on several issues.

In *Bolling*, the plaintiffs *all* experienced the defect in question (a shattered sunroof), while here, *none* of the plaintiffs have experienced the alleged inflator rupture defect. 2024 WL 3972987, at *1. *Bolling* was a single putative class action filed in this District (*id*.), not an MDL that combines cases filed in myriad federal courts across the country. *Bolling* involved only six named plaintiffs from five states

---

[1] All Defendants join in filing this Response.
[2] 2024 WL 3972987 (N.D. Ga. Aug. 27, 2024).

(*id*.), not 115 named plaintiffs from 36 states. And in *Bolling*, the plaintiffs *all* purchased vehicles allegedly manufactured by two Mercedes-Benz entities (*id*.), whereas plaintiffs here purchased vehicles manufactured by or containing parts from a selection of nine different manufacturers and five different Tier-1 and Tier-2 suppliers. These distinct facts and circumstances form the basis for many of the *Bolling* court's rulings. For example:

- ***Choice of Law.*** Because *Bolling* was a single class action filed in this district, the court applied Georgia law to many of the claims in that case. But while a federal court sitting in diversity generally applies the choice-of-law rules of its forum state, MDL courts must apply the choice-of-law rules of the forum where the individual underlying complaint was (or would have been) filed. *See* Dkt. 181-1 at 8-9.

- ***Shotgun Pleading.*** In ruling that the two Mercedes defendants were not denied notice of the specific claims against them, the court pointed to the fact that, as affiliated entities, the two defendants were "related" to each other. 2024 WL 3972987, at *7. While the two defendants' corporate connection should not deprive each of them of fair notice of the allegations directed at them, that is a far cry from the complaint here where plaintiffs have sued five unrelated Tier-1 and Tier-2 suppliers and nine unrelated manufacturers without specifying which plaintiffs are suing which defendants on which claims; without identifying the alleged conduct or products of each defendant; and without describing what each defendant allegedly knew about the inflators or when and how they gained any such knowledge. That is textbook shotgun pleading. *See* Dkt. 178-1 at 11-12.

- ***Standing.*** In *Bolling*, the court addressed whether the plaintiffs—all purchasers of Mercedes vehicles—had standing to assert claims against Mercedes on behalf of putative class members who also purchased Mercedes vehicles (of different models/model-years) and resided in the same states as the named plaintiffs. Here, plaintiffs lack standing to assert claims under the

laws of *different* states in which no plaintiff resides or sustained any injury; plaintiffs who purchased one manufacturer's vehicle lack standing to sue completely *different* manufacturers; and plaintiffs bring hundreds of claims against *multiple* manufacturers and suppliers with distinct roles in the supply chain, while failing to trace their injury to any particular defendant's conduct. *See* Dkt. 181-1 at 6-8.

While *Bolling* is highly distinguishable and thus inapposite in the above respects, *Bolling* does support several of Defendants' arguments for dismissal. For example:

- **Pre-suit Notice**. The court found that, just as in this case, certain plaintiffs in *Bolling* failed to allege facts showing that they informed Mercedes of the sunroof defect before filing suit and, therefore, those plaintiffs failed to satisfy the pre-suit notice requirement for express or implied warranty claims. 2024 WL 3972987, at *9.

- **NHTSA Investigation; Knowledge.** In *Bolling*, the plaintiffs argued the existence of a NHTSA investigation created a presumption that Mercedes knew about the sunroof defect. *Id*. at *15. The court disagreed, finding that the investigation contained no indication that Mercedes knew about the defect—it focused only on a narrow subset of class vehicles and never concluded that the defect existed. *Id*. Similarly here, NHTSA's investigation began *after* production of many class vehicles, and plaintiffs otherwise fail to identify anything in the investigation to suggest that defendants knew about the alleged defect. *See* Dkt. 181-1 at 24-27.

- **Unjust Enrichment.** The *Bolling* court dismissed unjust enrichment claims on the same grounds asserted in defendants' pending motions— *i.e.*, plaintiffs cannot assert a claim for unjust enrichment if they also assert a contract-based express warranty claim, where the existence of the warranty is not disputed by the parties. *Id*. at 41-43.

Dated: November 4, 2024               Respectfully submitted,

*/s/ April N. Ross*
MORGAN LEWIS & BOCKIUS, LLP
April N. Ross
1111 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 739 - 5590
april.ross@morganlewis.com

MORGAN LEWIS & BOCKIUS, LLP
Mohamed Awan
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1574
mohamed.awan@morganlewis.com

BAKER DONELSON,
BEARMAN, CALDWELL &
BERKOWITZ, PC
Linda A. Klein
(GA Bar No. 425069)
Monarch Plaza, Suite 1500
3414 Peachtree Rd., NE
Atlanta, Georgia 30326
Telephone: (404) 577-6000
lklein@bakerdonelson.com

*Counsel for General Motors LLC*

/s/ Eric S. Mattson
SIDLEY AUSTIN LLP
Eric S. Mattson
Kendra Stead
Ankur Shingal
One South Dearborn St. Chicago, IL 60603
(312) 853-7000
Fax: (312) 853-7036
emattson@sidley.com
kstead@sidley.com
ashingal@sidley.com

Ellyce R. Cooper
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
(213) 896-6000
Fax: (213) 896 6600
ecooper@sidley.com

BOWMAN AND BROOKE
Joel H. Smith
Patrick J. Cleary
1441 Main St., Suite 1200
Columbia, SC 29201
(803) 726-7422
Fax: (803) 726-7421
joel.smith@bowmanandbrooke.com
patrick.cleary@bowmanandbrooke.com

DYKEMA GOSSETT, PLLC-MI
James P. Feeney
Suite # 300
39577 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 203-0841

5

Fax: (855)243-9885
jfeeney@dykema.com

NELSON MULLINS RILEY &
SCARBOROUGH LLP
Anita Wallace Thomas
Suite 1700
201 17th Street, N.W.
Atlanta, GA 30363
(404) 322-6000
Fax: 404-322-6050
anita.thomas@nelsonmullins.com

*COUNSEL FOR DEFENDANTS KIA AMERICA, INC. AND HYUNDAI MOTOR AMERICA*


s/ Michael B. Shortnacy
Livia M. Kiser
Susan V. Vargas
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
(213) 443-4355
Fax: (213) 443-4310
lkiser@kslaw.com
svargas@kslaw.com

Michael B. Shortnacy
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(424) 324-3494
Fax: (424) 204-9093
mshortnacy@shb.com

*COUNSEL FOR DEFENDANTS AUDI OF AMERICA, LLC AND VOLKSWAGEN GROUP OF AMERICA, INC.*

/s/ Eric Y. Kizirian
LEWIS BRISBOIS BISGAARD & SMITH, LLP
Eric Y. Kizirian
Zourik Zarifian
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800
Fax: (213) 250-7900
eric.kizirian@lewisbrisbois.com
zourik.zarifian@lewisbrisbois.com

*COUNSEL FOR DEFENDANTS BMW OF NORTH AMERICA, LLC AND BMW MANUFACTURING CO., LLC.*

/s/ David S. Killoran
DYKEMA GOSSETT LLP
David S. Killoran
444 S. Flower, Suite 2200
Los Angeles, CA 90071
(213) 457-1800
dkilloran@dykema.com

DYKEMA GOSSETT PLLC
Eric Tew
1301 K Street NW
Suite 1100 West
Washington, D.C. 20005
(202) 906-8600

etew@dykema.com

*COUNSEL FOR DEFENDANT PORSCHE CARS NORTH AMERICA, INC.*

/s/ Stephen A. D'Aunoy
KLEIN THOMAS LEE & FRESARD
Stephen A. D'Aunoy
Thomas L. Azar, Jr.
Suite 1600
100 N Broadway
St. Louis, MO 63102
(314) 888-2971
steve.daunoy@kleinthomaslaw.com
tom.azar@kleinthomaslaw.com

KLEIN THOMAS LEE & FRESARD
Fred Fresard
Ian Edwards
Lauren Fibel
101 W. Big Beaver Road, Ste. 1400
Troy, MI 48084
(248) 509-9270
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com
lauren.fibel@kleinthomaslaw.com

*COUNSEL FOR DEFENDANT FCA US LLC*

/s/ Perry W. Miles IV
MCGUIREWOODS LLP
Perry W. Miles IV
Brian D. Schmalzbach

8

800 East Canal Street  
Richmond, VA 23219  
(804) 775-1000  
Fax: (804) 775-1061  
pmiles@mcguirewoods.com  
bschmalzbach@mcguirewoods.com  

Lee K. Royster  
201 North Tryon Street  
Suite 3000  
Charlotte, NC 28202  
(704)-343-2000  
Fax: (704) 343-2300  
lroyster@mcguirewoods.com  

WATSON SPENCE LLP  
Michael R. Boorman  
Phillip A. Henderson  
600 Peachtree St NE, Suite 1130  
Atlanta, GA 30308  
(678) 433-6586  
Fax: (229) 436-6358  
mboorman@watsonspence.com  
phenderson@watsonspence.com  

*COUNSEL FOR DEFENDANT FORD MOTOR COMPANY*

/s/ Michael D. Leffel  
FOLEY & LARDNER LLP  
Michael D. Leffel  
150 East Gilman Street, Suite 5000  
Madison, WI 53703  
(608) 257-5035  
Fax: (608) 258-4258  
mleffel@foley.com

Jeff Soble
Lauren Loew
321 N Clark Street, Suite 3000
Chicago, IL 60654
(312) 832-4500
jsoble@foley.com
lloew@foley.com

*COUNSEL FOR DEFENDANT ARC AUTOMOTIVE, INC.*


/s/ Joseph G. Petrosinelli
Joseph G. Petrosinelli
J. Liat Rome
WILLIAMS AND CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC 20024
(202) 434-5000
Fax: (202) 434-5029
jpetrosinelli@wc.com
jrome@wc.com

Cari K. Dawson
Georgia Bar No. 213490
Kara F. Kennedy
Georgia Bar No. 926006
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000
Fax: (404) 881-7777
cari.dawson@alston.com
kara.kennedy@alston.com

*COUNSEL FOR DEFENDANTS AUTOLIV, INC. AND AUTOLIV ASP, INC.*

/s/ Benjamin W. Jeffers
HICKEY HAUCK BISHOFF
JEFFERS & SEABOLT, PLLC
Benjamin W. Jeffers
Benjamin I. Shipper
Andrew M. Gonyea
1 Woodward Avenue, Suite 2000
Detroit, MI 48226
(313) 964-8600
Fax: (313) 964-8601
bjeffers@hhbjs.com
bshipper@hhbjs.com
agonyea@hhbjs.com

*COUNSEL FOR DEFENDANT KEY SAFETY SYSTEMS, INC. D/B/A JOYSON SAFETY SYSTEMS*

/s/ Sean M. Berkowitz
Sean M. Berkowitz
Arthur F. Foerster
Johanna Spellman
LATHAM & WATKINS LLP
330 North Wabash Street, Suite 2800
Chicago, IL 60611
(312) 876.7700
Fax: (312) 993-9767

Sean P. McNally
TROUTMAN PEPPER HAMILTON
SANDER LLP

11

4000 Town Center, Suite 1800
Southfield, MI 48075
(248) 359-7317
Fax: (248) 359-7700

Lindsey B. Mann
TROUTMAN PEPPER HAMILTON SANDER LLP
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
(404) 885-2743
Fax: (404) 962-6538

*COUNSEL FOR ZF ACTIVE SAFETY AND ELECTRONICS US LLC, ZF PASSIVE SAFETY SYSTEMS US INC., ZF AUTOMOTIVE US INC., AND ZF TRW AUTOMOTIVE HOLDINGS CORP.*


/s/ Joseph C. Weinstein
Joseph C. Weinstein
Roger M. Gold
Squire Patton Boggs (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114-1304
(216) 479-8500
Fax: (216) 479-8780
joe.weinstein@squirepb.com
roger.gold@squirepb.com

Dara D. Mann
Georgia Bar No. 469065
Deborah Lempogo
Georgia Bar No. 277943

>Squire Patton Boggs (US) LLP
>1230 Peachtree Street NE
>Suite 2200
>Atlanta, GA 30309
>(678) 272-3222
>Fax: (678) 272-3211
>dara.mann@squirepb.com
>deborah.lempogo@squirepb.com
>
>Daniel C. Harkins
>Squire Patton Boggs (US) LLP
>1120 Avenue of the Americas, 13th Fl.
>New York, NY 10036
>(212) 872-9890
>Fax: (212) 872-9815
>daniel.harkins@squirepb.com
>
>*COUNSEL FOR TG MISSOURI CORPORATION*

**CERTIFICATE OF SERVICE**

I certify that on November 4, 2024, a copy of the foregoing was served electronically through the Court's electronic filing system on all parties appearing on the Court's ECF service list.

*/s/ April N. Ross*
