# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>Applies to:<br>ANDERSON et al. v. AUTOLIV, INC. et al., C.A. No. 23-11601 | MDL No. 3051<br><br>Case No.: 1:22-MD-3051-ELR<br><br>District Judge Eleanor L. Ross<br><br>**DEFENDANT ZF FRIEDRICHSHAFEN AG'S. MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT** |

Defendant ZF Friedrichshafen AG ("ZF Friedrichshafen") *specially appears*[1] and moves to dismiss Plaintiffs' Corrected Consolidated Class Action Complaint (the "CAC"). This motion is based on the concurrently filed Memorandum of Law in Support. Specifically, ZF Friedrichshafen seeks an order dismissing the CAC with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(2) because the Court lacks personal jurisdiction over ZF Friedrichshafen in this action.

ZF Friedrichshafen further moves to dismiss the CAC with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds stated in the Tier 1 Suppliers' Motion to Dismiss (Dkt. 178), and incorporates the arguments made in support thereof.

---

[1] In filing this Motion, ZF AG does not waive, and expressly reserves, its right to Rule 12(b) defenses and any due process arguments, should it need to invoke them.

Respectfully submitted this 25th day of November, 2024.

/s/ *Sean M. Berkowitz*
LATHAM & WATKINS LLP

Sean M. Berkowitz
Illinois Bar No. 6209701
Arthur F. Foerster
Illinois Bar No. 6271201
Johanna Spellman
Illinois Bar No. 6293851
330 North Wabash Street, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767

Sean P. McNally
Michigan Bar No. 66292
Troutman Pepper Hamilton Sanders LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: 248.359.7317
Facsimile: 248.359.7700

Lindsey B. Mann
Georgia Bar No. 431819
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.2743
Facsimile: 404.962.6538

*Counsel for ZF Friedrichshafen AG*