AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

In re: ARC AIRBAG INFLATORS PRODUCTS
LIABILITY LITIGATION

| | )
| --- | --- |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| *Defendant* | ) |

Case No.    1:22-md-03051-ELR

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant ZF Friedrichshafen AG                                                      .

Date:      11/25/2024

/s/ Arthur F. Foerster
*Attorney's signature*

Arthur F. Foerster (IL Bar No. 6271201)
*Printed name and bar number*

Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
*Address*

arthur.foerster@lw.com
*E-mail address*

(312) 876-7700
*Telephone number*

(312) 993-9767
*FAX number*