AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| In re: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION<br>*Plaintiff*<br>v.<br>*Defendant* | )<br>)<br>)  Case No. 1:22-md-03051-ELR<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant ZF Friedrichshafen AG.

Date: 11/25/2024

/s/ Johanna Spellman
*Attorney's signature*

Johanna Spellman (IL Bar No. 6293851)
*Printed name and bar number*

Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
*Address*

johanna.spellman@lw.com
*E-mail address*

(312) 876-7700
*Telephone number*

(312) 993-9767
*FAX number*