# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross<br><br>**UNOPPOSED MOTION FOR EXTENSION OF BRIEFING DEADLINES WITH RESPECT TO ZF FRIEDRICHSHAFEN AG'S MOTION TO DISMISS PLAINTIFFS' CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs respectfully request that the Court (1) grant Plaintiffs a 14-day extension, through and including December 23, 2024, within which to file their Response to Defendant ZF Friedrichshafen AG's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint filed by (the "ZF AG Motion to Dismiss"); and (2) grant Defendant ZF Friedrichshafen AG ("ZF AG") a 15-day extension, through and including January 21, 2025, within which to file its Reply in Support of Its Motion to Dismiss.

In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed their Consolidated Class Action Complaint on June 28, 2023. ECF No. 94.

2. On October 12, 2023, Plaintiffs moved for an order authorizing service pursuant to Federal Rule of Civil Procedure 4(f)(3) on the foreign defendants to this action, including ZF AG. ECF No. 176.

3. On December 14, 2023, the Court denied that motion. ECF No. 218.

4. Accordingly, Plaintiffs served ZF AG with the summons and Consolidated Class Action Complaint through the Hague Service Convention. Service was effectuated on November 4, 2024. ECF No. 279-1 at 1 n.2.

5. ZF AG filed the ZF AG Motion to Dismiss on November 25, 2024. ECF No. 279.

6. Pursuant to Local Rule 7.1(B), Plaintiffs' Opposition to the ZF AG Motion to Dismiss would be due on December 9, 2024.

7. Pursuant to Local Rule 7.1(C), ZF AG's Reply in Support of its Motion to Dismiss would be due on December 23, 2024.

8. Due to the numerous issues raised in the ZF AG Motion to Dismiss, and because the current briefing schedule falls around the year-end holiday period, Plaintiffs submit that a brief extension of the current deadlines for both sides would be appropriate. This request is submitted in good faith and is not intended to cause undue delay, unnecessary burden, or needless expense.

9. Accordingly, Plaintiffs seek a 14-day extension of the deadline for Plaintiffs' Response to the ZF AG Motion to Dismiss (for a total response period of 28 days), and a 15-day extension of the deadline for ZF AG's Reply in support of its Motion to Dismiss (for a total reply period of 29 days).

10. Counsel for Plaintiffs conferred with counsel for ZF AG before filing this motion. Counsel for ZF AG informed counsel for Plaintiffs that ZF AG does not oppose the relight sought in this motion.

Therefore, for good cause shown, Plaintiffs respectfully request that the Court enter an Order (1) granting Plaintiffs a 14-day extension, through and including December 23, 2024, within which to file their Response to the ZF AG Motion to Dismiss; and (2) granting ZF AG a 15-day extension, through and including January 21, 2025, within which to file its Reply in Support of Its Motion to Dismiss. A proposed order granting this relief is attached.

| | |
|---|---|
| Dated: November 27, 2024 | Respectfully submitted, |
| */s/Roland Tellis* | */s/ Demet Basar* |
| Roland Tellis | Demet Basar |
| rtellis@baronbudd.com | demet.basar@beasleyallen.com |
| David Fernandes | W. Daniel "Dee" Miles, III |
| dfernandes@baronbudd.com | dee.miles@beasleyallen.com |
| Adam Tamburelli | J. Mitch Williams |
| atamburelli@baronbudd.com | mitch.williams@beasleyallen.com |
| Jay Lichter | Dylan T. Martin |
| jlichter@baronbudd.com | dylan.martin@beasleyallen.com |
| Sterling Cluff | **BEASLEY, ALLEN, CROW,** |
| scluff@baronbudd.com | **METHVIN, PORTIS & MILES,** |
| **BARON & BUDD, P.C.** | **P.C.** |
| 15910 Ventura Blvd #1600 | 272 Commerce Street |
| Encino, California 91436 | Montgomery, Alabama 36104 |
| Tel: (818) 839-2333 | Tel: (334) 269-2343 |
| | |
| | H. Clay Barnett, III (GA Bar 174058) |
| | clay.barnett@beasleyallen.com |
| | Thomas P. Willingham (GA Bar 235049) |
| | tom.willingham@beasleyallen.com |
| | **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** |
| | Overlook II |
| | 2839 Paces Ferry Rd SE, Suite 400 |
| | Atlanta, GA 30339 |
| | Tel: (404) 751-1162 |

*/s/ James E. Cecchi*
James E. Cecchi
jcecchi@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700

Zachary Jacobs
zjacobs@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
222 South Riverside Plaza
Chicago, Illinois 60606
Tel: (973) 994-1700

Jason H. Alperstein
jalperstein@carellabyrne.com
Zachary J. Bower
zbower@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
2222 Ponce De Leon Blvd.
Miami, Florida 33134
Tel: (973) 994-1700

*/s/ Elizabeth T. Castillo*
Niall P. McCarthy
nmccarthy@cpmlegal.com
Elizabeth T. Castillo
ecastillo@cpmlegal.com
David G. Hollenberg
dhollenberg@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000

Theresa E. Vitale
tvitale@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
2716 Ocean Park Blvd., Suite 3088
Santa Monica, CA 90405
Tel: (310) 392-2008

| | |
|---|---|
| */s/ David Stellings* <br> David Stellings <br> dstellings@lchb.com <br> Michael J. Miarmi <br> mmiarmi@lchb.com <br> Katherine I. McBride <br> kmcbride@lchb.com <br> Gabriel A. Panek <br> gpanek@lchb.com <br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> 250 Hudson Street, 8th Floor <br> New York, New York 10013-1413 <br> Tel: (212) 355-9500 <br><br> Nimish R. Desai <br> ndesai@lchb.com <br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> 275 Battery Street, 29th Floor <br> San Francisco, California 94111 <br> Tel: (415) 956-1000 | */s/ Matthew D. Schultz* <br> Matthew D. Schultz <br> mschultz@levinlaw.com <br> William F. Cash <br> bcash@levinlaw.com <br> **LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.** <br> 316 S. Baylen St., Suite 600 <br> Pensacola, FL 32502 <br> Tel: (850) 435-7140 |

*/s/ Kevin R. Dean*
Kevin R. Dean (GA Bar 214855)
kdean@motleyrice.com
Ann K. Ritter
aritter@motleyrice.com
Lance V. Oliver
loliver@motleyrice.com
Sara O. Couch
scouch@motleyrice.com
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000

*Leadership Committee for Plaintiffs and the Proposed Classes*

| | |
|---|---|
| */s/ Michael A. Caplan* | */s/ M.J. Blakely* |
| Michael A. Caplan (GA Bar 601039) | M.J. Blakely (GA Bar 708906) |
| mcaplan@caplancobb.com | mjblakely@blakelyfirm.com |
| T. Brandon Waddell (GA Bar 252639) | **THE BLAKELY FIRM, L.L.C.** |
| bwaddell@caplancobb.com | P.O. Box 3314 |
| Ashley C. Brown (GA Bar 287373) | Decatur, GA 30031 |
| abrown@caplancobb.com | Tel: (404) 491-0617 |
| **CAPLAN COBB LLC** | |
| 75 Fourteenth Street NE, Suite 2700 | |
| Atlanta, Georgia 30309 | |
| Tel: (404) 596-5600 | |

*Liaison Counsel for Plaintiffs and the Proposed Classes*

## **CERTIFICATION**

Pursuant to Civil Local Rule 7.1, the undersigned counsel certifies that this brief has been prepared with one of the font and point selections approved by the Court in Civil Local Rule 5.1.

>            */s/ David Stellings*
>            David Stellings

## CERTIFICATE OF SERVICE

On November 27, 2024, I hereby certify that I have caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ David Stellings*
David Stellings