# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF BRIEFING DEADLINES WITH RESPECT TO ZF FRIEDRICHSHAFEN AG'S MOTION TO DISMISS PLAINTIFFS' CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT** |

Upon consideration of the Unopposed Motion for Extension of Briefing Deadlines with Respect to ZF Friedrichshafen AG's Motion to Dismiss Plaintiffs' Corrected Consolidated Class Action Complaint ("ZF AG Motion to Dismiss"), and for good cause shown, it is hereby ORDERED that Plaintiffs shall file their Response to the ZF AG Motion to Dismiss no later than December 23, 2024, and Defendant ZF Friedrichshafen AG shall file a reply in support of its Motion to Dismiss no later than January 21, 2025.

1

2

**SO ORDERED** this ___ day of November, 2024.

                                                                                                               _____

                                                                                                               Eleanor L. Ross
                                                                                                               United States District Court
                                                                                                                Northern District of Georgia