# EXHIBIT A

| | |
|---|---|
| **From:** | Roland Tellis <rtellis@baronbudd.com> |
| **Sent:** | Tuesday, November 26, 2024 12:59 PM |
| **To:** | Goldberg, Matthew A. |
| **Cc:** | David S. Stellings; Eric Kizirian; Heller, Nathan; Pfenninger, Timothy |
| **Subject:** | Re: [EXT] In re ARC: Responsive Pleading Deadline for Porsche AG and BMW AG |

⚠️ **EXTERNAL MESSAGE**

Thanks, to all of you as well.

On Nov 26, 2024, at 9:58 AM, Goldberg, Matthew A. <Matthew.Goldberg@us.dlapiper.com> wrote:

Thanks, David. That works for Porsche AG and BMW AG. We appreciate your courtesies on the schedule, and have a great Thanksgiving (Roland too).

Best,
Matt

**Matthew A. Goldberg**
Partner

T +1 215 656 3377
F +1 215 606 3377
M +1 215 313 2263
matthew.goldberg@us.dlapiper.com

**DLA Piper LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA  19103-7300

<image001.png>

dlapiper.com

**From:** Stellings, David S. <DSTELLINGS@lchb.com>
**Sent:** Tuesday, November 26, 2024 11:49 AM
**To:** Goldberg, Matthew A. <Matthew.Goldberg@us.dlapiper.com>; Roland Tellis <rtellis@baronbudd.com>
**Cc:** Kizirian, Eric <Eric.Kizirian@lewisbrisbois.com>; Heller, Nathan <Nathan.Heller@us.dlapiper.com>; Pfenninger, Timothy <Timothy.Pfenninger@us.dlapiper.com>
**Subject:** RE: [EXT] In re ARC: Responsive Pleading Deadline for Porsche AG and BMW AG

⚠️ **EXTERNAL MESSAGE**

Given the intervening holidays, how does the following slightly modified schedule look instead?

1

1. Porsche AG/BMW AG Motion Filed: December 19, 2024
2. Plaintiffs' Opposition Brief Filed:  February 7, 2025
3. Porsche AG/BMW AG Reply Brief Filed:  February 28, 2025

&lt;image002.gif&gt;

**David S. Stellings**
dstellings@lchb.com
t 212.355.9500
f 212.355.9592

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

**From:** Goldberg, Matthew A. <Matthew.Goldberg@us.dlapiper.com>
**Sent:** Monday, November 25, 2024 3:15 PM
**To:** Roland Tellis <rtellis@baronbudd.com>; Stellings, David S. <DSTELLINGS@lchb.com>
**Cc:** Kizirian, Eric <Eric.Kizirian@lewisbrisbois.com>; Heller, Nathan <Nathan.Heller@us.dlapiper.com>; Pfenninger, Timothy <Timothy.Pfenninger@us.dlapiper.com>
**Subject:** [EXT] In re ARC: Responsive Pleading Deadline for Porsche AG and BMW AG

Dear Roland and David,

I hope you are both doing well. We have been retained by Porsche AG in connection with the above referenced matter. I can confirm that Porsche AG has been served and its response to the complaint is due on December 4. I can further confirm that Porsche AG has instructed us to file a motion to dismiss. We also understand from Eric (copied here) that BMW AG has also been served and its responsive pleading is due on December 11. In order to avoid getting jammed up over the upcoming holidays, I am writing to see whether Plaintiffs would be amenable to the following briefing schedule for Porsche AG and BMW AG:

4. Porsche AG/BMW AG Motion Filed: December 19, 2024
5. Plaintiffs' Opposition Brief Filed:  January 24, 2025
6. Porsche AG/BMW AG Reply Brief Filed:  February 14, 2025

Please let us know if this proposal is acceptable to Plaintiffs and we will work on getting it papered with the court.

Best,
Matt

2

**Matthew A. Goldberg**
Partner

T +1 215 656 3377
F +1 215 606 3377
M +1 215 313 2263
matthew.goldberg@us.dlapiper.com

**DLA Piper LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA  19103-7300

<image003.png>

dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.