# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br><br>Case No: 1:22-MD-3051-ELR |

## **PROPOSED ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of Specially Appearing Defendants Dr. Ing. h.c. F. Porsche AG and Bayerische Motoren Werke AG's Unopposed Motion to Extend their Time to Respond to Respond to Plaintiffs' Corrected Consolidated Class Action Complaint, it is hereby **ORDERED** that the Motion is **GRANTED.** The following briefing schedule shall govern Porsche AG's and BMW AG's motions to dismiss:

| Event | Deadline |
|---|---|
| Defendants Porsche AG and BMW AG's Motions to Dismiss | 12/19/2024 |
| Plaintiffs' Oppositions | 2/7/2025 |
| Defendants' Replies | 2/28/2025 |

_____
HON. ELEANOR L. ROSS
United States District Judge