UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION | Case No.: 1:22-md-03051-ELR<br><br>MDL No. 3051 |

## ORDER

Upon consideration of the Unopposed Motion for Extension of Briefing Deadlines with Respect to ZF Friedrichshafen AG's Motion to Dismiss Plaintiffs' Corrected Consolidated Class Action Complaint ("ZF AG Motion to Dismiss"), and for good cause shown, it is hereby **ORDERED** that Plaintiffs shall file their Response to the ZF AG Motion to Dismiss no later than December 23, 2024, and Defendant ZF Friedrichshafen AG shall file a reply in support of its Motion to Dismiss no later than January 21, 2025.

**SO ORDERED** this 3rd day of December, 2024.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Court
Northern District of Georgia