# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br><br>Case No: 1:22-md-03051-ELR<br><br>**DEFENDANT BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT'S MOTION TO DISMISS PLAINTIFFS' CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)** |

Defendant Bayerische Motoren Werke Aktiengesellschaft ("BMW AG") *specially appears*[1] and moves to dismiss Plaintiffs' Corrected Consolidated Class Action Complaint ("CCAC" or "Operative Complaint") (Dkt. 157). BMW AG seeks an order dismissing the CCAC with prejudice pursuant to Fed. R. Civ. P. 12(b)(2) because the Court lacks personal jurisdiction over BMW AG in this action.

---

[1] This Motion is not intended to waive any arguments BMW AG may have under Rule 12(b)(6). If the Court does not dismiss BMW AG for lack of personal jurisdiction, BMW AG reserves its right to then file a Rule 12(b)(6) motion for failure to state a claim.

150188635.1  1

Respectfully submitted this 19th day of December, 2024.

    */s/ Eric Y. Kizirian*

LEWIS BRISBOIS BISGAARD & SMITH, LLP
Eric Y. Kizirian
Zourik Zarifian
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800
Fax: (213) 250-7900
eric.kizirian@lewisbrisbois.com
zourik.zarifian@lewisbrisbois.com

*Counsel (Specially Appearing) for Defendant Bayerische Motoren Werke Aktiengesellschaft*

150188635.1  2