# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br><br>Case No: 1:22-MD-3051-ELR |

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DR. ING. H.C. F. PORSCHE AG

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Dr. Ing. h.c. F. Porsche AG ("Porsche AG"), by and through its attorneys, discloses as follows:

**(1)    The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

Porsche AG has no parent corporation. More than 10% of the stock of Porsche AG is owned by Porsche Holding Stuttgart GmbH, which, in turn, is owned by Volkswagen Aktiengesellschaft ("Volkswagen AG"), a publicly held corporation.

Defendant Porsche Cars North America, Inc. ("PCNA"), which is an indirect, wholly owned subsidiary of Porsche AG, is also a party to this action.

Porsche AG further notes that the litigation includes parties with whom it has no affiliation. Such parties appear in Paragraphs 26-121 and 130-255 of the Corrected Consolidated Class Action Complaint (ECF 157).

**(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

Porsche AG and PCNA have a financial interest in the outcome of this litigation. Upon information and belief, the other named parties in this action may also have financial interest(s) in or interests that may be affected by the outcome of this case.

**(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

Porsche AG is represented by the following counsel of record in this matter:

DLA PIPER LLP (US)
Timothy D. Gilbert
Matthew A. Goldberg
Nathan P. Heller
Timothy P. Pfenninger
1650 Market Street, Suite 5000
Philadelphia, PA 19103

DLA PIPER LLP (US)
Christopher G. Campbell
1201 West Peachtree Street NW, Suite 2900
Atlanta, GA 30309

The above representations are made pursuant to Federal Rule of Civil Procedure Rule 7.1 and Local Rule 3.3 to facilitate the Court's evaluation of possible conflicts of interest and/or recusal.  In making these disclosures, Porsche AG does not waive any defense for lack of personal jurisdiction and/or or other defenses that may be available under applicable law.

Dated:        December 19, 2024            Respectfully submitted,

                                       */s/ Matthew A. Goldberg*
                                       Matthew A. Goldberg
                                       Nathan P. Heller
                                       Timothy P. Pfenninger
                                       Timothy D. Gilbert
                                       **DLA PIPER LLP (US)**
                                       1650 Market Street, Suite 5000
                                       Philadelphia, PA 19103

                                       *Attorneys for Defendant*
                                       *Dr. Ing. h.c. F. Porsche AG*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on December 19, 2024, the foregoing corporate disclosures were served on all counsel of record via the court's CM/ECF e-filing system.

Date:  December 19, 2024

_/s/ Matthew A. Goldberg_
Matthew A. Goldberg