# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br><br>Case No: 1:22-MD-3051-ELR |

## DR. ING. H.C. F. PORSCHE AG'S
## MOTION TO DISMISS THE CORRECTED CONSOLIDATED
## CLASS ACTION COMPLAINT FOR LACK OF JURISDICTION AND
## FAILURE TO STATE A CLAIM

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Defendant Dr. Ing. h.c. F. Porsche AG ("Porsche AG") hereby moves to dismiss the Corrected Consolidated Class Action Complaint ("CAC") (ECF 157) for lack of personal jurisdiction and/or failure to state a claim. Porsche AG incorporates by reference the relevant arguments of Certain Defendants' Motion to Dismiss (ECF 181, 181-1) and Porsche Cars North America, Inc. (ECF 187). For the reasons set forth in the accompanying Memorandum of Law and those in the incorporated motions (ECF 181, 181-1, 187), this Court should dismiss the CAC with prejudice and grant such other and further relief as it deems just and proper.

Dated: December 19, 2024

Respectfully submitted,

<u>/s/ Matthew A. Goldberg</u>
Matthew A. Goldberg
Nathan P. Heller
Timothy P. Pfenninger
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103

*Attorneys for Defendant*
*Dr. Ing. h.c. F. Porsche AG*