# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br><br>Case No: 1:22-MD-3051-ELR |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of December, 2024, upon consideration of Defendant Dr. Ing. h.c. F. Porsche AG's Motion to Dismiss ("Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**. All claims against Defendant Dr. Ing. h.c. F. Porsche AG in this matter are **DISMISSED WITH PREJUDICE.** It is **FURTHER ORDERED** that Defendant Dr. Ing. h.c. F. Porsche AG is **DISMISSED WITH PREJUDICE** from the above-captioned case and all related cases.

**IT IS SO ORDERED.**

_____
HON. ELEANOR L. ROSS
United States District Judge