## CERTIFICATE OF COMPLIANCE

Pursuant Local Rules 5.1 and 7.1, I certify that the foregoing motion and memorandum were prepared using Times New Roman 14-point font.

Date: December 19, 2024         */s/ Matthew A. Goldberg*
                                Matthew A. Goldberg