## **CERTIFICATE OF SERVICE**

I certify that, on December 19, 2024, the foregoing motion and memorandum were served on all counsel of record via the court's CM/ECF e-filing system.


Date:  December 19, 2024                    */s/ Matthew A. Goldberg*
                                                                       Matthew A. Goldberg