# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 3051<br><br>District Judge Eleanor L. Ross |

### DECLARATION OF Michael Löffler

I, Michael Löffler, hereby state as follows:

1. I am over the age of eighteen (18) and competent to make oaths.

2. I understand that this Declaration is being offered in support of Dr. Ing. h.c. F. Porsche AG's ("Porsche AG") Motion to Dismiss in the above-captioned action.

3. I have been employed by Porsche AG in various positions since 1999. I currently serve as its Vice President of Sales Planning and Management. I have held this position since 2019.

4. Unless otherwise indicated, I make the statements contained herein based on my personal knowledge and information available to me in my position at Porsche AG.

5. Based on my employment at Porsche AG, I have an understanding of its structure, business operations, policies, and procedures governing its daily operations.

#### Structure of Porsche AG

6. Porsche AG is an Aktiengesellschaft, a stock company formed under the laws of the Federal Republic of Germany.

7. Its principal place of business and corporate headquarters are located in Stuttgart, Germany.

#### Porsche AG's Business Operations

8. Porsche AG manufactures Porsche-brand consumer vehicles in Germany and elsewhere in Europe—not in the United States.

9. Porsche AG does not sell or distribute vehicles in the United States.

10. Porsche AG sells vehicles in Germany to importers based in various countries around the world. Thereafter, those entities import vehicles into their respective home countries and distribute and sell them there.

11. Porsche AG is not registered to do business in California, Michigan, or Georgia.

12. Porsche AG does not own corporate offices or any real estate property in California, Michigan, or Georgia.

13. Porsche AG does not maintain any bank accounts in California, Michigan, or Georgia.

14. Porsche AG does not maintain a dealer network in California, Michigan, or Georgia.

### Distribution of Porsche-Brand Motor Vehicles in the United States

15. Porsche Cars North America, Inc. ("PCNA") was formed in 1984.

16. PCNA imports and distributes new Porsche-brand vehicles in the United States.

17. PCNA purchases and takes possession of the vehicles it imports and distributes from Porsche AG in Germany. Thereafter, PCNA imports those vehicles into the United States.

18. Following importation, PCNA distributes those vehicles in the United States through a network of independent, authorized dealerships. PCNA maintains that network of dealerships; Porsche AG does not.

### Porsche AG's Relationship with PCNA

19. PCNA and Porsche AG are wholly separate, distinct, and adequately capitalized legal entities whose relationship is governed by a written, arm's-length agreement.

20. Porsche AG and PCNA are separated by several layers of stock ownership and corporate formality.

21. Porsche AG holds all outstanding shares of stock in two entities: PPF Holding AG of Zug, Switzerland ("PPF") and Porsche Nordamerika Holding GmbH of Ludwigsburg, Germany ("PNH").

22. PPF and PNH own, in differing shares, a separate entity, Porsche Enterprises Incorporated ("PEI"). PEI is a holding company organized under the laws of the State of Delaware. All of PCNA's outstanding stock is owned by PEI.

23. Porsche AG does not maintain PCNA's corporate books, records, or bank accounts. Similarly, PCNA does not maintain Porsche AG's corporate books, records, or bank accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date:   December 2024

_____
Michael Löffler