# EXHIBIT A

## Hogg, Bryan M. (SHB)

| | |
|---|---|
| **From:** | Stellings, David S. <DSTELLINGS@lchb.com> |
| **Sent:** | Friday, December 20, 2024 6:27 PM |
| **To:** | Shortnacy, Michael (SHB) |
| **Cc:** | Chris Mitchell; Hogg, Bryan M. (SHB) |
| **Subject:** | RE: [EXT] ARC MDL - Audi AG extension motion |

**EXTERNAL**

Approved. Happy holidays.

**David S. Stellings**
dstellings@lchb.com
t 212.355.9500
f 212.355.9592

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

---

**From:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Sent:** Friday, December 20, 2024 6:21 PM
**To:** Stellings, David S. <DSTELLINGS@lchb.com>
**Cc:** Chris Mitchell <cmitchell@kslaw.com>; Hogg, Bryan M. (SHB) <bhogg@shb.com>
**Subject:** [EXT] ARC MDL - Audi AG extension motion

David,

Per our discussion, and for approval, attached is specially appearing Defendant Audi AG's motion for extension to respond to the CAC.

Please confirm that we can represent to the Court the motion is unopposed per our discussion and agreement.

Really appreciate the cooperation. Have a happy holiday.

Michael

**Michael B. Shortnacy**
*Partner*
Shook, Hardy & Bacon L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T: 424-324-3494 | mshortnacy@shb.com

**\*Please note new mailing address**

