# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br><br>Case No: 1:22-MD-3051-ELR |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Specially Appearing Defendant Audi Aktiengesellschaft's ("Audi AG") Unopposed Motion to Extend its Time to Respond to Plaintiffs' Corrected Consolidated Class Action Complaint, it is hereby **ORDERED** that the Motion is **GRANTED.** The following briefing schedule shall govern Audi AG's motion to dismiss:

| Event | Deadline |
|---|---|
| Defendant Audi AG's Motion to Dismiss | 01/24/2025 |
| Plaintiffs' Opposition | 03/10/2025 |
| Defendant Audi AG's Reply | 04/09/2025 |

_____
HON. ELEANOR L. ROSS
United States District Judge