IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br><br>Case No: 1:22-MD-3051-ELR<br><br>District Judge Eleanor L. Ross |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

The undersigned Defendants, by counsel, hereby bring to the Court's attention a Memorandum issued by the National Highway Traffic Safety Administration ("NHTSA") published on December 18, 2024[1] (the "Memorandum") for the Court's information and consideration, a true and correct copy of which is attached hereto as Exhibit A.

As the Court is aware, Plaintiffs' Corrected Consolidated Amended Complaint ("CCAC") relies almost entirely on NHTSA's self-described "tentative" conclusion in April 2023 that a defect exists in certain airbag inflators manufactured by ARC Automotive, Inc. (the "Tentative Conclusion"). *See* Notice of NHTSA's Initial Decision (Dkt. 165). Plaintiffs further expressly cite NHTSA's non-final

---

[1] Although published on December 18, 2024, the Memorandum is dated December 13.

- 1 -

Supplemental Initial Decision as a basis to deny Defendants' pending motions to dismiss.  *See* Dkt. 267 at 2.

In the Memorandum dated December 13, NHTSA announces that in response to public comments submitted in response to its Supplemental Initial Decision, NHTSA has decided that "further investigation is warranted."  *See* Exh. A.  Prior to making a Final Decision, NHTSA has deemed it necessary to investigate, among other things: "technical and engineering differences between the inflators as incorporated into the manufacturers' respective vehicles;" "process differences between the relevant plants and manufacturing lines;" and "design and specification differences between driver and passenger inflators."

NHTSA further states that it will evaluate responses to forthcoming Information Requests on these and other subjects "to determine how to proceed," and that "if appropriate," it "will provide a further opportunity for public comment prior to considering whether to issue a final decision in this matter."  Exh. A.

| | |
|---|---|
| Dated: December 20, 2024 | Respectfully Submitted, |
| | */s/ April N. Ross* |
| | MORGAN LEWIS & BOCKIUS, LLP |
| | April N. Ross |
| | 1111 Pennsylvania Avenue NW |
| | Washington, DC 20004 |
| | Telephone: (202) 739 - 5590 |
| | april.ross@morganlewis.com |

MORGAN LEWIS & BOCKIUS, LLP
Mohamed Awan
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1574
mohamed.awan@morganlewis.com

BAKER DONELSON,
BEARMAN, CALDWELL &
BERKOWITZ, PC
Linda A. Klein
(GA Bar No. 425069)
Monarch Plaza, Suite 1500
3414 Peachtree Rd., NE
Atlanta, Georgia 30326
Telephone: (404) 577-6000
lklein@bakerdonelson.com

*Counsel for General Motors LLC*

*/s/ Eric S. Mattson*
SIDLEY AUSTIN LLP
Eric S. Mattson
Kendra Stead
Ankur Shingal
One South Dearborn St. Chicago, IL 60603
(312) 853-7000
Fax: (312) 853-7036
emattson@sidley.com
kstead@sidley.com
ashingal@sidley.com

Ellyce R. Cooper
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
(213) 896-6000
Fax: (213) 896 6600
ecooper@sidley.com

BOWMAN AND BROOKE
Joel H. Smith
Patrick J. Cleary
1441 Main St., Suite 1200
Columbia, SC 29201
(803) 726-7422
Fax: (803) 726-7421
joel.smith@bowmanandbrooke.com
patrick.cleary@bowmanandbrooke.com

DYKEMA GOSSETT, PLLC-MI
James P. Feeney
Suite # 300
39577 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 203-0841
Fax: (855)243-9885
jfeeney@dykema.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Anita Wallace Thomas
Suite 1700
201 17th Street, N.W.
Atlanta, GA 30363
(404) 322-6000
Fax: 404-322-6050
anita.thomas@nelsonmullins.com

*COUNSEL FOR DEFENDANTS KIA AMERICA, INC. AND HYUNDAI MOTOR AMERICA*


*/s/ Michael B. Shortnacy*
Livia M. Kiser
Susan V. Vargas
KING & SPALDING LLP
633 West Fifth Street, Suite 1600

Los Angeles, CA 90071
(213) 443-4355
Fax: (213) 443-4310
lkiser@kslaw.com
svargas@kslaw.com

Michael B. Shortnacy
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(424) 324-3494
Fax: (424) 204-9093
mshortnacy@shb.com

*COUNSEL FOR DEFENDANTS AUDI OF AMERICA, LLC AND VOLKSWAGEN GROUP OF AMERICA, INC.*


/s/ *Eric Y. Kizirian*
LEWIS BRISBOIS BISGAARD & SMITH, LLP
Eric Y. Kizirian
Zourik Zarifian
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800
Fax: (213) 250-7900
eric.kizirian@lewisbrisbois.com
zourik.zarifian@lewisbrisbois.com

*COUNSEL FOR DEFENDANTS BMW OF NORTH AMERICA, LLC AND BMW MANUFACTURING CO., LLC.*


/s/ *David S. Killoran*
DYKEMA GOSSETT LLP
David S. Killoran

444 S. Flower, Suite 2200
Los Angeles, CA 90071
(213) 457-1800
dkilloran@dykema.com

DYKEMA GOSSETT PLLC
Eric Tew
1301 K Street NW
Suite 1100 West
Washington, D.C. 20005
(202) 906-8600
*etew@dykema.com*

*COUNSEL FOR DEFENDANT PORSCHE CARS NORTH AMERICA, INC.*

*/s/ Stephen A. D'Aunoy*
KLEIN THOMAS LEE & FRESARD
Stephen A. D'Aunoy
Thomas L. Azar, Jr.
Suite 1600
100 N Broadway
St. Louis, MO 63102
(314) 888-2971
steve.daunoy@kleinthomaslaw.com
tom.azar@kleinthomaslaw.com

KLEIN THOMAS LEE & FRESARD
Fred Fresard
Ian Edwards
Lauren Fibel
101 W. Big Beaver Road, Ste. 1400
Troy, MI 48084
(248) 509-9270
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com
lauren.fibel@kleinthomaslaw.com

*COUNSEL FOR DEFENDANT FCA US LLC*


<u>*/s/ Perry W. Miles IV*</u>
MCGUIREWOODS LLP
Perry W. Miles IV
Brian D. Schmalzbach
800 East Canal Street
Richmond, VA 23219
(804) 775-1000
Fax: (804) 775-1061
pmiles@mcguirewoods.com
bschmalzbach@mcguirewoods.com

Lee K. Royster
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
(704)-343-2000
Fax: (704) 343-2300
lroyster@mcguirewoods.com

WATSON SPENCE LLP
Michael R. Boorman
Phillip A. Henderson
600 Peachtree St NE, Suite 1130
Atlanta, GA 30308
(678) 433-6586
Fax: (229) 436-6358
mboorman@watsonspence.com
phenderson@watsonspence.com

*COUNSEL FOR DEFENDANT FORD MOTOR COMPANY*

*/s/ Michael D. Leffel*
FOLEY & LARDNER LLP
Michael D. Leffel
150 East Gilman Street, Suite 5000
Madison, WI 53703
(608) 257-5035
Fax: (608) 258-4258
mleffel@foley.com

Jeff Soble
Lauren Loew
321 N Clark Street, Suite 3000
Chicago, IL 60654
(312) 832-4500
jsoble@foley.com
lloew@foley.com

*COUNSEL FOR DEFENDANT ARC AUTOMOTIVE, INC.*


*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
J. Liat Rome
WILLIAMS AND CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC 20024
(202) 434-5000
Fax: (202) 434-5029
jpetrosinelli@wc.com
jrome@wc.com

Cari K. Dawson
Georgia Bar No. 213490
Kara F. Kennedy
Georgia Bar No. 926006
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

(404) 881-7000
Fax: (404) 881-7777
cari.dawson@alston.com
kara.kennedy@alston.com

*COUNSEL FOR DEFENDANTS AUTOLIV, INC. AND AUTOLIV ASP, INC.*

*/s/ Benjamin W. Jeffers*
HICKEY HAUCK BISHOFF JEFFERS & SEABOLT, PLLC
Benjamin W. Jeffers
Benjamin I. Shipper
Andrew M. Gonyea
1 Woodward Avenue, Suite 2000
Detroit, MI 48226
(313) 964-8600
Fax: (313) 964-8601
bjeffers@hhbjs.com
bshipper@hhbjs.com
agonyea@hhbjs.com

*COUNSEL FOR DEFENDANT KEY SAFETY SYSTEMS, INC. D/B/A JOYSON SAFETY SYSTEMS*

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz
Arthur F. Foerster
Johanna Spellman
LATHAM & WATKINS LLP
330 North Wabash Street, Suite 2800
Chicago, IL 60611
(312) 876.7700
Fax: (312) 993-9767

Sean P. McNally
TROUTMAN PEPPER HAMILTON
SANDER LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
(248) 359-7317
Fax: (248) 359-7700

Lindsey B. Mann
TROUTMAN PEPPER HAMILTON
SANDER LLP
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
(404) 885-2743
Fax: (404) 962-6538

*COUNSEL FOR ZF ACTIVE SAFETY AND ELECTRONICS US LLC, ZF PASSIVE SAFETY SYSTEMS US INC., ZF AUTOMOTIVE US INC., AND ZF TRW AUTOMOTIVE HOLDINGS CORP.*


*/s/ Joseph C. Weinstein*
Joseph C. Weinstein
Roger M. Gold
Squire Patton Boggs (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114-1304
(216) 479-8500
Fax: (216) 479-8780
joe.weinstein@squirepb.com
roger.gold@squirepb.com

Dara D. Mann
Georgia Bar No. 469065
Deborah Lempogo
Georgia Bar No. 277943

>Squire Patton Boggs (US) LLP
>1230 Peachtree Street NE
>Suite 2200
>Atlanta, GA 30309
>(678) 272-3222
>Fax: (678) 272-3211
>dara.mann@squirepb.com
>deborah.lempogo@squirepb.com
>
>Daniel C. Harkins
>Squire Patton Boggs (US) LLP
>1120 Avenue of the Americas, 13th Fl.
>New York, NY 10036
>(212) 872-9890
>Fax: (212) 872-9815
>daniel.harkins@squirepb.com
>
>*COUNSEL FOR TG MISSOURI CORPORATION*