IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br><br>Case No: 1:22-MD-3051-ELR |

## ORDER

AND NOW, this 23rd day of December, 2024, upon consideration of Specially Appearing Defendant Audi Aktiengesellschaft's ("Audi AG") Unopposed Motion to Extend its Time to Respond to Plaintiffs' Corrected Consolidated Class Action Complaint, it is hereby **ORDERED** that the Motion is **GRANTED.** The following briefing schedule shall govern Audi AG's motion to dismiss:

| Event | Deadline |
|---|---|
| Defendant Audi AG's Motion to Dismiss | 01/24/2025 |
| Plaintiffs' Opposition | 03/10/2025 |
| Defendant Audi AG's Reply | 04/09/2025 |

*Eleanor L. Ross*
HON. ELEANOR L. ROSS
United States District Judge