**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF BRIEFING DEADLINES WITH RESPECT TO PLAINTIFFS' MOTION FOR JURISDICTIONAL DISCOVERY WITH RESPECT TO DEFENDANT ZF FRIEDRICHSHAFEN AG** |

Upon consideration of ZF Friedrichshafen AG's Unopposed Motion for Extension of Briefing Deadlines with Respect to Plaintiffs' Motion for Jurisdictional Discovery with Respect to Defendant ZF Friedrichshafen AG, and for good cause shown, it is hereby ORDERED that ZF Friedrichshafen AG shall file its response to Plaintiffs' Motion for Jurisdictional Discovery with Respect to Defendant ZF Friedrichshafen AG no later than January 21, 2025, and Plaintiffs shall file a reply no later than February 11, 2025.

1

**SO ORDERED** this \_\_\_ day of December, 2024.

_____
Eleanor L. Ross
United States District Court
Northern District of Georgia