UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>Judge:   Eleanor L. Ross<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendants' Notice of Supplemental Authority (Dkt. 291) misconstrues the recent announcement by the National Highway Traffic Safety Administration ("NHTSA") and misstates the relevance of NHTSA's investigation to Defendants' pending motions to dismiss.

As Plaintiffs previously informed the Court, following a multi-year investigation, NHTSA concluded there is a safety defect in frontal driver and passenger airbag inflators manufactured by Defendant ARC Automotive, Inc. On April 27, 2023, NHTSA sent ARC a letter stating the agency "tentatively concluded that a defect related to motor vehicle safety exists in the frontal driver and passenger air bag inflators under investigation that were produced before installation of borescopes on all toroidal inflator manufacturing lines in January 2018." Dkt. 157

1

¶ 1. On May 31, 2023, NHTSA issued a Special Order requiring ARC to respond to questions under oath and produce certain documents regarding its airbag inflators. Dkt. 87. On September 5, 2023, NHTSA issued an Initial Decision again concluding the ARC inflators "are defective and pose an unreasonable risk of death or injury, and therefore should be recalled." Dkt. 165. The agency reiterated this conclusion in its August 5, 2024 Supplemental Initial Decision, which stated the airbag inflators "contain a defect related to motor vehicle safety" that "poses an unreasonable risk of serious injury or death to vehicle occupants." Dkt. 267.

Defendants seek refuge from these repeated findings by pointing to a December 13, 2024 memorandum in which NHTSA stated "further investigation [into the Inflator Defect] is warranted." Dkt. 291-1. Critically, however, the agency did not revisit, let alone retract, any of its prior findings regarding the existence or seriousness of the defect. Instead, NHTSA said only that it needed more time to consider whether there are "technical and engineering differences between the inflators as incorporated into the manufacturers' respective vehicles, along with process differences between the relevant plants and manufacturing lines." *Id.*

Far from undermining its prior decisions, NHTSA's recent memorandum further supports the agency's earlier conclusions. For instance, NHTSA will ask ARC "for more detail regarding ARC's inflator production process in each of ARC's manufacturing plants, including its use of friction welding and borescope

inspections." *Id.* This is wholly consistent with the agency's statement in the August 5, 2024 Supplemental Initial Decision that it "has identified evidence during its investigation that connects [airbag] ruptures to the friction welding process, which has created, in some instances, blockage material, including excessive weld flash, and, in others, insufficient friction weld bonds." Dkt. 267-1 at 63,474.

Regardless, Defendants misstate the impact of NHTSA's investigation on this case. Contrary to their assertion, Plaintiffs' operative complaint does not "rel[y] almost entirely on NHTSA's self-described 'tentative' conclusion in April 2023 that a defect exists in" the ARC Inflators. Dkt. 291 at 1. The complaint, independent of any federal investigation or findings, describes the design of ARC's hybrid toroidal inflators (Dkt. 157 ¶¶ 273–79); ARC's decision to rely on a design process that generates asymmetrical, brittle, and sometimes excess weld flash in its inflators (*id.* ¶¶ 283–91, 293–304); ARC's failure to institute quality controls with respect to asymmetrical or excess weld flash in its inflators (*id.* ¶ 292); and ARC's 2018 decision to finally implement a borescope system to visually inspect its inflators' friction welds (*id.* ¶ 305).[1] That NHTSA later issued tentative decisions with these

---

[1] Defendants' contention is especially off the mark given that this multidistrict litigation was created in December 2022, well before NHTSA's April 2023 letter. Dkt. 1 (JPML Transfer Order). And many of the initial complaints contained the same factual allegations regarding the nature of the defect that remain in the Consolidated Class Action Complaint. *See, e.g.*, Compl. ¶¶ 53–92, *Lovett v. ARC Auto., Inc.*, No. 23-cv-282-ELR (N.D. Ga.) (initially filed in M.D. Tenn. on Sept. 16, 2022).

same factual findings—and concluded the inflators contain a safety defect that necessitates a recall—only reinforces Plaintiffs' arguments.

In any event, to withstand Defendants' Rule 12 motions, Plaintiffs need only *plausibly allege*, not prove, a safety defect in the Class Vehicles. Plaintiffs have plainly satisfied that requirement.

| | |
|---|---|
| Dated: January 7, 2025 | Respectfully submitted, |
| */s/ Roland Tellis* <br> Roland Tellis <br> rtellis@baronbudd.com <br> David Fernandes <br> dfernandes@baronbudd.com <br> Adam Tamburelli <br> atamburelli@baronbudd.com <br> Jay Lichter <br> jlichter@baronbudd.com <br> Sterling Cluff <br> scluff@baronbudd.com <br> **BARON & BUDD, P.C.** <br> 15910 Ventura Blvd #1600 <br> Encino, California 91436 <br> Tel: (818) 839-2333 | */s/ Demet Basar* <br> Demet Basar <br> demet.basar@beasleyallen.com <br> W. Daniel "Dee" Miles, III <br> dee.miles@beasleyallen.com <br> J. Mitch Williams <br> mitch.williams@beasleyallen.com <br> Dylan T. Martin <br> dylan.martin@beasleyallen.com <br> **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** <br> 272 Commerce Street <br> Montgomery, Alabama 36104 <br> Tel: (334) 269-2343 <br><br> H. Clay Barnett, III (GA Bar 174058) <br> clay.barnett@beasleyallen.com <br> Thomas P. Willingham (GA Bar 235049) <br> tom.willingham@beasleyallen.com <br> **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** <br> Overlook II <br> 2839 Paces Ferry Rd SE, Suite 400 <br> Atlanta, GA 30339 <br> Tel: (404) 751-1162 |

*/s/ James E. Cecchi*
James E. Cecchi
jcecchi@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700

Zachary Jacobs
zjacobs@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
222 South Riverside Plaza
Chicago, Illinois 60606
Tel: (973) 994-1700

Jason H. Alperstein
jalperstein@carellabyrne.com
Zachary J. Bower
zbower@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
2222 Ponce De Leon Blvd.
Miami, Florida 33134
Tel: (973) 994-1700

*/s/ Elizabeth T. Castillo*
Niall P. McCarthy
nmccarthy@cpmlegal.com
Elizabeth T. Castillo
ecastillo@cpmlegal.com
David G. Hollenberg
dhollenberg@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000

Theresa E. Vitale
tvitale@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
2716 Ocean Park Blvd., Suite 3088
Santa Monica, CA 90405
Tel: (310) 392-2008

5

*/s/ David Stellings*
David Stellings
dstellings@lchb.com
Michael J. Miarmi
mmiarmi@lchb.com
Katherine I. McBride
kmcbride@lchb.com
Gabriel A. Panek
gpanek@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Tel: (212) 355-9500

Nimish R. Desai
ndesai@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: (415) 956-1000

*/s/ Kevin R. Dean*
Kevin R. Dean (GA Bar 214855)
kdean@motleyrice.com
Ann K. Ritter
aritter@motleyrice.com
Lance V. Oliver
loliver@motleyrice.com
Sara O. Couch
scouch@motleyrice.com
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000

*/s/ Matthew D. Schultz*
Matthew D. Schultz
mschultz@levinlaw.com
William F. Cash
bcash@levinlaw.com
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140

*Leadership Committee for Plaintiffs and the Proposed Classes*

| | |
|---|---|
| */s/ Michael A. Caplan* | */s/ M.J. Blakely* |
| Michael A. Caplan (GA Bar 601039) | M.J. Blakely (GA Bar 708906) |
| mcaplan@caplancobb.com | mjblakely@blakelyfirm.com |
| T. Brandon Waddell (GA Bar 252639) | **THE BLAKELY FIRM, L.L.C.** |
| bwaddell@caplancobb.com | P.O. Box 3314 |
| Ashley C. Brown (GA Bar 287373) | Decatur, GA 30031 |
| abrown@caplancobb.com | Tel: (404) 491-0617 |
| **CAPLAN COBB LLC** | |
| 75 Fourteenth Street NE, Suite 2700 | |
| Atlanta, Georgia 30309 | |
| Tel: (404) 596-5600 | |

*Liaison Counsel for Plaintiffs and the Proposed Classes*