# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051 <br><br> Case No: 1:22-md-03051-ELR |

## NOTICE OF ERRATA

Please take Notice that Defendant Bayerische Motoren Werke Aktiengesellschaft ("BMW AG"), by and through its undersigned counsel *specially appearing*, hereby submits this Notice of Errata relating to the Declaration of Ronny Löwa filed in support of BMW AG's Motion to Dismiss the Corrected Consolidated Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction. (Dkt. 287-2). Specifically, due to a scrivener's error in Paragraph 15 of the Declaration filed on December 19, 2024, the word "not" was unintentionally omitted in the first sentence. The revised and corrected Declaration that fixes this error is attached hereto as Exhibit A.

151279376.1   1

Respectfully submitted this 17th day of January 2025.

        */s/ Eric Y. Kizirian*

LEWIS BRISBOIS BISGAARD & SMITH, LLP
Eric Y. Kizirian
Zourik Zarifian
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800
Fax: (213) 250-7900
eric.kizirian@lewisbrisbois.com
zourik.zarifian@lewisbrisbois.com

*Counsel (Specially Appearing) for Defendant Bayerische Motoren Werke Aktiengesellschaft*