# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br><br>Case No: 1:22-MD-3051-ELR<br><br>District Judge Eleanor L. Ross |

### SPECIALLY APPEARING DEFENDANT VOLKSWAGEN AKTIENGESELLSCHAFT'S UNOPPOSED MOTION TO EXTEND ITS TIME TO RESPOND TO PLAINTIFFS' CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT

Specially Appearing Defendant Volkswagen Aktiengesellschaft ("VWAG") hereby moves to extend its time to respond to Plaintiffs' Corrected Consolidated Class Action Complaint ("CAC"). In support thereof, it states as follows:

1. On August 28, 2023, Plaintiffs filed a Corrected Consolidated Class Action Complaint asserting claims against numerous Defendants, including VWAG. *See* ECF 157.

2. On January 9, 2025, Volkswagen AG received service of the CAC under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention"). Under Rule 12(a)(1)(A)(i), VWAG's deadline to respond to the CAC is January 30, 2025.

3.     VWAG intends to file a motion to dismiss for, among other potential defenses, lack of personal jurisdiction.

4.     Under L.R. 7.1(B), Plaintiffs' deadline to oppose VWAG's forthcoming motion to dismiss is February 13, 2025.

5.     VWAG would then have until February 27, 2025 to file its reply in support of its motion.

6.     The Parties met and conferred regarding a proposed amended briefing schedule agreeable to both sides.

7.     The parties agreed to the following:

| Event | Current Deadline | Proposed Agreed Upon Deadline |
|---|---|---|
| Defendant's Motion to Dismiss | 01/30/2025 | 02/28/2025 |
| Plaintiffs' Opposition | 02/13/2025 | 04/04/2025 |
| Defendant's Reply | 02/27/2025 | 05/02/2025 |

10.    This request is submitted in good faith and is not intended to cause undue delay, unnecessary burden, or needless expense.

11.    By filing this Motion, Specially Appearing Defendant VWAG does not waive any defenses, including its right to challenge personal jurisdiction or the sufficiency of service.  *See* Fed. R. Civ. P. 12(h).

12.    Plaintiffs do not oppose this motion. *See* Ex. A.

**WHEREFORE**, Specially Appearing VWAG respectfully requests, without opposition from Plaintiffs, that the Court extend VWAG's time to respond to the CAC and adopt the briefing schedule described in this motion.

        Respectfully Submitted,

        */s/ Michael B. Shortnacy*

        KING & SPALDING LLP
        Susan V. Vargas
        633 West Fifth Street, Suite 1600
        Los Angeles, CA 90071
        (213) 443-4355
        Fax: (213) 443-4310
        svargas@kslaw.com

        Livia M. Kiser
        110 N Wacker Drive, Suite 3800
        Chicago, IL 60606
        (312) 764-6911
        Fax: (213) 443-4310
        lkiser@kslaw.com

        SHOOK, HARDY & BACON L.L.P.
        Michael B. Shortnacy
        2121 Avenue of the Stars , Suite 1400
        Los Angeles, CA 90067
        (424) 324-3494
        Fax: (424) 204-9093
        mshortnacy@shb.com

        *COUNSEL FOR SPECIALLY APPEARING DEFENDANT VOLKSWAGEN AKTIENGESELLSCHAFT*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1 and 7.1, I certify that the foregoing memorandum was prepared using Times New Roman 14-point font.

Date: January 22, 2025                         */s/ Michael B. Shortnacy*
                                                                Michael B. Shortnacy

## **CERTIFICATE OF SERVICE**

I certify that, on January 22, 2025, the foregoing document was served on all counsel of record via the court's CM/ECF e-filing system.

>  */s/ Michael B. Shortnacy*
>  Michael B. Shortnacy