# EXHIBIT A

**Shortnacy, Michael (SHB)**

| | |
|---|---|
| **From:** | Stellings, David S. <DSTELLINGS@lchb.com> |
| **Sent:** | Wednesday, January 22, 2025 11:53 AM |
| **To:** | Shortnacy, Michael (SHB) |
| **Subject:** | Re: [EXT] VWAG time to respond |
| **Attachments:** | image002.jpg |

EXTERNAL

Hi Michael.  Confirmed Plaintiffs are ok with this schedule.

David Stellings
Lieff, Cabraser, Heimann & Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Office:  212-355-9500
Mobile:  917-714-5307

On Jan 22, 2025, at 7:35 PM, Shortnacy, Michael (SHB) <mshortnacy@shb.com> wrote:


David – Attached is a proposed schedule we discussed.  It is consistent with our prior agreement for Audi AG, and tracks the response and reply times the parties have been following for the other AG defendants.  Can you please confirm this is agreeable to Plaintiffs.  Appreciate the courtesy and cooperation as always.  Michael

Michael B. Shortnacy
Partner
Shook, Hardy & Bacon L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T: 424-324-3494 | mshortnacy@shb.com <mailto:mshortnacy@shb.com>


<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.shb.com%2F&data=05%7C02%7Cmshortnacy%40shb.com%7C046b2ca92df44355d3c108dd3b1e5b65%7C7be5e27659ab444899e76ab9030adfbf%7C1%7C0%7C638731723771172843%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=3sUDDzI7YYY6qBtLlLHO1ugW8APbRoA7I3WrvyPZlwk%3D&reserved=0>
<image002.jpg>

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.
<ARC - Motion for Ext. of Time (VWAG).docx>

1

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.