# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051 <br><br> Case No: 1:22-MD-3051-ELR |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Specially Appearing Defendant Volkswagen Aktiengesellschaft's ("VWAG") Unopposed Motion to Extend its Time to Respond to Plaintiffs' Corrected Consolidated Class Action Complaint, it is hereby **ORDERED** that the Motion is **GRANTED.** The following briefing schedule shall govern VWAG's motion to dismiss:

| Event | Deadline |
|---|---|
| Defendant VWAG's Motion to Dismiss | 02/28/2025 |
| Plaintiffs' Opposition | 04/04/2025 |
| Defendant VWAG's Reply | 05/02/2025 |

_____
HON. ELEANOR L. ROSS
United States District Judge