IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br><br>Case No: 1:22-MD-3051-ELR |

## ORDER

AND NOW, this 24th day of January, 2025, upon consideration of Specially Appearing Defendant Volkswagen Aktiengesellschaft's ("VWAG") Unopposed Motion to Extend its Time to Respond to Plaintiffs' Corrected Consolidated Class Action Complaint [Doc. 303], it is hereby **ORDERED** that the Motion is **GRANTED.** No further extensions of time shall be granted, and the following briefing schedule shall govern VWAG's motion

| Event | Deadline |
|---|---|
| Defendant VWAG's Motion to Dismiss | 02/28/2025 |
| Plaintiffs' Opposition | 04/04/2025 |
| Defendant VWAG's Reply | 05/02/2025 |

*/s/ Eleanor L. Ross*
HON. ELEANOR L. ROSS
United States District Judge