# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br><br>Case No: 1:22-MD-3051-ELR<br><br>District Judge Eleanor L. Ross |

### SPECIALLY APPEARING DEFENDANT AUDI AKTIENGESELLSCHAFT'S MOTION TO DISMISS THE CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), Defendant Audi Aktiengesellschaft ("AUDI AG") hereby moves to dismiss the Corrected Consolidated Class Action Complaint ("CCAC") (ECF 157). AUDI AG incorporates by reference the relevant arguments of Certain Defendants' Motion to Dismiss (ECF 181, 181-1), Volkswagen Group of America, Inc.'s Motion to Dismiss (ECF 182, 182-1) and Audi of America, LLC's Motion to Dismiss (ECF 184, 184-1), including the Declaration of Peter Green (ECF 184-2). For the reasons set forth in the accompanying Memorandum of Law and those in the incorporated motions and supporting papers, this Court should dismiss the CCAC with prejudice and grant such other and further relief as it deems just and proper.

1

Dated: January 24, 2025                    Respectfully Submitted,

/s/ Livia M. Kiser

KING & SPALDING LLP
Livia M. Kiser
Susan V. Vargas
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
(213) 443-4355
Fax: (213) 443-4310
lkiser@kslaw.com
svargas@kslaw.com

SHOOK, HARDY & BACON L.L.P.
Michael B. Shortnacy
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(424) 324-3494
Fax: (424) 204-9093
mshortnacy@shb.com

*COUNSEL FOR SPECIALLY APPEARING DEFENDANT AUDI AKTIENGESELLSCHAFT*