# EXHIBIT 1

Case 1:22-md-03051-ELR     Document 305-2     Filed 01/24/25     Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANDA DIVISION
MDL No. 3051
Case No.: 1:22-md-03051-ELR**

IN RE: ARC AIRBAG INFLATORS PRODUCT LIABILITY LITIGATON

