AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| In re Airbag Inflators Products Liability Litigation | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:22-md-03051-ELR |
|  | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Volkswagen Group of America, Inc. and Audi of America, LL .

Date:   02/04/2025

/s/ John C. Mitchell
*Attorney's signature*

John C. Mitchell (MN SBN 0395128
*Printed name and bar number*
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111

*Address*

cmithcell@kslaw.com
*E-mail address*

(415) 318-1237
*Telephone number*

(415) 318-1300
*FAX number*