UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br>Case No. 1:22-md-3051-ELR<br><br>Hon. Eleanor L. Ross<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs' Notice of Supplemental Authority (Dkt. 300) about *Sowa v. Mercedes-Benz Group AG*, No. 1:23-cv-636 (N.D. Ga. Dec. 31, 2024), misconstrues parts of Judge Geraghty's opinion, ignores or relegates to footnotes the parts of the opinion favoring Defendants, and ignores important differences between *Sowa* and this multi-district litigation.

*First*, Plaintiffs mistakenly suggest that *Sowa's* holding on standing under Article III favors them. Dkt. 300 at 1. But the portion of the opinion they cite addressed a different question than the one this Court is facing. The cited portion addressed whether owners of one Mercedes model had standing to sue on behalf of owners of different models with the same alleged defect. Defendants' point here, in contrast, is that Plaintiffs from one state cannot raise claims under the laws of other

1

states. *See* Dkt. 181 at 6.[1] *Sowa* addressed this question too, and it dismissed the pertinent claims—just as Defendants ask the Court to do here. *See* Dkt. 300-1 at 6 & n.5 (dismissing Florida claims where Florida plaintiff died, leaving the court with "no jurisdiction to entertain any Florida-related claims"). Plaintiffs never acknowledge, much less explain away, this ruling.

*Second*, Plaintiffs suggest that *Sowa's* choice-of-law holding as to the nationwide fraud and unjust enrichment claims favors them. Dkt. 300 at 1-2. But *Sowa* is not a multi-district litigation and so does not address the choice-of-law issues the Court must grapple with here. *Sowa* was obliged to follow Georgia's unique and archaic choice-of-law rules, which have been criticized as "uncommonly silly, wholly disingenuous . . . indefensible, singularly unappealing, and a covert tool for engineering a choice of Georgia law." *See* Dkt. 300-1 at 31 & n.15. Here, in contrast, the Court must apply the choice-of-law analysis that would be applied by each transferor court, most of which are not in Georgia, because this is an MDL. *See* Dkt. 181 at 8–9.

*Third*, Plaintiffs relegate to a footnote that *Sowa* dismissed all express warranty claims because the plaintiffs failed to seek repairs or replacements within

---

[1] Moreover, with respect to the Tier 1 Supplier Defendants, the point is also that owners of a vehicle containing one Supplier's airbag module do not have standing to sue *all* Tier 1 Suppliers, including those that did not manufacture the module in their vehicles. *See* Dkt. 178-1 at 17-18.

2

the warranty period. Dkt. 300 at 4 n.2. Plaintiffs try to distinguish *Sowa* by saying they oppose Defendants' reliance on the actual warranties. That is wrong for reasons already thoroughly briefed by multiple parties. *See*, *e.g.*, Dkts. 275 at 12; Dkt. 277 at 4. *Sowa* also rejected Plaintiffs' arguments about why the court should excuse their failure to present their vehicles for repair. *Compare* Dkt. 221 at 16-19, *with* Dkt. 300-1 at 47-52 (noting Mercedes had no opportunity to repair and that time-limited warranties do not protect buyers against latent defects; rejecting futility argument).

*Fourth*, with respect to the implied warranty claims, Plaintiffs' reliance on the privity holdings in *Sowa* is misplaced. For example, Plaintiffs never raised the purported third-party beneficiary exception in opposition to Defendants' argument that New York's implied warranty claims require privity, *see, e.g.*, Dkt. 221 at 19 & App'x A, Chart 1. As a result, they have waived this point. *See Moore v. BMW of N.A., LLC*, 2021 WL 614920, at *2 (N.D. Ga. Feb. 17, 2021). Plaintiffs also failed to oppose Defendants' argument that Virginia requires privity, *see* Dkt. 181 at 14; 221 at 19-20, so it too is waived. And Plaintiffs ignore that *Sowa's* holding under California law related solely to the Song-Beverly Act, which does not require privity, Dkt. 300-1 at 74, but Plaintiffs are also asserting an implied warranty claim under § 2314 of the California Commercial Code, which does have a privity requirement. Dkt. 249 at 10.

3

*Fifth*, with respect to its interpretation of how Rule 9(b) applies in the "omissions" context, Dkt. 300 at 4-5, *Sowa* is out of step with Eleventh Circuit precedent, this Court, and other courts in this District. Whether brought under an affirmative misrepresentation or an "omissions" theory, claims sounding in fraud must "set forth (1) precisely what statements or omissions were made in which documents or oral representations; (2) the time and place of each such statement and the person responsible for making (or, in the case of omissions, not making) them; (3) the content of such statements and the manner in which they misled the plaintiff; and (4) what the defendant obtained as a consequence of the fraud." *FindWhat Investor Group v. FindWhat.com*, 658 F.3d 1282, 1296 (11th Cir. 2011); *accord In re HD Supply Holdings, Inc. Sec. Litig.*, 341 F. Supp. 3d 1342, 1351 (N.D. Ga. 2018) (Ross, J.); *Edwards v. Wisconsin Pharmacal Co., LLC*, 987 F. Supp. 2d 1340, 1346 (N.D. Ga. 2013).

*Sixth*, Plaintiffs say that *Sowa* upheld the unjust enrichment claims. Dkt. 300 at 2. Wrong again. All unjust enrichment claims were dismissed because, as in this case, a contract governed the subject matter in dispute. Dkt. 300-1 at 116; Dkt. 181 at 42-43.

*Seventh, Sowa's* rejection of Mercedes' "shotgun pleading" argument was premised on the finding that plaintiffs had plausibly pleaded that the U.S.-based

4

defendant was an agent of its German parent. Dkt. 300-1 at 42. No such allegations appear in the Amended Complaint here.

*Finally*, Plaintiffs ignore important differences between *Sowa* and this consolidated litigation. *Sowa* deals with two related defendants, class members from 17 states, and a single complaint that consolidated a handful of cases filed in this District and that, for the most part, raises questions of Georgia law. *See id.* at 36-39, 57-58, 98. This centralized litigation involves more than 100 Plaintiffs from 36 states. Those Plaintiffs initially asserted claims in federal courts around the country, and they are now pursuing claims under the laws of all 50 states and the District of Columbia. Rather than suing two related defendants, they are suing numerous, largely unrelated defendants—including automotive suppliers that have raised arguments that were never raised in *Sowa*. And in contrast to this case, in *Sowa* many owners of class vehicles, including some named plaintiffs, claim they actually experienced the alleged defect. Dkt. 300-1 at 45, 86. Not a single Plaintiff in this case has made such an allegation.

Dated: February 7, 2024

Respectfully submitted,

*/s/ Eric S. Mattson*

SIDLEY AUSTIN LLP  
Eric S. Mattson  
Kendra Stead  
Ankur Shingal  
One South Dearborn St.  
Chicago, IL 60603

NELSON MULLINS RILEY & SCARBOROUGH LLP  
Anita Wallace Thomas  
Suite 1700  
201 17th Street, N.W.  
Atlanta, GA 30363

Telephone: (312) 853-7000
Facsimile: (312) 853-7036
emattson@sidley.com
kstead@sidley.com
ashingal@sidley.com

Ellyce R. Cooper
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
Telephone: (213) 896-6000
Facsimile: (213) 896 6600
ecooper@sidley.com

Telephone: (404) 322-6000
Facsimile: (404) 322-6050
anita.thomas@nelsonmullins.com

BOWMAN AND BROOKE
Joel H. Smith
Patrick J. Cleary
1441 Main St., Ste. 1200
Columbia, SC 29201
Telephone: (803) 726-7422
Facsimile: (803) 726-7421
joel.smith@bowmanandbrooke.com
patrick.cleary@bowmanandbrooke.com

DYKEMA GOSSETT, PLLC-MI
James P. Feeney
Suite # 300
39577 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 203-0841
Facsimile: (855) 243-9885
Email: jfeeney@dykema.com

*COUNSEL FOR DEFENDANTS KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, KIA CORPORATION, AND HYUNDAI MOTOR COMPANY*

/s/ *Michael B. Shortnacy*
KING & SPALDING LLP
Livia M. Kiser
Susan V. Vargas
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Fax: (213) 443-4310
lkiser@kslaw.com
svargas@kslaw.com

SHOOK, HARDY & BACON L.L.P.
Michael B. Shortnacy
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 324-3494
Fax: (424) 204-9093
mshortnacy@shb.com

*COUNSEL FOR DEFENDANTS AUDI OF AMERICA, LLC AND VOLKSWAGEN GROUP OF AMERICA, INC.*

/s/ *April N. Ross*
MORGAN LEWIS & BOCKIUS, LLP
April N. Ross
1111 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 739-5590
april.ross@morganlewis.com

Mohamed Awan
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1574
mohamed.awan@morganlewis.com

BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Linda A. Klein
(GA Bar No. 425069)
Monarch Plaza, Suite 1500
3414 Peachtree Rd., NE
Atlanta, GA 30326
Telephone: (404) 577-6000
lklein@bakerdonelson.com

*COUNSEL FOR GENERAL MOTORS LLC*

/s/ *Eric Y. Kizirian*
LEWIS BRISBOIS BISGAARD & SMITH, LLP
Eric Y. Kizirian
Zourik Zarifian
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 250-1800
Fax: (213) 250-7900
eric.kizirian@lewisbrisbois.com
zourik.zarifian@lewisbrisbois.com

*COUNSEL FOR DEFENDANTS BMW OF NORTH AMERICA, LLC AND BMW MANUFACTURING CO., LLC.*

/s/ *Benjamin W. Jeffers*
HICKEY HAUCK BISHOFF JEFFERS & SEABOLT, PLLC
Benjamin W. Jeffers
Benjamin I. Shipper
Andrew M. Gonyea
1 Woodward Avenue, Suite 2000
Detroit, MI 48226
Telephone: (313) 964-8600
Fax: (313) 964-8601
bjeffers@hhbjs.com
bshipper@hhbjs.com
agonyea@hhbjs.com

*COUNSEL FOR DEFENDANT KEY SAFETY SYSTEMS, INC. D/B/A JOYSON SAFETY SYSTEMS*

/s/ *David S. Killoran*
DYKEMA GOSSETT LLP
David S. Killoran
444 S. Flower, Suite 2200
Los Angeles, CA 90071
Telephone: (213) 457-1800
dkilloran@dykema.com

DYKEMA GOSSETT PLLC
Eric Tew
1301 K Street NW
Suite 1100 West
Washington, D.C. 20005
Telephone: (202) 906-8600
etew@dykema.com

*COUNSEL FOR DEFENDANT PORSCHE CARS NORTH AMERICA, INC.*

/s/ *Stephen A. D'Aunoy*
KLEIN THOMAS LEE & FRESARD
Stephen A. D'Aunoy
Thomas L. Azar, Jr.
Suite 1600
100 N Broadway
St. Louis, MO 63102
Telephone: (314) 888-2971
steve.daunoy@kleinthomaslaw.com
tom.azar@kleinthomaslaw.com

Fred Fresard
Ian Edwards
Lauren Fibel
101 W. Big Beaver Road, Ste. 1400
Troy, MI 48084
Telephone: (248) 509-9270
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com
lauren.fibel@kleinthomaslaw.com

*COUNSEL FOR DEFENDANT FCA US LLC*

/s/ *Brian D. Schmalzbach*
MCGUIREWOODS LLP
Perry W. Miles IV
Brian D. Schmalzbach
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000
Fax: (804) 775-1061
pmiles@mcguirewoods.com
bschmalzbach@mcguirewoods.com

Lee K. Royster
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2000
Fax: (704) 343-2300
lroyster@mcguirewoods.com

WATSON SPENCE LLP
Michael R. Boorman
Phillip A. Henderson
600 Peachtree St NE, Suite 1130
Atlanta, GA 30308
Telephone: (678) 433-6586
Fax: (229) 436-6358
mboorman@watsonspence.com
phenderson@watsonspence.com

*COUNSEL FOR DEFENDANT FORD MOTOR COMPANY*

/s/ *Michael D. Leffel*
FOLEY & LARDNER LLP
Michael D. Leffel
150 East Gilman Street, Suite 5000
Madison, WI 53703
Telephone: (608) 257-5035
Fax: (608) 258-4258
mleffel@foley.com

Jeff Soble
Lauren Loew
321 N Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4500
jsoble@foley.com
lloew@foley.com

*COUNSEL FOR DEFENDANT ARC AUTOMOTIVE, INC.*

/s/ *J. Liat Rome*
WILLIAMS AND CONNOLLY LLP
Joseph G. Petrosinelli
J. Liat Rome
680 Maine Ave., S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
jpetrosinelli@wc.com
jrome@wc.com

ALSTON & BIRD LLP
Cari K. Dawson
Georgia Bar No. 213490
Kara F. Kennedy
Georgia Bar No. 926006
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777
cari.dawson@alston.com
kara.kennedy@alston.com

*COUNSEL FOR DEFENDANTS AUTOLIV, INC. AND AUTOLIV ASP, INC.*

/s/ *Arthur F. Foerster*
LATHAM & WATKINS LLP
Sean M. Berkowitz
Arthur F. Foerster
Johanna Spellman
330 North Wabash Street, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Fax: (312) 993-9767
sean.berkowitz@lw.com

TROUTMAN PEPPER HAMILTON
SANDER LLP
Sean P. McNally
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7317
Fax: (248) 359-7700
sean.mcnally@troutman.com

Lindsey B. Mann
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-2743
Fax: (404) 962-6538
lindsey.mann@troutman.com

*COUNSEL FOR ZF ACTIVE SAFETY AND ELECTRONICS US LLC, ZF PASSIVE SAFETY SYSTEMS US INC., ZF AUTOMOTIVE US INC., AND ZF TRW AUTOMOTIVE HOLDINGS CORP.*

/s/ *Joseph C. Weinstein*
SQUIRE PATTON BOGGS (US) LLP
Joseph C. Weinstein
Roger M. Gold
1000 Key Tower
127 Public Square
Cleveland, OH 44114-1304
Telephone: (216) 479-8500
Fax: (216) 479-8780
joe.weinstein@squirepb.com
roger.gold@squirepb.com

Dara D. Mann
Georgia Bar No. 469065
Deborah Lempogo
Georgia Bar No. 277943
1230 Peachtree Street NE
Suite 2200
Atlanta, GA 30309
Telephone: (678) 272-3222
Fax: (678) 272-3211
dara.mann@squirepb.com
deborah.lempogo@squirepb.com

Daniel C. Harkins
1120 Avenue of the Americas, 13th Fl.
New York, NY 10036
Telephone: (212) 872-9890
Fax: (212) 872-9815
daniel.harkins@squirepb.com

*COUNSEL FOR TG MISSOURI CORPORATION*

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing document has been prepared with Times New Roman 14-point font, one of the font and point selections approved by Local Rule 5.1.

*/s/ Eric S. Mattson*

## CERTIFICATE OF SERVICE

I certify that on February 7, 2025, a copy of the foregoing Defendants' Response to Plaintiffs' Notice of Supplemental Authority was served electronically through the Court's electronic filing system on all parties appearing on the Court's ECF service list.

*/s/ Eric S. Mattson*