## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051 Case No. 1:22-md-03051-ELR |

## DECLARATION OF ROLAND TELLIS IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT'S <u>MOTION TO DISMISS</u>

I, Roland Tellis, declare as follows:

1.      I am an attorney at the law firm of Baron & Budd, P.C., and an attorney of record for Plaintiffs in this matter. I make this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendant Bayerische Motoren Werke AktienGesellschaft's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint. I am licensed to practice law in California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify competently thereto.

2.      I have caused true and correct copies of the following exhibits to be filed concurrently with this declaration:

a.      Exhibit 1: Press Release, BMW Group, Statement by Oliver Zipse, Chairman of the Board of Management of BMW AG, Conference Call Quarterly Statement to 30 September 2024 (Nov. 6, 2024), https://www.press.bmwgroup.com/usa/article/detail/T0446217EN_US /statement-oliver-zipse-chairman-of-the-board-of-management-of-bmw-ag-conference-call-quarterly-statement-to-30-september-2024.

b.      Exhibit 2: Screenshot of BMW Group's Website: *Compliance and Human Rights at the BMW Group*, BMW Group, https://www.bmwgroup-werke.com/content/grpw/websites/bmwgroup_com/en/company/compliance.html (last visited Jan. 15, 2025).

c.      Exhibit 3: Press Release, BMW Group, BMW Group Press Conference Speech at the LA Auto Show by Ian Robertson Member of the Board of BMW AG, Sales and Marketing (Dec. 3, 2009), https://www.press.bmwgroup.com/global/article/detail/T0075273EN/ bmw-group-press-conference-speech-at-the-la-auto-show-by-ian-robertson-member-of-the-board-of-bmw-ag-sales-and-marketing.

d.   Exhibit 4: Press Release, BMW Group, BMW of North America Reports Q4 2024 U.S. Sales Results, Sets New Benchmarks for Annual Sales and Bev Sales (Jan. 3, 2025), https://www.press.bmwgroup.com/usa/article/detail/T0447290EN_US /bmw-of-north-america-reports-q4-2024-u-s-sales-results-sets-new-benchmarks-for-annual-sales-and-bev-sales.

e.   Exhibit 5: BMW's response to NHTSA's request for information: Letter from Sam Campbell, Department Head Safety Engineering, BMW Group (Dec. 16, 2016). https://static.nhtsa.gov/odi/inv/2016/INRL-EA16003-87353P.pdf

f.   Exhibit 6: BMW's Comments to NHTSA Initial Decision: *BMW Comments to Docket NHTSA-2023-0048 NHTSA Initial Decision re EA 16-003* (Dec. 18, 2023). https://lindseyresearch.com/wp-content/uploads/2024/01/NHTSA-2023-0038-0016-PUBLIC-BMW-Comments-to-NHTSA-IntialDecisionReARC-18Dec2023.pdf

g.   Exhibit 7: A PDF of BMW's Recall Campaign: *Recall Campaign 17V-189: ARC Passenger Front Air Bag*, BMW (Mar. 20, 2017), https://static.nhtsa.gov/odi/rcl/2017/RCRIT-17V189-9203.pdf.

h.   Exhibit 8: Press Release, BMW Group, BMW of North America to Open New Vehicle Distribution Center at Tradepoint Atlantic Terminal in Baltimore, M.D. (Feb. 22, 2021), https://www.press.bmwgroup.com/usa/article/detail/T0326512EN_US /bmw-of-north-america-to-open-new-vehicle-distribution-center-at-tradepoint-atlantic-terminal-in-baltimore-md.

i.   Exhibit 9: Press Release, BMW NA, BMW of North America Announces New Senior Executive Appointments (May 21, 2021).

j.   Exhibit 10: Press Release, BMW Group, Oliver Zipse appointed new Chairman of the Board of Management of BMW AG (July 18, 2019), https://www.press.bmwgroup.com/global/article/detail/T0298910EN/ oliver-zipse-appointed-new-chairman-of-the-board-of-management-of-bmw-ag.

k.  Exhibit 11: A research paper: Division of Research, *BMW's Impact in South Carolina: Two Decades of Economic Development*, Univ. of South Carolina (December 2014).

l.  Exhibit 12: Press Release, BMW Group, Media Alert: BMW X5 M and BMW X6 M will make their world premieres and the BMW 2 series convertible and BMW X6 sports activity coupe will make their North American auto show debuts at the 2014 Los Angeles auto show (Oct. 3, 2024), https://www.press.bmwgroup.com/usa/article/detail/T0195562EN_US /media-alert:-bmw-x5-m-and-bmw-x6-m-will-make-their-world-premieres-and-the-bmw-2-series-convertible-and-bmw-x6-sports-activity-coupe-will-make-their-north-american-auto-show-debuts-at-the-2014-los-angeles-auto-show.

m.  Exhibit 13: Press Release, BMW Group, The 2011 BMW X5 (US Version) (Feb. 6, 2010), https://www.press.bmwgroup.com/usa/article/detail/T0077530EN_US /the-2011-bmw-x5-us-version?language=en_US.

n.  Exhibit 14: Press Release, BMW Group, BMW Group Press Conference North American International Auto Show 2012 (Jan. 9, 2012), https://www.press.bmwgroup.com/usa/article/detail/T0124237EN_US /bmw-group-press-conference-north-american-international-auto-show-2012.

o.  Exhibit 15: Screenshot from BMW's website: *Company Information*, BMW, https://www.bmwusa.com/about/bmw-of-north-america.html.

p.  Exhibit 16: Screenshot from BMW America's website: *Shop Pre-Owned Inventory*, BMW, https://www.bmwusa.com/certified-preowned-search/results.

q.  Exhibit 17: Screenshot from BMW America's website: *Find Your Ultimate Match*, BMW, https://www.bmwusa.com/certified-preowned/cpo-special-offers.html.

r.  Exhibit 18: Press Release, The BMW X5 Silver Anniversary Edition: celebrating 25 years of the BMW X (July 21, 2024), available at

https://www.press.bmwgroup.com/usa/article/detail/T0443261EN_US
/the-bmw-x5-silver-anniversary-edition:-celebrating-25-years-of-the-
bmw-x5.

s.    Exhibit 19: A screenshot from the website ImportYeti: *BMW*, Import
Yeti, https://www.importyeti.com/supplier/bmw (last visited Jan. 15,
2025).

I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

Executed this 7th day of February, 2025.

*/s/ Roland Tellis*
_____
Roland Tellis
rtellis@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Blvd #1600
Encino, California 91436
Tel: (818) 839-2333

4