# EXHIBIT 2

  

Menu

The Company BMW Group    **Compliance**

# COMPLIANCE AND HUMAN RIGHTS AT THE BMW GROUP.

The BMW Group's corporate culture is characterized by clear responsibility, mutual respect, and trust. Lawful conduct and ethical behavior are integral to our business activities and an important condition for securing the long-term success of our company. Our primary goal is to avoid risks that could jeopardize the trust our customers, shareholders, business partners, and the general public place in the BMW Group. For this purpose, the BMW Group has established a Compliance Management System equipped with instruments and measures to help associates handle compliance risks.

"The BMW Group is fully commited to lawful and responsible conduct."

**Oliver Zipse**
Chairman of the Board of Management of BMW AG



# BMW GROUP CODE OF CONDUCT.

Acting responsibly and lawfully.

DOWNLOAD

# COMPLIANCE MANAGEMENT SYSTEM.

The BMW Group Compliance Management System includes a large number of preventive, monitoring, control, and response measures to support compliance with legal and ethical requirements. These apply to all BMW Group units worldwide. Where additional compliance requirements exist in

individual countries or business units, these are met by applying local or business-specific compliance regulations and instruments.



| 1. Compliance Risk Assessment. |
| 2. Code of Conduct und Compliance Regelungen. |
| 3. Compliance Communication and Trainings. |
| 4. Compliance IT Systems and Processes. |
| 5. Compliance Consultation. |
| 6. Compliance Monitoring. |
| 7. Notification System. |
| 8. Compliance Investigation. |
| 9. Compliance Reporting. |
| 10. Risk-reducing Compliance Remediation including Sanctions. |

# OUR COMPANY-WIDE NETWORK.

The BMW Group has established a company-wide Compliance Organization to educate associates about potential compliance risks and help ensure compliance with requirements at local and international level.

The Chief Compliance Officer of the BMW Group, who also serves as the Human Rights Officer of BMW AG, heads the Group Compliance function. He is responsible for the Compliance Management System, leads the Group Compliance division, and regularly reports to the Board of Management and Supervisory Board of BMW AG on the development and implementation of the Compliance Management System.

The Group Compliance function, located at the corporate headquarters, is responsible for designing and managing the Compliance Management System. It covers crucial subjects such as antitrust compliance, corruption prevention, export control, anti-money laundering, fraud prevention, and human rights. On the other hand, areas like data protection, product compliance, external workforce compliance, and regulated financial services compliance are handled by other departments or divisions within the BMW Group.

The implementation of the individual compliance programs is supported by a group-wide compliance network consisting of divisional and local compliance officers. These programs are further tailored to specific business needs and local requirements within the divisions and group companies.

The Compliance Management System is regularly evaluated for both its adequacy and effectiveness. One of the core tasks of the Group Compliance function is to continuously analyze and implement targeted improvements.

# WORKING WITH BUSINESS PARTNERS TO AVOID COMPLIANCE RISKS.

The BMW Group is firmly committed to responsible and lawful conduct. We also expect this of our business partners.



# BMW GROUP BUSINESS RELATIONS COMPLIANCE.

Brochure for business partners.

DOWNLOAD

# PROMOTING RESPECT FOR HUMAN RIGHTS AND FAIR WORKING CONDITIONS AT THE BMW GROUP.

The BMW Group takes its social and societal responsibility very seriously. Respect for human rights and fair working conditions are an integral part of our corporate culture. The BMW Group Code on Human Rights and Working Conditions confirms our commitment to comply with internationally rec-

ognized human rights and the core labor standards of the ILO, and aligns our due diligence process with the UN Guiding Principles on Business and Human Rights. Our focus is on topics and areas of activity where we can leverage our influence as a commercial enterprise, in addition to states' and sovereign institutions' obligations to protect human rights.





BMW Group Code on Human Rights and Working Conditions.

Respect for human rights and fair working conditions.

DOWNLOAD    (PDF, 5 MB)

Respect for people and the environment.

We are committed to respecting human rights and environment-related standards at the same time. Discover how we meet this responsibility within the BMW Group and throughout the supply chain in the "Our Respect for People and the Environment" section.

LEARN MORE



Employees.

Our employees are the foundation of the BMW
Group´s success. Their professional qualification
and commitment are outstanding.

LEARN MORE

# HELPLINE FOR COMPLIANCE QUESTIONS.

To avoid legal risks, associates may discuss any questions they have with their managers and the BMW Group departments responsible – in particular, the Legal Affairs, Corporate Audit, and Corporate Security departments.

The BMW Group Compliance Contact serves as an additional point of contact for associates, customers, suppliers and other external parties.

The BMW Group Compliance Contact for compliance-related matters is available in German and English and can be reached as follows:

**Phone**: +49 89 382-60000 / Monday through Friday from 7:00 a.m. to 6:00 p.m. (CET)

**E-Mail:** compliance@bmwgroup.com

TELEPHONE

E-MAIL

Please note:
Additional contacts are available to handle any further comments, or questions concerning the BMW Group. Please use the form provided to contact the relevant departments.

# REPORTING MECHANISMS.

The BMW Group's reporting system is responsible for providing information on specific or potential legal violations by employees within the Group. Business partners, customers or other third parties also have the option of reporting information around the clock via various reporting channels if there is concrete evidence of violations of the rules. In this way, risks can be identified and addressed at an early stage and, if necessary, appropriate remedies can be provided.



Confidentiality and the protection of informants are paramount here. On request, information can also be provided anonymously. It is in line with our Group-wide procedure not to take any steps to identify an informant who reports anonymously.

In addition to managers, local compliance departments and employee representatives as traditional points of contact, BMW Group employees and external reporting persons have various reporting channels available.

BMW Group associates and external whistleblowers can always turn to their managers, local compliance function and the Works Council with their matters and concerns. Furthermore, BMW Group Compliance has set up dedicated channels for the reporting of information relating to potential compliance violations. To ensure this can be done easily and confidentially and to serve as reporting channels within the meaning of the German Whistleblower Protection Act, BMW Group Compliance has established a dedicated email inbox and, specifically, the BMW Group SpeakUP Line, as well as an ombudsperson.

Our reporting channels.

| |
|---|
| BMW Group SpeakUP Line. |
| Ombudsperson. |
| E-Mail. |

Product & Services.

For questions about products, dealers, service, apps or digital services, please click here.

Data privacy.

You provide your personal data voluntarily. You have the option to submit your report anonymously. If you voluntarily decide to provide your personal data and thus provide a non-anonymous report, we will process your information solely for the purpose of processing your report on the basis of Article 6 (1) LIT. C), F) of the GDPR. Further information on data protection and your rights can be found here.



# FOR INFORMANTS.

Everything you need to know about reporting concerns can be found in our rules of procedure for informants.

**DOWNLOAD**

# LEARN MORE.







| BMW | BMW Group Plants |
|---|---|
| MINI | BMW Welt |
| Rolls-Royce Motor Cars | BMW Museum |
| BMW Motorrad | BMW Group Classic |

BMW M Driving Experience

BMW Group PressClub

BMW Group Financial Services

BMW Group Careers

Sitemap

Legal disclaimer

Cookies

Imprint

Contact

Data Protection