# EXHIBIT 4

1/15/25, 6:14 PM  BMW of North America Reports Q4 2024 U.S. Sales Results, Sets New Benchmarks for Annual Sales and BEV Sales.

Case 1:22-md-03051-ELR   Document 310-5   Filed 02/07/25   Page 2 of 4



Login | Contact

Corporate | Brands | Technology | People | Heritage | Motor Shows | Sports

[Enter search terms...] ADD TAG

Article ⌄ | Photo ⌄ | TV Footage | Video | Audio ⌄

Do you need help? Please support team from 9 to 17 support.pressclub@bmwgr

To the extent that historical press releases reference BMW Manufacturing Co., LLC as the manufacturer of certain X model vehicles, the referenced vehicles are manufactured in Carolina with a combination of U.S. origin and imported parts and components.

## PRESSCLUB USA · ARTICLE.

# BMW of North America Reports Q4 2024 U.S. Sales Results, Sets New Benchmarks for Annual Sales and BEV Sales.

03.01.2025   PRESS RELEASE

Woodcliff Lake, NJ – January 3, 2025… BMW of North America today reported Q4 2024 and full year 2024 sales results for the BMW and MINI brands in the U.S.

**PRESS CONTACT.**

Phil Dilanni
BMW Group

Tel: +1-201-571-5660

✉ send an e-mail

**AUTHOR.**

Phil Dilanni
BMW Group

**DOWNLOADS.**

⬇ Attachments (2x, 622.15 KB)

**RELATED LINKS.**

› BMW USA News

- 371,346 BMW Vehicles Sold in the U.S. in 2024, Marking Another Record Year for the Brand.
- BEV Sales Increase 12.3% in 2024, Surpassing 50,000 for the first time.

**Woodcliff Lake, NJ – January 3, 2025…** BMW of North America today reported Q4 2024 and full year 2024 sales results for the BMW and MINI brands in the U.S.

**BMW Brand.**

In the fourth quarter of 2024, BMW sales in the U.S. totaled 117,506 vehicles, an 8.9% increase from the 107,881 vehicles sold in the fourth quarter of 2023. For the full year 2024, BMW sales increased by 2.5% to total sales of 371,346 vehicles compared to the 362,244 vehicles sold in 2023. This represents the second consecutive year that BMW has set a new sales record in the U.S.

**BMW Battery Electric Vehicle Sales.**

With four fully electric BEV models in market from the start of the year, BMW set a new annual record for electric vehicle sales in the U.S., surpassing 50,000 units for the first time. In the fourth quarter of 2024, BEV sales in the U.S. totaled 13,876 vehicles, a 3.5% decrease from the 14,374 BEVs sold in the fourth quarter of 2023. For the full year 2024, BMW BEV sales increased by 12.3% to total sales of 50,981 vehicles compared to the 45,417 BEV vehicles sold in 2024.

The company sold an additional 19,398 plug-in hybrid electric vehicles in 2024, bringing the total number of electrified vehicles sold in 2024 to 70,379, or 19% of total sales.

**Table 1: BMW Battery Electric Vehicle Sales Q4 & Full Year 2024.**

|   | Q4 2024 | Q4 2023 | % | YTD 2024 | YTD 2023 | % |
|---|---------|---------|---|----------|----------|---|
| i4 | 5,737 | 5,402 | 6.2% | 23,403 | 22,583 | 3.6% |
| i5 | 2,987 | 2,133 | 40% | 8,763 | 2,133 | 310.8% |
| i7 | 938 | 1,565 | -40.1% | 3,431 | 3,400 | 0.9% |

**MY.PRESSCLUB LOGIN**

**PRESSCLUB INFORMATION**

## RSS NEWS FEED.

› Open Website

With the PressClub RSS you can also receive pub as a news feed. Choose various topic-specific fe needed, or use the feed latest articles to stay up

1/15/25, 6:14 PM   BMW of North America Reports Q4 2024 U.S. Sales Results, Sets New Benchmarks for Annual Sales and BEV Sales.

Case 1:22-md-03051-ELR   Document 310-5   Filed 02/07/25   Page 3 of 4

| iX | 4,214 | 5,274 | -20.1 | 15,383 | 17,301 | -11.1% |
|---|---|---|---|---|---|---|
| **TOTAL BEV** | 13,876 | 14,374 | **-3.5%** | 50,981 | 45,417 | **12.3%** |

"This is a fantastic result, which is a direct reflection of the BMW brand's strength and superior product line-up. U.S. customers really love our 'Ultimate Driving Machines' -- regardless of drivetrain -- which fueled sales growth of both ICE and BEV vehicles," said Sebastian Mackensen, President & CEO, BMW of North America. "But I would also like to thank and congratulate our own team, and the entire dealer network, for achieving these new milestones. Together, we have established a collaborative spirit and a very focused dedication to our brand, as well as a clear commitment to excellence in customer service. We are looking forward to a strong 2025 as we celebrate our 50th year in the U.S."

**MINI Brand.**

MINI sales were impacted throughout the year by a planned model changeover as the brand began the launch of a completely new product portfolio including a full range of all-new MINI Countryman and Cooper S models.

MINI brand sales in the U.S. totaled 8,748 vehicles in the fourth quarter of 2024, a decrease of 18% vs the 10,728 vehicles sold in the fourth quarter of 2023. For the full year 2024, MINI brand sales decreased by 21.5% to total sales of 26,299 vehicles compared to the 33,497 vehicles sold in 2023.

**Table 2: New Vehicle Sales BMW of North America, LLC, Q4 & Full Year 2024.**

|  | Q4 2024 | Q4 2023 | % | YTD 2024 | YTD 2023 | % |
|---|---|---|---|---|---|---|
| BMW passenger cars | 51,263 | 45,395 | 12.9% | 163,752 | 158,473 | 3.3% |
| BMW light trucks | 66,243 | 62,486 | 6% | 207,594 | 203,771 | 1.9% |
| **TOTAL BMW** | 117,506 | 107,881 | 8.9% | 371,346 | 362,244 | 2.5% |
|  |  |  |  |  |  |  |
| **TOTAL MINI** | 8,748 | 10,728 | -18% | 26,299 | 33,497 | -21.5% |

*The sales reported in today's figures are of BMW passenger cars and light trucks, as well as MINI passenger cars. Consistent with auto industry practice in the U.S., BMW of North America follows the U.S. Auto Industry Sales Release Schedule issued annually by Motor Intelligence for purposes of reporting sales of BMW passenger cars and light trucks and MINI passenger cars. As a result, the sales of BMW passenger cars and light trucks and MINI passenger cars reflected in today's Q4 2024 report occurred between October 1, 2024, and January 2, 2025. The sales of BMW passenger cars and light trucks and MINI passenger cars reflected in the full year 2024 report occurred between January 3, 2024 and January 2, 2025.*

# # #

**BMW Group in the United States.**

BMW of North America, LLC was established 50 years ago to support the sales, marketing and distribution of BMW automobiles and motorcycles in the U.S. In 1993 BMW Group Financial Services NA, LLC was founded, and one year later BMW Manufacturing Co., LLC began assembling vehicles in South Carolina. In 2002 and 2003, BMW Group established MINI USA, and Rolls-Royce Motor Cars NA, LLC relaunching two iconic brands and rounding out its product portfolio.

1/15/25, 6:14 PM BMW of North America Reports Q4 2024 U.S. Sales Results, Sets New Benchmarks for Annual Sales and BEV Sales.

Case 1:22-md-03051-ELR Document 210-5 Filed 02/07/25 Page 4 of 4

Today, the BMW Group has a nationwide corporate footprint in the U.S. which consists of nearly 30 locations in 12 different states. Beyond the National Sales Company and Financial Services headquarters in Woodcliff Lake, NJ, its manufacturing plant in Spartanburg, South Carolina, and numerous other operational facilities, BMW Group in the U.S. also includes Designworks, a strategic design consultancy in Santa Monica, CA, BMW Group Technology Office USA, a technology research and development center in Silicon Valley, and BMW i Ventures, a venture capital fund, also in Silicon Valley.

BMW Group Plant Spartanburg is the largest single BMW production facility in the world, and the global center of competence for BMW Sports Activity Vehicles including the X3, X4, X5, X6, X7, and XM. The plant assembles more than 1,500 vehicles each day, and up to 450,000 annually. Since 1994, Plant Spartanburg has assembled nearly 7 million BMW vehicles in the U.S.

The BMW Group sales organization in the U.S. is represented through a network of 350 BMW retailers, 147 BMW motorcycle retailers, 104 MINI passenger car dealers, and 38 Rolls-Royce Motor Car dealers. The company's activities provide and support over 120,000 jobs across the U.S. and contribute more than 43.3 billion to the U.S. economy annually.

# # #

Journalist note: Information about BMW Group and its products in the USA is available to journalists on-line at www.bmwusanews.com, www.miniusanews.com and www.press.bmwna.com.

# # #

**ARTICLE OFFLINE ATTACHMENTS.**

Q4 2024 BMW Group Sales Charts   PDF, EN, 57.33 KB

BMW of North America Reports Q4 2024 U.S. Sales ...   PDF, EN, 563.64 KB

---

BMW Group    BMW    MINI    BMW Motorrad    Rolls-Royce Motor Cars

Support    Links    Imprint    Legal Notices    Privacy Policy    Cookies    RSS Feed