# EXHIBIT 7



| | |
|---|---|
| SI B72 03 17 | March 2017 |
| Safety Belts and Accessories (Body) | Technical Service |

# RECALL CAMPAIGN 17V-189: ARC PASSENGER FRONT AIR BAG

 **What's New:**

- **"Affected Vehicles", "Cause", "Correction", and "Procedure" sections added**

- **"Parts Information" added with part numbers**

- **"Warranty Information" added with defect code and labor ops**

New information provided by this revision is preceded by this symbol ![UPDATE].

This Service Information bulletin replaces SI B72 03 17 **dated March 2017**

## MODEL

| F15 (X5 SAV) |
|---|

## ![UPDATE] SITUATION

BMW AG is conducting a Voluntary Safety Recall on certain Model Year 2017 BMW X5's involving certain passenger front air bags from supplier ARC where the gas flow could be impaired during inflator deployment.

## ![UPDATE] AFFECTED VEHICLES

This Recall Campaign involves 44 Model Year 2017 X5's produced from February 17, 2017 to February 27, 2017

Vehicles which require this Recall Campaign to be completed will show it as "Open" when checked either in AIR, the "Service Menu" of DCSnet (Dealer Communication System) or with the Key Reader.

The affected vehicles will be identified with the campaign description:

 Note: **B720317 Recall - ARC Passenger Front Air bag**

 **CAUSE**

The gas generator for the passenger front air bag may not have been manufactured according to the specifications.

 **CORRECTION**

Replace the passenger's front air bag assembly.

 **PROCEDURE**

1. Please record exterior cosmetic condition of dashboard cover on the Repair Order prior to any repair.

2. Follow ISTA Repair Instructions for removal/installation of air bag assembly:

    • REP 72 12 000 – Removing and installing or replacing air bag module on passenger's side

 Note: **Before installing the replacement part, the new air bag module's serial number must be documented by the technician on the repair order so it can also be entered into the warranty claim's comment section.**

- Check whether the dashboard is installed correctly. Indications of an installation problem include:

    o Uneven gaps around the dashboard

    o Excessive gaps

    o Contact between the windscreen and dashboard.

 **PARTS INFORMATION**

| Part Number | Description | Quantity |
|---|---|---|
| 72 12 9 252 311 | Passenger air bag module | 1 |
| 07 14 9 184 212 | Screw | 14 |

The parts replaced and submitted through this Recall claim entry procedure are the property of BMW NA.

Your center is responsible for the proper identification, storage and documentation of these parts.

**Your center is responsible for following all rules and regulations that apply to shipping dangerous goods.**

 Note: **The removed airbag modules must be held until we update this service bulletin with the updated return information.** Claims will not be paid if the part is not returned.

Until we update this SIB with shipping information please **do not** return these air bag modules to the:

- Warranty Parts Return Center (WPRC) or to the
- Recycling/disposal vendors listed in the Warranty Policy and Procedures Manual, Section 6.

## WARRANTY INFORMATION
Reimbursement for this Recall will be via normal claim entry utilizing the following information:

| Defect Code: | 72840100 | |
|---|---|---|
| | | |
| Labor Operation: | Labor Allowance: | Description: |
| 00 64 959 | Refer to KSD | Replace passenger air bag |

**The serial number of the new air bag module must be entered as in the comment field of the warranty application. The claim will be rejected if the serial number is missing from the warranty claim.**

## ATTACHMENTS
View PDF attachment **B720317 Recall Notice**.

View PDF attachment **B720317 VIN List**.

View PDF attachment **B720317_170314_QandA_MY17_F15_ARC_FrontPassAirBag**.

View PDF attachment **REP 72 12 000**.

[ Copyright ©2017 BMW of North America, Inc. ]

# SAFETY RECALL NOTICE

To: All Center Operators, Sales Managers, Service Manager, Parts Manager and Warranty Processor

RE: Delivery Stop & Recall 17V-XXX: ARC Passenger Front Air Bag B72 03 17

BMW AG is conducting a Voluntary Safety Recall (effective March 14, 2017) on certain Model Year 2017 BMW X5's involving certain air bags from supplier ARC.

Owners will be notified by First Class mail about the Recall and will be instructed to bring their vehicles in for a free repair when parts are available.

**Please be reminded that it is a violation of federal law (The Safety Act) for you to sell, lease or deliver any new motor vehicle covered by this notification until the recall repair has been performed. This means that centers may not legally deliver new motor vehicles to consumers until they are fixed or use/sell replacement equipment/parts subject to this recall. Note also that substantial civil penalties apply to violations of the Safety Act.**

**Also, you should not sell, lease or deliver any Certified Pre-Owned or used vehicles subject to a safety recall until the repair is completed.**

**Please follow any special instructions that we provide to you for the return or disposition of recall parts.**

We appreciate all your assistance with this Recall.

## REP-REP-RAE7072-7212000   Removing and installing or replacing airbag module on passenger side&comma; VIN: XXXXXXX

| | | | | | |
|---|---|---|---|---|---|
| ISTA system version | 3.56.21.16873 | Data version | R3.56 | Programming data | - |
| VIN | XXXXXXX | Vehicle | X'/E70/off-road vehicle/X5 4.8i/N62/AUT/US/left-hand drive/2010/03 | | |
| Int.lev.works | - | Int.lev. (cur.) | - | Int.lev.(tar.) | - |
| Mileage | 0 km | | | | |

72 12 000    **Removing and installing or replacing airbag module on passenger side**



**Warning!**
Read and comply with safety regulations for handling airbag modules and pyrotechnical belt tensioners.

Incorrect handling can activate airbag and cause injury.



Necessary preliminary tasks:
- Clamp off battery negative lead
- Remove instrument panel trim

Unclip airbag lead with holders (1) from instrument panel.





Unscrew nuts (1).

*Installation:*
Replace nuts.

Tightening torque <u>72 12 01AZ</u>.

Remove airbag module from instrument panel.

**Passenger Front Air Bag – (ARC Inflator)**
**Safety Recall 17V-xxx**
**Model Year 2017**
**BMW X5 SAV**
*Last Updated 03/14/2017*

**Q1.    Which BMW Group models in the US are potentially affected by this Safety Recall?**

Approximately 44 Model Year 2017 BMW X5 SAVs, produced in February 2017, are potentially affected.

**Q2.    What is the specific issue?**

This safety recall involves certain passenger front air bags <u>from inflator supplier ARC</u> which may not have been produced to specifications.

**Q2a.   Is this issue related to Takata Air Bags?**

No.

**Q2b.   Which specific air bag is affected on my vehicle?**

The passenger front air bag is potentially affected.

**Q3.    What can happen as a result of this issue?**

This safety recall involves the passenger front air bag, <u>from inflator supplier ARC</u>, which may not have been produced to specifications.  If the air bag was not produced to specifications, then excessive internal pressure could occur upon air bag deployment, potentially causing the inflator to rupture, and increasing the risk of an injurious or fatal occurrence.

**Q4.    How did BMW Group become aware of this issue?**

BMW Group became aware of this issue through its quality control procedures.

**Q5.    Why are other BMW Group vehicles not included in this Safety Recall?**

Other vehicles were equipped with passenger front air bags that were produced to specifications.

**Q6.    Can I determine if this issue exists in my vehicle?**

No.

**Q7.    Can I continue to drive my vehicle?**

Yes.

However, when you receive a phone call (and a follow-up letter) asking you to have this recall performed by an authorized BMW center, please do so as soon as possible.  If you are not the only driver of this vehicle, please advise all other drivers of this important information.

**Q8.    How will my vehicle be repaired?**

The passenger front air bag will be replaced.

**Passenger Front Air Bag – (ARC Inflator)**
**Safety Recall 17V-xxx**
**Model Year 2017**
**BMW X5 SAV**
*Last Updated 03/14/2017*


**Q9.    Is BMW Group aware of any accidents, injuries, or fires involving these BMW Group vehicles associated with this Safety Recall?**

No.

**Q10.   How will I be informed of this Safety Recall?**

You will receive a phone call (and a follow-up letter via First Class mail) in March advising you of this recall and to immediately schedule an appointment with an authorized BMW center to have this recall performed.
- You can locate your nearest authorized BMW center at www.bmwusa.com/dealers.
- To ensure BMW has your most recent contact and vehicle information, please register your vehicle at www.bmwusa.com/myBMW.

Registration is free, and will give you access to factory initiated campaigns and other information specific to your BMW.

**Q11.   How long will the repair take?**

This repair may take several hours; however, additional time may be required depending upon your BMW center's schedule. The repair will be performed <u>free of charge</u> by your authorized BMW center.

**Q12.   Do I have to wait for my letter in order to have my vehicle serviced?**

Owners are being contacted by phone (and follow-up letter) to schedule an appointment. We are in the process of implementing this program to ensure that the necessary parts, tools and procedures are available, prior to contacting you to schedule your vehicle to have this safety recall performed. For the latest updates to this recall, please visit www.bmwusa.com/recall.