# EXHIBIT 8

  

Login | Contact

Corporate | Brands | Technology | People | Heritage | Motor Shows | Sports

Enter search terms... | ADD TAG

**Do you need help?** Please support team from 9 to 17 support.pressclub@bmwgr

Article | Photo | TV Footage | Video | Audio

To the extent that historical press releases reference BMW Manufacturing Co., LLC as the manufacturer of certain X model vehicles, the referenced vehicles are manufactured in Carolina with a combination of U.S. origin and imported parts and components.

# PRESSCLUB USA · ARTICLE.

## BMW of North America to Open New Vehicle Distribution Center at Tradepoint Atlantic Terminal in Baltimore, MD.

22.02.2021   PRESS RELEASE   AGED 

Woodcliff Lake, NJ (February 22, 2021)… BMW of North America announced today a new vehicle distribution center (VDC) will be built at the Tradepoint Atlantic Terminal in Baltimore, MD to meet growing demand for BMW and MINI vehicles in the region. The 35-acre site will include a new purpose-built 75,000 sq. ft. building at 6050 Shipyard Road, in Sparrows Point, MD which nearly doubles the size of the company's previous location on Broening Highway. The location is expected to open in September and will serve as an import and distribution hub for BMW and MINI vehicles arriving from Europe and Mexico.

#Corporate · #Plants, Facilities

MY.PRESSCLUB LOGIN

PRESSCLUB INFORMATION

### RSS NEWS FEED.

> Open Website

With the PressClub RSS you can also receive pub as a news feed. Choose various topic-specific fee needed, or use the feed latest articles to stay up

**PRESS CONTACT.**

Phil Dilanni
BMW Group

Tel: +1-201-571-5660

- New BMW Vehicle Distribution Center at Tradepoint Atlantic Terminal in Baltimore, MD nearly doubles the size of the company's previous distribution center in the region to meet growing demand for BMW and MINI vehicles.


Login

✉ send an e-mail

**AUTHOR.**

Phil DiIanni
BMW Group

**RELATED LINKS.**

› BMW USA News

- Purpose-built facility located at the Port of Baltimore expected to open in September; will have the capacity to process close to 100,000 BMW and MINI vehicles annually, as market demand requires.

**Woodcliff Lake, NJ (February 22, 2021)…** BMW of North America announced today a new vehicle distribution center (VDC) will be built at the Tradepoint Atlantic Terminal in Baltimore, MD to meet growing demand for BMW and MINI vehicles in the region.  The 35-acre site will include a new purpose-built 75,000 sq. ft. building at 6050 Shipyard Road, in Sparrows Point, MD which nearly doubles the size of the company's previous location on Broening Highway.  The location is expected to open in September and will serve as an import and distribution hub for BMW and MINI vehicles arriving from Europe and Mexico.

"BMW Group has long considered the U.S. to be our second home and has continually invested in our business here for almost 50 years," said Claus Eberhart, vice president, aftersales, BMW of North America.  "This new, larger, vehicle distribution center will enable us to improve the time it takes to process and distribute imported vehicles to dealers, and ultimately shorten delivery times, supporting our goal to provide the best customer experience."

The new BMW VDC at the Tradepoint Atlantic Terminal will serve 126 BMW and MINI dealers in the eastern and central regions of the U.S. and have the capacity to process up to100,000 BMW and MINI vehicles annually, as market demand requires.  In addition to receiving imported vehicles and serving as a distribution hub, the site will also perform vehicle inspections, repairs (mechanical, paint and body), accessory installations, vehicle programming and vehicle maintenance.

"Tradepoint Atlantic continues to bring world-class companies to their world-class site and we couldn't be more excited to see BMW establish an even stronger foothold in Maryland," said Governor Larry Hogan. "Our administration will continue to make increasing business at the Port of Baltimore a top priority and it is clear those efforts are paying huge dividends. This vehicle distribution center is a huge win for the state, the county, and all the hard-working Marylanders looking for strong employment opportunities just like this."

"We are thrilled to see BMW doubling-down on Baltimore County, significantly expanding their distribution efforts and creating even more jobs for working families in our communities," said Baltimore County Executive Johnny Olszewski. "This massive new facility is the latest step forward in Tradepoint Atlantic's ongoing transformation into a leading hub for global commerce."

The Tradepoint Atlantic Terminal location provides several logistical advantages, access to deep water berths, and proximity to rail and highway transportation.  The facility itself will be built on the site of a repurposed integrated steel mill, and include an active recycling and waste management program, which both aligns with BMW Group's ongoing commitment to sustainability and further contributes to local sustainability.

"BMW has an incredible record of operating in Maryland and Tradepoint Atlantic is proud to play an integral role in their expansion within the Port of Baltimore," said Kerry Doyle, Managing Director for Tradepoint Atlantic. "Our global logistics facility was purpose-built to accommodate this exact kind of business and industry and we know this vehicle distribution center will result in significant supply chain advantages for BMW. The combination of BMW's world class brand and Tradepoint Atlantic's connectivity to key east coast markets is a perfect match. We celebrate and welcome BMW and look forward to many years of growth."

Construction on the new facility is already underway and is expected to be completed in September of this year.  The work will include a ground-up reimaging of the space which will result in a new state-of-the-art processing center built to BMW's specifications.

"BMW's new facility is another byproduct of tremendous partnerships at the Port of Baltimore that continue to produce jobs and grow Maryland's economy," said Maryland Department of Transportation (MDOT) Secretary Greg Slater. "The public-private partnership between MDOT and Ports America Chesapeake has provided state-of-the-art


Login

infrastructure and cultivated an outstanding, dedicated workforce. The growth of Tradepoint Atlantic, BMW and others reflects confidence in our Port and the state's economic recovery."

"We congratulate Tradepoint Atlantic and BMW on this exciting news," said MDOT Maryland Port Administration (MDOT MPA) Executive Director William P. Doyle. "This facility will help further strengthen the Port of Baltimore's position as the top auto-handling port in the nation. Tradepoint is building something very special and what they are doing is just tremendous for the entire Port of Baltimore. This is a win for Tradepoint, BMW, the Port of Baltimore, and our state."

BMW will establish more than 60 of full-time jobs on-site, while additional opportunities are expected to be created in related fields to support the increase of business in the area.

BMW currently operates vehicle distribution centers in New Jersey, Maryland, Georgia, Texas, and California, serving a dealer body of 349 BMW and 121 MINI dealers nationwide. The U.S. is also home to the largest BMW production facility in the world, located in Spartanburg, SC, which has made BMW the leading exporter of vehicles from the U.S. by value for the past seven years. Since the opening of Plant Spartanburg in 1994, more than 5 million BMW vehicles have been built in the U.S.

JLL, a professional services and investment management firm, brokered the agreement on behalf of BMW of North America.

For the past ten years, the Port of Baltimore has been the number one hub for roll-on / roll-off cargo in the U.S. – and is the second busiest in North America after the Port of Veracruz in Mexico.

\# \# \#

**BMW Group in America**

BMW of North America, LLC has been present in the United States since 1975. Rolls-Royce Motor Cars NA, LLC began distributing vehicles in 2003. The BMW Group in the United States has grown to include marketing, sales, and financial service organizations for the BMW brand of motor vehicles, including motorcycles, the MINI brand, and Rolls-Royce Motor Cars; Design works, a strategic design consultancy based in California; technology offices in Silicon Valley and Chicago, and various other operations throughout the country. BMW Manufacturing Co., LLC in South Carolina is the BMW Group global center of competence for BMW X models and manufactures the X3, X4, X5, X6 and X7 Sports Activity Vehicles. The BMW Group sales organization is represented in the U.S. through networks of 349 BMW passenger car and BMW Sports Activity Vehicle centers, 143 BMW motorcycle retailers, 116 MINI passenger car dealers, and 38 Rolls-Royce Motor Car dealers. BMW (US) Holding Corp., the BMW Group's sales headquarters for North America, is located in Woodcliff Lake, New Jersey.

\# \# \#

**Journalist note:** Information about BMW Group and its products in the USA is available to journalists on-line at www.bmwusanews.com and www.press.bmwna.com.

ARTICLE OFFLINE ATTACHMENTS.

BMW of North America to Open New Vehicle Distrib… PDF, EN, 86.23 KB

Login

FURTHER NEWS FOR: Corporate • Plants, Facilities

## BMW Manufacturing Opens First Press Shop in North America, Unveils Fourth-Generation BMW X3.

21.06.2024   PRESS RELEASE

Spartanburg, S.C. – Celebrating its 30th anniversary of assembling BMWs for the world, BMW Manufacturing today opened its state-of-the-art press shop as it prepares to assemble the new BMW X3 Sports Activity Vehicle at the Spartanburg, South Carolina, plant. The press shop will stamp sheet metal parts for the new BMW X3, which made its North American debut during the ceremony. These components include hang-on parts such as the vehicle's four doors, …

#Corporate • #Plants, Facilities

**RELATED VIDEOS.**

1 / 5

BMW Group Returns as Official Partner of Climate Week NYC 2024, Announces Full Slate of Programming

## BMW Group Breaks Ground on New High-Voltage Battery Assembly Factory in South Carolina.

27.06.2023   PRESS RELEASE   AGED

Woodruff, S.C. – The BMW Group took a major step on Tuesday towards building electric vehicles in the United States as it broke ground for a new high-voltage battery assembly plant in Woodruff, South Carolina. Named "Plant Woodruff," the BMW facility will produce sixth-generation batteries to supply fully electric vehicles at nearby BMW Manufacturing in Spartanburg. More than 300 jobs will be created onsite at Plant Woodruff with the opportunity to grow.

#Corporate • #Plants, Facilities



## BMW of North America Opens New Vehicle Accessories Center In South Carolina.

14.11.2022   PRESS RELEASE   AGED

Woodcliff Lake, NJ and Greer, SC – November 14, 2022... BMW of North America announced today the official opening of a new Vehicle Accessories Center in Greer, SC which will enable the company to "factory install" a range of vehicle accessories on the BMW Sports Activity Vehicles built nearby at Plant Spartanburg prior to the vehicles being delivered to dealers. The new 60,000-square-foot facility represents an investment of nearly $25 million and creates …

#Corporate • #Plants, Facilities

SHOW MORE   +



| BMW Group | BMW | MINI | BMW Motorrad | Rolls-Royce Motor Cars |

  

| Support | Links | Imprint | Legal Notices | Privacy Policy | Cookies | RSS Feed |

Login