# EXHIBIT 10

BMW GROUP | BMW | MINI | ROLLS-ROYCE MOTOR CARS LTD                                        Login    Contact

Corporate    Brands    Technology    People    Heritage    Motor Shows    Sports

Enter search terms...                                              ADD TAG

Do you need help? Please support team from 9 to 17 support.pressclub@bmwgr

Article  |  Photo  |  TV Footage  |  Video  |  Audio

## PRESSCLUB GLOBAL · ARTICLE.

# Oliver Zipse appointed new Chairman of the Board of Management of BMW AG

18.07.2019   PRESS RELEASE   TOP   AGED

Oliver Zipse will assume the role of Chairman of the Board of Management of BMW AG effective on 16 August 2019. The company's Supervisory Board made this decision today during its meeting in Spartanburg, South Carolina (USA). Zipse will succeed Harald Krüger, who informed the Chairman of the Supervisory Board at the beginning of July that he would not seek a second term of office.

#Corporate · #Finance, Facts, Figures · #People · #Board Members

**PRESS CONTACT.**

Max-Morten Borgmann
BMW Group

Tel: +49-89-382-24118

✉ send an e-mail

**AUTHOR.**

Zipse to assume new role on 16 August 2019

**Munich.** Oliver Zipse will assume the role of Chairman of the Board of Management of BMW AG effective on 16 August 2019. The company's Supervisory Board made this decision today during its meeting in Spartanburg, South Carolina (USA). Zipse will succeed Harald Krüger, who informed the Chairman of the Supervisory Board at the beginning of July that he would not seek a second term of office. Krüger will resign as Chairman and will leave the Board of Management by mutual agreement on 15 August 2019.

**MY.PRESSCLUB LOGIN**

**PRESSCLUB INFORMATION**

## RSS NEWS FEED.

› Open Website

With the PressClub RSS you can also receive pub as a news feed. Choose various topic-specific fe needed, or use the feed latest articles to stay up

**CO2 EMISSION INFORMATION**

Fuel consumption, CO2 emis and power consumption and measured using the method according to Regulation VO 2007/715 as amended. They vehicles on the German auto market. For ranges, the NED take into account differences selected wheel and tyre size WLTP figures take into accou effects of any optional equip

All figures have already been based on the new WLTP tes NEDC figures listed have be to the NEDC measurement where applicable. WLTP valu as a basis for the assessme and other vehicle-related du are (also) based on CO2 emi where applicable, for the pu vehicle-specific subsidies. F information are available at www.bmw.de/wltp and at www.dat.de/co2/.

**LATEST FACTS & FIGURES.**

Login

Max-Morten Borgmann
BMW Group

**THIS ARTICLE IN OTHER PRESSCLUBS**

- PressClub Africa, DOM, East Europe
- PressClub Bulgaria
- PressClub Canada
- PressClub Ceska
- PressClub Hungary
- Show all

"With Oliver Zipse, a decisive strategic and analytical leader will assume the Chair of the Board of Management of BMW AG. He will provide the BMW Group with fresh momentum in shaping the mobility of the future," said Dr Norbert Reithofer, Chairman of the Supervisory Board of BMW AG.

Zipse, the designated Chairman of the Board of Management, has been a member of the Board of Management of BMW AG since 2015 and is currently responsible for the production division. He began his professional career in the company in 1991 as a Trainee and has since held various management positions, including as Managing Director Plant Oxford and Senior Vice President Corporate Planning and Product Strategy.

Reithofer continued: "The Supervisory Board greatly respects the decision by Harald Krüger and today expressed our sincere appreciation for his many years of successful work within the BMW Group. On behalf of the entire company, we all wish him all the best in the future and hope that the BMW Group will always have a special meaning for him."

The Supervisory Board of BMW AG is currently meeting at the plant location in Spartanburg, South Carolina, USA, to discuss current business developments in the US market as well as production at the biggest plant in the global production network of the BMW Group. Reithofer emphasised: "With its innovative strength, strong brands and dedicated employees, the BMW Group will build on its leadership role in the premium segment going forward and continue on its path to long-term success."

Manfred Schoch, Chairman of the Central Works Council and deputy Chairman of the Supervisory Board said: "The strong partnership between the Workers' Council and corporate management has a long tradition and is the foundation of our success story. We look forward to continuing this cooperation and shaping the future of the company together."

For queries, please contact:

**Corporate Communications**

Max-Morten Borgmann, Corporate Communications

Telephone: +49 89 382-24118, Max-Morten.Borgmann@bmwgroup.com

Mathias Schmidt, Head of Corporate and Culture Communications

Telephone: +49 89 382-24544, Mathias.M.Schmidt@bmwgroup.com

Internet: www.press.bmwgroup.com

E-mail: presse@bmwgroup.com

Specifications of the BM 123 xDrive, valid from 11/
29.10.2024 #1 Series

Specifications of the BM 116, valid from 11/2024.
29.10.2024 #1 Series

Specifications of the BM Sedan, valid from 07/20
28.06.2024 #G60 #5 Series

Specifications of the BM Touring, valid from 07/2
28.06.2024 #G61 #Touring

Technical specifications sDrive20d, valid from 07
10.06.2024 #X2

Show all


Login

**The BMW Group**

With its four brands BMW, MINI, Rolls-Royce and BMW Motorrad, the BMW Group is the world's leading premium manufacturer of automobiles and motorcycles and also provides premium financial and mobility services. The BMW Group production network comprises 31 production and assembly facilities in 15 countries; the company has a global sales network in more than 140 countries.

In 2018, the BMW Group sold over 2,490,000 passenger vehicles and more than 165,000 motorcycles worldwide. The profit before tax in the financial year 2018 was € 9.815 billion on revenues amounting to € 97.480 billion. As of 31 December 2018, the BMW Group had a workforce of 134,682 employees.

The success of the BMW Group has always been based on long-term thinking and responsible action. The company has therefore established ecological and social sustainability throughout the value chain, comprehensive product responsibility and a clear commitment to conserving resources as an integral part of its strategy.

www.bmwgroup.com

Facebook: http://www.facebook.com/BMWGroup

Twitter: http://twitter.com/BMWGroup

YouTube: http://www.youtube.com/BMWGroupView

Instagram: https://www.instagram.com/bmwgroup

LinkedIn: https://www.linkedin.com/company/bmwgroup/

**ARTICLE OFFLINE ATTACHMENTS.**

New Chairman Board of Management of BMW AG   PDF, EN, 214.1 KB

**ARTICLE MEDIA MATERIAL.**

Photos

FURTHER NEWS FOR: Corporate · Finance, Facts, Figures · People


Login

### Supervisory Board names Frank Weber to Board of Management of BMW AG

12.03.2020   PRESS RELEASE   TOP   AGED

Klaus Fröhlich to step down from Board of Management at age 60 +++ Frank Weber will head Development division, effective July +++ Reithofer: "Competent successor to Klaus Fröhlich" +++ Zipse: "Excellent addition to Board of Management" +++

#Corporate · #Finance, Facts, Figures · #People · #Board Members

### BMW AG brings in younger Board of Management members: Supervisory Board appoints Ilka Horstmeier and Milan Nedeljkovic

25.09.2019   PRESS RELEASE   TOP   AGED

Ilka Horstmeier to be responsible for Human Resources Division +++ Milan Nedeljkovic to head Production Division +++ Reithofer: "Managers are the cornerstone of our success" +++ Zipse: "I look forward to working with them in the Board of Management" +++

#Corporate · #Finance, Facts, Figures · #Human Resources · #People · #Board Members

### Harald Krüger will not seek a second term of office as Chairman of the Board of Management of BMW AG

05.07.2019   PRESS RELEASE   TOP   AGED

The Chairman of the Board of Management of BMW AG, Harald Krüger, gave notice today that he will not seek a second term of office. The Chairman of the Supervisory Board, Dr Norbert Reithofer, has complete respect and understanding for his decision. The Supervisory Board will address the matter of a successor during its next meeting on 18 July 2019.

#Corporate · #Finance, Facts, Figures · #Human Resources · #People · #Board Members

SHOW MORE  +

**RELATED VIDEOS.**

1 / 5

BMW Group Annual Conference 2023. Dr. Nedeljkovic, Member Board of Management

---

BMW Group     BMW     MINI     BMW Motorrad     Rolls-Royce Motor Cars

Fuel consumption, CO2 emission figures and power consumption and range were measured using the methods required according to Regulation VO (EC) 2007/715 as amended. They refer to vehicles German automotive market. For ranges, the NEDC figures take into account differences in the selected wheel and tyre size, while the WLTP figures take into account the effects of any optional equipm

All figures have already been calculated based on the new WLTP test cycle. NEDC figures listed have been adjusted to the NEDC measurement method where applicable. WLTP values are used as a assessment of taxes and other vehicle-related duties which are (also) based on CO2 emissions and, where applicable, for the purposes of vehicle-specific subsidies. Further information are available www.bmw.de/wltp and at www.dat.de/co2/.

Support     Links     Imprint     Legal Notices     Privacy Policy     Cookies     Login     News Feeds