# EXHIBIT 12



BMW GROUP
ROLLS-ROYCE
MOTOR CARS LTD
Login
Contact
Corporate
Brands
Technology
People
Heritage
Motor Shows
Sports

Enter search terms... ADD TAG

**Do you need help?** Please support team from 9 to 17 ( support.pressclub@bmwgr

Article | Photo | TV Footage | Video | Audio

To the extent that historical press releases reference BMW Manufacturing Co., LLC as the manufacturer of certain X model vehicles, the referenced vehicles are manufactured ir Carolina with a combination of U.S. origin and imported parts and components.

# PRESSCLUB USA · ARTICLE.

## Media Alert: BMW X5 M AND BMW X6 M WILL MAKE THEIR WORLD PREMIERES AND THE BMW 2 SERIES CONVERTIBLE AND BMW X6 SPORTS ACTIVITY COUPE WILL MAKE THEIR NORTH AMERICAN AUTO SHOW DEBUTS AT THE 2014 LOS ANGELES AUTO SHOW.

30.10.2014 PRESS RELEASE AGED

The new BMW X5 M and BMW X6 M will make their world debuts and the BMW 2 Series Convertible and BMW X6 Sports Activity Coupe will make their North American auto show debuts at the 2014 Los Angeles Auto Show on Wednesday, November 19th at the BMW Stand from 1:10 p.m. – 1:35 p.m. PST at the Los Angeles Convention Center (1201 South Figueroa Street). English and native Spanish-speaking BMW representatives will be available for interviews throughout the day, as well as on Thursday, November 20. In addition, BMW will feature the BMW Concept X5 eDrive, the plug-in hybrid high-performance BMW i8, all-electric BMW i3, BMW X4 Sports Activity Coupe, BMW M4 Coupe, BMW M6 Gran Coupe, and other BMW vehicles at the BMW Stand.

#F15 • #F16 • #F26 • #I01 • #F82 • #F06M • #I12 • #X5 • #X6 • #X4 • #BMW i • #BMW i3 • #Coupé • #M Cars • #M4 • #Gran Coupé • #M6 • #i8 Coupé • #Motor Shows • #Los Angeles

MY.PRESSCLUB LOGIN

PRESSCLUB INFORMATION

### RSS NEWS FEED.

Open Website

With the PressClub RSS you can also receive pub as a news feed. Choose various topic-specific fe needed, or use the feed latest articles to stay up

Login

**PRESS CONTACT.**

Kenn Sparks
BMW Group

Tel: +1-201-307-4467

send an e-mail

**AUTHOR.**

Kenn Sparks
BMW Group

**RELATED LINKS.**

bmwusanews.com

**Additional Featured BMW Vehicles to Include: BMW Concept X5 eDrive plug-in hybrid, BMW i8 plug-in hybrid sports car, BMW i3 EV, BMW X4, BMW M4 Coupe, BMW M6 Gran Coupe, and others.**

The new BMW X5 M and BMW X6 M will make their world debuts and the BMW 2 Series Convertible and BMW X6 Sports Activity Coupe will make their North American auto show debuts at the **2014 Los Angeles Auto Show on Wednesday, November 19th at the BMW Stand from 1:10 p.m. – 1:35 p.m. PST at the Los Angeles Convention Center (1201 South Figueroa Street)**. **English and native Spanish-speaking BMW representatives will be available for interviews throughout the day, as well as on Thursday, November 20.** In addition, BMW will feature the BMW Concept X5 eDrive, the plug-in hybrid high-performance BMW i8, all-electric BMW i3, BMW X4 Sports Activity Coupe, BMW M4 Coupe, BMW M6 Gran Coupe, and other BMW vehicles at the BMW Stand.

Making their world debuts together in Los Angeles, the all-new **BMW X5 M** and **BMW X6 M** combine the robustness, agility, and everyday use characteristics of the successful BMW X family with the commitment to high performance that defines BMW M vehicles. Purpose-designed for exceptional driving experiences, the latest generation of high-performance all-wheel-drive vehicles from BMW M delivers boosted output, optimized suspension technology, and new heights of luxury and innovation in the equipment range. The BMW X5 M and BMW X6 M raise the bar in terms of dynamics, steering precision, and braking performance, while fuel consumption and carbon dioxide emissions are significantly lower than previous models. The perfectly tuned package of engine, powertrain, and suspension, both models are equipped with the V8 unit with M TwinPower Turbo technology that delivers a maximum of 567 horsepower and 553 lb-ft of torque. The standard eight-speed M Steptronic transmission with Drivelogic accelerates from 0 to 60 mph in 4.0 seconds. The BMW X5 M will be offered at a base MSRP of $99,650 and the BMW X6 M will start at $103,050, including $950 destination and handling. **BMW X5 M and BMW X6 M Press Kit.**

The **BMW 2 Series Convertible,** making its North American auto show debut in Los Angeles, is the successor to the BMW 1 Series Convertible, enhancing the hallmark strengths of the world's most successful open-top premium model in its class. In addition to the flagship model, the M235i, powered by an in-line six-cylinder gasoline engine with M Performance TwinPower Turbo technology and 320 horsepower, the market launch of the BMW 2 Series Convertible is also available as a 228i, featuring an in-line four cylinder with BMW TwinPower Turbo Technology and 240 horsepower. The 228i Convertible is available with rear wheel drive or with BMW xDrive, the company's intelligent all-wheel drive system. The BMW 2 Series Convertible offers up to an 18 percent improvement in fuel economy and emissions figures compared to its predecessor. The electrically-operated soft-top of the BMW 2 Series Convertible can be opened and closed in 20 seconds, even when driving at speeds up to 31 mph. The BMW 228i Convertible goes from 0 to 60 in 7.5 seconds, and the BMW M235i Convertible achieves 0 to 60 in 5.2 seconds. The BMW M Performance Automobile is available with either a six speed manual transmission or an eight-speed Steptronic Sport Automatic transmission. Arriving in US showrooms in early 2015, the BMW 2 Series Convertible has a base MSRP of $38,850 for the 228i, $40,650 for the 228i xDrive, $48,650 for the M235i, all including $950 destination and handling. **BMW 2 Series Convertible Press Kit.**

The new **BMW X6 Sports Activity Coupe,** BMW's second generation of the Sports Activity Coupe, comes with a suitably exclusive roster of standard equipment that goes well beyond the previous model: Xenon headlights, 19-inch light-alloy wheels, automatic tailgate operation and the 8-speed Steptronic Sport Automatic transmission with steering wheel shift paddles included, as are leather trim, two-zone climate control, auto-dimming

Login

interior and exterior mirrors and the Dynamic Digital Instrument Cluster. The BMW X6 is offered in the U.S. in two powertrain variants, with the BMW X6 xDrive 35i using an in-line six-cylinder gasoline engine with BMW TwinPower Turbo technology and 300 horsepower and the BMW X6 xDrive 50i presenting the latest-generation V8 gasoline engine and 445 horsepower. Both models will come with BMW xDrive, the company's intelligent all-wheel drive system. Cutting fuel consumption by up to 22 percent compared to its predecessor, the BMW X6 will be produced exclusively at the company's production facility in Spartanburg, South Carolina, and will arrive in US showrooms in late 2014. Pricing for the X6 xDrive 35i will start at $62,850, and the X6 xDrive50i will start at $73,850, both including $950 destination and handling. **BMW X6 Press Kit.**

In the **BMW Concept X5 eDrive**, the innovative EfficientDynamics drive technology BMW eDrive and the intelligent all-wheel drive system BMW xDrive are united for the first time, creating the world's first plug-in hybrid Sports Activity Vehicle. The combination of a BMW TwinPower Turbo 4-cylinder combustion engine and a 95-horsepower electric motor provides typical BMW performance, with BMW xDrive further increasing the dynamics. At the same time, this powertrain is impressively efficient. It has an average fuel efficiency of approximately 62 mpg, which is unrivalled among vehicles in this class, with CO2 emissions of less than 90 grams per kilometer also setting new standards. Via the driving dynamics control switch, different drive modes can be selected. In the fully electric mode, which is free from local emissions, a maximum range of 19 miles is possible – at speeds of up to 75 mph. The BMW Concept X5 eDrive obtains its electrical energy from a (lithium-ion) high-voltage battery, which is accommodated in a space-efficient manner under the flat luggage compartment floor. This means that the room in the vehicle can still be used flexibly, with an almost identical luggage space volume. The high-voltage battery can be charged quickly and conveniently using the BMW home charging station. Alternatively, it can be replenished using any standard household power outlet or at a public charging station. **BMW Concept X5 eDrive Press Kit.**

The **BMW i8** is the world's first plug-in hybrid 2+2 sports-car from BMW Group. Itjoins BMW i's growing lineup of visionary vehicles which are purpose built from the ground up as electric and hybrid electric and constructed primarily from lightweight carbon fiber. Currently in showrooms and priced at $135,700, the BMW i8 features an athletic design and a sleek, low slung exterior and operates with extremely low fuel consumption (94 mpg) and emissions output. It is capable of accelerating from 0 to 60 mph in 4.2 seconds on the way to an electronically governed top speed of 155 mph. **BMW i8 Press Kit**.

The **BMW i3** is the first fully electric vehicle from BMW Group under BMW i's growing lineup of visionary concept vehicles constructed from the ground up primarily from lightweight carbon fiber. With 170 horsepower and 184 lb-ft of torque hybrid-synchronous electric motor, the BMW i3 is electrified by a 22-kWh lithium-ion battery, good for approximately 80 miles of emission-free driving. The BMW i3 offers interior space comparable to the legendary BMW 3 Series on a shorter overall body. Its 32.3-foot turning circle and a relatively long wheelbase make it agile and engaging to drive, yet ideally suited to driving in dense urban areas. Currently in showrooms, the BMW i3 has a base MSRP of $41,350 and the range-extender model will have a starting MSRP of $45,200. **BMW i3 Press Kit**.

In addition, from the Los Angeles Auto Show, BMW will announce a new app integration involving a leading multi-national music and technology company that will enhance the driving experience for BMW drivers.

Also, Uwe Higgen, Head of BMW Group Technology Office USA, will participate in a panel discussion entitled **"OEMs Speak Out"** at the Connected Car Expo at the Los Angeles

Login

1/24/25, 6:32 PM Case 1:22-md-03051-ELR Document 310-13 Filed 02/07/25 Page 5 of 13 Media Alert: BMW X5 M AND BMW X6 M WILL MAKE THEIR WORLD PREMIERES AND THE BMW 2 SERIES CONVERTIBLE A…

Auto Show on Tuesday, November 18 at 1:45 p.m. The conversation will present leading auto futurists who will describe their vision of what automakers are planning for the short term and distant future as well as what the future of the connected car may hold.

BMW also will participate in the Green & Advanced Technology Ride & Drive event on Thursday, November 20 from 9:30 a.m. to 3:30 p.m. at the Gilbert Lindsay Plaza, with the BMW i3 available for test drives.

Further, the BMW i3 has been named a finalist for *Green Car Journal's* 2015 Green Car of the Year award. The award winner will be announced at *Green Car Journal* press conference on November 20 during the Los Angeles Auto Show's media days.

For updates on Twitter, follow the conversation with the hashtag **#BMWLAAS**.

**DATE:** **Wednesday, November 19, 2014**

**TIME:** **Press Conference: 1:10 p.m. – 1:35 p.m.; Interviews: All Day**

**PLACE:** **The Los Angeles Convention Center**

**South Hall**

**1201 South Figueroa Street**

**BMW executives and experts available for interviews include:**

- **Ludwig Willisch, President and CEO, BMW of North America**

Ludwig Willisch is available to discuss overall company business and strategy.

- **Hildegard Wortmann, Senior Vice President of Product Management Automobiles and Aftersales, BMW AG**

Hildegard Wortmann is available to discuss current and forthcoming featured vehicles and global BMW sales.

- **Carsten Pries, Head of BMW Product Development, BMW M Automobiles and BMW Individual , BMW AG**

Carsten Pries is available to discuss the BMW M product portfolio as well as the technical specifications of the new BMW X5 M and BMW X6 M. Carsten Pries will have limited availability for interviews at the LAAS.

- **Trudy Hardy, Vice President of Marketing, BMW of North America**

Login

Trudy Hardy is available to discuss BMW's marketing efforts in North America.

https://www.press.bmwgroup.com/usa/article/detail/T0195562EN_US/media-alert:-bmw-x5-m-and-bmw-x6-m-will-make-their-world-premieres-and-th… 4/12

- **Uwe Higgen, Head of BMW Group Technology Office USA**
  Uwe Higgen is available to discuss BMW's current and forthcoming innovative
  technology, including the  launch of a new app that will be announced at the LAAS.


- **Paul Ferraiolo, Head of Product Planning & Strategy, BMW of North America**

Paul Ferraiolo is available to discuss current and forthcoming product portfolios as well as
the BMW i products in the U.S.


- **Claire Cleuziou, Project Manager for BMW i, BMW AG**
  Claire Cleuziou is available to discuss the global BMW i brand, including the BMW i3
  and BMW i8 in international markets.


- **Jacob Harb, Head of Electric Vehicle Sales and Strategy, BMW of North America**

Jacob Harb is available to discuss BMW's strategy for electric vehicles in the United
States, including the BMW i vehicles.


- **Jose Guerrero, Product Manager and US Product Planning and Strategy for BMW i, BMW of North America**

Jose Guerrero is available to discuss the BMW i products. Guerrero can also specifically
provide insight and perspective on the U.S. market in relation to these vehicles.


- **Alanna Tracey-Bahri, Product Manager, BMW Z4, BMW X3, BMW X4, BMW X5, BMW X6, BMW 3 Series, BMW 4 Series, BMW 5 Series, BMW of North America**

Alanna Tracey-Bahri is available to discuss overarching product strategy and technical
specifics for the BMW Z4, BMW X3, BMW X4, BMW X5, BMW X6, BMW 3 Series, BMW 4
Series, and BMW 5 Series.


- **Victor LeLeu, Product Manager, BMW X5 M and BMW X6 M, BMW of North America**

Victor LeLeu is available to discuss the technical specifics and details of the BMW X5 M
and BMW X6 M.


- **Oliver Ganser, Product Strategy and Market Intelligence Manager, BMW of North America**

Oliver Ganser is available to discuss the overarching product strategy and technical
specifics of the BMW 2 Series Convertible.


- **Eric Sargent, Product Manager, BMW 2 Series, BMW of North America**

Eric Sargent is available to discuss the technical specifics and details of the BMW 2
Series.


Login

- **Peter Burgner, Head of the BMW App Development Center USA, BMW of North America**

Peter Burgner is available to discuss the launch of a new app that will be announced at the LAAS.

- **Joey Hand, BMW race car driver**

Joey Hand is an American professional racing driver who is one of BMW's factory drivers for the DTM in Europe.

###

ARTICLE OFFLINE ATTACHMENTS.

BMW X5 M AND BMW X6 M WILL MAKE THEIR WO... PDF, EN, 336.3 KB

ARTICLE MEDIA MATERIAL.

Photos
Video

FURTHER NEWS FOR: F15 · F16 · F26

MEDIA SET

BMW i Ventures Announces Investment in Phoenix Tailings to Expand & Stabilize the Processing of Rare Earth Elements in the U.S.

30.12.2024 PRESS RELEASE

Woodcliff Lake, NJ – December 30, 2024... BMW i Ventures announced today an investment in Phoenix Tailings, a pioneering metals production company dedicated to creating a zero-waste, zero-emission future. The Series B financing, which was led by Envisioning Partners and included additional participation from Yamaha Motor Ventures and Escape Velocity, will enable Phoenix Tailings to scale its rare earth processing operations to produce ~200 tons of rare earth ...

#Technology · #BMW i

RELATED VIDEOS.

1 / 5

The new BMW 2 Seri Coupé.

Login

## BMW and Kith continue their cooperation and present the BMW XM in an exclusive edition.

**06.12.2024 PRESS RELEASE**

MEDIA SET

Woodcliff Lake, NJ – December 6, 2024... BMW and Kith have joined forces again for a third chapter in their story. The BMW XM and its links to the legendary BMW M1 are the focus of the latest launch from BMW and Ronnie Fieg's world-renowned lifestyle brand, Kith. The limited run, high-performance plug-in hybrid Sports Activity Vehicle will be limited to 47 units worldwide and available next year as the 2025 BMW XM by Kith, featuring exclusive exterior and ...

#G09 • #M Cars • #XM • #Lifestyle Products • #Lifestyle

## The all-new BMW M5 Touring- Additional Media Assets

**06.11.2024 PRESS RELEASE**

On-location photos and footage - International Media Launch in Munich. (European Model Shown)

#G99 • #M Cars • #Sport Wagon • #M5

MEDIA SET

## The all-new BMW M5 Touring - Additional Media Assets.

**06.11.2024 PRESS RELEASE**

On-location photos and footage - International Media Launch in Munich.

#G99 • #M Cars • #Sport Wagon • #M5

MEDIA SET

## The all-new BMW M5 - Additional Media Assets.

**25.10.2024 PRESS RELEASE**

On-location photos and footage - International Media Launch in Munich.

#G90 • #M Cars • #M5 • #Sedan

Login

## The new 2025 BMW 2 Series Gran Coupe.

**16.10.2024 PRESS RELEASE** TOP

MEDIA SET

Woodcliff Lake, NJ – October 15, 2024…The BMW 2 Series Gran Coupe brings sportiness and elegance to the premium compact segment. And now, the second generation emphasizes these qualities even more intensely. The standard M Sport exterior design delivers a clear increase in presence and gives the new BMW 2 Series Gran Coupe a sportier and more dynamic appearance. Revised powertrains, standard Adaptive M Suspension, and innovative systems for automated …

#F74 • #Gran Coupé • #2 series

## BMW of North America Continues Partnership with The Nantucket Project.

**30.09.2024 PRESS RELEASE**

Nantucket, MA – September 26, 2024… BMW of North America is back on the island of Nantucket this weekend in support of the twelfth annual Nantucket Project as prolific thought leaders from across the globe come together to reimagine solutions for a range of complex challenges facing humanity today. As Official Automotive Partner of The Nantucket Project, the company will once again provide a full lineup of vehicles for guests to enjoy including the 100% …

#G70 • #BMW i • #BMW i7 • #Corporate • #Sustainability

## BMW i Ventures Announces Investment in RunSafe Security to Bolster Cybersecurity for Critical Infrastructure.

**17.09.2024 PRESS RELEASE**

MEDIA SET

Woodcliff Lake, NJ. — September 17, 2024 – BMW i Ventures today announced its participation in a $12 million Series B funding round for RunSafe Security, a leading cybersecurity firm specializing in software immunization. The investment round was led by Critical Ventures and SineWave Venture Partners and also includes Working Lab Capital, Lockheed Martin Ventures, HyperLink Ventures, Iron Gate Ventures, Alsop Louie Partners, and NextGen Venture Partners.

#BMW i • #Design issues, Concepts and Studies • #Technical Data, Specifications

## The All-New 2025 BMW M5 Touring.

**15.08.2024 PRESS RELEASE**

Woodcliff Lake, NJ – August 15, 2024…For the first time ever in the United States, BMW M presents the new BMW M5 Touring, a high-performance model offering a new level of utility to go with the race-bred performance, bold design, and superlative all-day comfort that are the hallmarks of an M5. The M Hybrid drivetrain produces 717 hp and 738 lb-ft to deliver intoxicating performance on road and track alike. And yet, the plug-in hybrid powertrain enables …

#G99 • #M Cars • #Sport Wagon • #M5

Login



## 2025 BMW M5 Pebble Beach Concours d'Elegance #1/1 to be Live Auctioned for Charity by Auction House Gooding & Company During Pebble Beach Automotive Week

**23.07.2024 PRESS RELEASE**

Woodcliff Lake, NJ – July 23, 2024…The all-new seventh generation BMW M5 was revealed to the world earlier this month at the Goodwood Festival of Speed. And now, to celebrate the arrival of the 717-hp M Hybrid-powered super sedan in the US, BMW M and BMW Individual in collaboration with the Pebble Beach Concours d'Elegance® have created a one-of-a-kind special automobile that will be auctioned during Pebble Beach Automotive Week. The 2025 BMW M5 Pebble …

#F90 · #M Cars · #M5

## The All-New 2025 BMW M5.

**26.06.2024 PRESS RELEASE** TOP

Woodcliff Lake, NJ – June 25, 2024…TheBMW M5 is powering into a new era. With 40 years of history having passed under its wheels, the legendary high-performance sedan has reached its seventh generation. And the executive model from BMW M now has an electrified drive system for the first time. A model-specific version of the M Hybrid system gives the new BMW M5 a maximum system output of 717 hp and peak system torque of 738 lb-ft. The combination of a …

#G90 · #M Cars · #M5 · #Sedan

## The BMW X5 Silver Anniversary Edition: celebrating 25 years of the BMW X5.

**21.06.2024 PRESS RELEASE**

Woodcliff Lake, NJ – June 21, 2024…The very first BMW X5 was driven off the line of BMW Group Plant Spartanburg in South Carolina on September 1, 1999. Since then, nearly 3 million X5s have been assembled in Spartanburg for markets all over the world. The BMW X5 created the Sports Activity Vehicle category, and today BMW is marking 25 years of the BMW X5 with a special, limited-edition model with an emphasis on 'Activity'. Based on the 2025 X5 xDrive40i, …

#G05 · #X5

Login

## The All-New 2025 BMW X3.

**19.06.2024   PRESS RELEASE**   TOP

Woodcliff Lake, NJ – June 18, 2024...Boasting greater sporting appeal, visual impact, and versatility than ever, the all-new 2025 BMW X3 retains its place as the dynamic choice for everyday use, weekend adventures, and cross-country journeys. A new design language gives the fourth generation of the Sports Activity Vehicle (SAV) for the premium midsize segment much enhanced exterior presence and an aura of dynamic grace. High-quality materials, a more ...

#G45 • #M Cars • #X3 • #X3 M50 • #X3 xDrive30e

## new 2025 BMW M2.

**13.06.2024   PRESS RELEASE**   TOP

Woodcliff Lake, NJ – June 12, 2024...Already the archetype of driving pleasure for the purist, the new BMW M2 raises the bar for compact high-performance sports cars in the premium segment. The 2025 BMW M2 adds more power, greater visual impact, and innovative equipment and digital features. Front and center of this fresh round of updates is the 20 hp added to its output: the high-revving inline 6-cylinder in-line engine with M TwinPower Turbo technology now ...

#G87 • #M Cars • #M2

## The new 2025 BMW 2 Series Coupe.

**13.06.2024   PRESS RELEASE**

Woodcliff Lake, NJ – June 12, 2024...The BMW 2 Series Coupe is unique in the compact segment, combining unreserved sportiness, extraordinary driving dynamics, and premium features in a classic 2-door coupe body style. For 2025, new paint finishes, alloy wheels, steering wheels, and interior trim and upholstery choices add modern touches to the exterior and interior of the vehicle. The new BMW iDrive with QuickSelect and innovative digital services based on ...

#G42 • #Coupé • #2 series

## The new 2025 BMW M3.

**29.05.2024   PRESS RELEASE**   TOP

Woodcliff Lake, NJ – May 28, 2024...It stands as the custodian of a legendary badge and a prime example of the exhilarating performance and everyday usability long established as hallmarks of vehicles from BMW M. And for model year 2025, the BMW M3 has sharpened its already impressive skills in a host of areas. A power hike of 20 hp for the all-wheel-drive model, new equipment and design details, and further advances in digitalization serve to keep the M3 at ...

#G80 • #G81 • #M Cars • #Sport Wagon • #M3 • #Sedan

Login

## The new 2025 BMW M4 CS.

**08.05.2024 PRESS RELEASE** TOP

Woodcliff Lake, NJ – May 7, 2024…Today, BMW M announces the all-new 2025 BMW M4 CS. With its 3-liter M TwinPower Turbo inline six bumped to 543 hp, unique chassis tuning, and targeted weight reduction through the extensive use of carbon fiber reinforced plastic (CFRP), the special edition M4 CS is equipped to attack the hills, curves, and braking zones of the world's best circuits as well as highways and backroads. In the usual fashion, the 2025 M4 CS adds ...

#G82 • #M Cars • #M4

---

## The new 2025 BMW i4 and 4 Series Gran Coupe.

**24.04.2024 PRESS RELEASE**

Woodcliff Lake, NJ – April 24, 2024…Already innovators in the premium midsize class in terms of aesthetic appeal, driving pleasure, electrification, and digitalization, the new BMW i4 and new BMW 4 Series Gran Coupe are building further on their unique status in the marketplace with updates in all these areas.

#G26 • #BMW i • #Gran Coupé • #4 series • #BMW i4

---

## Access granted: The BMW M5 Touring comes to America for the first time.

**04.04.2024 PRESS RELEASE**

Woodcliff Lake, NJ – April 4, 2024…The prototypes are carefully disguised, but the camouflage cannot completely conceal their character as elite high-performance vehicles. The seventh generation of the BMW M5 has entered the practical phase of its development process. The new high-performance sedan from BMW M is completing its testing on public roads, BMW proving grounds, and racetracks around the world

#G99 • #M Cars • #Sport Wagon • #M5

---

## BMW M Motorsport and LEGO® celebrate passion for racing with a new model set.

**06.03.2024 PRESS RELEASE**

+++ BMW M Hybrid V8 and BMW M4 GT3 now available as 676-piece Speed Champions set +++ Miniature-scale replicas with authentic design details +++ Magic of Le Mans not only for kids +++

#G82 • #M Cars • #Coupé • #M4 • #BMW M Motorsport • #Lifestyle Products • #Lifestyle

---

BMW Group BMW MINI BMW Motorrad Rolls-Royce Motor Cars

1/24/25, 6:32 PM Case 1:22-md-03051-ELR Document 310-13 Filed 02/07/25 Page 13 of 13 Media Alert: BMW X5 M AND BMW X6 M WILL MAKE THEIR WORLD PREMIERES AND THE BMW 2 SERIES CONVERTIBLE A…

Support Links Imprint Legal Notices Privacy Policy Cookies RSS Feed

Login

https://www.press.bmwgroup.com/usa/article/detail/T0195562EN_US/media-alert:-bmw-x5-m-and-bmw-x6-m-will-make-their-world-premieres-and-t… 12/12