# EXHIBIT 13



Corporate    Brands    Technology    People    Heritage    Motor Shows    Sports

Enter search terms...                                    ADD TAG

Article ⌄  |  Photo ⌄  |  TV Footage  |  Video  |  Audio ⌄

Do you need help? Please
support team from 9 to 17
support.pressclub@bmwgr

To the extent that historical press releases reference BMW Manufacturing Co., LLC as the manufacturer of certain X model vehicles, the referenced vehicles are manufactured in Carolina with a combination of U.S. origin and imported parts and components.

# PRESSCLUB USA · ARTICLE.

## The 2011 BMW X5 (US Version)

06.02.2010  PRESS KIT    TOP    AGED

Woodcliff Lake, NJ - February 6, 2010 6:00pm Eastern Time... This spring, BMW will write the latest chapter in the story of the world's first Sports Activity Vehicle, the BMW X5. Originally launched for the 2000 model year in late 1999, the BMW X5 permanently changed the automotive landscape. It proved that the driving dynamics, responsiveness, and linear control signature to every BMW could be compatible with utility, versatility, and other-roads capability. For 2011, the BMW X5 models are enhanced with new powertrains and updated design. The new BMW X5 will make its North American debut at the New York International Auto Show in April, and will go on sale at authorized BMW Centers shortly thereafter.

#X5

**PRESS CONTACT.**

Thomas Plucinsky
BMW Group

Tel: +1-201-307-3701

✉ send an e-mail

**AUTHOR.**

Thomas Plucinsky
BMW Group

**RELATED LINKS.**

› BMW USA News

**Woodcliff Lake, NJ – February 6, 2010 6:00pm Eastern Time...** This spring, BMW will write the latest chapter in the story of the world's first Sports Activity Vehicle®, the BMW X5. Originally launched for the 2000 model year in late 1999, the BMW X5 permanently changed the automotive landscape. It proved that the driving dynamics, responsiveness, and linear control signature to every BMW could be compatible with utility, versatility, and other-roads capability. For 2011, the BMW X5 models are enhanced with new powertrains and updated design. The new BMW X5 will make its North American debut at the New York International Auto Show in April, and will go on sale at authorized BMW Centers shortly thereafter.

Innovative new design elements and powertrains are the result of over 4,000 new parts created by BMW designers and engineers for the 2011 BMW X5. Two of the X5's powertrains will be all-new for 2011, creating the new X5 xDrive50i and X5 xDrive35i, in addition to the familiar BMW Advanced Diesel X5 xDrive35d. All models receive a design update that enhances the brilliant focus and aesthetic appearance of the X5 brand.

**Fresh Design. Well-Balanced Proportions.**

The body design of the 2011 BMW X5 is characterized by well-balanced proportions that accentuate the vehicle's powerful presence and agility. A long wheelbase, short front and rear body overhangs, and large light-alloy wheels provide a visual balance between the front and rear of the vehicle. Square-shaped, carefully flared wheel arches hint at the X5's all-wheel drive traction and other-roads capability. The body lines sweep upwards from the front and rear wheels, communicating BMW's near-perfect 50-50 front-rear weight distribution which is so essential to the X5's legendary driving dynamic.

PRESSCLUB INFORMATION

**RSS NEWS FEED.**

› Open Website

With the PressClub RSS
you can also receive pub
as a news feed. Choose
various topic-specific fee
needed, or use the feed
latest articles to stay up

MY.PRESSCLUB LOGIN

The sides of the X5 are elegantly stretched though the strong horizontal lines of each side. The surface of the hood flows seamlessly into the waiseline, while the prominent, gently inclined contour line at the door handle level extends from the front wheel arches to the rear of the vehicle. These character lines symbolize power, stability, and presence.

With its distinctively contoured hood, large BMW kidney grille and dual round headlights, the new BMW X5 boasts an expressive front end that symbolizes power and presence. The newest interpretation of the X5's look is led by the redesign of the front fascia and position of the standard foglamps. Due to an increase in the number of elements painted body color, the front end gives the impression of being lower. At the same time, the increased size of both the central and outer air intakes hint at the boosted engine output. The black trim at the bottom edge of the body is now considerably narrower. A matte-finished silver protection plate extends across the entire width of the central air intake, emphasizing the muscular features of the SAV, and accentuates the new X5's character.

The dual round Xenon Adaptive headlights and foglamps are now situated higher and closer to the kidney grille. The X5's new headlight fixtures emphasize high quality and sporting intentions. BMW's signature corona rings serve as position lights and daytime driving lights.

The newly conceived rear apron matches the graphic structure of the front end, while the intricately designed surrounds of the dual exhaust pipes are painted in body color to underline the X5's premium character. In the center, a matte-finished silver protection element emphasizes strength and durability suitable for other-roads use.

Above the rear bumper, the rear of the new X5 is divided by parallel horizontal lines. The result is an accentuation of the width, highlighting the vehicle's athletic capabilities. The L-shaped taillight fixtures, each with two LED light banks, create the BMW-signature nighttime appearance of the rear end.

A choice of new body colors provides further visual enhancements. The metallic colors Deep Sea Blue, Platinum Grey, and Sparkling Bronze are now available for the BMW X5. Inside, the available Nevada Leather can be chosen in stunning new Oyster or Cinnamon Brown colors in addition to the familiar Sand Beige, and Black, and matte Satin Silver interior trim strips are added if the owner does not select from the available Brushed Aluminum, Dark Bamboo, Light Poplar, or Burl Walnut wood trims.

**X5 xDrive50i: BMW's Twin-Turbocharged V-8.**

The new BMW X5 xDrive50i takes its place as the flagship of the X5 family, yielding 400 horsepower at 5,500 rpm and 450 lb-ft of torque at 1,750 – 4,500 rpm from its twin-turbocharged 4.4 liter V-8 engine. Introduced in the BMW X6 in Spring of 2008, this all-aluminum V-8 features High Precision direct fuel injection, "reverse-flow" architecture for revolutionary responsiveness and packaging, and BMW' s VANOS variable valve timing technology. Together, these features create what may be the perfect balance between high fuel efficiency, low emissions, and the dominant, dynamic performance expected of a BMW V-8. The 0-60 mph sprint is accomplished in 5.3 seconds (preliminary). EPA fuel efficiency figures for the X5 xDrive50i will be available closer to the on sale date. The

X5 xDrive50i starts at $59,275 including Destination & Handling.

As part of the V-8 engine's reverse-flow architecture, the twin turbochargers are situated in the valley of the engine's "V" and exhale separately into two catalytic converters which are located on top of the engine and exit aftward into the large stainless-steel exhaust

system via downpipes on either side of the new 8-speed automatic transmission. The exhaust streams remain separated until they meet in the large muffler at the rear of the vehicle and exit through two large, trapezoidal exhaust tips.

**X5 xDrive35i: BMW's Turbocharged Inline-6 with Valvetronic.**

BMW's new X5 xDrive 35i receives a brand new inline-6 gasoline engine, internally dubbed "N55." The new engine features the same 3.0-liter displacement and 300 horsepower output of its predecessor (the "N54"), but features a single twin-scroll turbocharger in place of the previous twin, low-mass turbocharger units. Furthermore, the new inline-6 of the X5 xDrive35i is the first BMW inline-6 to combine BMW's revolutionary Valvetronic throttle-less intake technology, High Precision direct fuel injection, and turbocharging. The result of combining this new inline-6 with the new 8-speed automatic is an X5 with incredibly spontaneous responsiveness, exceptional power, and remarkable efficiency. The new X5 xDrive35i will perform the 0-60mph sprint in 6.4 seconds, coincidentally on the same pace as the outgoing V-8 powered

X5 xDrive48i. EPA figures will be available closer to the on sale date.

For the 2011 model year, BMW has made the X5 xDrive35i available in two additional trim levels: "Premium" and "Sports Activity."

The essential **X5 xDrive35i** has an MSRP of $46,675 including Destination & Handling, and includes a popular profile of standard equipment often specified by X5 customers, including BMW's Xenon Adaptive headlights, Rain Sensor with automatic headlight control, HD Radio, automatic climate control, foglights, 18" light alloy wheels, cruise control, and anti-theft alarm system. A Convenience Package is optional and adds the large panoramic moonroof, auto-dimming mirrors, Dark Burl Walnut, Bamboo, or Light Poplar wood interior trim, BMW Ambiance Lighting, and BMW Assist with Bluetooth. Stand alone options include rear side window shades, Navigation system with Real Time Traffic Information and Voice Command, satellite radio with 1-year subscription, and an iPod / USB adapter interface.

The **X5 xDrive35i Premium** has an MSRP of $52,475 including Destination & Handling and includes a boosted profile of standard equipment, such as 19" light alloy wheels, roof rails and panoramic moonroof, power adjustable steering column, iPod / USB adapter interface, and privacy glass. Best of all, it includes standard Nevada Leather. In addition, buyers of the Premium model may choose up to four packages, including the **Active Ventilated Seat Package**, **Convenience Package**, **Cold Weather Package**, and **Technology Package**. Each package includes a raft of focused features that enhance comfort and convenience, allowing buyers to better customize the X5 to personal taste. Third Row seating, which enables the X5 to accommodate up to 7 passengers, also becomes available on this model.

The **X5 xDrive35i Sport Activity** has an MSRP of $54,975 including Destination & Handling and includes even more standard equipment than the Premium model, such as 20" light alloy wheels, sport seats, Shadowline exterior trim, and Anthracite headliner. In addition to the packages available on the Premium model, customers may add the popular **M Sport Package** to the X5 xDrive35i Sport Activity model. The M Sport Package includes 20" wheels with performance tires, the Adaptive Drive system, aluminum roof rails, M door sill plates, M driver footrest, M steering wheel, M aerodynamic enhancements, and increased top speed limiter (150 mph).

**New 8-speed Automatic Transmission with Steptronic.**

On both new gasoline models of the X5, sending the newfound power to the standard xDrive intelligent all-wheel drive system is BMW's new 8-speed automatic transmission with Steptronic control. The new 8-speed transmission is standard in the X5 xDrive50i and X5 xDrive35i, and raises the industry standard for compactness, efficiency, and gear selection. The new transmission weighs no more than its 6-speed predecessor, yet offers closer ratios in the lower gears for improved acceleration and two additional "tall" gears for relaxed, efficient cruising. BMW's 8-speed automatic was introduced on the 5 Series Gran Turismo and 760Li Sedan in the fall of 2009.

Using the console-mounted e-shifter, the X5 driver chooses from three shifting programs: Drive, Drive Sport, and Manual. In Manual mode, the driver selects from the eight forward gear ratios via the + / - action of the shifter (push forward to downshift; pull back to upshift). At any speed, Neutral is easily selected via a forward push of the selector from Drive and, when at a standstill, Park is selected by depressing the "P" button atop the shifter, or by pushing the Engine Start-Stop button (doing so will also stop the engine).

BMW's Brake Energy Regeneration system is also fitted to the gasoline X5 models. It incorporates a special deep-cycle Glass Mat battery with programmed alternator disengagement so that, most of the time, the vehicle's battery is only charged while the vehicle is coasting or braking. Over time, the Brake Energy Regeneration system can save 1-2% on fuel consumption. Brake Energy Regeneration is another feature in BMW's EfficientDynamics portfolio of small features and adjustments which have a cumulative effect on the efficiency-performance balance of each BMW vehicle.

**X5 xDrive35d: Maintaining the Benchmark with BMW Advanced Diesel Technology.**

The BMW Advanced Diesel X5 xDrive35d was introduced to the United States as a 2009 model, and despite increased competition remains the fastest, most fuel efficient diesel-powered vehicle in its class. The huge torque output of 425 lb-ft. at 1750-2250 rpm speaks for itself; X5 xDrive35d drivers will marvel at this engine's robust response at low to medium speeds. The peak power output of 265 hp also makes an impact, as does the resulting 0-60-mph time of 6.9 seconds.  It returns EPA mileage estimates of 19 mpg city and 26 highway.

For the 2011 model, BMW has made no changes to the award-winning BMW Advanced Diesel powertrain, but rather has focused efforts to ensure the X5 xDrive35d benefits from the latest design updates to the X5 family. Despite the enhancements for the new model year, MSRP for this model remains $52,175 including Destination & Handling.

BMW Advanced Diesel with BluePerformance optimizes emission management by incorporating an oxidation catalyst placed close to the engine, a diesel particulate filter housed in the same unit, and an SCR catalyst with urea injection. Apart from filtering out even the smallest particles from the flow of exhaust gases, this combination ensures effective reduction of nitric oxides (NOX) by way of a chemical reaction within the exhaust system initiated by the injection of a small dose of urea referred to as Diesel Exhaust Fluid. Into the exhaust stream.  The ammonia (NH3) generated in this process within the SCR catalyst subsequently converts the nitric oxides (NO and, respectively, NO2) in the exhaust gas into environmentally compatible nitrogen (N2) and water vapor (H2O).

BMW has developed a two-tank system for DEF ensuring convenient use of this new technology with all the benefits and ease required by the customer: The amount of DEF

required in each case is drawn from the active tank comprising approximately 1.6 gallons by means of a dosage pump. And since the urea solution would freeze at a temperature of 12.2o F (−11oC), this active tank, as well as the dosage pipes are heated.

**Driver Assistance Features, Options, and Accessories.**

BMW has made the X5 Sports Activity Vehicle a hallmark for drivers who wish to personalize their ride. Therefore, an excellent selection of optional features has been available since the original X5 was launched in the 2000 model year. Active Cruise Control with Stop and Go becomes available for the first time on the X5 in the 2011 model year, as does Lane Departure Warning. Active Steering, running boards, Head-Up Display, 4-zone automatic climate control, rear seat entertainment system, side-view cameras, top-view camera, Nappa Leather seats, Nappa Leather-covered dashboard and center console, Comfort Access with keyless entry, and smartphone integration are just a few of the available options. As always, for a complete description of available packages, options, and special-order features, consult the pricing guide in the press kit at www.bmwusanews.com.

BMW Group In America

BMW of North America, LLC has been present in the United States since 1975. Rolls-Royce Motor Cars NA, LLC began distributing vehicles in 2003. The BMW Group in the United States has grown to include marketing, sales, and financial service organizations for the BMW brand of motor vehicles, including motorcycles, the MINI brand, and the Rolls-Royce brand of Motor Cars; DesignworksUSA, a strategic design consultancy in California; a technology office in Silicon Valley and various other operations throughout the country. BMW Manufacturing Co., LLC in South Carolina is part of BMW Group's global manufacturing network and is the exclusive manufacturing plant for all X5 Sports Activity Vehicles and X6 Sports Activity Coupes. The BMW Group sales organization is represented in the U.S. through networks of 338 BMW passenger car centers, 335 BMW Sports Activity Vehicle centers, 142 BMW motorcycle retailers, 90 MINI passenger car dealers, and 31 Rolls-Royce Motor Car dealers. BMW (US) Holding Corp., the BMW Group's sales headquarters for North America, is located in Woodcliff Lake, New Jersey.

Information about BMW Group products is available to consumers via the Internet at:

www.bmwgroupna.com

\#   \#   \#

**Journalist note:** Information about the BMW Group and its products is available to journalists on-line at the BMW Group PressClub at the following address: www.press.bmwna.com. Additional information, images and video may be found at www.bmwusanews.com. Broadcast quality video footage is available via The NewsMarket at www.thenewsmarket.com.

\#   \#   \#

**ARTICLE OFFLINE ATTACHMENTS.**

2011 X5 Release (US)   DOC, EN, 107 KB

ARTICLE MEDIA MATERIAL.

| Photos | TV Footage | Video |
|---|---|---|

FURTHER NEWS FOR: X5



### The BMW X5 Silver Anniversary Edition: celebrating 25 years of the BMW X5.

21.06.2024    PRESS RELEASE

Woodcliff Lake, NJ – June 21, 2024…The very first BMW X5 was driven off the line of BMW Group Plant Spartanburg in South Carolina on September 1, 1999. Since then, nearly 3 million X5s have been assembled in Spartanburg for markets all over the world. The BMW X5 created the Sports Activity Vehicle category, and today BMW is marking 25 years of the BMW X5 with a special, limited-edition model with an emphasis on 'Activity'. Based on the 2025 X5 xDrive40i, …

#G05 · #X5

**RELATED VIDEOS.**

1 / 5

The BMW X5 xDrive5

### The 2024 BMW X5 and X6.

08.02.2023    PRESS RELEASE    AGED

Woodcliff Lake, NJ – February 7, 2023…New design details, expanded standard equipment, electrification across-the-board, and advancements in digital technology define the next stage in the evolution of BMW's X5 Sports Activity Vehicle and X6 Sports Activity Coupe. The entire range of powertrains has been comprehensively reengineered. The plug-in hybrid drive in the 2024 BMW X5 xDrive50e has significantly more power and a greater purely electric range than …

#G05 · #G06 · #X6 · #X5

### The 2022 BMW X5 Black Vermilion Edition.

**12.07.2021    PRESS RELEASE    AGED**

Woodcliff Lake, NJ – July 12, 2021...BMW is proud to announce the limited-edition BMW X5 Black Vermilion for model year 2022. This exclusive X5 xDrive40i combines the already high level of performance, comfort and luxury found in every Spartanburg, South Carolina-built X5 Sports Activity Vehicle with an unmistakably striking and aggressive exterior design and edition-exclusive equipment and details.

#G05 · #X5

SHOW MORE  +

BMW Group        BMW        MINI        BMW Motorrad        Rolls-Royce Motor Cars

Support        Links        Imprint        Legal Notices        Privacy Policy        Cookies        RSS Feed