# EXHIBIT 15





# COMPANY INFORMATION

BMW of North America, LLC (BMW NA) was established in 1975 as the United States importer of BMW luxury/performance vehicles. BMW of North America assumed import and distribution responsibilities for BMW motorcycles in 1980. BMW of North America also began to distribute light trucks in 1999. BMW of North America's Corporate Headquarters is located in Woodcliff Lake, New Jersey. Its Eastern Regional Headquarters and Technical Training Center is located in Woodcliff Lake, New Jersey. A Vehicle Preparation Center is in Port Jersey, NJ and a Regional Distribution Center is in Nazareth, PA

**BMW of North America, LLC**

300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677
Call 1-800-831-1117 for Customer Relations

All BMW Models >

The BMW Difference

My BMW App

BMW Individual

BMW All-Electric

Plug-in Hybrid Electric

Concept Vehicles

BMW ConnectedDrive

Remote Software Upgrades

BMW Driver Assistance

Experience & Partnerships

Performance Driving School

Ultimate Driving Experience

Performance Center Delivery

M Track Days

BMW M Motorsport

BMW Championship

Monticello Motor Club

BMW Motorcycles

Online Shopping Tools

Shop BMW Parts & Accessories

Shop New Inventory

Shop Pre-Owned Inventory

Build Your Own

Shop Online

Lease & Financing Offers

Estimate Payment

Request a Test Drive

Contact a BMW Center

Find a BMW Center

Subscribe to Updates

Protection Products

Finance & Incentives

Apply for Financing

BMW Financial Services

Manage Your BMW Financial Services Account

BMW Military Program

BMW Corporate Fleet Program

BMW Corporate Sales Program

BMW College Graduate Program

BMW Mobility Program

Social Links

Privacy Policy     Terms     Do Not Sell or Share My Personal Information     Manage Cookies

Safety and Emission Recalls     Fraud Warning     BMW Accessibility Statement     BMW Press Room

Site Map     Careers     Contact Us     BMW Bank     FAQ     Pricing information

© 2024  BMW of North America, LLC. The BMW name, BMW logo, model names, and other trade-marks are trademarks of BMW AG.