# EXHIBIT 16



Models   Build Your Own   Shopping   BMW Electric   Owners

 Choose your local BMW Center



# THE ULTIMATE ADVENTURE NOW COMES BMW CERTIFIED.

BMW CERTIFIED  Take advantage of exceptional offers on all 2020–2023 BMW Certified models.

OFFERS

**4.99% APR up to 36 months**
On all 2020-2023 BMW Certified Models
Important Info

**No Payments for 3 months**
On all 2020-2023 BMW Certified Models
Important Info

**$1,000 College Grad Offer**
Towards the lease or finance of any BMW Certified Pre-Owned 2020-2023 model
Important Info

See All Offers

✕ Hide Filters

29464 (Nationwide)

Sort Order

☑ BMW CERTIFIED
☐ Pre-Owned

What is BMW Certified?

Series & Models  +
Body Style  +
Price  +
Model Year  +
Mileage  +
Exterior Color  +

**18,783 Vehicles**



**2022 BMW X2** ☆
X2 sDrive28i

DEALER PRICE  MILES
$29,935         10,776

Rick Hendrick BMW Charleston - 8.8 mi



**2021 BMW X1** ☆
X1 sDrive28i

DEALER PRICE  MILES
$28,219         22,017

Rick Hendrick BMW Charleston - 8.8 mi



**2023 BMW X1** ☆
X1 xDrive28i

DEALER PRICE  MILES
$34,519         25,246

Rick Hendrick BMW Charleston - 8.8 mi



## WHAT IS **BMW CERTIFIED?**

BMW Certified is an extensive certification program for pre-owned BMW vehicles providing peace of mind and legendary performance.

**The BMW Certified Advantage:**

- Diagnostic & Road Tested
- Genuine BMW Parts
- Up-to-date Maintenance History
- BMW Certified Warranty
- 24/7 Roadside Assistance

See All Benefits ›





  

### 2023 BMW X1
X1 xDrive28i

| DEALER PRICE | MILES |
|---|---|
| $35,519 | 19,029 |

Rick Hendrick BMW Charleston - 8.8 mi

### 2021 BMW 3 Series
M3

| DEALER PRICE | MILES |
|---|---|
| $71,991 | 5,601 |

Rick Hendrick BMW Charleston - 8.8 mi

### 2024 BMW 4 Series
M4

| DEALER PRICE | MILES |
|---|---|
| $81,991 | 10,783 |

Rick Hendrick BMW Charleston - 8.8 mi

  

### 2014 BMW 7 Series
750i xDrive Sedan

| DEALER PRICE | MILES |
|---|---|
| $18,233 | 93,596 |

Rick Hendrick BMW Charleston - 8.8 mi

### 2018 BMW 6 Series
640i xDrive Gran Turismo

| DEALER PRICE | MILES |
|---|---|
| $29,724 | 48,973 |

Rick Hendrick BMW Charleston - 8.8 mi

### 2018 BMW 5 Series
5 Series

| DEALER PRICE | MILES |
|---|---|
| $21,491 | 74,240 |

Rick Hendrick BMW Charleston - 8.8 mi

  

### 2025 BMW Z4
Z4 M40i

| DEALER PRICE | MILES |
|---|---|
| $64,952 | 2,565 |

Rick Hendrick BMW Charleston - 8.8 mi

### 2021 BMW Z4
Z4 sDrive30i

| DEALER PRICE | MILES |
|---|---|
| $42,719 | 21,413 |

Rick Hendrick BMW Charleston - 8.8 mi

### 2024 BMW 8 Series
M850i xDrive Convertible

| DEALER PRICE | MILES |
|---|---|
| $95,922 | 5,408 |

Rick Hendrick BMW Charleston - 8.8 mi



**PROTECT YOUR BMW**

Explore BMW Ultimate Protection products and packages – including CPO Wrap, designed specifically for certified pre-owned vehicles.

Learn More >





**2021 BMW 7 Series**
740i Sedan

| DEALER PRICE | MILES |
|---|---|
| $38,322 | 63,106 |

Rick Hendrick BMW Charleston - 8.8 mi

**2022 BMW 7 Series**
7 Series

| DEALER PRICE | MILES |
|---|---|
| $50,991 | 39,297 |

Rick Hendrick BMW Charleston - 8.8 mi

**2019 BMW 7 Series**
7 Series

| DEALER PRICE | MILES |
|---|---|
| $23,991 | 96,353 |

Rick Hendrick BMW Charleston - 8.8 mi





**2013 BMW 6 Series**
650i xDrive Gran Coupe

| DEALER PRICE | MILES |
|---|---|
| $19,222 | 51,398 |

Rick Hendrick BMW Charleston - 8.8 mi

**2022 BMW 4 Series**
4 Series

| DEALER PRICE | MILES |
|---|---|
| $53,991 | 27,466 |

Rick Hendrick BMW Charleston - 8.8 mi

**2024 BMW 4 Series**
M440i xDrive Convertible

| DEALER PRICE | MILES |
|---|---|
| $59,944 | 22,059 |

Rick Hendrick BMW Charleston - 8.8 mi

BMW CERTIFIED




**2022 BMW 4 Series**
4 Series

| DEALER PRICE | MILES |
|---|---|
| $51,991 | 35,054 |

Rick Hendrick BMW Charleston - 8.8 mi

**2022 BMW 5 Series**
540i Sedan

| DEALER PRICE | MILES |
|---|---|
| $41,488 | 42,715 |

Rick Hendrick BMW Charleston - 8.8 mi

BMW CERTIFIED

Showing Results 1 - 20 of 18,783    1 of 940

Select a Series    X1    X2    X3    X4    X5    X6    X7    2    3    4    5    7    8    Z4    i4    i5    i7    iX    XM    BMW M

### The BMW Difference
- My BMW App
- BMW Individual
- BMW All-Electric
- Plug-in Hybrid Electric
- Concept Vehicles
- BMW ConnectedDrive
- Remote Software Upgrades
- BMW Driver Assistance

### Experience & Partnerships
- Performance Driving School
- Ultimate Driving Experience
- Performance Center Delivery
- M Track Days
- BMW M Motorsport
- BMW Championship
- Monticello Motor Club
- BMW Motorcycles

### Online Shopping Tools
- Shop BMW Parts & Accessories
- Shop New Inventory
- Shop Pre-Owned Inventory
- Build Your Own
- Shop Online
- Lease & Financing Offers
- Estimate Payment
- Request a Test Drive
- Contact a BMW Center
- Find a BMW Center
- Subscribe to Updates
- Protection Products

### Finance & Incentives
- Apply for Financing
- BMW Financial Services
- Manage Your BMW Financial Services Account
- BMW Military Program
- BMW Corporate Fleet Program
- BMW Corporate Sales Program
- BMW College Graduate Program
- BMW Mobility Program

---

Privacy Policy   Terms   Do Not Sell or Share My Personal Information   Manage Cookies   Safety and Emission Recalls   Fraud Warning   BMW Accessibility Statement   BMW Press Room   Site Map   Careers   Contact Us   BMW Bank   FAQ   Pricing information

© 2025  BMW of North America, LLC. The BMW name, BMW logo, model names, and other trademarks are trademarks of BMW AG.