# EXHIBIT 17



## Find your ultimate match.

There's never been a better time to get behind the wheel of a BMW Certified vehicle. Enjoy an additional three years of 24/7 Roadside Assistance and a complimentary oil change with your purchase. ⓘ

Important Information



## BMW Certified financing offers.



**4.99% APR** up to 36 mo.

On Model Years 2020-2023 BMW Certified Models

Important Information

**Explore all inventory**



**No Payments** for 3 mo.

On Model Years 2020-2023 BMW Certified Models

Important Information

**Explore all inventory**

## BMW Certified incentives & credits.



**$1,000** College Grad Offer.

Important Information

**Explore all inventory**

Learn more >



**$500** BMW Certified Military Credit.

Important Information

**Explore all inventory**



**$500** BMW Certified Loyalty Credit.

Important Information

**Explore all inventory**

## Choose what powers your performance.

Your perfect BMW is waiting—explore all 2020-2023 BMW Certified models now.





#### BMW Certified - the Ultimate Certified Machine.

Explore our full line of vehicles that have earned the distinction of BMW Certified.

#### BMW Certified Plug-in Hybrids.

Experience the best of both worlds with BMW Certified plug-in hybrid vehicle.

**Learn more >**

#### BMW Certified All-Electric.

Combining the ideal blend of luxury, technology, and power, BMW Certified delivers the Ultimate Electric Driving Machine.

**Learn more >**

**Explore all inventory**

## Total peace of mind.

Enjoy the confidence that comes with owning a BMW Certified vehicle. Our program benefits ensure you'll get the full experience of the Ultimate Driving Machine.®






#### BMW Certified Warranty.

The BMW Certified Pre-Owned Limited Warranty provides coverage for one year.

#### Comprehensive inspections.

Detailed 360° vehicle inspections are completed and approved by BMW Trained Technicians.

**Learn more >**

#### Genuine BMW Parts 

Every vehicle is reconditioned with Genuine BMW Parts for the driving performance you expect.

**Learn more >**

#### Extra Assurance

Enjoy an additional three years of BMW Roadside Assistance as well as a complimentary oil change.

## Common questions about the BMW Certified Special Offers

What does BMW Certified mean?

What does the BMW Certified Pre-Owned Limited Warranty cover?

How can I find out if I'm eligible for CPO financing?

Select a Series    X1    X2    X3    X4    X5    X6    X7    2    3    4    5    7    8    Z4    i4    i5    i7    iX    XM    BMW M

**The BMW Difference**
- My BMW App
- BMW Individual
- BMW All-Electric
- Plug-in Hybrid Electric
- Concept Vehicles
- BMW ConnectedDrive
- Remote Software Upgrades
- BMW Driver Assistance

**Experience & Partnerships**
- Performance Driving School
- Ultimate Driving Experience
- Performance Center Delivery
- M Track Days
- BMW M Motorsport
- BMW Championship
- Monticello Motor Club
- BMW Motorcycles

**Online Shopping Tools**
- Shop BMW Parts & Accessories
- Shop New Inventory
- Shop Pre-Owned Inventory
- Build Your Own
- Shop Online
- Lease & Financing Offers
- Estimate Payment
- Request a Test Drive
- Contact a BMW Center
- Find a BMW Center
- Subscribe to Updates
- Protection Products

**Finance & Incentives**
- Apply for Financing
- BMW Financial Services
- Manage Your BMW Financial Services Account
- BMW Military Program
- BMW Corporate Fleet Program
- BMW Corporate Sales Program
- BMW College Graduate Program
- BMW Mobility Program

Privacy Policy    Terms    Do Not Sell or Share My Personal Information    Manage Cookies    Safety and Emission Recalls
Fraud Warning    BMW Accessibility Statement    BMW Press Room    Site Map    Careers    Contact Us    BMW Bank    FAQ
Pricing information