# EXHIBIT 18

  

Login | Contact

Corporate | Brands | Technology | People | Heritage | Motor Shows | Sports

Enter search terms... ADD TAG

**Do you need help?** Please support team from 9 to 17 support.pressclub@bmwgr

Article ⌄ | Photo ⌄ | TV Footage | Video | Audio ⌄

To the extent that historical press releases reference BMW Manufacturing Co., LLC as the manufacturer of certain X model vehicles, the referenced vehicles are manufactured in Carolina with a combination of U.S. origin and imported parts and components.

# PRESSCLUB USA · ARTICLE.

## The BMW X5 Silver Anniversary Edition: celebrating 25 years of the BMW X5.

21.06.2024   PRESS RELEASE

Woodcliff Lake, NJ – June 21, 2024…The very first BMW X5 was driven off the line of BMW Group Plant Spartanburg in South Carolina on September 1, 1999. Since then, nearly 3 million X5s have been assembled in Spartanburg for markets all over the world. The BMW X5 created the Sports Activity Vehicle category, and today BMW is marking 25 years of the BMW X5 with a special, limited-edition model with an emphasis on 'Activity'. Based on the 2025 X5 xDrive40i, the BMW X5 Silver Anniversary Edition elevates the expected on-road poise, performance, and premium accommodation with a substantial increase in off-road aptitude.

#G05 · #X5

MY.PRESSCLUB LOGIN

**PRESSCLUB INFORMATION**

### RSS NEWS FEED.

> Open Website

With the PressClub RSS you can also receive pub as a news feed. Choose various topic-specific fee needed, or use the feed latest articles to stay up

**PRESS CONTACT.**

Jay Hanson
BMW Group

Tel: +1-201-307-4085
Fax: +1-201-326-7435

- A special, limited-edition model commemorating 25 years of the BMW X5.
- Standard BMW Individual Lime Rock Grey metallic paint.
- Standard xOffroad Package includes 2-axle air suspension, underbody protection plates, and four drive modes calibrated for various terrains.
- Distinctive trim includes 20-inch M Star-spoke wheels, Extended Shadowline trim, Carbon Fiber interior trim, and Silver Anniversary Edition badging.


Login

✉ send an e-mail

**AUTHOR.**

Jay Hanson
BMW Group

**RELATED LINKS.**

›  BMW USA News

- Limited to about 1,000 units, with an MSRP of $79,900 plus $1,175 destination and handling.

**Woodcliff Lake, NJ – June 21, 2024...** The very first BMW X5 was driven off the line of BMW Group Plant Spartanburg in South Carolina on September 1, 1999. Since then, nearly 3 million X5s have been assembled in Spartanburg for markets all over the world. The BMW X5 created the Sports Activity Vehicle category, and today BMW is marking 25 years of the BMW X5 with a special, limited-edition model with an emphasis on 'Activity'. Based on the 2025 X5 xDrive40i, the BMW X5 Silver Anniversary Edition elevates the expected on-road poise, performance, and premium accommodation with a substantial increase in off-road aptitude.

**Unique colors and trims distinguish the X5 Silver Anniversary Edition.**

Visually, the X5 Silver Anniversary Edition is distinguished by its unique blend of styling details taken from both the Sport and M Sport Designs. Extended Shadowline Trim, usually reserved for X5s equipped with the M Sport and M Sport Professional packages, darkens the trim on the window surrounds, roof rails, fender mounted Air Breathers, and the standard illuminated kidney grille. Shadowline lights front and rear round out the understated exterior trim. Distinctive 20-inch M Star-spoke bi-color wheels are also taken from the M Sport Package. The Silver Anniversary Edition forgoes the M Sport Package's Motorsport-influenced front and rear bumpers and rocker panels in favor of the aluminum-accented pieces from the Sport Design to highlight its off-road intentions more clearly.

The black and aluminum theme is complimented beautifully by the standard BMW Individual Lime Rock Grey metallic paint. A subtle Silver Anniversary Edition badge is found on the tailgate.

Inside, the sport seats are upholstered in the customer's choice of Black, Cognac, Coffee, or Silverstone Sensafin. Carbon Fiber trim, ordinarily available only on the X5 M60i and X5 M Competition, embellishes the center console and dashboard. The BMW Curved Display is powered by BMW Operating System 8.5, and is enhanced by Live Cockpit Professional, which adds the full-color BMW Head-Up Display and BMW Maps navigation with Augmented Reality display. A Silver Anniversary Edition plaque adorns the compartment door ahead of the gear selector.

**Standard BMW xOffroad Package: any road, for any reason.**

Reinforcing its mission as a true adventure vehicle, the Silver Anniversary Edition X5 comes standard with BMW's xOffroad Package. The package is not offered on any other current BMW X model and augments the X5 Silver Anniversary Edition's off-road capability by adjusting the vehicle's settings depending on the terrain. Via the Driver Experience Control switch on the center console, the driver can choose between xSnow, xSand, xGravel, and xRocks. The system then adjusts the vehicle's ride height, transmission shift strategy, throttle mapping, traction control, and other parameters accordingly to deliver the optimal profile for the situation.

The package also includes 2-axle air suspension for increased ground clearance, a mechanical rear differential lock, and underbody protection plates. There is also a special xOffroad View in the central display that informs the driver about ground clearance, roll tendency, and the inclination or downhill gradient of the terrain. The xOffroad camera supports the driver in challenging off-road situations by providing views of the terrain from all angles outside the vehicle at speeds below 22 mph.

To make the most of this exceptional all-terrain capability, customers who order the X5 Silver Anniversary Edition will be offered a discount on more aggressive General Grabber All-Terrain tires purchased and installed at their dealer.

To ensure the X5 Silver Anniversary Edition is fully outfitted for any excursion, a roof rack system, BMW luggage compartment mat, and BMW all-weather floor mats are also included.


Login

**Premium features and technology for the everyday drive.**

⌃

Just because the X5 Silver Anniversary Edition is formidable off-road doesn't mean the on-road journey to and from any destination near or far shouldn't be comfortable and rewarding. Each Silver Anniversary Edition is fitted as standard with a Harman-Kardon Surround Sound System, heated front seats, arm rests, and steering wheel, remote engine start, a trailer hitch, and the Parking Assistance Package.

The 2025 BMW X5 Silver Anniversary Edition will begin production in very limited quantities in August 2024.

**BMW Group in America**

BMW of North America, LLC has been present in the United States since 1975. Rolls-Royce Motor Cars NA, LLC began distributing vehicles in 2003. The BMW Group in the United States has grown to include marketing, sales, and financial service organizations for the BMW brand of motor vehicles, including motorcycles, the MINI brand, and Rolls-Royce Motor Cars; Designworks, a strategic design consultancy based in California; a technology office in Silicon Valley and various other operations throughout the country. BMW Manufacturing Co., LLC in South Carolina is the BMW Group global center of competence for BMW X models and assembles the X3, X4, X5, X6 and X7 Sports Activity Vehicles as well as the BMW XM. The BMW Group sales organization is represented in the U.S. through networks of 349 BMW passenger car and BMW Sports Activity Vehicle centers,146 BMW motorcycle retailers, 104 MINI passenger car dealers, and 38 Rolls-Royce Motor Car dealers. BMW (US) Holding Corp., the BMW Group's sales headquarters for North America, is located in Woodcliff Lake, New Jersey.

\#   \#   \#

Journalist note: Information about BMW Group and its products in the USA is available to journalists on-line at www.bmwusanews.com, www.miniusanews.com and www.press.bmwna.com.

\#   \#   \#


**ARTICLE OFFLINE ATTACHMENTS.**

   The BMW X5 Silver Anniversary Edition: celebrating …   PDF, EN, 92.43 KB


**ARTICLE MEDIA MATERIAL.**

[ Photos  ⌄ ]


Login

FURTHER NEWS FOR: G05 · X5

### The 2024 BMW X5 and X6.

08.02.2023   PRESS RELEASE   AGED

Woodcliff Lake, NJ – February 7, 2023…New design details, expanded standard equipment, electrification across-the-board, and advancements in digital technology define the next stage in the evolution of BMW's X5 Sports Activity Vehicle and X6 Sports Activity Coupe. The entire range of powertrains has been comprehensively reengineered. The plug-in hybrid drive in the 2024 BMW X5 xDrive50e has significantly more power and a greater purely electric range than …

#G05 · #G06 · #X6 · #X5

**RELATED VIDEOS.**

1 / 5

The BMW X5 xDrive5

### The 2022 BMW X5 Black Vermilion Edition.

12.07.2021   PRESS RELEASE   AGED

Woodcliff Lake, NJ – July 12, 2021…BMW is proud to announce the limited-edition BMW X5 Black Vermilion for model year 2022. This exclusive X5 xDrive40i combines the already high level of performance, comfort and luxury found in every Spartanburg, South Carolina-built X5 Sports Activity Vehicle with an unmistakably striking and aggressive exterior design and edition-exclusive equipment and details.

#G05 · #X5

### The 2021 BMW X5 xDrive45e PHEV Sports Activity Vehicle.

10.06.2020   PRESS RELEASE   AGED

Woodcliff Lake, NJ – June 9, 2020…Today, BMW proudly launches the 2nd generation plug-in hybrid X5 Sports Activity Vehicle, the newest addition to the U.S. X5 lineup. The U.S. X5 xDrive45e The U.S. X5 xDrive45e arrives with a SULEV Super ultra-low emissions vehicle rating which can bring additional benefits in states which offer special consideration to drivers of electrified vehicles, such as high occupancy lane access stickers.

#G05 · #X5

SHOW MORE   +

