# EXHIBIT 19




Find Any Company's Suppliers

# Bmw

📍 **Petuelring 130 De-80788 Muenchen Munchen By 80788 Germany**

🌐 Location matches found: **Muenchen, Landeshauptstadt** *(nearest)* > **Kreisfreie Stadt Muenchen** > **Upper Bavaria** > **Bavaria**

Also imports under **23 names** and **76 addresses**  *View list*

🔍 Quick search: **Name**  **Address**  📍 **Address(maps)**  💼 **LinkedIn**

**Alibaba**     **AliExpress**     **Global Sources**

| Currency | Euros |
|---|---|
| USD V.S. EUR: **1 USD = 0.93 EUR** | Currency Rating: **B** |
| *Potential loss for every $10,000 spent:* **$592** | *Here's how* |

**Estimated monthly labor cost for 2023**

| Germany | $5,092 - $5,381 | 📈 |
|---|---|---|
| *Compare with* | V.S. | ℹ️ |
| China ▼ | $1,111 - $1,187 | 📈 |

📅 **Most Recent Shipment: 12/30/2024 (Database Updated: 12/31/2024)**

**Avg. TEU per Shipment: 3.11**

**Avg. TEU per Month: 206.55**

🚢 **Total Sea Shipments: 18,420**

💲 **Est. Total Shipping Spend: $88,980,546.07 (63.09% coverage)**   ❓ *Benchmark your shipping spend*

**Share**     **Downloads**

1/15/25, 6:16 PM
Bmw-5 Petuelring 130 De-80788 Muenchen Munchen By-80788 Germany's suppliers and - Import Yeti
Case 1:22-md-03051-ELR Document 310-20 Filed 02/07/25 Page 3 of 16

# Bmw's Total Sea Shipments Over Time (png) (jpeg) (svg)





| Customers | Shipment Activity | Total Shipments 🚢 🛍️ 📦 | Product |
|---|---|---|---|
| **Bmw C/O Spartanburg Schedl Automotive Firms Code La871181 Howell**<br>Duncan, United States of America | | 202<br>Boilers/machinery<br>**Other** | Bmw Auto<br>Bmw Auto<br>Bmw Auto<br>H.S. Code<br>**8465.99**) |
| **Bmw Na Distribution Center**<br>Redlands, United States of America | | 152<br>Boilers/machinery | Bmw Serv<br>Service, E<br>Bmw Serv<br>H.S. Code<br>**See all bil** |
| **Comprehensive Logistics**<br>Duncan, United States of America | | 87<br>Boilers/machinery | Bmw Auto<br>Bmw Auto<br>Bmw Auto<br>H.S. Code<br>**See all bil** |
| **Sopadep**<br>United States of America | | 137<br>Boilers/machinery<br>Electric motors..<br>**Other** | Mini Coop<br>Bmw Bmv<br>Bmw Bmv<br>H.S. Code<br>**3809.93**, |
| **Atkins Kroll**<br>United States of America | | 51<br>Boilers/machinery<br>Wood   **Other** | Unit Bmw<br>Shipped E<br>Automobi<br>H.S. Code<br>**8471.70**, |
| **Bavarian Motors Cr S A**<br>Delta, United States of America | | 43<br>Automotive<br>Boilers/machinery<br>**Other** | Bmw Mot<br>Liquid, Mc<br>Motorcycl<br>H.S. Code<br>**8608.00**, |

**Show More**

## Bmw's Annual Exporting Frequency (png) (jpeg) (svg)

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |

## Bmw's Product Breakdown (H.S. Code) (png) (jpeg) (svg)



## Bmw's Top 10 Relationships (png) (jpeg) (svg)

| Hierarchy | Sankey |

Legend:
- ★ This supplier
- 🏢 Its customers
- 🏭 Other suppliers used by the customer

1/15/25, 6:16 PM
Bmw, Petuelring 130 De-80788 Muenchen Munchen By 80788 Germany's suppliers - import Yeti
Case 1:22-md-03051-ELR   Document 310-20   Filed 02/07/25   Page 8 of 16



| U.S. Supply Chain | U.S. Supply Chain - Premium |

# Breakdown of Bmw's Exports Per Country (png) (jpeg) (svg)



## Europe
## 97.8 %

| Country | Shipments |
| --- | ---: |
| Germany | 15,742 |
| United Kingdom | 1,048 |
| Belarus | 856 |
| Belgium | 224 |
| Russian Federation | 112 |

## North America
## 1.2 %

| Country | Shipments |
| --- | ---: |
| Netherlands Antilles | 98 |
| Canada | 51 |

| Country | Shipments |
|---|---|
| Panama | 33 |
| Mexico | 16 |
| Bahamas | 6 |

## Asia
## 1.0 %

| Country | Shipments |
|---|---|
| Sri Lanka | 112 |
| India | 35 |
| China | 21 |
| South Korea | 7 |
| Turkey | 5 |

## Africa
## 0.0 %

| Country | Shipments |
|---|---|
| South Africa | 1 |
| Morocco | 1 |

## South America
## 0.0 %

| Country | Shipments |
|---|---|
| Colombia | 1 |

## Total shipments (Jan 2015 - Dec 2024): 18,248

| Top lanes used | | Est. Shipping Spend |
|---|---|---|
| BREMERHAVEN ->CHARLESTON, SC | 7,062 ▼ | $15,669,314 |
| BREMERHAVEN ->NEW YORK/NEWARK AREA, NEWARK, NJ | 3,619 ▼ | $16,125,640 |
| STADERSAND ->CHARLESTON, SC | 2,369 ▲ | $47,113,042 |
| BREMERHAVEN ->NEW YORK, NY | 736 ▼ | $1,591,240 |

BREMERHAVEN  ->PORT HUENEME, CA                                     533  ▲

## Top containers used

| | |
|---|---|
| 40ft (**4510**) - General Purpose Container (with ventilation) | 10,181  ▼ |
| 40ft (**45G0**) - General Purpose Container (no ventilation) | 3,406  ▼ |
| 20ft (**2210**) - General Purpose Container (with ventilation) | 824  ▼ |
| 40ft (**45G1**) - General Purpose Container (no ventilation) | 481  ▲ |
| 20ft (**22G0**) - General Purpose Container (no ventilation) | 408  ▼ |

## Top notify parties

| | |
|---|---|
| Dhl Global Forwarding | 5,580  ▼ |
| Bmw Manufacturing | 3,837  ▲ |
| Trade Zone Operations | 1,185  ▲ |
| Zf Chassis Systems Duncan | 960  ▲ |
| Nad Global S A De C V | 911  ▼ |

## Top SCAC codes

| | |
|---|---|
| **HLCU** - Hapag-Lloyd A G | 2,626  ▲ |
| **SUDU** - Sud Hamburg/Columbus Line | 2,444 |
| **CMDU** - Compagnie Maritime Daffretemen | 2,412  ▼ |
| **EXDO** - Expeditors International | 2,351  ▲ |
| **MSCU** - Mediterranean Shipping Corp | 2,160 |

## Top ports shipped from

| | | |
|---|---:|---|
| **BREMERHAVEN** | 13,038 | ▼ |
| **STADERSAND** | 3,234 | ▲ |
| **HAMBLE** | 976 | |
| **ANVERS** | 257 | |
| **ZEEBRUGGE** | 215 | |

## Top ports shipped to

| | | |
|---|---:|---|
| **CHARLESTON, SC** | 9,855 | ▼ |
| **NEW YORK/NEWARK AREA, NEWARK, NJ** | 4,124 | ▼ |
| **PORT HUENEME, CA** | 950 | ▲ |
| **NEW YORK, NY** | 793 | ▼ |
| **SAVANNAH, GA** | 363 | ▼ |

## Top states shipped to

| | | |
|---|---:|---|
| SOUTH CAROLINA | 9,855 | ▼ |
| **NEW JERSEY** | 4,124 | ▼ |
| **CALIFORNIA** | 1,495 | ▲ |
| **NEW YORK** | 793 | ▼ |
| **GEORGIA** | 596 | ▼ |

## Shipments Breakdown by Bill Type



House: 6,060 Shipments

See all house shipments ⭐

Regular: 12,360 Shipments

See all regular shipments ⭐

## Notify Party Stats



■ with Notify Party: 14,034 shipments

■ without Notify Party: 4,386 shipments

## Bmw's Most Recent Sea Shipments   [ CSV ]

| Date ▼ | Bill of Lading ⭐ | Customers Country | Weight | No. of Container | Description |
|---|---|---|---|---|---|
| 12/30/2024 | ONEYHAMEC9773900 **(free)** R | Bmw Of Na Jacksonville, United | 5,291 kg | 1 | Bmw Service |

| Date | Bill of Lading ⭐ | Customers | Weight | No. of Containers | Description |
|---|---|---|---|---|---|
| | *Direct to Carrier* | States of America | | | |
| 12/30/2024 | ONEYHAMEC4079300<br>R<br>*Direct to Carrier* | **Bmw Of Na Jacksonville**<br><br>Jacksonville, United States of America | 39,675 kg | 10 | Bmw Service Bn Service |
| 12/30/2024 | ONEYHAMEC4086800<br>R<br>*Direct to Carrier* | **Bmw Of Na Jacksonville**<br><br>Jacksonville, United States of America | 48,122 kg | 11 | Bmw Service |
| 12/30/2024 | ONEYHAMEC7329400<br>R<br>*Direct to Carrier* | **Bmw Of Na Jacksonville**<br><br>Jacksonville, United States of America | 6,221 kg | 1 | Bmw Service |
| 12/29/2024 | MZLY24MAA0018170<br>H<br>MAEU246297802<br>M | **Bmw Of North America**<br><br>United States of America | 5,382 kg | 1 | Elektro Scooter |
| 12/29/2024 | MZLY24MAA0018171<br>H<br>MAEU246297802<br>M | **Bmw Of North America**<br><br>United States of America | 5,382 kg | 1 | Elektro Scooter |
| 12/29/2024 | MZLY24MAA0018172<br>H<br>MAEU246297802<br>M | **Bmw Of North America**<br><br>United States of America | 5,382 kg | 1 | Elektro Scooter |
| 12/27/2024 | EXDO6580042222<br>H<br>ONEYHAMEC4825900<br>M | **Benteler Automotive Corp**<br><br>Duncan, United States of America | 19,189 kg | 1 | Gearboxes |
| 12/27/2024 | EXDO6580042223<br>H<br>ONEYHAMEC4831600<br>M | **Benteler Automotive Corp**<br><br>Duncan, United States of America | 19,610 kg | 1 | Gearboxes |

| Date | Bill of Lading ⭐ | Customers | Weight | No. of Containers | Description |
|---|---|---|---|---|---|
| 12/27/2024 | EXDO6580042146 H  ONEYHAMEB9353900 M | Benteler Automotive Corp  Duncan, United States of America | 20,567 kg | 1 | Gearboxes |

**Show More**

# Other Addresses, Names And Contact Information Used By Bmw  [ CSV ]

**Captured contact info 5**    Other addresses 76    Other names 23    Other websites 0

| Other similar addresses that company is using | Email  Unlock | Phone  Unlock |
|---|---|---|
| 130 Petuelring Contact Gericke Tel +XXXXXXXXXXX | | XXXXXXX15 |
| Bmw Plant Cowley O Vat : GbXXXXXXXXXXXXX Martin Harris : +44 | | XXXXXXX0( |
| Japan 1 9 2 Marunouchi Tel XX XXXX XXXX | | XXXXXXX88 |
| Bmw South Africa Ptyltd Po Box 2955 Pretoria 0001 Tel: XXX XXX XXXX Fax: XXX XXX XXXXPretoriaza | | XXXXXXX83 XXXXXXX52 |
| 1400 Highway 101 South Greer S C 29651 Usa Phone X-XXX-XXX-XXXX Muenchen By | | XXXXXXX0( |

# Tags

service part  4789      service parts  4787      automotive part  4703

| ca 2812 | rake 2584 | brake 2584 | brak 2584 | motorc 2489 |
| motorcy 2489 | motorcyc 2485 | rcycle 2482 | motorcycl 2482 |
| motorcycle 2481 | lamma 2121 | were 2120 | mable 2120 |
| powere 2092 | powered 2091 | liquid power 2088 | weigh 1657 |
| weight 1657 | labeling 1536 | beling 1536 | placard 1536 |
| placa 1536 | provis 1536 | beli 1536 | provisions 1536 |
| provision 1536 | marking 1536 | labelin 1536 | laca 1536 |
| shal 1530 | shall 1530 | rakes 1324 | brakes 1324 |
| brake disc 1255 | automobile 1170 | chem 981 | wheel 980 |
| heels 950 | wheels 950 | manufacturer 939 | statement 905 |
| motorcycles 892 | way 742 | automotive service 715 | waybill 710 |
| mobiles 648 | luca 593 |

# ImportYeti API

Use ImportYeti API to build applications or integrate with your existing infrastracture.

Need API Access?

Sample Request ▲

About    Press    Contact    Privacy    FAQs