# EXHIBIT A

| | |
|---|---|
| **From:** | Roland Tellis <rtellis@baronbudd.com> |
| **Sent:** | Monday, February 17, 2025 5:53 PM |
| **To:** | Heller, Nathan |
| **Cc:** | DSTELLINGS@lchb.com; Goldberg, Matthew A.; Pfenninger, Timothy; Eric Kizirian; Keramidas, Mike |
| **Subject:** | Re: ARC MDL -- JX Discovery Motion as to Porsche AG & BMW AG |

 EXTERNAL MESSAGE

A week for both of us is fine.

> On Feb 17, 2025, at 1:46 PM, Heller, Nathan <Nathan.Heller@us.dlapiper.com> wrote:
>
> Members of our team are traveling overseas for depositions this week, which makes the preparation of drafts and review with our client a logistical challenge.  Additionally, the subject matter of the discovery motion overlaps with the issues raised in the motion to dismiss and plaintiffs' opposition.  We are seeking to align the deadlines so that both the reply to the MTD and the opposition to the discovery motion are submitted together given the related subject matter.
>
> We're happy to agree to an additional week for plaintiffs' reply to the jurisdictional motion.
>
> Will plaintiffs consent to the request?
>
> **Nathan P. Heller**
> Of Counsel
>
> T  +1 215 656 3372
> F  +1 215 606 3372
> M  +1 717 309 0565
> nathan.heller@us.dlapiper.com
>
> **DLA Piper LLP (US)**
> dlapiper.com
>
> ---
>
> **From:** Roland Tellis <rtellis@baronbudd.com>
> **Sent:** Monday, February 17, 2025 3:39 PM
> **To:** Heller, Nathan <Nathan.Heller@us.dlapiper.com>; dstellings@lchb.com
> **Cc:** Goldberg, Matthew A. <Matthew.Goldberg@us.dlapiper.com>; Pfenninger, Timothy <Timothy.Pfenninger@us.dlapiper.com>; Kizirian, Eric <eric.kizirian@lewisbrisbois.com>; Keramidas, Mike <mike.keramidas@us.dlapiper.com>
> **Subject:** Re: ARC MDL -- JX Discovery Motion as to Porsche AG & BMW AG

⚠️ EXTERNAL MESSAGE

Why is there a need to have the two briefs due on the same day? Not a very compelling reason for an extension.

**Roland Tellis**

Baron & Budd, P.C. | Shareholder

Class Action Practice Group | Chair

818.839.2333 main
818.839.2320 direct

rtellis@baronbudd.com

www.baronandbudd.com

Dallas | Austin | Baton Rouge | New Orleans | Chico

Los Angeles | San Diego | New York | Washington, D.C.

---

**From:** Heller, Nathan <Nathan.Heller@us.dlapiper.com>
**Sent:** Monday, February 17, 2025 7:34 AM
**To:** Roland Tellis <rtellis@baronbudd.com>; dstellings@lchb.com <dstellings@lchb.com>
**Cc:** Goldberg, Matthew A. <Matthew.Goldberg@us.dlapiper.com>; Pfenninger, Timothy <Timothy.Pfenninger@us.dlapiper.com>; Kizirian, Eric <eric.kizirian@lewisbrisbois.com>; Keramidas, Mike <mike.keramidas@us.dlapiper.com>
**Subject:** ARC MDL -- JX Discovery Motion as to Porsche AG & BMW AG

Hi Roland and David,

I'm reaching out regarding Plaintiffs' motion for leave to take jurisdictional discovery as to Porsche AG in the ARC MDL. We would like to extend the opposition deadline (currently 2/21) by one week, to 2/28, so that the opposition to the motion is due on the same day as our reply in support of our motion to dismiss.

I have conferred with BMW's counsel, Eric Kizirian, and he requests the same extension on behalf of BMW as to the jurisdictional discovery motion against his client.

Could you please let me know whether Plaintiffs oppose this request?

Thanks very much,

Nate

## Nathan P. Heller
Of Counsel

T  +1 215 656 3372
F  +1 215 606 3372
M  +1 717 309 0565
nathan.heller@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

<image001.png>

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to **postmaster@dlapiper.com**. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.