# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br><br>Case No: 1:22-MD-3051-ELR |

## ORDER

AND NOW, this 18th day of February, 2025, upon consideration of Specially Appearing Defendants Dr. Ing. h.c. F. Porsche AG ("Porsche AG") and Bayerische Motoren Werke AG's ("BMW AG") Unopposed Motion to Extend Their Time to Respond to Plaintiffs' Motions for Jurisdictional Discovery [Doc. 313], it is hereby **ORDERED** that the Motion is **GRANTED.** Porsche AG and BMW AG shall have until **February 28, 2025** to oppose Plaintiffs' motions for jurisdictional discovery (ECF Nos. 309 & 311). Plaintiffs shall have until **March 21, 2025** to file replies in support of same.

_____
HON. ELEANOR L. ROSS
United States District Judge