**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br><br>Case No: 1:22-MD-3051-ELR<br><br>District Judge Eleanor L. Ross |

**SPECIALLY APPEARING DEFENDANT VOLKSWAGEN AKTIENGESELLSCHAFT'S MOTION TO DISMISS THE CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), Defendant Volkswagen Aktiengesellschaft ("VW Germany") hereby moves to dismiss the Corrected Consolidated Class Action Complaint ("CCAC") (ECF 157). VW Germany incorporates by reference the Declaration of Magnus Weiss in Support of Specially Appearing Defendant AUDI AG's Motion to Dismiss for Lack of Personal Jurisdiction (ECF 305-3) and the relevant arguments of Certain Defendants' Motion to Dismiss (ECF 181, 181-1), Volkswagen Group of America, Inc.'s Motion to Dismiss (ECF 182, 182-1) and Audi of America, LLC's Motion to Dismiss (ECF 184, 184-1), including the Declaration of Peter Green (ECF 184-2). For the reasons set forth in the accompanying Memorandum of Law and those in the incorporated motions and

1

supporting papers, this Court should dismiss the CCAC with prejudice and grant such other and further relief as it deems just and proper.

Dated: February 28, 2025

Respectfully Submitted,

*/s/ Livia M. Kiser*

KING & SPALDING LLP
Livia M. Kiser
Susan V. Vargas
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
(213) 443-4355
Fax: (213) 443-4310
lkiser@kslaw.com
svargas@kslaw.com

KING & SPALDING LLP
John Christopher Mitchell
50 California Street, Suite 3300
San Francisco, CA 94111
(415) 318-1237
Fax: (415) 318-1300
cmitchell@kslaw.com

SHOOK, HARDY & BACON L.L.P.
Michael B. Shortnacy
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(424) 324-3494
Fax: (424) 204-9093
mshortnacy@shb.com

*COUNSEL FOR SPECIALLY APPEARING DEFENDANT VOLKSWAGEN AKTIENGESELLSCHAFT*