# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>Judge:   Eleanor L. Ross<br><br>**REPLY REGARDING PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY (*SOWA*) IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

Plaintiffs submit this reply to clarify the record with respect to their Notice of Supplemental Authority (Dkt. 300) regarding Judge Geraghty's decision in *Sowa v. Mercedes-Benz Group AG*, No. 1:23-cv-00636-SEG (N.D. Ga. Dec. 31, 2024).

In their response, Defendants take issue with Plaintiffs' statement that the court in *Sowa* "upheld" unjust enrichment claims. Dkt. 307 at 4 (citing Dkt. 300 at 2). Specifically, in the Notice Plaintiffs stated the court in *Sowa* "upheld plaintiffs' nationwide fraudulent omission and unjust enrichment claims" because under Georgia's choice-of-law principles, Georgia law governed those claims "regardless of where each plaintiff was injured." Dkt. 300 at 2. Indeed, Judge Geraghty held that "Plaintiffs' nationwide fraudulent omission and unjust enrichment claims will not be dismissed on choice-of-law grounds." Dkt. 300-1 at 37. Plaintiffs thus argued

1

"[t]hose principles apply equally here to Plaintiffs' nationwide fraudulent omission and unjust enrichment claims." Dkt. 300 at 2 (citing Dkt. 157-1 ¶¶ 408–33; Dkt. 221 at 9).

As Defendants note, the court in *Sowa* ultimately dismissed the unjust enrichment claims (though not the fraudulent omission claims) on the ground that "[t]he existence of valid warranties in this case precludes Plaintiffs' unjust enrichment claims." Dkt. 300-1 at 115. But there, the plaintiffs "d[id] not dispute the underlying validity of the contract." *Id.* In contrast, here, the Court cannot take judicial notice of the Automaker Defendants' heavily excerpted warranty attachments, "particularly without discovery regarding the warrant[ies] and the circumstances surrounding [the Automakers'] sale of the vehicles to Plaintiffs." Dkt. 222 at 8. Further, as Plaintiffs have pointed out, the Automakers cannot argue *both* "that the warranties do not encompass the Inflator Defect" *and* that they preclude quasi-contractual claims. Dkt. 221 at 46–47.

At minimum, given the dispute over the warranties' validity and scope, the Court should permit discovery before it adjudicates the unjust enrichment claim on the merits. *Id.* at 47 (citing *In re Takata Airbag Prods. Liab. Litig.*, 193 F. Supp. 3d 1324, 1344–45 (S.D. Fla. 2016)).

Dated: March 6, 2025

/s/Roland Tellis
Roland Tellis
rtellis@baronbudd.com
David Fernandes
dfernandes@baronbudd.com
Adam Tamburelli
atamburelli@baronbudd.com
Jay Lichter
jlichter@baronbudd.com
Sterling Cluff
scluff@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Blvd #1600
Encino, California 91436
Tel: (818) 839-2333

Respectfully submitted,

/s/ Demet Basar
Demet Basar
demet.basar@beasleyallen.com
W. Daniel "Dee" Miles, III
dee.miles@beasleyallen.com
J. Mitch Williams
mitch.williams@beasleyallen.com
Dylan T. Martin
dylan.martin@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Tel: (334) 269-2343

H. Clay Barnett, III (GA Bar 174058)
clay.barnett@beasleyallen.com
Thomas P. Willingham (GA Bar 235049)
tom.willingham@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Overlook II
2839 Paces Ferry Rd SE, Suite 400
Atlanta, GA 30339
Tel: (404) 751-1162

| | |
|---|---|
| */s/ James E. Cecchi* | */s/ Elizabeth T. Castillo* |
| James E. Cecchi | Niall P. McCarthy |
| jcecchi@carellabyrne.com | nmccarthy@cpmlegal.com |
| **CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.** | Elizabeth T. Castillo |
| 5 Becker Farm Road | ecastillo@cpmlegal.com |
| Roseland, New Jersey 07068 | David G. Hollenberg |
| Tel: (973) 994-1700 | dhollenberg@cpmlegal.com |
| | **COTCHETT, PITRE & McCARTHY, LLP** |
| Zachary Jacobs | 840 Malcolm Road |
| zjacobs@carellabyrne.com | Burlingame, CA 94010 |
| **CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.** | Tel: (650) 697-6000 |
| 222 South Riverside Plaza | |
| Chicago, Illinois 60606 | Theresa E. Vitale |
| Tel: (973) 994-1700 | tvitale@cpmlegal.com |
| | **COTCHETT, PITRE & McCARTHY, LLP** |
| Jason H. Alperstein | 2716 Ocean Park Blvd., Suite 3088 |
| jalperstein@carellabyrne.com | Santa Monica, CA 90405 |
| Zachary J. Bower | Tel: (310) 392-2008 |
| zbower@carellabyrne.com | |
| **CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.** | |
| 2222 Ponce De Leon Blvd. | |
| Miami, Florida 33134 | |
| Tel: (973) 994-1700 | |

*/s/ David Stellings*
David Stellings
dstellings@lchb.com
Michael J. Miarmi
mmiarmi@lchb.com
Katherine I. McBride
kmcbride@lchb.com
Gabriel A. Panek
gpanek@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Tel: (212) 355-9500

Nimish R. Desai
ndesai@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: (415) 956-1000

*/s/ Kevin R. Dean*
Kevin R. Dean (GA Bar 214855)
kdean@motleyrice.com
Ann K. Ritter
aritter@motleyrice.com
Lance V. Oliver
loliver@motleyrice.com
Sara O. Couch
scouch@motleyrice.com
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000

*/s/ Matthew D. Schultz*
Matthew D. Schultz
mschultz@levinlaw.com
William F. Cash
bcash@levinlaw.com
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140

*Leadership Committee for Plaintiffs and the Proposed Classes*

| | |
|---|---|
| */s/ Michael A. Caplan* | */s/ M.J. Blakely* |
| Michael A. Caplan (GA Bar 601039) | M.J. Blakely (GA Bar 708906) |
| mcaplan@caplancobb.com | mjblakely@blakelyfirm.com |
| T. Brandon Waddell (GA Bar 252639) | **THE BLAKELY FIRM, L.L.C.** |
| bwaddell@caplancobb.com | P.O. Box 3314 |
| Ashley C. Brown (GA Bar 287373) | Decatur, GA 30031 |
| abrown@caplancobb.com | Tel: (404) 491-0617 |
| **CAPLAN COBB LLC** | |
| 75 Fourteenth Street NE, Suite 2700 | |
| Atlanta, Georgia 30309 | |
| Tel: (404) 596-5600 | |

*Liaison Counsel for Plaintiffs and the Proposed Classes*