# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br>Case No. 1:22-md-03051-ELR |

**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF PLAINTIFFS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT <u>AUDI AKTIENGESELLSCHAFT'S MOTION TO DISMISS</u>**

I, James E. Cecchi, declare as follows:

1. I am an attorney at the law firm of Carella, Byrne, Cecchi, Brody & Agnello, P.C., and an attorney of record for Plaintiffs in this matter. I make this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendant Audi Aktiengesellschaft's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint. I am licensed to practice law in New Jersey and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify competently thereto.

2. I have caused true and correct copies of the following exhibits to be filed concurrently with this declaration:

   a. Exhibit 1: Advertising and Communication Principles of AUDI AG, *available at* https://media.audi.com/is/content/audi/microsites/audi-com/assets/downloads/corporate-guidelines/en/Advertising-and-Communication-Principles_1.3.pdf (last visited Mar. 5, 2025).

   b. Exhibit 2: Job Posting on Career.com for a Manager of Brand Content at Audi of America, *available at* https://www.career.com/job/audi-of-america/mgr-brand-content/j202210101618421085529 (last visited Mar. 10, 2025).

   c. Exhibit 3: Excerpts from Audi AG 2019 Financial Report, *available at* https://media.audi.com/is/content/audi/microsites/audi-com/assets/downloads/report/annual-reports/2019/en/EN_Audi_Financial_Report_2019.pdf (last visited Mar. 10, 2025).

   d. Exhibit 4: Excerpts from Audi AG 2016 Annual Report, at 184, *available at* https://www.audi.com/content/dam/gbp2/downloads/

1

      report/annual-reports/2016/en/ar2016-financial-part.pdf (last visited Mar. 10, 2025).

    e.    Exhibit 5: Audi Media Article about Filip Brabec, Senior Vice President, Product Management, Audi of America, *available at* https://media.audiusa.com/staff/filip-brabec (last visited Mar. 6, 2025).

    f.    Exhibit 6: Biography of Loren Angelo, Speaker at MMA Global Inc. (marketing trade association), Head of Marketing at Audi of America, *available at* https://www.mmaglobal.com/speakers/loren-angelo (last visited Mar. 10, 2025).

    g.    Exhibit 7: Audi Media USA Article, Daniel Weissland to Lead Audi of America as President, *available at* https://media.audiusa.com/releases/344 (last visited Mar. 6, 2025).

    h.    Exhibit 8: Importer Agreement Between Audi Aktiengesellschaft and Volkswagen of America, Inc.

    i.    Exhibit 9: Audi Dealer Agreement Standard Provisions

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of March, 2025.

                                */s/ James E. Cecchi*
                                James E. Cecchi
                                jcecchi@carellabyrne.com
                                CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
                                5 Becker Farm Road
                                Roseland, New Jersey 07068
                                Tel: (973) 994-1700