# EXHIBIT 1

# Audi Corporate Regulations

---

---

## Advertising and Communication Principles of AUDI AG

**Preface**

The following requirements specify the expectations of AUDI AG toward their business partners with regards to the provision of advertising and communication services for AUDI AG. The requirements are considered to be the basis for successful business relationships between AUDI AG and its business partners. We respect all genders and identities. In the interest of equal treatment, the pronouns and personal nouns used in these principles therefore should always include all genders.

**Goal and motivation**

As a global player, AUDI AG is committed to a sustainable, transparent, and responsible management. This applies especially for internal and external communication. We owe it to our employees, customers, and stakeholders as well as the general public to communicate with respect, integrity, and sincerity. As part of their work, all business partners who provide communication and advertising services for AUDI AG are therefore responsible for ensuring that humans, animals, and the environment are treated with the greatest respect in our communication and advertising, both online and offline. We are always conscious of the fact that it is not only the intention behind our message that is decisive but also the way the customers perceive this message.

We expect that the following principles are applied and observed by not only all of our employees but also our business partners. They, in turn, impart these principles and the resulting obligations to their employees and own business partners. They can implement regulations that extend beyond this scope.

**Scope and area of application**

The following principles of communication and advertising apply to all business relationships between AUDI AG and its business partners who provide advertising and communication services, in particular for advertising and communication agencies. AUDI AG shall ensure that the business partners of AUDI AG commit to an appropriate degree to complying with the requirements through their further business partners, provided that they are involved in providing advertising and communication services for AUDI AG.

**Introductory remarks**

The principles of communication and advertising supplement the "Volkswagen Group requirements regarding sustainability in its relationships with business partners" (Code of Conduct for Business Partners) and ensure that our communication, advertising activities, and messages are in line with the ethical standards and corporate values of the Volkswagen Group. These principles correspond to our global standard, but we also take local and regional regulations as well as further features such as cultural differences into account. Furthermore, the principles provide an overview of critical topics and representations that shall be avoided in the communication and advertising of AUDI AG.

**Ground rules**

**In particular, communication and advertising activities shall not do the following:**

» Include, accept, or tolerate any form of racism
» Exploit or abuse the trust of the customers based on their lack of experience
» Display realistic-looking creatures of horror
» Show maimed persons
» Ridicule disabled persons instead of promoting their inclusion
» Insult or degrade religious faiths
» Show any form of violence or acts of war
» Show the death of a person, including by suicide
» Show images that may contribute to the imitation of dangerous behavior (for example images that make using a smartphone while driving seem like acceptable behavior) as well as behavior that may involve a safety risk and contravention of the law
» Disregard the right to privacy
» Violate the rights of third parties (for example the right to their own picture, industrial property rights, copyrights)
» Name or show competing brands and companies or competing products in a discrediting, incorrect, or degrading way
» Arouse fear or exploit misfortune and suffering

Version 1.3, April 2024, I/VM & I/GP

1

**AUDI AG advocates the following guidelines, which shall also be observed by its business partners:**

» Where symbols and images from a local or indigenous culture are used, the potential consequences of the publication of such symbols or images shall be analyzed, paying attention to trademark and copyright infringements. The conscious consent of representatives of the culture in question shall be obtained before this content is used in product development and marketing processes.

» The key features of a product, service or other content of our advertising, marketing, and communication shall be described, shown, or displayed in other ways correctly and not in a way that is false or misleading.

» In the context of a communication and advertising campaign, the risks and consequences of the content and image material used on vulnerable groups shall be identified, assessed, and monitored.

» All those who create communication and advertisements for AUDI AG shall make an active effort to ensure that the content is always assessed in an objective and competent manner by means of the principle of multiple-party verification.

» The integrity (reputation, etc.) of persons whose names are given shall be checked at the beginning and throughout. For people whose names are not given, such a check shall be performed only in case of suspicion. This applies in particular for public figures, influencers, or advertising media.

» The marketing campaigns and other communication of AUDI AG shall be checked in particular with regard to groups which are disadvantaged and exposed to frequent discrimination or particularly vulnerable groups such as children in order to ensure that these groups do not feel disadvantaged, discriminated against, or degraded in any way.

**Degradation and discrimination**

**In particular, communication and advertising activities shall neither contain any of the following elements nor tolerate or promote them:**

» Discrimination against persons based on their gender, sexual orientation, ancestry, ethnicity, origin, language, culture, religion, belief, political opinion, age, disability, or membership in a group or organization

» Degradation of persons because their appearance, behavior, lifestyle, or character traits do not correspond to the prevailing public stereotype

» Any statements that glorify violence or trivialize violence against persons

» Any representations that make violent or dominant/aggressive behavior appear acceptable

» Creating the impression that human dignity is not respected or persons are treated like objects

» Reducing people to their sexuality or insinuating their sexual availability

» Exaggerated nakedness that constitutes a degradation of the gender in question

» Any depictions of a sexual or pornographic nature

» Stereotypes that create the impression that a gender or identifying with a non-binary gender concept makes a person inferior or unsuitable for performing certain tasks or a certain function

**Children and young people**

**In particular, communication and advertising activities shall neither contain any of the following elements nor tolerate or promote them:**

» Behavior of children that does not correspond to the natural form of expression of a child, for example sarcasm

» Displaying children in dangerous situations provided that this is not required in order to explain safety functions

» Displaying criminal action or other forms of misconduct

» Displaying children as sexual objects

» Scenes that could trigger stress or fear in children, for example accidents, family conflicts

» Direct offers designed to motivate children to buy or consume a product or service

» Directly requesting children to purchase advertised products or services or to convince their parents or other persons to do so

» Abusing the special trust that children have in their parents, teachers, or other persons of trust

Version 1.3, April 2024, I/VM & I/GP

PUBLIC

Statement of Principle on the Advertising and Communication Principles of AUDI AG

**Animals**

**In particular, communication and advertising activities shall neither contain any of the following elements nor tolerate or promote them:**

» Violence against animals
» Depictions of a sexual or pornographic nature
» Representations that make abusive behavior toward animals appear acceptable
» Content in which animals are treated like objects

**Environment**

**In particular, communication and advertising activities shall neither contain any of the following elements nor tolerate or promote them:**

» Violations of environmental protection regulations
» Representations that make harming the environment appear acceptable
» Any ecologically improper use of vehicles
» Denigration of any behavior designed to protect the environment and natural resources

**Environment and placement**

The environment and placement have a crucial effect on the reception of the communication and advertising campaigns. Since customers are usually not familiar with the functionality of advertising bookings, there is a risk that they may assume that AUDI AG selected an environment deliberately. Accordingly, a careful approach shall be taken when selecting the environments, placing the advertising media, and controlling the campaigns. At the same time, this shall be checked regularly and optimized if necessary. Environments and placements that contain, tolerate, or accept any form of content especially of the following categories shall always be ruled out:

» Racism
» Sexism
» Political extremism
» Pornography
» Child endangerment
» Animal abuse

**Legal consequences of violations of the principles**

AUDI AG considers compliance with the communication and advertising principles formulated in this document to be essential for the respective business relationship. If the business partner does not adhere to these requirements, AUDI AG will consider taking legal measures.
The power of decision with regard to forgoing such consequences and instead taking alternative measures provided that the business partner can prove that they immediately initiated countermeasures to avoid similar violations in the future rests with AUDI AG.

Version 1.3, April 2024, I/VM & I/GP

3

PUBLIC

**Ingolstadt, April 2024**

**Gernot Döllner**
Chairman of the Board of Management and
Board of Management member for
Technical Development

**Renate Vachenauer**
Board of Management member for
Procurement

**Jürgen Rittersberger**
Board of Management member for
Finance, Legal Affairs and IT Division

**Gerd Walker**
Board of Management member for
Production and Logistics

**Javier Ros Hernández**
Board of Management member for
Human Resources

**Hildegard Wortmann**
Board of Management member for
Marketing and Sales