# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross<br><br>**UNOPPOSED MOTION FOR EXTENSION OF BRIEFING DEADLINES WITH RESPECT TO PLAINTIFFS' MOTION FOR JURISDICTIONAL DISCOVERY AS TO DEFENDANT AUDI AG** |

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs respectfully request that the Court (1) grant Specially Appearing Defendant Audi Aktiengesellschaft ("Audi AG") a 16-day extension, through and including April 9, 2025, within which to file their Response to Plaintiffs' Motion for Jurisdictional Discovery as to Audi AG (the "Jurisdictional Discovery Motion"); and (2) grant Plaintiffs a 7-day extension, through and including April 30, 2025, within which to file their reply in further support of their Jurisdictional Discovery Motion as to Audi AG.

In support thereof, Plaintiffs state as follows:

1

1. On January 24, 2025, specially appearing defendant Audi AG moved to dismiss Plaintiffs' Consolidated Corrected Class Action Complaint (the "Audi AG Motion to Dismiss"). Dkt. 305.

2. Pursuant to the Parties' agreement, and as approved by this Court, Plaintiffs filed their opposition to the Audi AG Motion to Dismiss on March 10, 2025. Dkt. 307; *see* Dkt. 292 (order granting Audi AG's unopposed motion for an extension of time).

3. On March 10, 2025, Plaintiffs also filed their Jurisdictional Discovery Motion as to Audi AG. Dkt. 322.

4. Audi AG's reply in further support of its Motion to Dismiss is due on April 9, 2025. Dkt. 292.

5. Pursuant to Local Rule 7.1(B), Audi AG's Opposition to the Jurisdictional Discovery Motion would be due on March 24, 2025.

6. Pursuant to Local Rule 7.1(C), Plaintiffs' Reply in further support of the Jurisdictional Discovery Motion would be due on April 7, 2025.

7. The Parties agree that the Audi AG Motion to Dismiss and the Jurisdictional Discovery Motion raise overlapping issues with respect to Audi AG's motion to dismiss for lack of personal jurisdiction. Accordingly, the Parties agree it would be most efficient for Audi AG to file its Reply in further support of

its Motion to Dismiss at the same time that it files its Response to the Jurisdictional Discovery Motion.

8. Thus, Plaintiffs request that Audi AG be permitted to file its Response to Plaintiffs' Jurisdictional Discovery Motion on **April 9, 2025**. This is the same day that Audi AG's Reply in further support of its Motion to Dismiss is due, and it represents only a 16-day extension of time for Audi AG's Response to the Jurisdictional Discovery Motion.

9. Because this extension would provide Audi AG extra time to respond to Plaintiffs' Jurisdictional Discovery Motion, the Parties agree that Plaintiffs should also receive extra time for their Reply.

10. Accordingly, Plaintiffs request that they be permitted to file their Reply in further support of their Jurisdictional Discovery Motion on **April 30, 2025**. This date represents only a 7-day extension of time from what Local Rule 7.1(C) would otherwise prescribe for Plaintiffs' Reply, based on a Response date of April 9, 2025 (*see supra* ¶ 8).

11. The Court has granted similar extensions with respect to motions for jurisdictional discovery as to the other non-U.S. defendants. Dkt. 296, 314.

Therefore, for good cause shown, Plaintiffs respectfully request that the Court (1) extend Audi AG's deadline to respond to Plaintiffs' Jurisdictional Discovery Motion until April 9, 2025; and (2) extend Plaintiffs' deadline to file a reply in support

of their Jurisdictional Discovery Motion until April 30, 2025. A proposed order granting this relief is attached.

Dated: March 18, 2025

*/s/ Roland Tellis*
Roland Tellis
rtellis@baronbudd.com
David Fernandes
dfernandes@baronbudd.com
Adam Tamburelli
atamburelli@baronbudd.com
Jay Lichter
jlichter@baronbudd.com
Sterling Cluff
scluff@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Blvd #1600
Encino, California 91436
Tel: (818) 839-2333

Respectfully submitted,

*/s/ Demet Basar*
Demet Basar
demet.basar@beasleyallen.com
W. Daniel "Dee" Miles, III
dee.miles@beasleyallen.com
J. Mitch Williams
mitch.williams@beasleyallen.com
Dylan T. Martin
dylan.martin@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Tel: (334) 269-2343

H. Clay Barnett, III (GA Bar 174058)
clay.barnett@beasleyallen.com
Thomas P. Willingham (GA Bar 235049)
tom.willingham@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Overlook II
2839 Paces Ferry Rd SE, Suite 400
Atlanta, GA 30339
Tel: (404) 751-1162

*/s/ James E. Cecchi*
James E. Cecchi
jcecchi@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700

Zachary Jacobs
zjacobs@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
222 South Riverside Plaza
Chicago, Illinois 60606
Tel: (973) 994-1700

Jason H. Alperstein
jalperstein@carellabyrne.com
Zachary J. Bower
zbower@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
2222 Ponce De Leon Blvd.
Miami, Florida 33134
Tel: (973) 994-1700

*/s/ Elizabeth T. Castillo*
Niall P. McCarthy
nmccarthy@cpmlegal.com
Elizabeth T. Castillo
ecastillo@cpmlegal.com
David G. Hollenberg
dhollenberg@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000

Theresa E. Vitale
tvitale@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
2716 Ocean Park Blvd., Suite 3088
Santa Monica, CA 90405
Tel: (310) 392-2008

5

| | |
|---|---|
| */s/ David Stellings* | */s/ Matthew D. Schultz* |
| David Stellings | Matthew D. Schultz |
| dstellings@lchb.com | mschultz@levinlaw.com |
| Michael J. Miarmi | William F. Cash |
| mmiarmi@lchb.com | bcash@levinlaw.com |
| Katherine I. McBride | **LEVIN, PAPANTONIO,** |
| kmcbride@lchb.com | **RAFFERTY, PROCTOR,** |
| Gabriel A. Panek | **BUCHANAN, O'BRIEN, BARR &** |
| gpanek@lchb.com | **MOUGEY, P.A.** |
| **LIEFF CABRASER HEIMANN &** | 316 S. Baylen St., Suite 600 |
| **BERNSTEIN, LLP** | Pensacola, FL 32502 |
| 250 Hudson Street, 8th Floor | Tel: (850) 435-7140 |
| New York, New York 10013-1413 | |
| Tel: (212) 355-9500 | |

Nimish R. Desai
ndesai@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: (415) 956-1000

*/s/ Kevin R. Dean*
Kevin R. Dean (GA Bar 214855)
kdean@motleyrice.com
Ann K. Ritter
aritter@motleyrice.com
Lance V. Oliver
loliver@motleyrice.com
Sara O. Couch
scouch@motleyrice.com
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000

***Leadership Committee for Plaintiffs and the Proposed Classes***

6

| | |
|---|---|
| */s/ Michael A. Caplan* | */s/ M.J. Blakely* |
| Michael A. Caplan (GA Bar 601039) | M.J. Blakely (GA Bar 708906) |
| mcaplan@caplancobb.com | mjblakely@blakelyfirm.com |
| T. Brandon Waddell (GA Bar 252639) | **THE BLAKELY FIRM, L.L.C.** |
| bwaddell@caplancobb.com | P.O. Box 3314 |
| Ashley C. Brown (GA Bar 287373) | Decatur, GA 30031 |
| abrown@caplancobb.com | Tel: (404) 491-0617 |
| **CAPLAN COBB LLC** | |
| 75 Fourteenth Street NE, Suite 2700 | |
| Atlanta, Georgia 30309 | |
| Tel: (404) 596-5600 | |

*Liaison Counsel for Plaintiffs and the Proposed Classes*

## **CERTIFICATION**

Pursuant to Civil Local Rule 7.1, the undersigned counsel certifies that this brief has been prepared with one of the font and point selections approved by the Court in Civil Local Rule 5.1.

*/s/ David Stellings*
David Stellings
