# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF BRIEFING DEADLINES WITH RESPECT TO PLAINTIFFS' MOTION FOR JURISDICTIONAL DISCOVERY AS TO DEFENDANT AUDI AG** |

Upon consideration of the Unopposed Motion for Extension of Briefing Deadlines with Respect to Plaintiffs' Motion for Jurisdictional Discovery as to Defendant Audi Aktiengesellschaft ("Audi AG") (the "Motion"), and for good cause shown, it is hereby ORDERED that Specially Appearing Defendant Audi AG shall file its Response to the Motion no later than April 9, 2025, and Plaintiffs shall file a reply in support of their Motion no later than April 30, 2025.

**SO ORDERED** this ___ day of March, 2025.

_____
Eleanor L. Ross
United States District Court
Northern District of Georgia

1