# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051<br>Case No. 1:22-md-03051-ELR |

**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT VOLKSWAGEN AKTIENGESELLSCHAFT'S MOTION TO DISMISS <u>PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT</u>**

i

I, James E. Cecchi, declare as follows:

1. I am an attorney at the law firm of Carella, Byrne, Cecchi, Brody & Agnello, P.C., and an attorney of record for Plaintiffs in this matter. I make this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendant Volkswagen Aktiengesellschaft's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint. I am licensed to practice law in New Jersey and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify competently thereto.

2. I have caused true and correct copies of the following exhibits to be filed concurrently with this declaration:

   a. Exhibit 1: July 22, 2022 Wall Street Journal article, entitled "VW America Chief Scott Keogh to Head New Scout Brand," *available at* https://www.wsj.com/articles/vw-america-chief-scott-keogh-to-head-new-scout-brand-11658250118 (last visited Apr. 4, 2025).

   a. Exhibit 2: Excerpts from 2023 Volkswagen Group Annual Report, *available at* https://www.volkswagen-group.com/en/publications/more/annual-report-2023-2671 (last visited Apr. 3, 2025).

   b. Exhibit 3: December 14, 2015 letter from Stephen R. Ross, Counsel for Volkswagen Group of America, Inc., Volkswagen AG, and Audi AG, *available at* https://www.congress.gov/114/meeting/house/104046/documents/HHRG-114-IF02-20151008-QFR005.pdf (last visited Apr. 4, 2025).

1

c.  Exhibit 4: November 19, 2024 Volkswagen Group Press Release, entitled "Management Change at Volkswagen Group of America," *available at* https://www.volkswagen-group.com/en/press-releases/management-change-at-volkswagen-group-of-america-18830 (last visited Apr. 4, 2025).

c.  Exhibit 5: Importer Agreement Between Volkswagen Aktiengesellschaft and Volkswagen of America, Inc.

d.  Exhibit 6: Excerpts from 2020 Volkswagen Group Annual Report, *available at* https://annualreport2020.volkswagenag.com/group-management-report/business-development/deliveries.html#:~:text=Volkswagen%20Group%20deliveries&text=The%20Volkswagen%20Group%20delivered%209%2C305%2C372,worldwide%20to%20contain%20its%20spread (last visited Apr. 4, 2025).

f.  Exhibit 7: Excerpts from 2019 Volkswagen Group Annual Report, *available at* https://annualreport2019.volkswagenag.com/ (last visited Apr. 4, 2025).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of April, 2025.

*/s/ James E. Cecchi*

2