# EXHIBIT 7



# Mobility for generations to come.

ANNUAL REPORT 2019

# Key Figures

**VOLKSWAGEN GROUP**

|  | 2019 | 2018 | % |
|---|---:|---:|---:|
| **Volume Data[1] in thousands** | | | |
| Deliveries to customers (units) | 10,975 | 10,834 | +1.3 |
| Vehicle sales (units) | 10,956 | 10,900 | +0.5 |
| Production (units) | 10,823 | 11,018 | −1.8 |
| Employees at Dec. 31 | 671.2 | 664.5 | +1.0 |
| **Financial Data (IFRSs), € million** | | | |
| Sales revenue | 252,632 | 235,849 | +7.1 |
| Operating result before special items | 19,296 | 17,104 | +12.8 |
| Operating return on sales before special items (%) | 7.6 | 7.3 | |
| Special items | −2,336 | −3,184 | −26.6 |
| Operating result | 16,960 | 13,920 | +21.8 |
| Operating return on sales (%) | 6.7 | 5.9 | |
| Earnings before tax | 18,356 | 15,643 | +17.3 |
| Return on sales before tax (%) | 7.3 | 6.6 | |
| Earnings after tax | 14,029 | 12,153 | +15.4 |
| **Automotive Division[2]** | | | |
| Total research and development costs | 14,306 | 13,640 | +4.9 |
| R&D ratio (%) | 6.7 | 6.8 | |
| Cash flows from operating activities | 30,733 | 18,531 | +65.8 |
| Cash flows from investing activities attributable to operating activities[3] | 19,898 | 18,837 | +5.6 |
| of which: capex | 14,007 | 13,218 | +6.0 |
| capex/sales revenue (%) | 6.6 | 6.6 | |
| Net cash flow | 10,835 | −306 | x |
| Net liquidity at Dec. 31 | 21,276 | 19,368 | +9.9 |
| Return on investment (ROI) in % | 11.2 | 11.0 | |
| **Financial Services Division** | | | |
| Return on equity before tax[4] (%) | 10.8 | 9.9 | |

**VOLKSWAGEN AG**

|  | 2019 | 2018 | % |
|---|---:|---:|---:|
| **Volume Data in thousands** | | | |
| Employees at Dec. 31 | 119.2 | 119.4 | −0.2 |
| **Financial Data (HGB), € million** | | | |
| Sales | 80,621 | 78,001 | +3.4 |
| Net income for the fiscal year | 4,958 | 4,620 | +7.3 |
| Dividends (€) | | | |
| per ordinary share | 6.50 | 4.80 | |
| per preferred share | 6.56 | 4.86 | |

1 Volume data including the unconsolidated Chinese joint ventures. These companies are accounted for using the equity method. Prior-year deliveries updated to reflect subsequent statistical trends.
2 Including allocation of consolidation adjustments between the Automotive and Financial Services divisions.
3 Excluding acquisition and disposal of equity investments: €19,182 (18,242) million.
4 Earnings before tax as a percentage of average equity.

This version of the annual report is a translation of the German original. The German takes precedence. All figures shown in the report are rounded, so minor discrepancies may arise from addition of these amounts. The figures from the previous fiscal year are shown in parentheses directly after the figures for the current reporting period.
Specified vehicle ranges correspond to results obtained through the Worldwide Harmonized Light vehicles Test Procedure (WLTP) on the chassis dynamometer. WLTP value ranges for series-produced vehicles may vary depending on the equipment. The actual range will deviate in practice depending on various other factors.

# Brands and Business Fields

The Volkswagen Group increased unit sales, sales revenue and profit in fiscal year 2019 amid a persistently challenging market environment. The diesel issue resulted in special items that had an adverse effect on profit.

**GROUP STRUCTURE**

The Volkswagen Group consists of two divisions: the Automotive Division and the Financial Services Division. The Automotive Division comprises the Passenger Cars, Commercial Vehicles and Power Engineering business areas. Activities of the Automotive Division comprise in particular the development of vehicles and engines, the production and sale of passenger cars, light commercial vehicles, trucks, buses and motorcycles, as well as genuine parts, large-bore diesel engines, turbomachinery, special gear units, propulsion components and testing systems businesses. Mobility solutions are gradually being added to the range. The Ducati brand is allocated to the Audi brand and thus to the Passenger Cars Business Area. The activities of the Financial Services Division comprise dealer and customer financing, vehicle leasing, direct banking and insurance activities, fleet management and mobility offerings.

**VOLKSWAGEN GROUP REPORTING STRUCTURE**

| AUTOMOTIVE DIVISION | | | FINANCIAL SERVICES DIVISION |
|---|---|---|---|
| **Passenger Cars Business Area** | **Commercial Vehicles Business Area** | **Power Engineering Business Area** | Dealer and customer financing |
| Volkswagen Passenger Cars | Scania Vehicles and Services | Power Engineering | Leasing |
| Audi | MAN Commercial Vehicles | | Direct bank |
| ŠKODA | | | Insurance |
| SEAT | | | Fleet management |
| Bentley | | | Mobility offerings |
| Porsche Automotive | | | |
| Volkswagen Commercial Vehicles | | | |
| Other | | | |

In this chapter, we present the key volume and financial data relating to the Group brands and to Volkswagen Financial Services. In light of the considerable importance of the development of business in the world's largest single market for the Volkswagen Group, we also report on business developments and the results of our activities in China in this chapter.

The production figures and deliveries to customers are differentiated by vehicle brand and their models that carry the corresponding brand logo. Unit sales figures contain vehicles sold by respective brand companies, including models of other Group brands. In some cases, there are marked differences between delivery figures and unit sales as a result of our business development in China.

### KEY FIGURES BY MARKET

The Volkswagen Group generated an operating profit before special items of €19.3 (17.1) billion in fiscal year 2019. Special items which resulted from the diesel issue weighed on the operating profit in the amount of €–2.3 (–3.2) billion.

Unit sales by the Volkswagen Group rose to 11.0 (10.9) million vehicles in 2019 – a new record despite a challenging and highly competitive market environment. Sales revenue rose by 7.1% to €252.6 billion.

At 4.9 million vehicles, unit sales in the Europe/Other markets region were up 2.5% compared with the previous year. Sales revenue increased to €154.0 (143.1) billion due to volume and mix effects.

In North America, we increased unit sales by 3.4% to 1.0 million vehicles. Sales revenue amounted to €43.4 (37.7) billion, primarily due to the increase in volumes as well as positive exchange rate effects.

In the markets of the South America region, we sold 0.6 million vehicles in the reporting year. This was 1.9% more than in the previous year. Despite unfavorable exchange rate trends, sales revenue improved by 8.6% to €11.3 billion due to positive mix effects.

In the Asia-Pacific region, the Volkswagen Group's unit sales – including those of the Chinese joint ventures – amounted to a total of 4.5 (4.6) million vehicles. At €44.0 (43.2) billion, sales revenue exceeded the prior-year level thanks to the improved mix and positive exchange rate effects. This figure does not include the sales revenue of our equity-accounted Chinese joint ventures.

Hedging transactions relating to sales revenue in foreign currency increased the sales revenue of the Volkswagen Group by €11 million in the reporting year. In the previous year, they increased sales revenue by €1.5 billion.

### KEY FIGURES BY BRAND AND BUSINESS FIELD

| Thousand vehicles/€ million | VEHICLE SALES | | SALES REVENUE | | OPERATING RESULT | |
|---|---:|---:|---:|---:|---:|---:|
| | **2019** | 2018 | **2019** | 2018 | **2019** | 2018 |
| Volkswagen Passenger Cars | 3,677 | 3,715 | 88,407 | 84,585 | 3,785 | 3,239 |
| Audi[1] | 1,200 | 1,467 | 55,680 | 59,248 | 4,509 | 4,705 |
| ŠKODA[1] | 1,062 | 957 | 19,806 | 17,293 | 1,660 | 1,377 |
| SEAT | 667 | 608 | 11,496 | 10,202 | 445 | 254 |
| Bentley | 12 | 10 | 2,092 | 1,548 | 65 | −288 |
| Porsche Automotive[2] | 277 | 253 | 26,060 | 23,668 | 4,210 | 4,110 |
| Volkswagen Commercial Vehicles | 456 | 469 | 11,473 | 11,875 | 510 | 780 |
| Scania Vehicles and Services[3] | 101 | 97 | 13,934 | 12,981 | 1,506 | 1,207 |
| MAN Commercial Vehicles | 143 | 137 | 12,663 | 12,104 | 402 | 332 |
| Power Engineering | – | – | 3,997 | 3,608 | 159 | 193 |
| VW China[4] | 4,048 | 4,101 | – | – | – | – |
| Other[5] | −685 | −912 | −30,931 | −34,029 | −917 | −1,418 |
| Volkswagen Financial Services | – | – | 37,957 | 32,764 | 2,960 | 2,612 |
| **Volkswagen Group before special items** | – | – | – | – | **19,296** | **17,104** |
| Special items | – | – | – | – | −2,336 | −3,184 |
| **Volkswagen Group** | **10,956** | **10,900** | **252,632** | **235,849** | **16,960** | **13,920** |
| Automotive Division[6] | 10,956 | 10,900 | 212,473 | 201,067 | 13,748 | 11,127 |
| of which: Passenger Cars Business Area[7] | 10,713 | 10,666 | 182,031 | 172,678 | 12,188 | 10,000 |
| Commercial Vehicles Business Area[7] | 243 | 234 | 26,444 | 24,781 | 1,653 | 1,191 |
| Power Engineering Business Area | – | – | 3,997 | 3,608 | −93 | −64 |
| Financial Services Division | – | – | 40,160 | 34,782 | 3,212 | 2,793 |

1  2019 in line with the reallocation of companies; the prior-year figures have not been adjusted.
2  Porsche (including Financial Services): sales revenue €28,518 (25,784) million, operating profit before special items €4,396 (4,291) million.
3  Scania (including Financial Services): sales revenue €14,391 (13,360) million, operating profit €1,648 (1,346) million.
4  The sales revenues and operating profits of the joint venture companies in China are not included in the figures for the Group.
   These Chinese companies are accounted for using the equity method and recorded a proportionate operating profit of €4,425 (4,627) million.
5  In operating profit, mainly intragroup items recognized in profit or loss, in particular from the elimination of intercompany profits; the figure includes depreciation and amortization of identifiable assets as part of purchase price allocation, as well as companies not allocated to the brands.
6  Including allocation of consolidation adjustments between the Automotive and Financial Services divisions.
7  The Volkswagen Commercial Vehicles brand has been reported as part of the Passenger Cars Business Area since January 1, 2019. The prior-year figures have been adjusted.

### KEY FIGURES BY MARKET

| Thousand vehicles/€ million | VEHICLE SALES | | SALES REVENUE | |
|---|---:|---:|---:|---:|
| | **2019** | 2018 | **2019** | 2018 |
| Europe/Other markets | 4,856 | 4,739 | 153,999 | 143,089 |
| North America | 956 | 925 | 43,351 | 37,656 |
| South America | 607 | 596 | 11,297 | 10,405 |
| Asia-Pacific[1] | 4,538 | 4,640 | 43,974 | 43,166 |
| Hedges on sales revenue | – | – | 11 | 1,535 |
| **Volkswagen Group[1]** | **10,956** | **10,900** | **252,632** | **235,849** |

1  The sales revenue of the joint venture companies in China is not included in the figures for the Group and the Asia-Pacific market.