# EXHIBIT A

**Shortnacy, Michael (SHB)**

| | |
|---|---|
| **From:** | Stellings, David S. <DSTELLINGS@lchb.com> |
| **Sent:** | Friday, April 11, 2025 11:51 AM |
| **To:** | Shortnacy, Michael (SHB) |
| **Subject:** | Re: [EXT] In re ARC - Unopposed Motion to Extend VW Germany Briefing |
| **Attachments:** | image002.jpg |

EXTERNAL

Yes you have our permission to file as unopposed. Thanks.

David Stellings
Lieff, Cabraser,
 Heimann & Bernstein
250 Hudson Street
8th floor
NY, NY 10013
212-355-9500

On Apr 11, 2025, at 2:30 PM, Shortnacy, Michael (SHB) <mshortnacy@shb.com> wrote:


David,

As discussed, attached is a proposed unopposed motion which synchs and structures VW Aktiengesellschaft's time to respond to Plaintiffs' motion for jurisdictional discovery to align with VW AG's reply on the MTD, and to provide additional time for Plaintiffs' reply on the jurisdictional motion.  This agreement is consistent with the ones for BMW AG, Porsche AG, and Audi AG, all of which were also granted by Judge Ross.

Please let us know if we may file this motion, seeking relief on Plaintiffs' behalf as well, as unopposed.

Thank you,

Michael


Michael B. Shortnacy
Partner
Shook, Hardy & Bacon L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T: 424-324-3494 | mshortnacy@shb.com <mailto:mshortnacy@shb.com>


<https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.shb.com%2F&data=05%7C02%7Cmshortnacy%40shb.com%7C1c13f7831b7d42798dc508dd7929e03c%7Cbe5e27659ab444899e76ab9030adfbf%7C1%7C0%7C638799943011584526%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=33iGBvIfMRuVwKEWk6iZK5x9nnZ4rx5ZlU2xr6Fur0k%3D&reserved=0>

1

<image002.jpg>

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.
<In re ARC - Unopposed Motion to Extend VW Germany Briefing.docx>


This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.