# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross<br><br>**ORDER GRANTING IN PART AND DENYING IN PART UNOPPOSED MOTION FOR EXTENSION OF BRIEFING DEADLINES WITH RESPECT TO PLAINTIFFS' MOTION FOR JURISDICTIONAL DISCOVERY AS TO DEFENDANT VOLKSWAGEN ATKIENGESELLSCAHFT** |

Upon consideration of the Unopposed Motion for Extension of Briefing Deadlines with Respect to Plaintiffs' Motion for Jurisdictional Discovery as to Defendant Volkswagen Aktiengesellschaft ("VW Germany") (the "Motion"), and for good cause shown, it is hereby ORDERED that Specially Appearing Defendant VW Germany shall file its Response to the Motion no later than May 2, 2025, and Plaintiffs shall file a reply in support of their Motion no later than May 16, 2025.

**SO ORDERED** this 14th day of April, 2025.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Court
Northern District of Georgia