UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>All Cases | Case No. 1:22-md-03051-ELR<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION** |

The undersigned, one of the attorneys representing Plaintiffs in the above-captioned matter, has changed firms. Counsel's new contact information is as follows:

Robert K. Shelquist
CUNEO GILBERT & LaDUCA, LLP
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN  55416
Email: rshelquist@cuneolaw.com
Phone: 612-254-7288

Dated: May 2, 2025              **CUNEO GILBERT & LaDUCA, LLP**

                                       By:  s/ Robert K. Shelquist
                                              Robert K. Shelquist, *Pro Hac Vice*
                                              5775 Wayzata Blvd., Suite 620
                                              St. Louis Park, MN  55416
                                              rshelquist@cuneolaw.com
                                              Phone: 612-254-7288

                                        ***Counsel for Plaintiffs***