# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-md-03051-ELR<br><br>MDL No. 3051<br><br>**NOTICE OF COMPLETION OF BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS** |

Plaintiffs write to inform the Court that all pending motions to dismiss in this case are now fully briefed. All Defendants, including the foreign Defendants served under the Hague Convention, have moved to dismiss. The domestic Defendants' Rule 12(b)(6) motions have been fully briefed since February 16, 2024. Briefing on the foreign Defendants' Rule 12(b)(2) and 12(b)(6) motions was completed on May 2, 2025. Additionally, briefing on Plaintiffs' related motions for jurisdictional discovery was completed on May 16, 2025.

Discovery has been stayed for nearly two years since Plaintiffs filed their consolidated complaint. *See* NDGa L.R. 26.2(A); Dkt. 91, at 2. In the meantime, many Plaintiffs and likely millions of putative Class Members continue to own vehicles that, according to the country's auto safety regulator, "pose[] an unreasonable risk of serious injury or death to vehicle occupants." Dkt. 267, at 2 (quoting Dkt. 267-1, at 63,474). Plaintiffs are eager to pursue their claims and

obtain relief for themselves and the Class. To that end, we remain available to address the pending motions at oral argument or to participate in a status conference so the parties can discuss next steps in these proceedings, including potentially lifting the stay of discovery.

Dated: May 20, 2025

/s/ Roland Tellis
Roland Tellis
rtellis@baronbudd.com
David Fernandes
dfernandes@baronbudd.com
Adam Tamburelli
atamburelli@baronbudd.com
Jay Lichter
jlichter@baronbudd.com
Sterling Cluff
scluff@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Blvd #1600
Encino, California 91436
Tel: (818) 839-2333

Respectfully submitted,

/s/ Demet Basar
Demet Basar
demet.basar@beasleyallen.com
W. Daniel "Dee" Miles, III
dee.miles@beasleyallen.com
J. Mitch Williams
mitch.williams@beasleyallen.com
Dylan T. Martin
dylan.martin@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Tel: (334) 269-2343

H. Clay Barnett, III (GA Bar 174058)
clay.barnett@beasleyallen.com
Thomas P. Willingham (GA Bar 235049)
tom.willingham@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Overlook II
2839 Paces Ferry Rd SE, Suite 400
Atlanta, GA 30339
Tel: (404) 751-1162

<table>
<tr><td>

*/s/ James E. Cecchi*
James E. Cecchi
jcecchi@carellabyrne.com
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700

Zachary Jacobs
zjacobs@carellabyrne.com
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
222 South Riverside Plaza
Chicago, Illinois 60606
Tel: (973) 994-1700

Jason H. Alperstein
jalperstein@carellabyrne.com
Zachary J. Bower
zbower@carellabyrne.com
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
2222 Ponce De Leon Blvd.
Miami, Florida 33134
Tel: (973) 994-1700

</td><td>

*/s/ Elizabeth T. Castillo*
Niall P. McCarthy
nmccarthy@cpmlegal.com
Elizabeth T. Castillo
ecastillo@cpmlegal.com
David G. Hollenberg
dhollenberg@cpmlegal.com
**COTCHETT, PITRE &
McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000

Theresa E. Vitale
tvitale@cpmlegal.com
**COTCHETT, PITRE &
McCARTHY, LLP**
2716 Ocean Park Blvd., Suite 3088
Santa Monica, CA 90405
Tel: (310) 392-2008

</td></tr>
</table>

*/s/ David Stellings*
David Stellings
dstellings@lchb.com
Michael J. Miarmi
mmiarmi@lchb.com
Katherine I. McBride
kmcbride@lchb.com
Gabriel A. Panek
gpanek@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Tel: (212) 355-9500

Nimish R. Desai
ndesai@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: (415) 956-1000

*/s/ Kevin R. Dean*
Kevin R. Dean (GA Bar 214855)
kdean@motleyrice.com
Ann K. Ritter
aritter@motleyrice.com
Lance V. Oliver
loliver@motleyrice.com
Sara O. Couch
scouch@motleyrice.com
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000

*/s/ Matthew D. Schultz*
Matthew D. Schultz
mschultz@levinlaw.com
William F. Cash
bcash@levinlaw.com
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140

*Leadership Committee for Plaintiffs and the Proposed Classes*

*/s/ Michael A. Caplan*  
Michael A. Caplan (GA Bar 601039)  
mcaplan@caplancobb.com  
T. Brandon Waddell (GA Bar 252639)  
bwaddell@caplancobb.com  
Ashley C. Brown (GA Bar 287373)  
abrown@caplancobb.com  
**CAPLAN COBB LLC**  
75 Fourteenth Street NE, Suite 2700  
Atlanta, Georgia 30309  
Tel: (404) 596-5600  

*/s/ M.J. Blakely*  
M.J. Blakely (GA Bar 708906)  
mjblakely@blakelyfirm.com  
**THE BLAKELY FIRM, L.L.C.**  
P.O. Box 3314  
Decatur, GA 30031  
Tel: (404) 491-0617  

*Liaison Counsel for Plaintiffs and the Proposed Classes*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed with the clerk's office by this Court's CM/ECF system, which will serve a true and correct copy of the same upon all counsel of record.

This 20th day of May, 2025.

>              */s/ David Stellings*
>              David Stellings
>
>              *Counsel for Plaintiffs and the Proposed Classes*