AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

In re: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION )
)
*Plaintiff* )
v. ) Case No. 1:22-md-03051-ELR
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Autoliv, Inc. and Autoliv ASP, Inc.                                                                            .

Date:   06/16/2025                                                             /s/ Charles L. McCloud
                                                                                                    *Attorney's signature*

                                                                          Charles L. McCloud (DC Bar 1012047)
                                                                                            *Printed name and bar number*

                                                                                              Williams & Connolly LLP
                                                                                                680 Maine Avenue SW
                                                                                                Washington, DC 20024
                                                                                                            *Address*

                                                                                                    lmccloud@wc.com
                                                                                                     *E-mail address*

                                                                                                    (202) 434-5998
                                                                                                   *Telephone number*

                                                                                                    (202) 434-5029
                                                                                                      *FAX number*