# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCT LIABILITY LITIGATION | MDL No. 3051<br>ALL CASES<br><br>Case No. 1:22-md-03051-ELR |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR
## TOYODA GOSEI NORTH AMERICA CORPORATION

TO:   Clerk, U.S. District Court
      All Persons of ECF Service List

PLEASE TAKE NOTICE that the undersigned counsel hereby withdraws her appearance on behalf of Defendant Toyoda Gosei North America Corporation in the above-captioned matter. Defendant Toyoda Gosei North America Corporation will continue to be represented by Joseph C. Weinstein, Roger M. Gold, and Dara D. Mann of Squire Patton Boggs (US) LLP.

Dated: August 14, 2025

*/s/ Deborah Lempogo*
Deborah Lempogo
Georgia Bar No. 277943
Squire Patton Boggs (US) LLP
1230 Peachtree Street NE, Suite 2200
Atlanta, GA 30309
Telephone: (678) 272-3222
Facsimile: (678) 272-3211
Email: deborah.lempogo@squirepb.com

*Counsel for Toyoda Gosei North America Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                          */s/ Deborah Lempogo*
                                          Deborah Lempogo