AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

|  |  |  |
|---|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case No. 1:22-md-03051-ELR |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Lisa and Jimmy Mann, Aaron Jophlin, Terre Bohman, Ronald Wolf, Latricia Ford, Cortney Driggers, Whitney Harrelson, Patricia Mobley, Ryan Charles Clark, Preshawn Long, Elizabeth Underwood, Bobby White, Ryan Taylor, Sheila Hall, Megan Young and Rosalind Hudson-Battie.

Date: 09/18/2025

/s/Marlon Kimpson
*Attorney's signature*

Marlon Kimpson, Esq.(Fed I.D. 17042)
*Printed name and bar number*

Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
*Address*

mkimpson@motleyrice.com
*E-mail address*

(843) 216-9000
*Telephone number*

(843) 216-9450
*FAX number*