# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCT LIABILITY LITIGATION | MDL No. 3051<br>Case No. 1:22-md-3051-ELR<br><br>Hon. Eleanor L. Ross |

## NOTICE OF WITHDRAWAL

To:  Clerk, U.S. District Court
     All Persons on the ECF Service List

Please take notice pursuant to Local Rule 83.1(E)(4) that the undersigned counsel will be retiring from Sidley Austin LLP at the end of 2025 and so is withdrawing his appearance on behalf of Defendants Hyundai Motor America, Hyundai Motor Company, Kia America, Inc., and Kia Corporation. These Defendants will continue to be represented by other counsel from Sidley, Bowman and Brooke, Dykema Gossett, PLLC-MI, and Nelson Mullins Riley & Scarborough LLP.

Dated: December 29, 2025              Respectfully submitted,

                                      /s/ Eric S. Mattson

                                      Eric S. Mattson
                                      Sidley Austin LLP

One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
emattson@sidley.com

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing document has been prepared with Times New Roman 14-point font, one of the font and point selections approved by Local Rule 5.1.

        */s/ Eric S. Mattson*

## **CERTIFICATE OF SERVICE**

I certify that on December 29, 2025, a copy of the foregoing document was served electronically through the Court's electronic filing system on all parties appearing on the Court's ECF service list.

                                                          */s/ Eric S. Mattson*