AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia  🔽

In re ARC AIRBAG INFLATORS PROD. LIAB. LITIG.    )
      *Plaintiff*        )
      v.          )  Case No. 1:22-md-03051-ELR
               )
      *Defendant*     )

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hyundai Motor Company; Hyundai Motor America; Kia Corporation; Kia America, Inc.     .

Date:  05/13/2026

                  /s/ Michael L. Kidney
                   *Attorney's signature*

             Michael L. Kidney (D.C. 429093)
              *Printed name and bar number*

               Hogan Lovells US LLP
             555 Thirteenth Street, NW
              Washington, D.C. 20004
                    *Address*

           michael.kidney@hoganlovells.com
                 *E-mail address*

               (202) 637-5883
               *Telephone number*

               (202) 637-5910
                *FAX number*