# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCT LIABILITY LITIGATION<br><br>ALL CASES | MDL No. 3051<br>Case No. 1:22-md-3051-ELR<br><br>Hon. Eleanor L. Ross<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

In accordance with Rule 83.1 of the Local Rules of this Court, please take notice that Defendants Hyundai Motor America, Hyundai Motor Company, Kia America, Inc., and Kia Corporation have retained the firm of Hogan Lovells US LLP, which is substituting in as co-counsel of record for the firm Sidley Austin LLP in this matter. These Defendants also will continue to be represented by counsel from Bowman and Brooke; Dykema Gossett, PLLC-MI; and Nelson Mullins Riley & Scarborough LLP.

Contact information for substitution counsel is set forth in his previously filed Notice of Appearance at Docket No. 345, and is as follows:

**Michael L. Kidney (DC 429093)**
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: 202.637.5910
Email: michael.kidney@hoganlovells.com

The following counsel from Sidley Austin LLP may be removed as counsel of record for Defendants Hyundai Motor Company; Hyundai Motor America; Kia Corporation; and Kia America, Inc.:

1

**Kendra Stead (IL 6308170)**
**Ankur Shingal[1] (IL 6343600)**
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: kstead@sidley.com

**Ellyce R. Cooper (CA 204453)**
Sidley Austin LLP
1999 Avenue of the Starts 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9522
Facsimile: (310) 595-9501
Email: ecooper@sidley.com

Dated: May 14, 2026                    Respectfully submitted,

                                       */s/ Kendra Stead*

                                       Kendra Stead (IL 6308170)
                                       Sidley Austin LLP
                                       One South Dearborn St.
                                       Chicago, IL 60603
                                       Telephone: (312) 853-7000
                                       Facsimile: (312) 853-7036
                                       kstead@sidley.com

---

[1] Please note that Ankur Shingal recently took on new employment and is no longer affiliated with Sidley Austin LLP.

2

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing document has been prepared with Times New Roman 14-point font, one of the font and point selections approved by Local Rule 5.1.

_/s/ Kendra Stead_

## CERTIFICATE OF SERVICE

I certify that on May 14, 2026 a copy of the foregoing document was served

electronically through the Court's electronic filing system on all parties appearing

on the Court's ECF service list.


                                    _/s/ Kendra Stead_____