**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 3051 Case No. 1:22-MD-03051-TWT |
| ALL CASES | Hon. Thomas W. Thrash Jr. |

<u>**NOTICE OF CHANGE OF FIRM NAME**</u>

TO THE COURT AND ALL ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that effective immediately the law firm of Spector Roseman & Kodroff, P.C. has changed its name to Spector Caldes & Corrigan, PC. The firm's address, telephone number, and fax number remain unchanged. The firm's email domain has changed from @srkattorneys.com to @scc.law. Counsel respectfully requests that the Court and all parties update their records accordingly.

DATED: July 6, 2026

/s/  *William G. Caldes*
William G. Caldes
Jeffrey L. Spector
**SPECTOR CALDES & CORRIGAN, PC**
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel:  (215) 496-0300
Fax:  (215) 496-6611
bcaldes@scc.law
jspector@scc.law

*Attorneys for Plaintiff Earl Wilson*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of July 2026, a true and correct copy of NOTICE OF CHANGE OF FIRM NAME was filed with the Court and served on all parties to this action via the CM/ECF.


DATED: July 6, 2026                          /s/       *William G. Caldes*