**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: ARC AIRBAG INFLATORS PRODUCT LIABILITY LITIGATION

ALL CASES

MDL No. 3051
Case No. 1:22-md-3051-TWT

Hon. Thomas W. Thrash, Jr.

**NOTICE OF FIRM NAME CHANGE AND UPDATED CONTACT INFORMATION**

# NOTICE OF FIRM NAME CHANGE AND UPDATED CONTACT INFORMATION

PLEASE TAKE NOTICE of a law firm name change and updated contact information for the following counsel for Defendants Hyundai Motor America, Hyundai Motor Company, Kia America, Inc., and Kia Corporation:

**Michael L. Kidney (DC 429093)**
Hogan Lovells Cadwalader US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
Email: michael.kidney@hlc.com

Dated: September 22, 2026

Respectfully submitted,

*/s/ Michael L. Kidney*

**Michael L. Kidney (DC 429093)**
Hogan Lovells Cadwalader US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
Email: michael.kidney@hlc.com

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing document has been prepared with Times New Roman font and 14-point font size, one of the font and point selections approved by Local Rule 5.1(C).

*/s/ Michael L. Kidney*

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2026, a copy of the foregoing document was served electronically through the Court's electronic filing system on all parties appearing on the Court's ECF service list.

*/s/ Michael L. Kidney*