AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

In re ARC AIRBAG INFLATORS PROD. LIAB. LITIG.
*Plaintiff*
v.

*Defendant*

Case No. 1:22-md-03051-TWT

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hyundai Motor Company; Hyundai Motor America; Kia Corporation; Kia America, Inc. .

Date: 09/23/2026


/s/ Trent Sterneck
*Attorney's signature*

Trent Sterneck (DC 1742021)
*Printed name and bar number*

Hogan Lovells Cadwalader US LLP
555 Thirteenth Street NW
Washington, DC 20004
*Address*

trent.sterneck@hlc.com
*E-mail address*

(202) 637-4855
*Telephone number*

(202) 637-5910
*FAX number*