Summary of Ruling[1]

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| Nationwide | VII.1 | Fraud (Georgia Law): Omission/Concealment | Automakers | |
| | | | Ab Supplier | Dismissed |
| | | | ARC | |
| | | Fraud (Common Law): Omission/Concealment | All Defs. | Dismissed |
| | VII.2 | Unjust Enrichment (Georgia Law) | Automakers | |
| | | | | |
| Alabama | VIII.1(a) | Express Warranty Breach (Ala. Code §§ 7-2-313, 7-2A-210) | Automakers | Dismissed |
| | 1(b) | Implied Warranty Breach (Ala. Code §§ 7-2-314, 7-2A-212) | Automakers | Dismissed |
| | 1(c) | Alabama DTPA (Ala. Code § 8-19-1, *et seq.*) | All Defs. | Dismissed |
| | 1(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab Supplier | Dismissed |
| | | | ARC | |
| | 1(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Alaska | VIII.2(a) | Express Warranty Breach (Alaska Stat. Ann. §§ 45.02.313, 45.12.210) | Automakers | Dismissed |

[1] These charts encapsulate the Court's rulings on the numerous pending motions to dismiss and is provided to streamline review of the numerous Court rulings: These charts are intended to restate the rulings made in the Court's order. To the extent that a ruling reflected in this chart is inconsistent with the ruling contained in the order, the chart's entry should be viewed as an unintended scrivener's error. Further, unless specified otherwise, the dismissals noted here are with prejudice.

[2] The Court employs the following abbreviations: Consumer Fraud Act (CFA); Consumer Protection Act (CPA); Deceptive Trade Practices Act (DTPA); Unfair Trade Practices Act (UTPA).

[3] A blank space in the "Disposition" column indicates that the claim is still live as to that particular Defendant; either the relevant Defendant did not move for dismissal of such a claim, or its motion was denied.

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| | 2(b) | Implied Warranty Breach (Alaska Stat. Ann. §§ 455.02.314, 44.12.212) | Automakers | |
| | 2(c) | Unfair Trade Practices & Consumer Protection Act (Alaska Stat. Ann. § 45.503471, *et seq.*) | All Defs. | |
| | 2(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab Supplier | Dismiss |
| | | | ARC | |
| | 2(e) | Unjust Enrichment | Automakers | |
| | | | | |
| Arizona | VIII.3(a) | Express Warranty Breach (Ariz. Rev. Stat. Ann. §§ 47.2313, 47-2A210) | Automakers | Dismissed |
| | 3(b) | Implied Warranty Breach (Ariz. Rev. Stat. Ann. § 44-1521, *et seq.*) | Automakers | Dismissed |
| | 3(c) | Arizona CFA (Ariz. Rev. Stat. Ann. § 44-1521, *et seq.*) | Automakers | Dismissed |
| | | | Ab Supplier | |
| | | | ARC | |
| | 3(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab Supplier | Dismissed |
| | | | ARC | |
| | 3(e) | Unjust Enrichment | Automakers | |
| | | | | |
| Arkansas | VIII.4(a) | Express Warranty Breach (Ark. Code Ann. §§ 4-2-313, 4-2A-210) | Automakers | Dismissed |
| | 4(b) | Implied Warranty Breach (Ark. Code Ann. §§ 4-2-314, 4-2A-212) | Automakers | |
| | 4(c) | Arkansas DTPA (Ark. Code Ann. § 4-88-101, *et seq.*) | Automakers | Dismissed |
| | | | Ab Supplier | Dismissed |
| | | | ARC | |
| | 4(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab Supplier | Dismissed |
| | | | ARC | Dismissed |
| | 4(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| California | VIII.5(a) | Express Warranty Breach | Automakers | Dismissed |

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| | | (Cal. Com. Code §§ 2313, 10210) | | |
| | 5(b) | Implied Warranty Breach (Cal. Com. Code §§ 2314 & 10212) | Automakers | Dismissed |
| | 5(c) | Implied Warranty Breach (Song-Beverly Act, Cal. Civ. Code § 1790, *et seq.*) | Automakers | |
| | 5(d) | Consumer Legal Remedies Act (Cal. Civ. Code §§ 1750, *et seq.*) | Automakers | |
| | | | Ab Supplier | |
| | | | ARC | |
| | 5(e) | California False Advertising Law (Cal. Bus. & Prof. Code § 17500, *et seq.*) | Automakers | |
| | 5(f) | Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, *et seq.*) | | |
| | 5(g) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab Supplier | |
| | | | ARC | |
| | 5(h) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Colorado | VIII.6(a) | Express Warranty Breach (Colo. Rev. Stat. §§ 4-2-313 & 4-2.5-210) | Automakers | Dismissed |
| | 6(b) | Implied Warranty Breach (Colo. Rev. Stat. §§ 4-2-314 & 4-2.5-212) | Automakers | |
| | 6(c) | Colorado CPA (Colo. Rev. Stat. § 6-1-101, *et seq.*) | Automakers | |
| | | | Ab Supplier | Dismissed |
| | | | ARC | |
| | 6(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab Supplier | Dismissed |
| | | | ARC | |
| | 6(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Connecticut | VIII.7(a) | Express Warranty Breach (Conn. Gen. Stat. Ann. §§ 42A-2-313 and 42a-2A-503) | Automakers | Dismissed |

| Claims by State | | | | |
|---|---|---|---|---|
| **State** | **SAC §** | **Claim/Cause of Action[2]** | **Defendant** | **Disposition[3]** |
| | 7(b) | Implied Warranty (Merchantability) Breach (Conn. Gen. Stat. §§ 42a-2-314 & 42a-2a-504) | Automakers | Dismissed |
| | 7(c) | Connecticut UTPA (Conn. Gen. Stat. Ann. § 42-110a, *et seq.*) | Automakers | |
| | | | Ab Supplier | Dismissed |
| | | | ARC | Partially Dismissed[4] |
| | 7(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab Supplier | Dismissed |
| | | | ARC | |
| | 7(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Delaware | VIII.8(a) | Express Warranty Breach (6 Del. Code §§ 2-313 & 2A-210) | Automakers | Dismissed |
| | 8(b) | Implied Warranty Breach (6 Del. Code §§ 2-314 & 2A-212) | Automakers | |
| | 8(c) | Delaware CFA (6 Del. Code §§ 2511, *et seq.*) | Automakers | |
| | | | Ab Supplier | Dismissed |
| | | | ARC | |
| | 8(d) | Delaware DTPA (6 Del. Code § 2531, *et seq.*) | Automakers | |
| | | | Ab Supplier | Dismissed |
| | | | ARC | |
| | 8(e) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab Supplier | Dismissed |
| | | | ARC | |
| | 8(f) | Unjust Enrichment | Automakers | |
| | | | | |
| District of Columbia | VIII.9(a) | Express Warranty Breach (DC Stat. §§ 28:2-313 & 28:2A-210) | Automakers | Dismissed |
| | 9(b) | Implied Warranty Breach (DC Stat §§ 28:2-314 & 28:2A-212) | Automakers | |
| | 9(c) | D.C. Consumer Protection Procedures Act (DC Stat §§ 28-3901, *et seq.*) | All Defs. | |
| | 9(d) | Fraud: Omission/Concealment | Automakers | |

[4] As to the claim of Komoroski.

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| | | | Ab Supplier | Dismissed |
| | | | ARC | |
| | 9(e) | Unjust Enrichment | Automakers | |
| | | | | |
| Florida | VIII.10(a) | Express Warranty Breach (Fla. Stat. §§ 672.313 & 680.21) | Automakers | Dismissed |
| | 10(b) | Implied Warranty (Merchantability) Breach (Fla. Stat. §§ 672.314 & 680.212) | Automakers | Dismissed |
| | 10(c) | Florida Deceptive & Unfair Trade Practices Act (Fla. Stat. § 501.201, *et seq.*) | All Defs. | |
| | 10(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab Supplier | Dismissed |
| | | | ARC | |
| | 10(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Georgia | VIII.11(a) | Express Warranty Breach (O.C.G.A. §§ 11-2-313 & 11-2A-210) | Automakers | Dismissed |
| | 11(b) | Implied Warranty Breach (O.C.G.A. §§ 11-2-314 & 11-2A-212) | Automakers | Partially Dismissed[5] |
| | 11(c) | Georgia Uniform DTPA (O.C.G.A. §§ 10-1-370, *et seq.*) | All Defs | Dismissed |
| | 11(d) | Georgia Fair Business Practices Act (O.C.G.A. § 10-1-390, *et seq.*) | All Defs. | Dismissed |
| | 11(e) | Fraud: Omission/Concealment | Automaker | Partially Dismissed[6] |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 11(f) | Unjust Enrichment | Automakers | Dismissed |

[5] This claim is dismissed to the extent asserted by Plaintiffs who did not buy or lease their Class Vehicles from an Automaker-authorized dealer.

[6] As to Plaintiffs who acquired used Class Vehicles from a source unaffiliated with the Automakers.

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| | | | | |
| Hawaii | VIII.12(a) | Express Warranty Breach (Haw. Rev. Stat. §§ 490:2-313 & 490:2A-210) | Automakers | Dismissed |
| | 12(b) | Implied Warranty Breach (Haw. Rev. Stat. §§ 490:2-314 & 490:2A-212) | Automakers | |
| | 12(c) | Unfair & Deceptive Acts ((Haw. Rev. Stat. §§ 480, *et seq.*) | All Defs. | |
| | 12(d) | Fraud: Omission/Concealment | Automaker | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 12(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Idaho | VIII.13(a) | Express Warranty Breach (Idaho Code §§ 28-2-314 & 28-12-212) | Automakers | Dismissed |
| | 13(b) | Implied Warranty Breach (Idaho Code §§ 28-2-314 & 28-12-212) | Automakers | Dismissed |
| | 13(c) | Idaho CPA (Idaho Code § 48-601, *et seq.*) | Automaker | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | Partially Dismissed[7] |
| | 13(d) | Fraud: Omission/Concealment | Automaker | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 13(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Illinois | VIII.14(a) | Express Warranty Breach (810 Ill. Comp. Stat. 5/2-313 & 5/2A-210) | Automakers | Dismissed |
| | 14(b) | Implied Warranty Breach (810 Ill. Comp. Stat. 5/2-314 & 5/2A-212) | Automakers | Dismissed |
| | 14(c) | Illinois Consumer Fraud and Deceptive Business Practices | Automaker | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |

[7] As to the Sorenson claim.

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| | | Act (815 Ill. Comp. Stat. 505/1, *et seq.*) | | |
| | 14(d) | Illinois Uniform DTPA (815 Ill. Comp. Stat. 510/1, *et seq.*) | Automaker | |
| | | | Ab. Supplier | |
| | | | ARC | |
| | 14(e) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 14(f) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Indiana | VIII.15(a) | Express Warranty Breach (Ind. Code §§ 26-1-2-313, 26-1-2.1-210) | Automakers | Dismissed |
| | 15(b) | Implied Warranty Breach (Ind. Code §§ 26-1-2-314, 26-1-2.1-212) | Automakers | |
| | 15(c) | Indiana Deceptive Consumer Sales Act (Ind. Code § 24-5-0.5-1, *et seq.*) | All Defs. | |
| | 15(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 15(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Iowa | VIII.16(a) | Express Warranty Breach (Iowa Code §§ 554.2313 & 554.13210) | Automakers | Dismissed |
| | 16(b) | Implied Warranty Breach (Iowa Code §§ 554.2314 & 554.13212) | Automakers | Dismissed |
| | 16(c) | Iowa CFA (Iowa Code § 714h.1, *et seq.*) | All Defs. | |
| | 16(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | |
| | | | ARC | |
| | 16(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Kansas | VIII.17(a) | Express Warranty Breach (Kan. Stat. Ann. §§ 84-2-313 & 84-2A-210) | Automakers | Dismissed |

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| | 17(b) | Implied Warranty Breach (Kan. Stat. Ann. §§ 84-2-314, 84-2A-212) | Automakers | |
| | 17(c) | Kansas Consumer Credit and Protection Act (Kan. Stat. Ann. § 50-623, *et seq.*) | Automaker | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 17(d) | Fraud: Omission/Concealment | Automaker | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 17(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| **Kentucky** | VIII.18(a) | Express Warranty Breach (Ky. Rev. Stat. §§ 335.2-313 & 355.2A-210) | Automakers | Dismissed |
| | 18(b) | Implied Warranty Breach (Ky. Rev. Stat. §§ 335.2-314, 355.2A-212) | Automakers | Dismissed |
| | 18(c) | Kentucky CPA (Ky. Rev. Stat. § 367.110, *et seq.*) | Automakers | |
| | | | Ab. Supplier | |
| | | | ARC | Partially Dismissed[8] |
| | 18(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 18(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| **Louisiana** | VIII.19(a) | Implied Warranty Breach (La. Civ. Code Art. 2520, 2524) | Automakers | |
| | 19(b) | Louisiana Unfair Trade Practices & Consumer Protection Law (La. Rev. Stat. § 51:1401, *et seq.*) | All Defs. | |
| | 19(c) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 19(d) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |

[8] As to Barber's claim.

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| Maine | VIII.20(a) | Express Warranty Breach (Me. Rev. Stat. Tit. 11 §§ 2-313 & 2-1210) | Automakers | Dismissed |
| | 20(b) | Implied Warranty Breach (Me. Rev. Stat. Tit. 11 §§ 2-314 & 2-1212) | Automakers | |
| | 20(c) | Maine UTPA (Me. Rev. Stat. Ann. Tit. 5 § 205-a, *et seq.*) | All Defs. | |
| | 20(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 20(e) | Unjust Enrichment | Automakers | |
| | | | | |
| Maryland | VIII.21(a) | Express Warranty Breach ((Md. Code Com. Law §§ 2-313 & 2A-210)) | Automakers | Dismissed |
| | 21(b) | Implied Warranty Breach (Md. Code Com. Law §§ 2-314 & 2A-212) | Automakers | |
| | 21(c) | Maryland CPA (Md. Code, Com. Law, § 13-101, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 21(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 21(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Mass. | VIII.22(a) | Express Warranty Breach (Mass. Gen Laws ch. 106, §§ 2-313 & 2A-210) | Automakers | Dismissed |
| | 22(b) | Implied Warranty Breach (Mass. Gen. Laws ch. 106, §§ 2-314 & 2A-212) | Automakers | |
| | 22(c) | Mass. Deceptive Acts or Practices Law (Mass. Gen. Laws ch. 93a, § 1, *et seq.*) | All Defs. | |
| | 22(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 22(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| Michigan | VIII.23(a) | Express Warranty Breach (Mich. Comp. Laws §§ 440.2313 & 440.2860) | Automakers | Dismissed |
| | 23(b) | Implied Warranty Breach (Mich. Comp. Laws §§ 440.2314, 440.2862) | Automakers | Dismissed |
| | 23(c) | Michigan CPA (Mich. Comp. Laws § 445.901, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | Partially Dismissed[9] |
| | 23(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 23(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Minnesota | VIII.24(a) | Express Warranty Breach (Minn. Stat. §§ 336.2-313 & 336.2A-210) | Automakers | Dismissed |
| | 24(b) | Implied Warranty Breach (Miss. Code §§ 75-2-314 & 75-2A-212) | Automakers | |
| | 24(c) | Minn. Prevention of Consumer Fraud Act (Minn. Stat. §§ 325F.68, *et seq.*, 8.31, subd. 3a) | Automakers | |
| | 24(d) | Minnesota Uniform DTPA (Minn. Stat. § 325D.44, Subd. 1, *et seq.*) | All Defs. | |
| | 24(e) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | |
| | | | ARC | |
| | 24(f) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Mississippi | VIII.25(a) | Express Warranty Breach (Mo. Rev. Stat. §§ 400.2-313 & 400.2A-210) | Automakers | Dismissed |
| | 25(b) | Implied Warranty Breach (Mo. Rev. Stat. §§ 400.2-314 & 400.2A-212) | Automakers | |

[9] As to the Rhoades and Carano claims.

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| | 25(c) | Missouri Merchandising Practices Act (Mo. Rev. Stat. § 407.010, *et seq.*) | All Defs. | |
| | 25(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 25(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Missouri | VIII.26(a) | Express Warranty Breach (Mo. Rev. Stat. §§ 400.2-313 & 400.2A-210) | Automakers | Dismissed |
| | 26(b) | Implied Warranty Breach (Mo. Rev. Stat. §§ 400.2-314 & 400.2A-212) | Automakers | |
| | 26(c) | Missouri Merchandising Practices Act (Mo. Rev. Stat. § 407.010, *et seq.*) | All Defs. | |
| | 26(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | |
| | | | ARC | |
| | 26(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Montana | VIII.27(a) | Express Warranty Breach (Mont. Code §§ 30-2-313 & 30-2A-210) | Automakers | Dismissed |
| | 27(b) | Implied Warranty Breach (Mont. Code §§ 30-2-314 & 30-2A-212) | Automakers | |
| | 27(c) | Montana UTPA of 1973 (Mont. Code § 30-14-101, *et seq.*) | Automakers | |
| | | | Ab. Suppliers | |
| | | | ARC | Partially Dismissed[10] |
| | 27(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | Dismissed |
| | 27(e) | Unjust Enrichment | Automakers | |
| | | | | |

[10] As to Knapp's claim.

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| Nebraska | VIII.28(a) | Express Warranty Breach (Neb. Rev. Stat. U.C.C. §§ 2-313 & 2A-210) | Automakers | Dismissed |
| | 28(b) | Implied Warranty Breach (Neb. Rev. Stat. U.C.C. §§ 30-2-314 & 30-2A-212) | Automakers | |
| | 28(c) | Nebraska CPA (Neb. Rev. Stat. § 59-1601, *et seq.*) | All Defs. | |
| | 28(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | |
| | | | ARC | |
| | 28(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Nevada | VIII.29(a) | Express Warranty Breach (Nev. Rev. Stat. §§ 104.2313 & 104A.2210) | Automakers | Dismissed |
| | 29(b) | Implied Warranty Breach (Nev. Rev. Stat. §§ 104.2314 & 104A.2212) | Automakers | |
| | 29(c) | Nevada Consumer Practices Act (Nev. Rev. Stat. § 598.0903, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 29(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 29(e) | Unjust Enrichment | Automakers | |
| | | | | |
| New Hampshire | VIII.30(a) | Express Warranty Breach (N.H. Rev. Stat. §§ 382-A:2-313 & 382-A:2A-210) | Automakers | Dismissed |
| | 30(b) | Implied Warranty Breach (N.H. Rev. Stat. §§ 382-A:2-314 & 382-A:2A-212) | Automakers | |
| | 30(c) | New Hampshire CPA (N.H. Rev. Stat. § 358-A:1, *et seq.*) | Automakers | |
| | | | Ab. Suppliers | |
| | | | ARC | Partially Dismissed[11] |

[11] As to Struble's claim.

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| | 30(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 30(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| New Jersey | VIII.31(a) | Express Warranty Breach (N.J. Stat. Ann. §§ 12A:2-313 & 12A:2A-210) | Automakers | Dismissed |
| | 31(b) | Implied Warranty Breach (N.J. Stat. Ann. §§ 12A:2-314 & 12A:2A-212) | Automakers | |
| | 31(c) | New Jersey CFA (N.J. Stat. Ann. §56:8-1, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 31(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 31(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| New Mexico | VIII.32(a) | Express Warranty Breach (N.M. Stat. §§ 55-2-313 & 55-2A-210) | Automakers | Dismissed |
| | 32(b) | Implied Warranty Breach (N.M. Stat. §§ 55-2-314 & 55-2A-212) | Automakers | |
| | 32(c) | New Mexico UTPA (N.M. Stat. § 57-12-1, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 32(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 32(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| New York | VIII.33(a) | Express Warranty Breach (N.Y. U.C.C. §§ 2-313 & 2A-210) | Automakers | Dismissed |
| | 33(b) | Implied Warranty Breach (N.Y. U.C.C. §§ 2-314 & 2A-212) | Automakers | Dismissed |
| | 33(c) | | Automakers | |
| | | | Ab. Supplier | Dismissed |

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| | | New York General Business Law (N.Y. Gen. Bus. Law § 349) | ARC | |
| | 33(d) | New York General Business Law (N.Y. Gen. Bus. Law § 350) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 33(e) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 33(f) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| North Carolina | VIII.34(a) | Express Warranty Breach (N.C. Gen. Stat. §§ 25-2-313 & 25-2A-210) | Automakers | Dismissed |
| | 34(b) | Implied Warranty Breach (N.C. Gen. Stat. §§ 25-2-314 & 25-2A-212) | Automakers | Dismissed |
| | 34(c) | North Carolina Uniform DTPA (N.C. Gen. Stat.§ 75-1.1, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 34(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 34(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| North Dakota | VIII.35(a) | Express Warranty Breach (N.D. Cent. Code §§ 41-02-30 & 41-02.1-19) | Automakers | Dismissed |
| | 35(b) | Implied Warranty Breach (N.D. Cent. Code §§ 41-02-31 & 41-02.1-21) | Automakers | |
| | 35(c) | North Dakota CFA (N.D. Cent. Code § 51-15-02, *et seq.*) | All Defs. | |
| | 35(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 35(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| Ohio | VIII.36(a) | Express Warranty Breach (Ohio Rev. Code Ann. §§ 1302.26 & 1310.17) | Automakers | Dismissed |
| | 36(b) | Implied Warranty Breach (Ohio Rev. Code Ann. §§ 1302.27, 1310.19) | Automakers | Dismissed |
| | 36(c) | Ohio Consumer Sales Practices Act (Ohio Rev. Code Ann. § 1345.01, *et seq.*) | Automakers | Dismissed |
| | | | Ab. Supplier | Partially Dismissed[12] |
| | | | ARC | Partially Dismissed[13] |
| | 36(d) | Ohio DTPA (Ohio Rev. Code Ann. § 4165.01, *et seq.*) | All Defs. | |
| | 36(e) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 36(f) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Oklahoma | VIII.37(a) | Express Warranty Breach (Okla. Stat. Ann. tit. 12A, §§ 2-313 & 2A-210) | Automakers | Dismissed |
| | 37(b) | Implied Warranty Breach (Okla. Stat. Ann., tit. 12A §§ 2-314 & 2A-212) | Automakers | |
| | 37(c) | Oklahoma CPA (Okla. Stat. Ann. tit. 15, § 751, *et seq.*) | All Defs. | |
| | 37(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 37(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Oregon | VIII.38(a) | Express Warranty Breach (Or. Rev. Stat. §§ 72.3130 & 72A.2100) | Automakers | Dismissed |
| | 38(b) | Implied Warranty Breach (Or. Rev. Stat. §§ 72.3140, 72A.2120) | Automakers | Dismissed |

[12] As to the class-wide claim.

[13] As to the class-wide claim as well as the claims of Milewski and Isbister.

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| | 38(c) | Oregon UTPA (Or. Rev. Stat. § 646.605, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 38(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 38(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Penn. | VIII.39(a) | Express Warranty Breach (13 Pa. Cons. Stat. §§ 2313 & 2A210) | Automakers | Dismissed |
| | 39(b) | Implied Warranty Breach (13 Pa. Cons. Stat. §§ 2314 & 2A212) | Automakers | |
| | 39(c) | Penn. Unfair Trade Practices & CPA (73 Pa. Cons. Stat. § 201-1, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 39(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 39(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Rhode Island | VIII.40(a) | Express Warranty Breach (R.I. Gen. Laws §§ 6A-2-313 & 6A-2.1-210) | Automakers | Dismissed |
| | 40(b) | Implied Warranty Breach (R.I. Gen. Laws §§ 6A-2-314, 6A-2.1-212) | Automakers | |
| | 40(c) | Rhode Island DTPA (R.I. Gen. Laws § 6-13.1, *et seq.*) | All Defs. | |
| | 40(d) | Fraud: Omission/Concealment | All Defs. | |
| | 40(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| South Carolina | VIII.41(a) | Express Warranty Breach (S.C. Code Ann. §§ 36-2-313 & 36-2A-210) | Automakers | Dismissed |
| | 41(b) | Implied Warranty Breach (S.C. Code Ann. §§ 36-2-314 & 36-2A-212) | Automakers | |
| | 41(c) | | Automakers | |

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| | | South Carolina UTPA (S.C. Code Ann. § 39-5-10, *et seq.*) | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 41(d) | S.C. Regulation of Manufacturers, Distributors, and Dealers Act (S.C. Code Ann. § 56-15-10, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 41(e) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 41(f) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| South Dakota | VIII.42(a) | Express Warranty Breach (S.D. Codified Laws §§ 57A-2-313 & 57A-2A-210) | Automakers | Dismissed |
| | 42(b) | Implied Warranty Breach (S.D. Codified Laws §§ 57A-2-314 & 57A-2A-212) | Automakers | |
| | 42(c) | South Dakota Deceptive Trade Practices and Consumer Protection Law (S.D. Codified Laws § 37-24-1, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 42(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 42(e) | Unjust Enrichment | Automakers | |
| | | | | |
| Tennessee | VIII.43(a) | Express Warranty Breach (Tenn. Code §§ 47-2-313 and 47-2A-210) | Automakers | Dismissed |
| | 43(b) | Implied Warranty Breach (Tenn. Code §§ 47-2-314 & 47-2A-212) | Automakers | Dismissed |
| | 43(c) | Tennessee CPA of 1977 (Tenn. Code § 47-18-101, *et seq.*) | All Defs. | |
| | 43(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | |
| | | | ARC | |
| | 43(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| Texas | VIII.44(a) | Express Warranty Breach (Tex. Bus. & Com. Code Ann. §§ 2.313 & 2A.210) | Automakers | Dismissed |
| | 44(b) | Implied Warranty Breach (Tex. Bus. & Com. Code Ann. §§ 2.314 & 2A.212 | Automakers | |
| | 44(c) | Texas CPA of 1977 (Tex. Bus. & Com. Code Ann. § 17.41, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 44(d) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | Dismissed |
| | 44(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Utah | VIII.45(a) | Express Warranty Breach (Utah Code Ann. §§ 70A-2-313 & 70A-2A-210) | Automakers | Dismissed |
| | 45(b) | Implied Warranty Breach (Utah Code Ann. §§ 70A-2-314 & 70A-2A-212) | Automakers | |
| | 45(c) | Utah Consumer Sales Practices Act (Utah Code Ann. § 13-11-1, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 45(d) | Utah Truth in Advertising Law (Utah Code Ann. § 13-11a-1, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 45(e) | Fraud: Omission/Concealment | Automakers | Dismissed |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 45(f) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Vermont | VIII.46(a) | Express Warranty Breach (Vt. Stat. Ann. Tit. 9A, §§ 2-313 and 2A-210) | Automakers | Dismissed |
| | 46(b) | Implied Warranty Breach (Vt. Stat. Ann. Tit. 9A, §§ 2-314, 2A-212) | Automakers | Dismissed |
| | 46(c) | Vermont CPA (Vt. Stat. Ann. Tit. 9, §13-11-1, *et seq.*) | All Defs. | |

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| | 46(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 46(e) | Unjust Enrichment | Automakers | |
| | | | | |
| Virginia | VIII.47(a) | Express Warranty Breach (Va. Code Ann. §§ 8.2-313 & 8.2A-210) | Automakers | Dismissed |
| | 47(b) | Implied Warranty Breach (Va. Code Ann. §§ 8.2-314 & 8.2A-212) | Automakers | Dismissed |
| | 47(c) | Virginia CPA (Va. Code Ann. § 59.1-196, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 47(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 47(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Washington | VIII.48(a) | Express Warranty Breach (Wash. Rev. Code §§ 62A.2-313 & 62A.2A-210) | Automakers | Dismissed |
| | 48(b) | Implied Warranty Breach (Wash. Rev. Code §§ 62A.2-314 & 2A.2A-212) | Automakers | Dismissed |
| | 48(c) | Washington CPA (Wash. Rev. Code § 19.86.010, *et seq.*) | All Defs. | |
| | 48(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | |
| | | | ARC | |
| | 48(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| West Virginia | VIII.49(a) | Express Warranty Breach (W. Va. Code §§ 46-2-313 & 46-2A-210) | Automakers | Dismissed |
| | 49(b) | Implied Warranty Breach (W. Va. Code §§ 46-2-314, 46-2A-212) | Automakers | |
| | 49(c) | West Virginia Consumer Credit & Protection Act | All Defs. | |

| Claims by State | | | | |
|---|---|---|---|---|
| State | SAC § | Claim/Cause of Action[2] | Defendant | Disposition[3] |
| | | (W. Va. Code § 46A-1-101, *et seq.*) | | |
| | 49(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 49(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Wisconsin | VIII.50(a) | Express Warranty Breach (Wis. Stat. §§ 402.313 & 411.210) | Automakers | Dismissed |
| | 50(b) | Implied Warranty Breach (Wis. Stat. §§ 402.314, 411.212) | Automakers | Dismissed |
| | 50(c) | Wisconsin DTPA (Wis. Stat. § 100.18, *et seq.*) | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | Partially Dismissed[14] |
| | 50(d) | Fraud: Omission/Concealment | Automakers | Dismiss |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 50(e) | Unjust Enrichment | Automakers | Dismissed |
| | | | | |
| Wyoming | VIII.51(a) | Express Warranty Breach (Wyo. Stat. §§ 34.1-2-313 & 34.1-2.A-210) | Automakers | Dismissed |
| | 51(b) | Implied Warranty Breach (Wyo. Stat. §§ 34.1-2-314 and 34.1-2.A-212) | Automakers | |
| | 51(c) | Wyoming CPA (Wyo. Stat. § 40-12-101, *et seq.*) | All Defs. | |
| | 51(d) | Fraud: Omission/Concealment | Automakers | |
| | | | Ab. Supplier | Dismissed |
| | | | ARC | |
| | 51(e) | Unjust Enrichment | Automakers | |

| Dismissed Claims of Named Plaintiffs | | |
|---|---|---|
| Claim/Requested Relief | Defendant | Plaintiffs |

[14] As to Allan's claim.

| | | |
|---|---|---|
| All Claims | Automakers | B. and T. White, Hudson-Battie, Schultz, Sorenson, Petschen, Wilson, Milewski, Lesesne, Hall-Hudson, Marshall, Owens, and Polo |
| Unjust Enrichment | Automakers | Anderson; Belhadj; Blumberg; Chambliss; Clark; Diaz; Duran; Eiland; Felice; Fernandez; Ford; Graff; Hall; Hall-Hudson; Hamner; Harpey-Bey; Hartman; Herrera; Hochstetler; Hudson-Battie; Isbister; Jones; Komoroski; Lesesne; Long; Lovett; McKennon; Miles; Mitchell; Mobley; Owens; Petschen; Polo; Reddick; Sorenson; Thomas; Valenzuela; Victory; B. and T. White; Wilson; and Winslow |
| Arkansas Implied Warranty Breach | Kia | Victory |
| Implied Warranty Breach | Ford | Raspintini |
| Implied Warranty Breach | GM | Bacon, Duran, Harpey-Bey, Hochstetler, Sims, Slusher, and Starkey |
| Connecticut Unlawful Trade Practices Act | ARC | Komoroski |
| Idaho Consumer Protection Act | ARC | Sorenson |
| Kentucky Consumer Protection Act | ARC | Barber |
| Michigan CPA | ARC | Rhoades and Carano |
| Michigan Fraud | ARC | Rhoades and Carano |
| Montana Unfair Trade Practices Act | ARC | Knapp |
| New Hampshire CPA | ARC | Struble |
| Ohio Consumer Sales Practices Act | ARC | Milewski and Isbister |
| Wisconsin Deceptive Trade Practices Act | ARC | Allan |
| | | |
| Restitution request | All Defs. | All Plaintiffs |
| | | |
| **Dismissed Defendants** | | |
| Audi of America LLC (without prejudice) | | |
| Bayerische Motoren Werke Aktiengesellschaft (without prejudice) | | |
| Dr. Ing. H.C. F. Porsche AG (without prejudice) | | |
| Hyundai Motor Company | | |
| Kia Corporation | | |

| ZF Friedrichshafen AG (without prejudice) | | |
|---|---|---|
| Volkswagen Aktiengesellschaft | | |
| ARC (without prejudice and as to the following member cases only) | | |
| Case Name | Case No. | Court |
| *Aula v. ARC Automotive, Inc.* | 22-CV-12738 | Eastern Dist. of. Michigan |
| *Clark v. BMW Mfg. Co.* | 22-CV-03244 | District of South Carolina |
| *Hudson-Battie v. ARC Automotive, Inc.* | 22-CV-03244 | District of South Carolina |
| *Jones v. ARC Automotive, Inc.* | 22-CV-00397 | Southern District of Iowa |
| *Jophlin v. ARC Automotive, Inc.* | 22-CV-02507 | District of South Carolina |
| *Long v. ARC Automotive, Inc.* | 22-CV-01098 | N. Dist. of Alabama |
| *Mann v. ARC Automotive, Inc.* | 22-CV-03285 | Northern Dist. of Georgia |
| *McCarthy v. ARC Automotive, Inc.* | 22-CV-05708 | District of New Jersey |
| *Thomas v. ARC Automotive, Inc.* | 22-CV-05067 | Northern Dist. of Illinois |
| *Topa v. ARC Automotive, Inc.* | 22-CV-00958 | N. Dist. of New York |
| *Tribble v. ARC Automotive, Inc.* | 22-CV-03573 | Northern Dist. of Georgia |
| *Underwood v. ARC Automotive, Inc.* | 22-CV-01043 | N. Dist. of Alabama |
| *Wilson v. ARC Automotive, Inc.* | 22-CV-09432 | S. Dist. of New York |
| | | |