AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

In Re: ARC Airbag Inflators Products Liability Ligitation )
*Plaintiff* )
v. ) Case No. 1:22-MD-03051-ELR
)
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Prosche Cars North America, Inc. .

Date: 10/22/2026

/s/Andrew T. VanEgmond
*Attorney's signature*

Andrew T. VanEgmond P82134
*Printed name and bar number*

Dykema Gossett PLLC
2723 South State Street, Suite 400
Ann Arbor, MI 48104
*Address*

avanegmond@dykema.com
*E-mail address*

(734) 214-7603
*Telephone number*

(866) 849-2931
*FAX number*