**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: ARC AIRBAGS INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-MD-3051-ELR<br><br>MDL No. 3051<br><br>Judge Eleanor L. Ross |

**NOTICE OF ENTRY OF APPEARANCE FOR DEFENDANT GENERAL MOTORS LLC**

COMES NOW Kristin S. Tucker, of the law firm Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C., and hereby enters her appearance of record as counsel for Defendant General Motors LLC ("GM"). All pleadings, notices, and other correspondence for GM should be electronically sent to the undersigned at ktucker@bakerdonelson.com.

Respectfully submitted, this 23rd day of October 2026.

*/s/Kristin S. Tucker*

Linda A. Klein (GA Bar No. 425069)
lklein@bakerdonelson.com
Kristin S. Tucker (GA Bar No. 805833)
ktucker@bakerdonelson.com
BAKER DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Monarch Plaza, Suite 1500
3414 Peachtree Rd., NE
Atlanta, Georgia 30326

Telephone: (404) 577-6000

*Attorneys for General Motors LLC*
*General Motors LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, a copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE FOR DEFENDANT GENERAL MOTORS LLC** was served electronically through the Court's electronic filing system upon all parties on the court's ECF service list.

This 23rd day of October 2026.

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

*/s/ Kristin S. Tucker*
Kristin S. Tucker
Georgia Bar No. 805833
ktucker@bakerdonelson.com