AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

In re ARC AIRBAG INFLATORS PROD. LIAB. LITIG )
*Plaintiff* )
v. ) Case No. 1:22-md-03051
)
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kristen Luiz, Daniel McCarthy, Ryan Charles Clark .

Date: 10/27/2026

/s/ Zachary Jacobs
*Attorney's signature*

Zachary Jacobs (Bar #6294345)
*Printed name and bar number*

Carella, Byrne, Cecchi, Brody & Agnello, P.C.
222 S. Riverside Plaza
Chicago, IL 60606
*Address*

zjacobs@carellabyrne.com
*E-mail address*

(973) 994-1700
*Telephone number*

(973) 994-1744
*FAX number*