**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION

ALL CASES

Case No.: 1:22-MD-3051-ELR

MDL No. 3051

Judge: Thomas W. Thrash, Jr.

**JOINT MOTION TO ALLOW ELECTRONICS IN COURTROOM**

Pursuant to Local Rule 83.4 for the U.S. District Court for the Northern District of Georgia, the parties jointly move for permission for counsel to bring portable computers, cellular telephones, pagers and personal communication devices without cameras, electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, and paper and demonstrative exhibits into the courthouse on October 29, 2026, for attendance at the status conference scheduled before the Court at 10:00 a.m. in Courtroom 2108 of the Richard B. Russell Federal Building, as follows:

**For Plaintiffs:**

| Attorney | Firm |
|---|---|
| Ashley Brown | Caplan Cobb LLC |
| Elizabeth Castillo | Cotchett, Pitre & McCarthy, LLP |
| Sterling Cluff | Baron & Budd, P.C. |
| Zachary Jacobs | Carella, Byrne, Cecchi, Brody & Agnello, P.C. |
| Lance Oliver | Motley Rice LLC |

| | |
|---|---|
| Matthew Schultz | Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr, & Mougey, P.A. |
| David Stellings | Lieff Cabraser Heimann & Bernstein, LLP |
| Tom Willingham | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

**For Defendants:**

| **Attorney** | **Firm** | **Party** |
|---|---|---|
| Jeffrey Soble | Foley & Lardner LLP | ARC Automotive, Inc. |
| Liat Rome<br>Sabrina You | Williams & Connolly LLP | Autoliv ASP Inc.<br>Autoliv Inc. |
| Zourik Zarifian | Lewis Brisbois Bisgaard & Smith, LLP | BMW of North America, LLC<br>BMW Manufacturing Co., LLC |
| Stephen D'Aunoy | Klein Thomas Lee & Fresard | FCA US LLC<br>FCA US LLC/RAM |
| Michael Boorman<br>Philip Henderson | Watson Spence LLP | Ford Motor Company |
| April Ross | Morgan, Lewis & Bockius LLP | General Motors LLC |
| Michael Kidney | Hogan Lovells Cadwalader US LLP | Hyundai Motor America<br>Kia America, Inc. |
| Benjamin Jeffers | Hickey Hauck Bishoff Jeffers & Seabolt, PLLC | Key Safety Systems, Inc., d/b/a Joyson Safety Systems |
| David Killoran | Dykema Gossett LLP | Porsche Cars North America |
| Joseph Weinstein<br>Dara Mann | Squire Patton Boggs (US) LLP | TG Missouri Corporation |
| Liv Kiser<br>Michael Shortnacy | Shook, Hardy & Bacon LLP | Volkswagen Group of America |
| Sean Berkowitz | Latham & Watkins LLP | ZF Active Safety and Electronics US LLC<br>ZF Passive Safety Systems US Inc.<br>ZF Automotive US Inc.<br>ZF TRW Automotive Holdings Corp. |

For the Court's convenience, a proposed order granting this relief is attached.

Respectfully submitted this 27th day of October 2026.

*/s/ Dara D. Mann*
Dara D. Mann (Georgia #469065)
Squire Patton Boggs (US) LLP
1230 Peachtree Street NW,
Suite 2200
Atlanta, GA 30309
Telephone: (678) 272-3221
Facsimile: (678) 272-3211
Email: dara.mann@squirepb.com

Joseph C. Weinstein (Ohio #23504)
Roger M. Gold (Ohio #55905)
Squire Patton Boggs (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114-1304
Telephone: (216) 479-8500
Fax: (216) 479-8780
joe.weinstein@squirepb.com
roger.gold@squirepb.com

*COUNSEL FOR DEFENDANT TG MISSOURI CORPORATION*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Dara D. Mann*
Dara D. Mann