**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: ARC AIRBAG INFLATORS PRODUCTS LIABILITY LITIGATION<br><br>ALL CASES | Case No.: 1:22-MD-3051-ELR<br><br>MDL No. 3051<br><br>Judge: Thomas W. Thrash, Jr. |

# [PROPOSED] ORDER ALLOWING ELECTRONICS IN COURTROOM

The Court hereby permits counsel to bring portable computers, cellular telephones, pagers and personal communication devices without cameras, electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, and paper and demonstrative exhibits into the courthouse on October 29, 2026, for attendance at the status conference scheduled before the Court at 10:00 a.m. in Courtroom 2108 of the Richard B. Russell Federal Building, as follows:

**For Plaintiffs:**

| **Attorney** | **Firm** |
|---|---|
| Ashley Brown | Caplan Cobb LLC |
| Elizabeth Castillo | Cotchett, Pitre & McCarthy, LLP |
| Sterling Cluff | Baron & Budd, P.C. |
| Zachary Jacobs | Carella, Byrne, Cecchi, Brody & Agnello, P.C. |
| Lance Oliver | Motley Rice LLC |
| Matthew Schultz | Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr, & Mougey, P.A. |
| David Stellings | Lieff Cabraser Heimann & Bernstein, LLP |
| Tom Willingham | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

**For Defendants:**

| Attorney | Firm | Party |
|---|---|---|
| Jeffrey Soble | Foley & Lardner LLP | ARC Automotive, Inc. |
| Liat Rome<br>Sabrina You | Williams & Connolly LLP | Autoliv ASP Inc.<br>Autoliv Inc. |
| Zourik Zarifian | Lewis Brisbois Bisgaard & Smith, LLP | BMW of North America, LLC<br>BMW Manufacturing Co., LLC |
| Stephen D'Aunoy | Klein Thomas Lee & Fresard | FCA US LLC<br>FCA US LLC/RAM |
| Michael Boorman<br>Philip Henderson | Watson Spence LLP | Ford Motor Company |
| April Ross | Morgan, Lewis & Bockius LLP | General Motors LLC |
| Michael Kidney | Hogan Lovells Cadwalader US LLP | Hyundai Motor America<br>Kia America, Inc. |
| Benjamin Jeffers | Hickey Hauck Bishoff Jeffers & Seabolt, PLLC | Key Safety Systems, Inc., d/b/a Joyson Safety Systems |
| David Killoran | Dykema Gossett LLP | Porsche Cars North America |
| Joseph Weinstein<br>Dara Mann | Squire Patton Boggs (US) LLP | TG Missouri Corporation |
| Liv Kiser<br>Michael Shortnacy | Shook, Hardy & Bacon L.L.P. | Volkswagen Group of America |
| Sean Berkowitz | Latham & Watkins LLP | ZF Active Safety and Electronics US LLC<br>ZF Passive Safety Systems US Inc.<br>ZF Automotive US Inc.<br>ZF TRW Automotive Holdings Corp. |

IT IS SO ORDERED this ___ day of October 2026.

________________________

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE