AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

In re ARC AIRBAG INFLATORS PROD. LIAB. LITIG )
*Plaintiff* )
v. ) Case No. 1:22-md-03051-TWT
)
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant FCA US LLC .

Date: 10/27/2026

/s/ Sarah K. Molina
*Attorney's signature*

Sarah K. Molina (MO/60606)
*Printed name and bar number*

Klein Thomas Lee & Fresard
100 N. Broadway
Suite 1600
St. Louis, MO 63102
*Address*

sarah.molina@kleinthomaslaw.com
*E-mail address*

(314) 888-2970
*Telephone number*

*FAX number*