**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCT LIABILITY LITIGATION | MDL No. 3051<br><br>Case No. 1:22-md-03051-TWT<br><br>District Judge Thomas W. Thrash |

# CONSENT MOTION TO EXTEND TIME TO ANSWER PLAINTIFFS' CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT [ECF NO. 157 AND 157-1]

Defendants BMW of North America, LLC; BMW Manufacturing Co. LLC; FCA US LLC; Ford Motor Company; General Motors LLC; Porsche Cars North America, Inc.; Volkswagen Group of America, Inc.; Hyundai Motor America; Kia America, Inc.; Autoliv, Inc.; Autoliv ASP, Inc.; Key Safety Systems, Inc. d/b/a Joyson Safety Systems; TG Missouri Corporation; ZF Active Safety and Electronics US LLC; ZF Passive Safety Systems US Inc.; ZF Automotive US Inc.; ZF TRW Automotive Holdings Corp.; and ARC Automotive, Inc. (collectively, "Defendants"), by and through their respective undersigned counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully move this Court for an extension and/or enlargement of time to answer Plaintiffs' Corrected Consolidated Class Action Complaint [ECF No. 157 and 157-1] ("Second Amended Complaint"). Plaintiffs have informed the undersigned that Plaintiffs do not oppose the relief sought in Defendants' motion.

In support of this motion, Defendants respectfully state as follows:

1. Plaintiffs filed their Second Amended Complaint on August 28, 2023. The Second Amended Complaint is 1,513 pages in length and contains 4,176 numbered paragraphs of allegations.

2. On October 18, 2023, Defendants filed respective motions to dismiss Plaintiffs' Second Amended Complaint.

3. On October 2, 2026, this Court entered an Opinion and Order granting in part and denying in part Defendants' respective motions to dismiss.

4. Pursuant to a June 15, 2023 Case Management Order entered in this case, Defendants must file their respective answers to Plaintiffs' Second Amended Complaint by November 2, 2026 (i.e., "Within thirty (30) days of the Court's resolution of any motions to dismiss[.]"). [ECF No. 91]

5. Given the length and complexity of the Second Amended Complaint, Defendants respectfully request additional time to answer.

6. Accordingly, on October 19, 2026, counsel for the parties met and conferred and agreed, subject to the Court's approval, to extend the deadline for Defendants to file their respective answers to the Second Amended Complaint to December 2, 2026.

This request is made in good faith and not for the purpose of delay. Therefore, for good cause shown, Defendants respectfully request that the Court enter an order

extending the time for Defendants to answer the Second Amended Complaint until December 2, 2026.

A proposed order is attached.

Respectfully submitted this 28th day of October, 2026.

/s/ Michael B. Shortnacy
Michael B. Shortnacy
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(424) 324-3494
Fax: (424) 204-9093
mshortnacy@shb.com

KING & SPALDING LLP

Livia M. Kiser
Susan Vargas
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
(213) 443-4355
lkiser@kslaw.com
svargas@kslaw.com

John C. Mitchell
50 California Street, Suite 330
San Francisco, CA 94111
(415) 318-1237
cmitchell@kslaw.com

*COUNSEL FOR DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.*

/s/ April N. Ross
MORGAN LEWIS & BOCKIUS, LLP
April N. Ross
1111 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 739-5590
april.ross@morganlewis.com

Mohamed Awan
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1574
mohamed.awan@morganlewis.com

BAKER DONELSON,
BEARMAN, CALDWELL &
BERKOWITZ, PC
Linda A. Klein
(GA Bar No. 425069)
Monarch Plaza, Suite 1500
3414 Peachtree Rd., NE
Atlanta, Georgia 30326
Telephone: (404) 577-6000
lklein@bakerdonelson.com
ktucker@bakerdonelson.com

*COUNSEL FOR DEFENDANT GENERAL MOTORS LLC*

/s/ Eric Y. Kizirian
LEWIS BRISBOIS BISGAARD &
SMITH, LLP
Eric Y. Kizirian
Zourik Zarifian
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800
Fax: (213) 250-7900
eric.kizirian@lewisbrisbois.com
zourik.zarifian@lewisbrisbois.com

*COUNSEL FOR DEFENDANTS BMW OF NORTH AMERICA, LLC AND BMW MANUFACTURING CO., LLC.*

/s/ Stephen A. D'Aunoy
KLEIN THOMAS LEE & FRESARD
Stephen A. D'Aunoy
Thomas L. Azar, Jr.
Suite 1600
100 N Broadway
St. Louis, MO 63102
(314) 888-2971
steve.daunoy@kleinthomaslaw.com
tom.azar@kleinthomaslaw.com

KLEIN THOMAS LEE & FRESARD
Fred Fresard
Ian Edwards
Lauren Fibel
101 W. Big Beaver Road, Ste. 1400
Troy, MI 48084
(248) 509-9270
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com
lauren.fibel@kleinthomaslaw.com

*COUNSEL FOR DEFENDANT FCA US LLC*

/s/ Perry W. Miles IV
MCGUIREWOODS LLP
Perry W. Miles IV
Brian D. Schmalzbach
800 East Canal Street
Richmond, VA 23219
(804) 775-1000
Fax: (804) 775-1061
pmiles@mcguirewoods.com
bschmalzbach@mcguirewoods.com

Lee K. Royster
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
(704)-343-2000
Fax: (704) 343-2300
lroyster@mcguirewoods.com

WATSON SPENCE LLP
Michael R. Boorman
Phillip A. Henderson
600 Peachtree St NE, Suite 1130
Atlanta, GA 30308
(678) 433-6586
Fax: (229) 436-6358
mboorman@watsonspence.com
phenderson@watsonspence.com

*COUNSEL FOR DEFENDANT FORD MOTOR COMPANY*

/s/ Michael L. Kidney
HOGAN LOVELLS CADWALADER US LLP
Michael L. Kidney
Trent Sterneck
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600
Fax: (202) 637-5910
Michael.kidney@hlc.com
Trent.sterneck@hlc.com

Ellyce R. Cooper
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
(213) 896-6000
Fax: (213) 896 6600

ecooper@sidley.com

BOWMAN AND BROOKE
Joel H. Smith
Patrick J. Cleary
1441 Main St., Suite 1200
Columbia, SC 29201
(803) 726-7422
Fax: (803) 726-7421
joel.smith@bowmanandbrooke.com
patrick.cleary@bowmanandbrooke.com

DYKEMA GOSSETT, PLLC-MI
James P. Feeney
Suite # 300
39577 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 203-0841
Fax: (855)243-9885
jfeeney@dykema.com

NELSON MULLINS RILEY &
SCARBOROUGH LLP
Anita Wallace Thomas
201 17th Street, N.W.
Suite 1700
Atlanta, GA 30363
(404) 322-6000
Fax: 404-322-6050
anita.thomas@nelsonmullins.com

*COUNSEL FOR DEFENDANTS KIA AMERICA, INC. AND HYUNDAI MOTOR AMERICA*

/s/ David S. Killoran
DYKEMA GOSSETT LLP
David S. Killoran
444 S. Flower, Suite 2200
Los Angeles, CA 90071

(213) 457-1800
dkilloran@dykema.com

DYKEMA GOSSETT PLLC
Eric Tew
1301 K Street NW
Suite 1100 West
Washington, D.C. 20005
(202) 906-8600
etew@dykema.com

Andrew T. VanEgmond
2723 South State Street
Suite 400
Ann Arbor, MI 48104
(734) 214-7603
avenegmond@dykema.com

*COUNSEL FOR DEFENDANT PORSCHE CARS NORTH AMERICA, INC.*

/s/ Michael D. Leffel
FOLEY & LARDNER LLP
Michael D. Leffel
150 East Gilman Street, Suite 5000
Madison, WI 53703
(608) 257-5035
Fax: (608) 258-4258
mleffel@foley.com

Jeff Soble
Lauren Loew
321 N Clark Street, Suite 3000
Chicago, IL 60654
(312) 832-4500
jsoble@foley.com
lloew@foley.com

*COUNSEL FOR DEFENDANT ARC AUTOMOTIVE, INC.*

/s/ Joseph G. Petrosinelli
Joseph G. Petrosinelli
Charles L. McCloud
J. Liat Rome
WILLIAMS AND CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC 20024
(202) 434-5000
Fax: (202) 434-5029
jpetrosinelli@wc.com
lmccloud@wc.com
jrome@wc.com

Cari K. Dawson
Georgia Bar No. 213490
Kara F. Kennedy
Georgia Bar No. 926006
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000
Fax: (404) 881-7777
cari.dawson@alston.com kara.kennedy@alston.com

*COUNSEL FOR DEFENDANTS AUTOLIV, INC. AND AUTOLIV ASP, INC.*

/s/ Benjamin W. Jeffers
HICKEY HAUCK BISHOFF JEFFERS & SEABOLT, PLLC
Benjamin W. Jeffers
Benjamin I. Shipper

706 South Main Street
Plymouth, MI 48170
Telephone: (313) 964-8600
Facsimile: (313) 964-8601
bjeffers@hhbjs.com
bshipper@hhbjs.com

*COUNSEL FOR DEFENDANT KEY SAFETY SYSTEMS, INC. d/b/a/ JOYSON SAFETY SYSTEMS*

/s/ Sean M. Berkowitz
Sean M. Berkowitz
Arthur F. Foerster
Johanna Spellman
LATHAM & WATKINS LLP
330 North Wabash Street, Suite 2800
Chicago, IL 60611
(312) 876.7700
Fax: (312) 993-9767

Sean P. McNally
TROUTMAN PEPPER HAMILTON SANDER LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
(248) 359-7317
Fax: (248) 359-7700

Lindsey B. Mann
TROUTMAN PEPPER HAMILTON SANDER LLP
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
(404) 885-2743
Fax: (404) 962-6538

*COUNSEL FOR ZF ACTIVE SAFETY AND ELECTRONICS US LLC, ZF PASSIVE SAFETY SYSTEMS US INC.*,

*ZF AUTOMOTIVE US INC., AND ZF TRW AUTOMOTIVE HOLDINGS CORP.*

/s/ Joseph C. Weinstein
Joseph C. Weinstein
Roger M. Gold
Squire Patton Boggs (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114-1304
(216) 479-8500
Fax: (216) 479-8780
joe.weinstein@squirepb.com
roger.gold@squirepb.com

Dara D. Mann
Georgia Bar No. 469065
Squire Patton Boggs (US) LLP
1230 Peachtree Street NE
Suite 2200
Atlanta, GA 30309
(678) 272-3222
Fax: (678) 272-3211
dara.mann@squirepb.com

*COUNSEL FOR TG MISSOURI CORPORATION*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned certified that the foregoing complies with the font and point selection permitted by Local Rule 5.1. This brief was prepared on a computer using Times New Roman font (14 point).

/s/ Michael B. Shortnacy
Michael B. Shortnacy

**CERTIFICATE OF SERVICE**

I certify that on October 28, 2026, a copy of the foregoing Consent Motion to Extend Time to Answer Plaintiffs' Corrected Consolidated Class Action Complaint [ECF No. 157 and 157-1] was served electronically through the Court's electronic filing system upon all parties appearing on the court's ECF service list.

/s/ Michael B. Shortnacy
Michael B. Shortnacy