**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCT LIABILITY LITIGATION | MDL No. 3051<br><br>Case No. 1:22-md-03051-TWT<br><br>District Judge Thomas W. Thrash |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO ANSWER PLAINTIFFS' CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT [ECF NO. 157 AND 157-1]**

Upon consideration of Defendants' Consent Motion to Extend Time to Answer Plaintiffs' Corrected Consolidated Class Action Complaint [ECF No. 157 and 157-1], it is hereby ORDERED that the Motion is GRANTED. Defendants' respective answers to Plaintiffs' Corrected Consolidated Class Action Complaint must be filed no later than December 2, 2026.

SO ORDERED this _____ day of ________, 2026

________________________________
**Hon. Thomas W. Thrash, Jr.**
**United States District Judge**
**Northern District of Georgia**