**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ARC AIRBAG INFLATORS PRODUCT LIABILITY LITIGATION | MDL No. 3051<br><br>Case No. 1:22-md-03051-TWT<br><br>District Judge Thomas W. Thrash |

**ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO ANSWER PLAINTIFFS' CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT [ECF NO. 157 AND 157-1]**

Upon consideration of Defendants' Consent Motion to Extend Time to Answer Plaintiffs' Corrected Consolidated Class Action Complaint [ECF No. 157 and 157-1], it is hereby ORDERED that the Motion is GRANTED. Defendants' respective answers to Plaintiffs' Corrected Consolidated Class Action Complaint must be filed no later than December 2, 2026.

SO ORDERED this 29th day of October, 2026

Thomas W. Thrash

**Hon. Thomas W. Thrash, Jr.**
**United States District Judge**
**Northern District of Georgia**