# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-md-03051-TWT
## IN RE: ARC Airbag Inflators Products Liability Litigation
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 10/29/2026.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:30 A.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Diane Peede
DEPUTY CLERK: Jordyn Holder

| | |
|---|---|
| ATTORNEY(S) PRESENT: | David Fernandes representing Anita Victory<br>April Ross representing General Motors LLC<br>David Stellings representing Plaintiffs and the Proposed Class |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Status conference held at the request of the Court. The parties advised the Court of their respective positions regarding the posture of the case. The Court directed the parties to submit any discovery disputes in the form of letter briefs not exceeding two pages. The Court discussed upcoming deadlines and advised the parties that status conferences will be held monthly going forward. The Court further directed the parties to submit proposed agendas at least one day before each future status conference. The parties shall confer with Ms. Holder at the conclusion of the hearing to discuss dates for the next status conference. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Status Conference set for December 7, 2026 at 2:00 PM in Courtroom 2108; |