AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| In re ARC Airbag Inflators Prod. Liab. Litig. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-md-03051-TWT |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ARC Automotive, Inc. .

Date: 11/19/2026

/s/ Andrew C. Gresik
*Attorney's signature*

Andrew C. Gresik (WI Bar No. 1104650)
*Printed name and bar number*

FOLEY & LARDNER LLP
150 E. Gilman St., Ste. 5000
Madison, WI 53703
*Address*

agresik@foley.com
*E-mail address*

(608) 258-4235
*Telephone number*

(608) 258-4258
*FAX number*